# EXHIBIT 1

## TOP GUN: MAVERICK - Chart of Similarities

| # | Literary Elements in Gray Scenes | *Top Gun: Maverick* Final Screenplay | *Top Gun: Maverick* Film |
|---|---|---|---|
| | *Plot* | | |
| 1. | • Once Maverick is inside the cockpit to test the experimental fighter jet prototype, an officer asks Maverick, "How do you read?" to which he responds, "Loud and clear." Maverick is then depicted flipping switches in the cockpit before his test flight. | • Once Maverick is inside the cockpit to test the experimental fighter jet prototype, an officer asks Maverick, "How do you read?" to which he responds, "Loud and clear." Maverick is then depicted flipping switches in the cockpit before his test flight. (p. 7) | • Once Maverick is inside the cockpit to test the experimental fighter jet prototype, an officer asks Maverick, "How do you read?" to which he responds, "Loud and clear." Maverick is then depicted flipping switches in the cockpit before his test flight. (06:48-06:54) |
| 2. | • Describes the engine as "whining" as it is turned on for the test flight. | • Describes the engine as "whining" when it is turned on for the test flight. (pp. 7-8) | • Engines make whining noise as Maverick turns each engine on. (06:59-7:12) |
| 3. | • Depicts "blue fire" being emitted from the exhaust pipes of the test plane and describes the sound as "primal." | • Depicts "blue fire" being emitted from the exhaust pipes of the test plane, and the screenplay describes the sound as "primal." (p. 8) | • Depicts blue fire being emitted from the exhaust pipes of the test plane, making a primal sound. (6:59-7:04) |
| 4. | • The tower communicates the wind readout to Maverick and says he is cleared for takeoff. | • The tower communicates the wind readout to Maverick and says he is cleared for takeoff. (p. 8) | • The tower communicates the wind readout to Maverick and says he is cleared for takeoff. (07:14-08:08) |
| 5. | • Lardo tells Maverick over radio as he is in flight: "You are cleared above flight level six zero zero, accelerate to Mach 3.5." | • Hondo tells Maverick over radio as he is in flight: "You are cleared above six-zero-zero. Increase to Mach 3.5." (p. 13) | • Hondo tells Maverick over radio as he is in flight: "You are cleared above six-zero-zero. Increase to Mach 3.5." (08:37-08:45) |
| 6. | • As Maverick transitions to "scram jet," the "main engines shut down," | • As Maverick transitions to "scram jet," the "main engines SHUT DOWN," | • As Maverick transitions to scram jet, the main engines shut down, |

| | | | |
|---|---|---|---|
| | followed by a moment of "eery [*sic*] silence," followed by a "THUNDEROUS PEAL as the SCRAMJET engine bursts into life." | followed by a moment of "eerie silence," followed by a "THUNDEROUS PEAL as SCRAMJET engine bursts into life." (p. 14) | followed by a moment of eerie silence, followed by a thunderous peal as the scram jet engine bursts into life. (08:57-09:05) |
| 7. | • After the scramjet engine is engaged, "Moonraker [the test plane] blasts into upper atmosphere – rapidly thinning air giving way to the black void of space." | • After the scramjet engine is engaged, "Darkstar [the test plane] ROCKETS into the upper atmosphere, where rapidly thinning air gives way to the blackness of space." (p. 14) | • After the scramjet engine is engaged, the test plane blasts into the upper atmosphere, where rapidly thinning air gives way to the black void of space. (09:05-09:10) |
| 8. | • As Maverick surpasses Mach 6 and Mach 7, "[t]hin atmosphere screams past the leading edge of Moonraker's prow, sheeting into flame from the concussive friction. … Mav is locked into a zone." | • As Maverick surpasses Mach 6 and Mach 7, "[t]hin atmosphere screams past the leading edge of Moonraker's prow, SHEETING INTO FLAME from the concussive friction. Maverick's in the zone." (p. 15) | • As Maverick surpasses Mach 6 and Mach 7, thin atmosphere screams past the leading edge of Moonraker's prow, sheeting into flame from the concussive friction. Maverick is in the zone. (09:35-10:01) |
| 9. | • As Maverick surpasses Mach 8, Lardo observes Maverick is the "fastest man alive." | • As Maverick surpasses Mach 9, Hondo observes Maverick is the "fastest man alive." (p. 16) | • As Maverick surpasses Mach 9, Hondo observes Maverick is the "fastest man alive." (10:03-10:08) |
| 10. | • Maverick continues to take the engine to higher speeds and a technician warns him that the plane's temperature is getting too hot. | • Maverick continues to take the engine to higher speeds and a technician warns him that the plane's temperature is getting too hot. (p. 17) | • Maverick continues to take the engine to higher speeds and a technician warns him that the plane's temperature is getting too hot. (11:00-11:15) |
| 11. | • As Maverick surpasses Mach 9, the "SCRAMJET engine [is] screaming like a thousand banshees." | • As Maverick surpasses Mach 9, the "[s]cramjet engine [is] SCREAMING like a banshee." (p. 17) | • As Maverick surpasses Mach 9, the scramjet engine is screaming like a banshee. (11:13-11:40) |
| 12. | • As Maverick takes the test plane to its breaking point, Lardo says, "Mav, you've proved your | • As Maverick takes the test plane to its breaking point, Hondo says, "You made your point, Mav. Now bring it home." (p. 18) | • Hondo says, "don't do it, don't do it," indicating that Maverick has made his point and that he |

| | | | |
|---|---|---|---|
| | point, come on home, bro." | | should return. (12:00–12:02) |
| 13. | • As the test plane exceeds its limits, the plane "JOLTS VIOLENTLY" and "[a] dozen warning lights flick on across the console" before a climactic and dramatic moment where the plane malfunctions and "EVERYTHING GOES BLACK." | • As the test plane exceeds its limits, the plane "JOLTS VIOLENTLY" and "WARNING LIGHTS pepper the console" before a climactic and dramatic moment where the plane malfunctions and "All screens go DARK," followed by "SILENCE." (pp. 18-19) | • As the test plane exceeds its limits, the plane jolts violently and warning lights pepper the console before a climactic and dramatic moment where the plane malfunctions and all screens go dark, followed by silence. (12:27-12:36) |
| 14. | • The basic flight maneuver training sequence culminates in a showdown between Maverick and Bradley Bradshaw ("Spanky," and in other drafts, "Boogie," or "Goose Jr."). | • The basic fighter maneuver training sequence culminates in a showdown between Maverick and Bradley Bradshaw ("Rooster"). (pp. 58-62) | • The basic fighter maneuver training sequence culminates in a showdown between Maverick and Bradley Bradshaw ("Rooster"). (40:12-31:30) |
| 15. | • Maverick gives a briefing to the class describing how they will have to fly near-impossibly low for the film's ultimate mission, causing surprise and dismay from the trainees. | • Maverick gives a briefing to the class describing how they will have to fly near-impossibly low for the film's ultimate mission, causing surprise and dismay from the trainees. (pp. 72-74) | • Maverick gives a briefing to the class describing how they will have to fly near-impossibly low for the film's ultimate mission, causing surprise and dismay from the trainees. (48:24-49:34) |
| 16. | • Maverick tells the trainee pilots the maximum flying altitude for the ultimate mission is one hundred feet. | • Maverick tells the trainee pilots the maximum flying altitude for the ultimate mission is one hundred feet. (p. 73) | • Maverick tells the trainee pilots the maximum flying altitude for the ultimate mission is one hundred feet. (48:58-49:00) |
| 17. | • Each trainee pilot tries a simulated version of the mission and fails because they cannot both fly that low and complete the mission in the required time limit. | • Each trainee pilot tries a simulated version of the mission and fails because they cannot both fly that low and complete the mission in the required time limit. (pp. 74-79) | • Each trainee pilot tries a simulated version of the mission and fails because they cannot both fly that low and complete the mission in the required time limit. (50:13-52:53) |

