# EXHIBIT 2

Case 1:25-cv-03484-JSR     Document 1-2     Filed 04/27/25     Page 1 of 3

# TOP GUN: MAVERICK – Gray Scenes

| # | Copyright Application Title: | File Name: | Pages: | File Created: | File Last Modified: | File Sent: | Material Infringed: |
|---|---|---|---|---|---|---|---|
| *U.S. Copyright Office Registration Number PAu004227902* ||||||||
| 1. | Scene 1 for screenplay about military pilots by Shaun Gray (2017) | testplane_seq.pdf | All | 8/16/2017 at 4:48 PM | 8/17/2017 at 9:52 AM | 8/17/2017 at 9:53 AM | *See* Ex. 1, ¶ 1 |
| *U.S. Copyright Office Registration Number PAu004228526* ||||||||
| 2. | Scene 2 for screenplay about military pilots by Shaun Gray (2017) | OLDS - 8.17b.pdf | 6-12 | 8/21/2017 at 8:35 PM | 8/21/2017 at 8:56 PM | 8/21/2017 at 9:04 PM | *See* Ex. 1, ¶¶ 2–13, 51–54, 59–60, 67, 70, 73, 79, 87–88 |
| 3. | Scene 3 for screenplay about military pilots by Shaun Gray (2017) | NOYFB_f35seq_8_29_17.pdf | All | 8/29/2017 at 2:27 PM | 8/29/2017 at 2:27 PM | 8/29/2017 at 2:27 PM | *See* Ex. 1, ¶¶ 13, 57, 59, 81, 84–85 |
| 4. | Scene 4 for screenplay about military pilots by Shaun Gray (2017) | bfm_9_09_17.pdf | All | 9/9/2017 at 11:45 AM | 9/9/2017 at 1:16 PM | 9/9/2017 at 1:17 PM | *See* Ex. 1, ¶¶ 14, 58, 81, 84–85 |
| 5. | Scene 5 for screenplay about military pilots by Shaun Gray (2017) | debrief_09_09_17.pdf | All | 9/9/2017 at 1:44 PM | 9/9/2017 at 1:44 PM | 9/9/2017 at 1:44 PM | *See* Ex. 1, ¶¶ 58, 61, 79, 82–84 |
| 6. | Scene 6 for screenplay about military pilots by Shaun Gray (2017) | bfm_new_alt.pdf | 2-10 | 9/13/2017 at 2:33 PM | 9/14/2017 at 10:28 AM | 9/14/2017 at 10:52 AM | *See* Ex. 1, ¶¶ 14, 57–58, 81–82, 84–85 |
| 7. | Scene 7 for screenplay about military pilots by Shaun Gray (2017) | brief_sam_alley_01.pdf | All | 9/12/2017 at 1:56 PM | 9/15/2017 at 3:19 PM | 9/13/2017 at 5:12 PM | *See* Ex. 1, ¶¶ 15–16, 57–58, 68, 80, 82–83 |
| 8. | Scene 8 for screenplay about | sam_alley_04.pdf | All | 9/23/2017 at 1:46 PM | 9/23/2017 at 1:46 PM | 9/23/2017 at 1:47 PM | *See* Ex. 1, ¶¶ 17–20, |

1

| | | | | | | | 57–58, 62, 68, 71, 82–84, 86 |
|---|---|---|---|---|---|---|---|
| | military pilots by Shaun Gray (2017) | | | | | | |
| | *U.S. Copyright Office Registration Number PAu004228532* | | | | | | |
| 9. | Scene 9 for screenplay about military pilots by Shaun Gray (2017) | pop_up_seq_01.pdf | All | 9/27/2017 at 2:51 PM | 9/27/2017 at 2:54 PM | 9/27/2017 at 3:16 PM | *See* Ex. 1, ¶¶ 17–20, 21–28, 58, 62, 68, 71, 80, 86 |
| 10. | Scene 10 for screenplay about military pilots by Shaun Gray (2017) | NOYFB - 10.7 - Checkride 01.pdf | All | 10/7/2017 at 12:45 PM | 10/7/2017 at 1:29 PM | 10/7/2017 at 2:44 PM | *See* Ex. 1, ¶¶ 29, 83, 87 |
| 11. | Scene 11 for screenplay about military pilots by Shaun Gray (2017) | 3rd_act_01.pdf | All | 10/1/2017 at 8:14 PM | 10/9/2017 at 1:10 PM | 10/9/2017 at 10:23 AM | *See* Ex. 1, ¶¶ 30, 33–36, 39–47, 49, 50, 56, 57, 64–66, 69, 72, 74–75, 81, 83–86 |
| 12. | Scene 12 for screenplay about military pilots by Shaun Gray (2017) | NOYFB - 10.12d.pdf | 115-126 | 10/12/2017 at 7:04 PM | 10/12/2017 at 9:25 PM | 10/12/2017 at 9:42 PM | *See* Ex. 1, ¶¶ 30–41, 59, 64–65, 69, 72, 74, 81, 84 |
| 13. | Scene 13 for screenplay about military pilots by Shaun Gray (2017) | NOYFB - 10.12d.pdf | 132-145 | 10/12/2017 at 7:04 PM | 10/12/2017 at 9:25 PM | 10/12/2017 at 9:42 PM | *See* Ex. 1, ¶¶ 45–50, 55, 57–58, 59, 64–66, 69, 72, 74–77, 81, 83–86 |
| 14. | Scene 14 for screenplay about military pilots by Shaun Gray (2017) | 10_14_17_new_DCA_landing.pdf | All | 10/14/2017 at 12:45 PM | 10/14/2017 at 3:08 PM | 10/14/2017 at 3:09 PM | *See* Ex. 1, ¶¶ 50, 57, 59, 66, 69, 72, 77, 81, 83 |
| 15. | Scene 15 for screenplay about military pilots by Shaun Gray (2017) | New_HeroDCA_intercept.pdf | All | 10/30/2017 at 3:03 PM | 10/30/2017 at 3:03 PM | 10/30/2017 at 3:04 PM | *See* Ex. 1, ¶¶ 57–59, 76, 81 |