AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SHAUN GRAY <br><br> *Plaintiff(s)* <br><br> v. <br><br> PARAMOUNT GLOBAL; PARAMOUNT PICTURES CORPORATION; PARAMOUNT STREAMING SERVICES INC.; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-3484 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paramount Global, 80 State Street, Albany, NY 12207
Paramount Pictures Corporation, 2710 Gateway Oaks Dr., Ste. 150N, Sacramento, CA 95833
Paramount Streaming Services Inc., 251 Little Falls Dr., Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.,
23823 Malibu Road, Suite 50-363, Malibu, CA 90265
(310) 246-3333
mtoberoff@toberoffandassociates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/28/2025                                                                                     s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*