UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 1:25-cv-03484-JSR<br><br>**RULE 7.1 STATEMENT** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services Inc., make the following disclosures through their undersigned counsel:

　　　　Defendant Paramount Pictures Corporation and Defendant Paramount Streaming Services Inc. are wholly owned subsidiaries of Defendant Paramount Global, f/k/a ViacomCBS Inc. (successor by merger to Viacom Inc.).  Paramount Global is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global.  Paramount Global is not aware, without further inquiry, of any publicly held entity owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

-2-

| | |
|---|---|
| Dated: May 8, 2025 | By: */s/ Molly M. Lens* |
| | Molly M. Lens<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br>Email: mlens@omm.com |
| | *Counsel for Defendants* |