**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUN GRAY, an individual, | |
| Plaintiff, | Case No. 1:25-cv-03484-JSR |
| v. | |
| PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc. hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint in its entirety for failure to state a claim upon which relief can be granted.  This motion is based upon the concurrently filed memorandum of law, the accompanying request for judicial notice, the declaration of Molly M. Lens and exhibits attached thereto, and any other argument and evidence that may be presented to the Court.

Defendants' opening brief is due June 9, 2025; Plaintiff's answering brief is due June 23, 2025; and Defendants' reply brief is due June 30, 2025.  Oral argument on the motion is scheduled for July 18, 2025, at 2:00 p.m.

Dated: June 9, 2025

By: */s/ Molly M. Lens*

O'MELVENY & MYERS LLP
Molly M. Lens
mlens@omm.com
Matthew Kaiser (admitted *pro hac vice*)
mkaiser@omm.com
1999 Avenue of the Stars, 8th Fl
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Danielle Feuer
dfeuer@omm.com
1301 Avenue of the Americas, Ste 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants Paramount Global,*
*Paramount Pictures Corporation, and*
*Paramount Streaming Services, Inc.*