# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-351-572**

**Effective Date of Registration:**
May 31, 2022
**Registration Decision Date:**
June 01, 2022

---

## Title

    **Title of Work:** Top Gun: Maverick

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** May 27, 2022
    **Nation of 1st Publication:** United States
    **Preregistration:** PRE000010741

## Author

    • **Author:** Paramount Pictures Corporation
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Paramount Pictures Corporation
    5555 Melrose Ave., Hollywood, CA, 90038, United States

## Limitation of copyright claim

    **Material excluded from this claim:** preexisting music

    **New material included in claim:** all other cinematographic material

## Certification

    **Name:** Scott Martin, EVP & Deputy General Counsel
    **Date:** May 31, 2022

Registration #: PA0002351572
Service Request #: 1-11391389192



Paramount Pictures Corporation
Ben Kusler
5555 Melrose Ave
Wallis 100 D
Hollywood, CA 90038 United States

PPC-GRAY-0000827