| 18. | • Scene that emphasizes the difficulty and danger of shifting quickly from horizontal to vertical flight into a mountain range. | • Scene that emphasizes the difficulty and danger of shifting quickly from horizontal to vertical flight into a mountain range. (p. 92) | • Scene that emphasizes the difficulty and danger of shifting quickly from horizontal to vertical flight into a mountain range. (1:08:23, 1:09:20, 1:10:05) |
|---|---|---|---|
| 19. | • Scene emphasizing how this mission will take the physical strain of G-forces to the breaking point. | • Scene emphasizing how this mission will take the physical strain of G-forces to the breaking point. (p. 74) | • Scene emphasizing how this mission will take the physical strain of G-forces to the breaking point. (49:48-49:58) |
| 20. | • Maverick proves he can complete the final mission as planned. | • Maverick proves he can complete the final mission as planned. (pp. 110-14) | • Maverick proves he can complete the final mission as planned. (1:19:20-1:22:35) |
| 21. | • The enemy base has GPS blockers, which is why the pilots need to use laser-targeted bombs rather than more modern technology for this mission. | • The enemy base has GPS blockers, which is why the pilots need to use laser-targeted bombs rather than more modern technology for this mission. (p. 24) | • The enemy base has GPS blockers, which is why the pilots need to use laser-targeted bombs rather than more modern technology for this mission. (18:26-18:30, 18:49-18:54) |
| 22. | • Scene depicting a "pop-up strike" as a central feature of the mission. | • Scene depicting a "pop-up strike" as a central feature of the mission. (p. 91) | • Scene depicting a "pop-up strike" as a central feature of the mission. (1:08:05) |
| 23. | • Features a sequence of events where training in the classroom is followed by low flying practice, then pop-up practice. | • Features a sequence of events where training in the classroom is followed by low flying practice, then pop-up practice. (pp. 91-103) | • Features a sequence of events where a training in the classroom is followed by low flying practice, then pop-up practice. (1:08:00-1:14:00) |
| 24. | • Maverick tells the class "coordination is key" for this part of the mission. | • Maverick tells the class "coordination … is essential" for this part of the mission. (p. 92) | • Maverick tells the class coordination is essential for this part of the mission. (1:08:15-1:08:21) |
| 25. | • Maverick tells the class the target for the bombs to hit in this mission is a nearly impossibly small four-feet wide. | • Maverick tells the target for the bombs to hit in this mission is a nearly impossibly small less than three meters wide. (pp. 92-93) | • Maverick tells the class the target for the bombs to hit in this mission is a nearly impossibly small less than three meters wide. (1:08:40) |

| 26. | • Maverick tells the class to complete the mission, they must perform a steep climb and then invert directly to a steep dive. | • Maverick tells the class to complete the mission, they must perform a steep climb and then invert directly to a steep dive. (p. 92) | • Maverick tells the class to complete the mission, they must perform a steep climb and then invert directly to a steep dive. (1:08:27) |
|---|---|---|---|
| 27. | • Maverick explains that the final mission requires two bomb strikes on the same target in order to be successful. | • Maverick explains that the final mission requires two bomb strikes on the same target in order to be successful. (p. 93) | • Maverick explains that the final mission requires two bomb strikes on the same target in order to be successful. (1:08:48-1:09:17) |
| 28. | • Maverick emphasizes to the trainees that maintaining laser lock is crucial or else "the bombs will miss." | • Maverick emphasizes to the trainees that maintaining laser lock is crucial or else "you'll miss." (p. 93) | • Maverick explains that the mission will require a laser-locked missile, and that if they miss the mission is a failure. (1:08:50-1:09:17, 1:11:34-1:11:44) |
| 29. | • Scene depicting a pilot trainee's plane flying into a flock of birds, which causes the plane to fail and necessitates the pilot's ejection, after which the empty plane crashes and explodes. | • Scene depicting a pilot trainee's plane flying into a flock of birds, which causes the plane to fail and necessitates the pilot's ejection, after which the empty plane crashes and explodes. (pp. 101-04) | • Scene depicting a pilot trainee's plane flying into a flock of birds, which causes the plane to fail and necessitates the pilot's ejection, after which the empty plane crashes and explodes. (1:13:00-1:14:00) |
| 30. | • The final mission sequence begins with a cohort of military personnel watching a screen depicting the mountain terrain of the mission ahead. | • The final mission sequence begins with a cohort of military personnel watching a screen depicting the mountain terrain of the mission ahead. (p. 116) | • The final mission sequence begins with a cohort of military personnel watching a screen depicting the mountain terrain of the mission ahead. (1:26:49-1:27:50) |
| 31. | • The pilots' fears mount as they look at the snow-capped mountains and dark pine trees ahead, noting that "the insanity of the training canyon run is nothing compared to this." | • The pilots' fears mount as they look at the snowy mountains and jagged pines, with "tighter alleys than they ever had in training." (p. 124) And, the screenplay notes, "[t]raining was nothing | • The pilots' fears mount as they look at the snowy mountains and jagged pines, with tighter alleys to which nothing in the pilots' training could compare. (1:32:23-1:36:24) |

|  |  |  |  |
|---|---|---|---|
|  |  | compared to this." (p. 126). |  |
| 32. | • The pilots must traverse a mountain valley that is extremely tight, "barely wide enough for their jets." | • The pilots must traverse a mountain valley that is extremely tight, "an ever-compressing canyon … Training times ten. The valley walls are tight." (p. 126) | • The pilots must traverse a mountain valley that is extremely tight, an ever-compressing canyon with tight valley walls that is much more arduous than their training. (1:32:52-1:36:24) |
| 33. | • The planes are flying so low that the "undercarriage [of the planes are] nearly kissing the tree-tops." | • The planes are flying so low that "snowy trees flash[] just beneath." (p. 126) | • The planes are flying so low that snowy trees flash just beneath. (1:32:52-1:36:24) |
| 34. | • The Tomahawk missile strike and subsequent aerial bombing must be synchronized, with the aerial bombing executed by two sets of planes in order to be successful. | • The Tomahawk missile strike and subsequent aerial bombing must be synchronized, with the aerial bombing executed by two sets of planes in order to be successful. (p. 116) | • The Tomahawk missile strike and subsequent aerial bombing must be synchronized, with the aerial bombing executed by two sets of planes in order to be successful. (1:27:10-1:27:15) |
| 35. | • Two planes, led by Maverick, successfully slam bombs into the target, destroying the enemy's nuclear facility. This scene features the following description: "Four heavy GRU bunker busters drop from the belly/wings of both F-18s --- Fins adjusting as they lock onto the laser-guidance signal." | • Two planes, led by Maverick, successfully slam bombs into the target, destroying the enemy's nuclear facility. The Film's final screenplay features the following description: "Two super bunker busters drops from the wings of Mavericks F-18, fins adjusting as they acquire laser guidance." (p. 133) | • Two planes, led by Maverick, successfully slam bombs into the target, destroying the enemy's nuclear facility. Two super bunker busters drop from the wings of Mavericks F-18, fins adjusting as they acquire laser guidance. (1:36:54-1:38:14) |
| 36. | • Following the missile strike, the pilots "wrench their jets" into "body-smashing climbs." | • Following the missile strike, the pilots "wrench their jets" into "body-smashing climbs." (p. 133) | • Following the missile strike, the pilots wrench their jets into body-smashing climbs. (1:36:54-1:38:10) |
| 37. | • Fanboy loses laser lock and nearly fails to hit the target. | • Fanboy loses laser lock and nearly fails to hit the target. (p. 135) | • Fanboy loses laser lock and nearly fails to hit the target. (1:37:33-1:38:03) |

| 38. | • After the missiles successfully hit their target, a "CATACLYSMIC SUBTERRANEAN EXPLOSION heaves millions of tons of earth upwards" and the "BURIED FACILITY IMPLODES on itself." | • After the missiles successfully hit their target, a "RIPPLING SUBTERRANEAN EXPLOSION heaves the earth and the underground facility IMPLODES on itself." (p. 136) | • After the missiles successfully hit their target, a rippling subterranean explosion heaves the earth and the underground facility implodes on itself. (1:38:09-1:38:14) |
|---|---|---|---|
| 39. | • As the pilots fly away from the enemy target, a surface to air missile suddenly flashes straight towards the U.S. pilots; the missile strikes Maverick's engine and an explosion shreds the rear of his jet; and Maverick ejects. This scene features the following description: "ANGLE ON Maverick as he breaks right, firing his afterburners to distract the missile with his own heat signature --- then rolls, dumping flares and chaff to try and defend --- but there's no room to escape --- THE MISSILE STREAKS PAST THE FLARES AND SLAMS INTO MAV'S ENGINE --- EXPLOSION SHREDDING THE REAR OF THE JET." | • As the pilots fly away from the enemy target, a surface to air missile suddenly flashes straight towards the U.S. pilots; the missile strikes Maverick's engine and an explosion shreds the rear of his jet; and Maverick ejects. The Film's final screenplay features the following description: "Maverick releases flares, but he's too late. And he knows it. The missile SLAMS into Maverick's engine. A FIREBALL SHREDS the splintering rear of the jet." (p. 137) | • As the pilots fly away from the enemy target, a surface to air missile suddenly flashes straight towards the U.S. pilots; the missile strikes Maverick's engine and an explosion shreds the rear of his jet; and Maverick ejects. Maverick releases flares, but he's too late. The missile slams into his engine and a fireball shreds the splintering rear of the jet. (1:38:53-1:40:13) |
| 40. | • Maverick performs a parachute landing following his emergency ejection. Once on the ground, he hears a "menacing" enemy helicopter coming | • Maverick performs a parachute landing following his emergency ejection Once on the ground, he hears a "menacing" enemy helicopter coming towards | • Maverick performs a parachute landing following his emergency ejection. Once on the ground, he hears a menacing enemy helicopter coming |

| | | | |
|---|---|---|---|
| | towards him and scrambles to hide. | him and scrambles to hide. (p. 139) | towards him and scrambles to hide. (1:42:00-1:42:37) |
| 41. | • The enemy helicopter fires at Maverick, but suddenly Boogie (used interchangeably with "Goose Jr.") appears in his fighter jet and shoots the enemy helicopter to the ground. | • The enemy helicopter fires at Maverick, but suddenly Rooster appears in his fighter jet and shoots the enemy helicopter to the ground. (pp. 140-41) | • The enemy helicopter fires at Maverick, but suddenly Rooster appears in his fighter jet and shoots the enemy helicopter to the ground. (1:42:37-1:42:47) |
| 42. | • After his own plane is compromised, Goose Jr. also ejects near Maverick, after which Maverick runs towards Goose Jr.'s parachute and gets mad at Goose Jr. for continuing to battle and not fleeing enemy territory. | • After his own plane is compromised, Rooster also ejects near Maverick, after which Maverick runs towards Rooster's parachute and gets mad at Rooster for continuing to battle and not fleeing enemy territory. (pp. 142-43) | • After his own plane is compromised, Rooster also ejects near Maverick, after which Maverick runs towards Rooster's parachute and gets mad at Rooster for continuing to battle and not fleeing enemy territory. (1:42:54-1:44:00) |
| 43. | • From a hill above an enemy base, Maverick and Goose Jr. look down through a smoky haze and see an old F-14 parked at the base. | • From a ridge above an enemy base, Maverick and Rooster look down through a smoky haze and see an old F-14 parked at the base. (p. 144) | • From a ridge above an enemy base, Maverick and Rooster look down through a smoky haze and see an old F-14 parked at the base. (1:44:30-1:45:00) |
| 44. | • Maverick decides to go hijack the F-14, while Goose Jr. is hesitant. | • Maverick decides to go hijack the F-14, while Rooster is hesitant. (pp. 144-45) | • Maverick decides to go hijack the F-14, while Rooster is hesitant. (1:45:00-1:45:12) |
| 45. | • As they go to hijack the enemy's F-14, Maverick tells Goose Jr. to pull the power plug and pull the ladder up as he climbs in. | • As they go to hijack the enemy's F-14, Maverick tells Rooster to pull the power plugs and disconnect everything as he climbs in. (pp. 145-47) | • As they go to hijack the enemy's F-14, Maverick tells Rooster to pull the power plugs and disconnect everything as he climbs in. (1:45:40-1:45:50) |
| 46. | • Boogie scrambles to unhook the start cart and climb into the cockpit and Maverick begins to take-off in the enemy F-14. | • Rooster scrambles to unhook the start cart and climb into the cockpit and Maverick begins to take-off in the enemy F-14. (p. 147) | • Rooster scrambles to unhook the start cart and climb into the cockpit and Maverick begins to take-off in the enemy F-14. (1:46:20-1:46:38) |

| | | | |
|---|---|---|---|
| 47. | • They use a taxiway, "barely 3000' of asphalt road," to perform a tight takeoff because "both runways are cratered," during which Maverick "squeezes every ounce of lift from the plane" and Boogie says, "Holy --- shiiiit --- ." | • They use a taxiway to perform a tight takeoff because "both runways are cratered," during which Maverick "squeezes every ounce of lift from the plane" and Rooster says, "holy shit." (pp. 148-49) | • They use a taxiway to perform a tight takeoff because "both runways are cratered," during which Maverick "squeezes every ounce of lift from the plane" and Rooster says, "holy shit." (1:47:10-1:47:08) |
| 48. | • Boogie struggles to figure out how to get the radio working in the F-14 and asks Maverick for help, saying, "Dude, all these switches, how did my dad do it all and still keep his head in the game?" | • Rooster struggles to figure out how to get the radio working in the F-14 and asks Maverick for help, to which Maverick says, "I dunno, that was your dad's department." (p. 151). | • Rooster struggles to figure out how to get the radio working in the F-14 and asks Maverick for help, says, "I dunno, that was your dad's department." (1:48:46-1:49:06) |
| 49. | • Two enemy planes end up flying alongside Maverick and Boogie as they try to escape; Maverick tries to signal to the enemy soldiers that his radio is down but does not recognize the hand signal they make back to him; Maverick tells Boogie to "just be cool," but then the enemy planes "drop back" into attack position and they have to shoot the enemy planes down. | • Two enemy planes end up flying alongside Maverick and Rooster as they try to escape; Maverick tries to signal to the enemy soldiers that his radio is down but does not recognize the hand signal they make back to him; Maverick tells Rooster to "just be cool," but then the enemy planes "drop back" into attack position and they have to shoot the enemy planes down. (pp. 151-52) | • Two enemy planes end up flying alongside Maverick and Rooster as they try to escape; Maverick tries to signal to the enemy soldiers that his radio is down but does not recognize the hand signal they make back to him; Maverick tells Rooster to "just be cool," but then the enemy planes drop back into attack position and they have to shoot the enemy planes down. (1:49:12-1:53:33) |
| 50. | • Maverick and Boogie are forced to perform a crash landing on the aircraft carrier into a nylon net at the end of the mission because the F-14's tires are blown, its hook isn't down, and an engine fails. Maverick makes a | • Maverick and Rooster are forced to perform a crash landing on the aircraft carrier into a nylon net at the end of the mission because the F-14's tires are blown, its hook isn't down, and an engine fails. Maverick makes a comment about not | • Maverick and Rooster are forced to perform a crash landing on the aircraft carrier into a nylon net at the end of the mission because the plane's landing mechanisms are not working and an engine fails, with organized |

| | | |
|---|---|---|
| | comment about not trusting the "chutes" in the F-14. This scene features the following description: "Organized chaos as Hundreds of Sailors in various colored coats work to remove the Trap-Wires --- raise Barricade Stanchions ---Rig a massive 15-foot high Nylon net, stretching like a ping-pong net across the width of the landing deck ---." | trusting the "chutes" in the F-14. The screenplay features the following description of this scene: "A ballet of precise emergency response. Hundreds of SAILORS work to remove Trap-Wires and raise Barricade Stanchions, lift up a 15-foot-high NYLON BARRICADE, stretching a massive net across the width of the landing deck." (pp. 161-64) | chaos from the crew as they work to remove trap wires, raise barricade stations, and rig a massive nylon net to prepare for the landing. (1:56:22-1:57:12) |
| | | ***Dialogue*** | |
| 51. | • Lardo tells Maverick over radio as he is in flight: "You are cleared above flight level six zero zero, accelerate to Mach 3.5." | • Hondo tells Maverick over radio as he is in flight: "You are cleared above six-zero-zero. Increase to Mach 3.5." (p. 13) | • Hondo tells Maverick over radio as he is in flight: "You are cleared above six-zero-zero. Increase to Mach 3.5." (08:37-08:45) |
| 52. | • After this, Maverick says, "Pitch 5 degrees, good alpha." | • After this, Maverick says, "Pi- -ive -grees -ood -lpha- [simulating a radio breakup verbally]." (p. 15) | • After this, Maverick says, "Pi- -ive -grees -ood -lpha- [simulating a radio breakup verbally]." (09:18-09:28) |
| 53. | • As Maverick surpasses Mach 8, Lardo observes Maverick is the "fastest man alive." | • As Maverick surpasses Mach 9, Hondo observes Maverick is the "fastest man alive." (p. 16) | • As Maverick surpasses Mach 9, Hondo observes Maverick is the "fastest man alive." (10:03-10:08) |
| 54. | • As Maverick takes the test plane to its breaking point, Lardo (the technician) says, "Mav, you've proved your point, come on home, bro." | • As Maverick takes the test plane to its breaking point, Hondo (the technician) says, "You made your point, Mav. Now bring it home." (p. 18) | • Hondo says, "don't do it, don't do it," indicating that Maverick has made his point and that he should bring the aircraft home. (12:00-12:02) |
| 55. | • As Boogie struggles to figure out how to get the radio working in the F-14 he asks Maverick for | • As Rooster struggles to figure out how to get the radio working in the F-14, he asks Maverick for help, | • As Rooster struggles to figure out how to get the radio working in the F-14, he asks Maverick for |

| | | | |
|---|---|---|---|
| | help, saying, "Dude, all these switches, how did my dad do it all and still keep his head in the game?" | to which Maverick says, "I dunno, that was your dad's department." (p. 151). | help, to which Maverick says, "I dunno, that was your dad's department." (1:48:46-1:49:06) |
| 56. | • As two enemy planes end up flying alongside Maverick and Goose Jr. as they try to escape enemy territory, Maverick tells Goose Jr. to "just be cool." | • As two enemy planes end up flying alongside Maverick and Rooster as they try to escape enemy territory, Maverick tells Rooster to "just be cool." (p. 151-52) | • As two enemy planes end up flying alongside Maverick and Rooster as they try to escape enemy territory, Maverick tells Rooster to "just be cool." (1:49:12-1:53:33) |
| 57. | • The trainee pilots tend to speak to each other with sharp jabs, which is at times brash, not shying away from using curse words and offensive language. | • The trainee pilots tend to speak to each other with sharp jabs, which is at times brash, not shying away from using curse words and offensive language. | • The trainee pilots tend to speak to each other with sharp jabs, which is at times brash, not shying away from using curse words and offensive language. |
| 58. | • Maverick, by contrast, demonstrates a more measured manner of speaking. While he can keep up with the quick-witted jabs of the trainees, his speech is more mature and authoritative as he is acting as a role model to the younger pilots. | • Maverick, by contrast, demonstrates a more measured manner of speaking. While he can keep up with the quick-witted jabs of the trainees his speech is more mature and authoritative as he is acting as a role model to the younger pilots. | • Maverick, by contrast, demonstrates a more measured manner of speaking. While he can keep up with the quick-witted jabs of the trainees, his speech is more mature and authoritative as he is acting as a role model to the younger pilots. |
| 59. | • The admirals' tone is cold and matter-of-fact, and their dialogue is limited almost entirely to giving orders; they demonstrate no tolerance for irreverence of any kind. | • The admirals' tone is cold and matter-of-fact, and their dialogue is limited almost entirely to giving orders; they demonstrate no tolerance for irreverence of any kind. | • The admirals' tone is cold and matter-of-fact, and their dialogue is limited almost entirely to giving orders; they demonstrate no tolerance for irreverence of any kind. |
| | *Setting* | | |
| 60. | • The test plane scene takes place in alternating settings between the cockpit of the test plane | • The test plane scene takes place in alternating settings between the cockpit of the test plane in | • The test plane scene takes place in alternating settings between the cockpit of the test plane in the sky and the |

11

| | | | |
|---|---|---|---|
| | in the sky and the "mission control" room. | the sky and the "mission control" room. (pp. 2-19) | mission control room. (4:34-12:36) |
| 61. | • The basic flight maneuvers scenes take place in alternating settings between the "ready room" and each pilot's F-18 cockpit in the sky. | • The basic fighter maneuvers scenes take place in alternating settings between the "ready room" and each pilot's F-18 cockpit in the sky. (pp. 44-64) | • The basic fighter maneuvers scenes take place in alternating settings between the ready room and each pilot's F-18 cockpit in the sky. (35:40-42:06) |
| 62. | • Mission training scenes take place in alternating settings between the "sky over desert" and the "tactical auditorium." | • Mission training scenes take place in alternating settings between the "skies over range," "California desert" and the "tactical auditorium." (pp. 93-103) | • Mission training scenes take place in alternating settings between the sky over desert and the tactical auditorium. (1:08:48-1:14:00) |
| 63. | • Describes a "ballet of launch preparation" as crews prepare for takeoff on the deck of the U.S.S. Theodore Roosevelt. | • Describes a "ballet of controlled chaos" as crews prepare for takeoff on the deck of the U.S.S. Theodore Roosevelt, as well as a "ballet of precise emergency response" when Hangman prepares to land. (pp. 118, 161) | • Depicts choreographic launch preparation as crews prepare for takeoff on the deck of the U.S.S. Theodore Roosevelt. (1:26:54-1:27:39) |
| 64. | • The final mission to take out the enemy target takes place among snow-capped mountains and dark pine trees. | • The final mission to take out the enemy target takes place among snowy mountains and jagged pines. (p. 126) | • The final mission to take out the enemy target takes place among snowy mountains and jagged pines. (1:32:23-1:36:24) |
| 65. | • The enemy base features a short taxiway, "barely 3000' of asphalt road," from which Maverick and Boogie perform a tight takeoff because "both runways are cratered." | • The enemy base features a short taxiway to perform a tight takeoff because "both runways are cratered." (pp. 148-49) | • The enemy base features a short taxiway to perform a tight takeoff because both runways are cratered. (1:47:10-1:47:08) |
| 66. | • The final scene of the third act mission takes place on an aircraft carrier in the middle of the ocean, the U.S.S. Theodore Roosevelt, where after performing a crashlanding Maverick | • The final scene of the third act mission takes place on an aircraft carrier in the middle of the ocean, the U.S.S. Theodore Roosevelt, where after performing a crashlanding Maverick and Rooster are | • The final scene of the third act mission takes place on an aircraft carrier in the middle of the ocean, the U.S.S. Theodore Roosevelt, where after performing a crashlanding Maverick |

| | | | |
|---|---|---|---|
| | and Boogie/Goose Jr. are greeted enthusiastically by their fellow Top Gun classmates. | greeted enthusiastically by their fellow Top Gun classmates. (p. 164) | and Rooster are greeted enthusiastically by their fellow Top Gun classmates. (1:57:28-1:59:14) |

***Sequencing***

| | | | |
|---|---|---|---|
| 67. | The opening of the script contains the following sequence of events:<br>• Maverick loads into a test fighter jet with the assistance of a flight crew;<br>• The flight crew performs their pre-flight routine and checklist;<br>• Maverick powers up the plane and takes off;<br>• Rear Admiral Cain and the flight crew watch Maverick as he embarks on this risky test flight;<br>• Maverick shuts down the main engines before engaging the Scramjet engine;<br>• Maverick steadily increases the plane's speed;<br>• The flight crew communicates with Maverick over radio about the plane's speed and temperature;<br>• As Maverick passes Mach 8, Lardo comments that he is the "fastest man alive;"<br>• Maverick cavalierly decides to take the plane's speed even further;<br>• The flight crew communicates that the | The opening of the script contains the following sequence of events:<br>• Maverick loads into a test fighter jet with the assistance of a flight crew;<br>• The flight crew performs their pre-flight routine and checklist;<br>• Maverick powers up the plane and takes off;<br>• Rear Admiral Cain and the flight crew watch Maverick as he embarks on this risky test flight;<br>• Maverick shuts down the main engines before engaging the Scramjet engine;<br>• Maverick steadily increases the plane's speed;<br>• The flight crew communicates with Maverick over radio about the plane's speed and temperature;<br>• As Maverick passes Mach 8, Hondo comments that he is the "fastest man alive;"<br>• Maverick cavalierly decides to take the plane's speed even further;<br>• The flight crew communicates that the plane's temperature is getting too hot; | The opening of the movie contains the following sequence of events:<br>• Maverick loads into a test fighter jet with the assistance of a flight crew;<br>• The flight crew performs their pre-flight routine and checklist;<br>• Maverick powers up the plane and takes off;<br>• Rear Admiral Cain and the flight crew watch Maverick as he embarks on this risky test flight;<br>• Maverick shuts down the main engines before engaging the Scramjet engine;<br>• Maverick steadily increases the plane's speed;<br>• The flight crew communicates with Maverick over radio about the plane's speed and temperature;<br>• As Maverick passes Mach 8, Hondo comments that he is the "fastest man alive;"<br>• Maverick cavalierly decides to take the plane's speed even further;<br>• The flight crew communicates that the |

13

| | | |
|---|---|---|
| plane's temperature is getting too hot;<br>• Rear Admiral Cain expresses shock at Maverick's actions;<br>• Lardo expresses concern that Maverick should stop accelerating and return the fighter jet;<br>• The test plane's engine fails, causing an array of warning lights to flash on the plane's dashboard;<br>• The plane is destroyed and "EVERYTHING GOES BLACK" as the reader does not know what happened to Maverick. | • Rear Admiral Cain expresses shock at Maverick's actions;<br>• Hondo expresses concern that Maverick should stop accelerating and return the fighter jet;<br>• The test plane's engine fails, causing an array of warning lights to flash on the plane's dashboard;<br>• The plane is destroyed and "[a]ll screens go DARK," followed by "SILENCE," as the reader does not know what happened to Maverick. (pp. 2-19) | plane's temperature is getting too hot;<br>• Rear Admiral expresses shock at Maverick's actions;<br>• Hondo expresses concern that Maverick should stop accelerating and return the fighter jet;<br>• The test plane's engine fails, causing an array of warning lights to flash on the plane's dashboard;<br>• The plane is destroyed and everything goes dark, followed by silence, as the viewer does not know what happened to Maverick. (4:34-12:36) |
| 68. | • After Maverick explains the impossibly tight parameters of the final mission to the trainee pilots in the classroom, there is a training sequence where each pilot trainee tries a simulated version of the mission and fails because they cannot fly that low and complete the mission in the required time limit. The scene jumps between the training flights in the field and Maverick in the classroom explaining why each pilot failed to the trainees. | • After Maverick explains the impossibly tight parameters of the final mission to the trainee pilots in the classroom, there is a training sequence where each pilot trainee tries a simulated version of the mission and fails because they cannot fly that low and complete the mission in the required time limit. The scene jumps between the training flights in the field and Maverick in the classroom explaining why each pilot failed to the trainees. (pp. 74-79) | • After Maverick explains the impossibly tight parameters of the final mission to the trainee pilots in the classroom, there is a training sequence where each pilot trainee tries a simulated version of the mission and fails because they cannot fly that low and complete the mission in the required time limit. The scene jumps between the training flights in the field and Maverick in the classroom explaining why each pilot failed to the trainees. (50:13-52:53) |
| 69. | The final mission features the following sequence of events:<br>• A cohort of military personnel watch a | The final mission features the following sequence of events:<br>• A cohort of military personnel watch a monitor screen depicting the | The final mission features the following sequence of events:<br>• A cohort of military personnel watch a |

| | | |
|---|---|---|
| monitor screen depicting the mountain terrain of the mission ahead;<br><br>• The pilots' fears mount as they look at the snow-capped mountains and dark pine trees ahead;<br><br>• The pilots have to traverse a route through a mountain valley that is extremely tight and low to the earth;<br><br>• Two planes, led by Maverick, successfully slam bombs into the target;<br><br>• Following the missile strike, the pilots wrench their jets into body-smashing climbs;<br><br>• Fanboy loses laser lock and nearly fails to hit the target;<br><br>• As the second set of missiles hit; the enemy's nuclear facility is destroyed;<br><br>• As the pilots fly away from the destroyed target Maverick is struck by a missile which shreds the rear of his jet, and he must eject;<br><br>• After Maverick performs a parachute landing following his emergency ejection, he hears a "menacing" enemy helicopter coming towards him and scrambles to hide;<br><br>• Boogie appears in his fighter jet and shoots the enemy helicopter to the ground; | mountain terrain of the mission ahead;<br><br>• The pilots' fears mount as they look at the snow-capped mountains and dark pine trees ahead;<br><br>• The pilots have to traverse a route through a mountain valley that is extremely tight and low to the earth;<br><br>• Two planes, led by Maverick, successfully slam bombs into the target;<br><br>• Following the missile strike, the pilots wrench their jets into body-smashing climbs;<br><br>• Fanboy loses laser lock and nearly fails to hit the target;<br><br>• As the second set of missiles hit; the enemy's nuclear facility is destroyed;<br><br>• As the pilots fly away from the destroyed target Maverick is struck by a missile which shreds the rear of his jet, and he must eject;<br><br>• After Maverick performs a parachute landing following his emergency ejection, he hears a "menacing" enemy helicopter coming towards him and scrambles to hide;<br><br>• Rooster appears in his fighter jet and shoots the enemy helicopter to the ground;<br><br>• After his own plane is compromised, Rooster | monitor screen depicting the mountain terrain of the mission ahead;<br><br>• The pilots' fears mount as they look at the snow-capped mountains and dark pine trees ahead;<br><br>• The pilots have to traverse a route through a mountain valley that is extremely tight and low to the earth;<br><br>• Two planes, led by Maverick, successfully slam bombs into the target;<br><br>• Following the missile strike, the pilots wrench their jets into body-smashing climbs;<br><br>• Fanboy loses laser lock and nearly fails to hit the target;<br><br>• As the second set of missiles hit; the enemy's nuclear facility is destroyed;<br><br>• As the pilots fly away from the destroyed target Maverick is struck by a missile which shreds the rear of his jet, and he must eject;<br><br>• After Maverick performs a parachute landing following his emergency ejection, he hears a "menacing" enemy helicopter coming towards him and scrambles to hide;<br><br>• Rooster appears in his fighter jet and shoots the enemy helicopter to the ground; |

<table>
<tr>
<td>
<ul>
<li>After his own plane is compromised, "Goose Jr." also ejects near Maverick, after which Maverick runs towards Goose Jr.'s parachute and gets mad at Goose Jr. for continuing to battle and not fleeing enemy territory;</li>
<li>From a hill above an enemy base, Maverick and Goose Jr. look down through a smoky haze and see an old F-14 parked at the base;</li>
<li>Maverick decides to go hijack the F-14, while Goose Jr. is hesitant;</li>
<li>As they go to hijack the enemy's F-14, Maverick tells Goose Jr. to pull the power plug and pull the ladder up as he climbs in;</li>
<li>Boogie scrambles to unhook the start cart and climb into the cockpit and Maverick begins to take-off on the enemy F-14;</li>
<li>Maverick and Boogie perform a tight takeoff from a taxiway on the enemy base;</li>
<li>Boogie struggles to figure out how to get the radio working in the F-14;</li>
<li>Two enemy planes end up flying alongside Maverick and Boogie as they try to escape and after trying to be friendly with them Maverick and Boogie</li>
</ul>
</td>
<td>
<ul>
<li>also ejects near Maverick, after which Maverick runs Rooster parachute and gets mad at Rooster for continuing to battle and not fleeing enemy territory;</li>
<li>From a ridge above an enemy base, Maverick and Rooster look down through a smoky haze and see an old F-14 parked at the base;</li>
<li>Maverick decides to go hijack the F-14, while Rooster is hesitant;</li>
<li>As they go to hijack the enemy's F-14, Maverick tells Rooster to pull the power plug and disconnect everything as he climbs in;</li>
<li>Boogie (or, "Goose Jr.") scrambles to disconnect everything and climb into the cockpit and Maverick begins to take-off on the enemy F-14;</li>
<li>Maverick and Rooster perform a tight takeoff from a taxiway on the enemy base;</li>
<li>Rooster struggles to figure out how to get the radio working in the F-14;</li>
<li>Two enemy planes end up flying alongside Maverick and Rooster as they try to escape and after trying to be friendly with them Maverick and Rooster have to shoot them down;</li>
<li>As they are being attacked by yet another enemy fighter jet, Hangman arrives and saves them;</li>
</ul>
</td>
<td>
<ul>
<li>After his own plane is compromised, Rooster also ejects near Maverick, after which Maverick runs Rooster parachute and gets mad at Rooster for continuing to battle and not fleeing enemy territory;</li>
<li>From a ridge above an enemy base, Maverick and Rooster look down through a smoky haze and see an old F-14 parket at the base;</li>
<li>Maverick decides to go hijack the F-14, while Rooster is hesitant;</li>
<li>As they go to hijack the enemy's F-14, Maverick tells Rooster to pull the power plug and disconnect everything as he climbs in;</li>
<li>Boogie (or, "Goose Jr.") scrambles to disconnect everything and climb into the cockpit and Maverick begins to take-off on the enemy F-14;</li>
<li>Maverick and Rooster perform a tight takeoff from a taxiway on the enemy base;</li>
<li>Rooster struggles to figure out how to get the radio working in the F-14;</li>
<li>Two enemy planes end up flying alongside Maverick and Rooster as they try to escape and after trying to be friendly with them Maverick and Rooster have to shoot them down;</li>
</ul>
</td>
</tr>
</table>

|  | | |
|---|---|---|
| have to shoot them down;<br>• As they are being attacked by yet another enemy fighter jet, Skidmark and Toejam arrive and save them;<br>• Maverick and Boogie have to perform a crash landing on the aircraft carrier into a nylon net;<br>• After performing the crash landing on the aircraft carrier, Maverick and Boogie climb out of the jet and are enthusiastically greeted by their fellow Top Gun colleagues. | • Maverick and Rooster have to perform a crash landing on the aircraft carrier into a nylon net;<br>• After performing the crash landing on the aircraft carrier, Maverick and Rooster climb out of the jet and are enthusiastically greeted by their fellow Top Gun colleagues. (pp. 116-64) | • As they are being attacked by yet another enemy fighter jet, Hangman arrives and saves them;<br>• Maverick and Rooster have to perform a crash landing on the aircraft carrier into a nylon net;<br>• After performing the crash landing on the aircraft carrier, Maverick and Rooster climb out of the jet and are enthusiastically greeted by their fellow Top Gun colleagues. (1:26:49-1:59:14) |
| *Pace* | | |
| 70. | • The intro sequence where Maverick takes the test plane to and past its limits has an urgent pace that increases steadily. As Maverick's speed increases past Mach 5, Mach 6, Mach 7, and later past Mach 10, the cuts back and forth between the cockpit and the control room intensify as the speed and temperature (of both the plane and the pace) increase. The pace reaches a climactic urgency just before the plane malfunctions and everything goes dark. | • The intro sequence where Maverick takes the test plane to and past its limits has an urgent pace that increases steadily. As Maverick's speed increases past Mach 5, Mach 6, Mach 7, and later past Mach 10, the cuts back and forth between the cockpit and the control room intensify as the speed and temperature (of both the plane and the pace) increase. The pace reaches a climactic urgency just before the plane malfunctions and everything goes dark. (pp. 2-19) | • The intro sequence where Maverick takes the test plane to and past its limits has an urgent pace that increases steadily. As Maverick's speed increases past Mach 5, Mach 6, Mach 7, and later past Mach 10, the cuts back and forth between the cockpit and the control room intensify as the speed and temperature (of both the plane and the pace) increase. The pace reaches a climactic urgency just before the plane malfunctions and everything goes dark. (4:34-12:36) |
| 71. | • The flight training sequences depict an impossibly fast pace as | • The flight training sequences depict an impossibly fast pace as the | • The flight training sequences depict an impossibly fast pace as |

| | | |
|---|---|---|
| | the pilots struggle to complete their mission simulations in the extremely short amount of time required. The cuts back and forth between the various pilots' cockpits and the post-flight classroom discussions highlight the extreme haste with which the pilots train and how quickly they must learn to succeed in performing the mission as designed. | pilots struggle to complete their mission simulations in the extremely short amount of time required. The cuts back and forth between the various pilots' cockpits and the post-flight classroom discussions highlight the extreme haste with which the pilots train and how quickly they must learn to succeed in performing the mission as designed. (pp. 74-79, 91-103) | the pilots struggle to complete their mission simulations in the extremely short amount of time required. The cuts back and forth between the various pilots' cockpits and the post-flight classroom discussions highlight the extreme haste with which the pilots train and how quickly they must learn to succeed in performing the mission as designed. (50:13-52:53, 1:08:00-1:14:00) |
| 72. | • The third act mission sequence has an extremely and increasingly urgent pace as the mission must be completed in a very short time lest the pilots face dire consequences, and this urgency boils over into chaos as Maverick is shot down, as well as is Goose Jr., after which the two must escape enemy territory in a stolen F-14 and fight off several enemy fighter jets. | • The third act mission sequence has an extremely and increasingly urgent pace as the mission must be completed in a very short time lest the pilots face dire consequences, and this urgency boils over into chaos as Maverick is shot down, as well as is Rooster, after which the two must escape enemy territory in a stolen F-14 and fight off several enemy fighter jets. (pp. 116-64) | • The third act mission sequence has an extremely and increasingly urgent pace as the mission must be completed in a very short time lest the pilots face dire consequences, and this urgency boils over into chaos as Maverick is shot down, as well as is Rooster, after which the two must escape enemy territory in a stolen F-14 and fight off several enemy fighter jets. (1:26:49-1:59:14) |
| | *Mood* | | |
| 73. | • The intro sequence where Maverick takes the test plane to and past its limits has a tense and serious mood because of the stakes involved – the potential loss of the expensive experimental aircraft and the risk to | • The intro sequence where Maverick takes the test plane to and past its limits has a tense and serious mood because of the stakes involved – the potential loss of the expensive experimental aircraft and the risk to | • The intro sequence where Maverick takes the test plane to and past its limits has a tense and serious mood because of the stakes involved – the potential loss of the expensive experimental aircraft and the risk to |

| | | | |
|---|---|---|---|
| | Maverick and his colleagues' careers should he fail. | Maverick and his colleagues' careers should he fail. (pp. 2-19) | Maverick and his colleagues' careers should he fail. (4:34-12:36) |
| 74. | • The final mission sequence has a gravely serious mood as everyone understands how difficult and life-threatening this mission will be ("Serious tone. Everyone knows stakes."). This is emphasized by moments of "pregnant silence" among the frenzy of pre-flight preparation and the pilots' communicating among themselves and with the crew as if this might be the last time they see each other. | • The final mission sequence has a gravely serious mood as everyone understands how difficult and life-threatening this mission will be. This is emphasized by moments of silence among the frenzy of pre-flight preparation and the pilots' communicating among themselves and with the crew as if this might be the last time they see each other ("the two men shake[] hands, as if, in case, it is the last time"). (pp. 116-64) | • The final mission sequence has a gravely serious mood as everyone understands how difficult and life-threatening this mission will be. This is emphasized by moments of silence among the frenzy of pre-flight preparation and the pilots' communicating among themselves and with the crew as if this might be the last time they see each other. (1:26:49-1:59:14) |
| 75. | • As the final mission progresses, the mood intensifies and eventually reaches a chaotic crescendo as both Maverick and Boogie have to eject from their planes and eventually escape in a stolen enemy F-14. This is depicted through increasingly intense dialogue, especially between Maverick and Boogie, as they get louder and express more frustration and shock as the scene progresses, culminating with the two taking off in the F-14 from a short taxiway on the enemy base. | • As the final mission progresses, the mood intensifies and eventually reaches a chaotic crescendo as both Maverick and Rooster have to eject from their planes and eventually escape in a stolen enemy F-14. This is depicted through increasingly intense dialogue, especially between Maverick and Rooster, as they get louder and express more frustration and shock as the scene progresses, culminating with the two taking off in the F-14 from a short taxiway on the enemy base. (pp. 116-64) | • As the final mission progresses, the mood intensifies and eventually reaches a chaotic crescendo as both Maverick and Rooster have to eject from their planes and eventually escape in a stolen enemy F-14. This is depicted through increasingly intense dialogue, especially between Maverick and Rooster, as they get louder and express more frustration and shock as the scene progresses, culminating with the two taking off in the F-14 from a short taxiway on the enemy base. (1:26:49-1:59:14) |

| | | | |
|---|---|---|---|
| 76. | • When Skidmark and Toejam arrive at the last second to defeat the enemy fighters on Maverick and Boogie's tail, the extremely tense and life-threatening mood is cut drastically by Skidmark and Toejam's familiar joking, wit, and sarcasm. ("Boss ride you guys jacked. … Toejam, you ever gonna get that smile fixed. … You can't even see my smile.") | • When Hangman arrives at the last second to defeat the enemy fighters on Maverick and Rooster's tail, the extremely tense and life-threatening mood is cut drastically by Hangman's familiar joking, wit, and sarcasm. ("Good afternoon, ladies and gentlemen, this is your savior speaking. Please fasten your seatbelts, return your tray tables to their upright and locked position and prepare for landing.") (p. 160) | • When Hangman arrives at the last second to defeat the enemy fighters on Maverick and Rooster's tail, the extremely tense and life-threatening mood is cut drastically by Hangman's familiar joking, wit, and sarcasm. ("Good afternoon, ladies and gentlemen, this is your savior speaking. Please fasten your seatbelts, return your tray tables to their upright and locked position and prepare for landing.") (1:54:15-1:56:00) |
| 77. | • When Maverick and Boogie return to the aircraft carrier in one piece, there is a stark change in mood to extreme joy, triumph, and celebration as the pilots exit the canopy and are greeted and embraced by their Top Gun colleagues. | • When Maverick and Rooster return to the aircraft carrier in one piece, there is a stark change in mood to extreme joy, triumph, and celebration as the pilots exit the canopy and are greeted and embraced by their Top Gun colleagues. (p. 164) | • When Maverick and Rooster return to the aircraft carrier in one piece, there is a stark change in mood to extreme joy, triumph, and celebration as the pilots exit the canopy and are greeted and embraced by their Top Gun colleagues. (1:57:28-1:59:14) |
| 78. | • The overall mood of the story is serious, urgent and intense, juxtaposed against frequent lighthearted and jovial interludes. | • The overall mood of the story is serious, urgent and intense, juxtaposed against frequent lighthearted and jovial interludes. | • The overall mood of the movie is serious, urgent and intense, juxtaposed against frequent lighthearted and jovial interludes. |
| | *Themes* | | |
| 79. | • The clash between naval leadership's desire for discipline and protocol versus the innovative, rule-bending approach | • The clash between naval leadership's desire for discipline and protocol versus the innovative, rule-bending approach preferred by elite aviators. | • The clash between naval leadership's desire for discipline and protocol versus the innovative, rule-bending approach |

| | | | |
|---|---|---|---|
| | preferred by elite aviators. | | preferred by elite aviators. |
| 80. | • The modern disconnect between the personal heroism of aircraft pilots and an era of warfare increasingly defined by drones and remote technology. | • The modern disconnect between the personal heroism of aircraft pilots and an era of warfare increasingly defined by drones and remote technology. | • The modern disconnect between the personal heroism of aircraft pilots and an era of warfare increasingly defined by drones and remote technology. |
| 81. | • The profound kinship that emerges through shared military experience, creating unbreakable bonds of loyalty and emotional connection between those who face challenges and dangers together. | • The profound kinship that emerges through shared military experience, creating unbreakable bonds of loyalty and emotional connection between those who face challenges and dangers together. | • The profound kinship that emerges through shared military experience, creating unbreakable bonds of loyalty and emotional connection between those who face challenges and dangers together. |
| | ***Characters*** | | |
| 82. | • Maverick is an older, wiser fighter pilot as compared to the youthful, braggadocious pilots whom he is training. | • Maverick is an older, wiser fighter pilot as compared to the youthful, braggadocious pilots whom he is training. | • Maverick is an older, wiser fighter pilot as compared to the youthful, braggadocious pilots whom he is training. |
| 83. | • Maverick shows a sense of responsibility to look after the younger pilot trainees, for example by responding to Boogie's attitude in training by saying, "so you want to do it this way, huh?" and blowing up at him for risking his life to save Maverick in the final mission. | • Maverick shows a sense of responsibility to look after the younger pilot trainees, for example by blowing up at Rooster for risking his life to save Maverick in the final mission. (pp. 142-43) | • Maverick shows a sense of responsibility to look after the younger pilot trainees, for example by responding to Rooster's attitude in training by saying, "let's not do it like this" (35:03-35:15), and blowing up at Rooster for risking his life to save Maverick in the final mission (1:42:37-1:44:00). |
| 84. | • The character of Maverick's trainee antagonist/star pupil (whose name changes throughout Gray's drafts | • The character of Maverick's trainee antagonist/star pupil, "Rooster," is depicted as somewhat of a renegade | • The character of Maverick's trainee antagonist/star pupil, "Rooster," is depicted as somewhat of a renegade |

| | | |
|---|---|---|
| | between "Boogie," "Spanky" and "Goose Jr.") is depicted as somewhat of a renegade among the elite fighter pilots. Early in the script he violates training protocol to prove a point to Maverick, and later on he refuses orders by going back to save Maverick when Maverick is stranded in enemy territory. | among the elite fighter pilots. Early in the script he violates training protocol to prove a point to Maverick (pp. 58-64), and later on he refuses orders by going back to save Maverick when Maverick is stranded in enemy territory. (pp. 141-43) | among the elite fighter pilots. Early in the script he violates training protocol to prove a point to Maverick (40:12-41:30), and later on he refuses orders by going back to save Maverick when Maverick is stranded in enemy territory. (1:42:37-1:42:47) |
| 85. | • Toejam is a highly skilled pilot trainee who exudes cockiness and is somewhat of a rival to Boogie/Spanky/Goose Jr. at first, but later proves himself as a trustworthy ally by saving Maverick and Boogie when they are being trailed by enemy fighters in the final mission. | • Hangman is a highly skilled pilot trainee who exudes cockiness and is somewhat of a rival to Rooster at first, but later proves himself as a trustworthy ally by saving Maverick and Rooster when they are being trailed by enemy fighters in the final mission. (p. 160) | • Hangman is a highly skilled pilot trainee who exudes cockiness and is somewhat of a rival to Rooster at first, but later proves himself as a trustworthy ally by saving Maverick and Rooster when they are being trailed by enemy fighters in the final mission. (1:54:15-1:56:00) |
| 86. | • Fanboy is an elite fighter pilot trainee whose dialogue is limited mostly to technical readouts and mission-specific facts. Fanboy is ultimately selected to be a part of the final mission. | • Fanboy is an elite fighter pilot trainee whose dialogue is limited mostly to technical readouts and mission-specific facts. Fanboy is ultimately selected to be a part of the final mission crew. (p. 117) | • Fanboy is an elite fighter pilot trainee who whose dialogue is limited mostly to technical readouts and mission-specific facts. Fanboy is ultimately selected to be a part of the final mission crew. (1:26:12) |
| 87. | • Rear-Admiral Cain oversees Maverick's test flight, represents the top Naval brass, and is a stern, authoritative figure with little tolerance for levity. | • Rear-Admiral Cain oversees Maverick's test flight, represents top Naval brass, and is a stern, authoritative figure with little tolerance for levity. (p. 13) | • Rear-Admiral Cain oversees Maverick's test flight, represents top Naval brass, and is a stern, authoritative figure with little tolerance for levity. (07:35) |
| 88. | • Lardo, Maverick's trusted ally, is there to support Maverick at | • Hondo, Maverick's trusted ally, is there to support Maverick at | • Hondo, Maverick's trusted ally, is there to support Maverick at |

| | critical junctures throughout the story, starting at the test flight. | critical junctures throughout the story, starting at the test flight. (p. 2) | critical junctures throughout the story, starting at the test flight. (05:15) |
|---|---|---|---|