# EXHIBIT B





# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PA0002351572
Search Results: Displaying 1 of 1 entries



*Top Gun: Maverick.*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002351572 / 2022-05-31 |
| **Application Title:** | Top Gun: Maverick. |
| **Title:** | Top Gun: Maverick. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Paramount Pictures Corporation. Address: 5555 Melrose Ave., Hollywood, CA, 90038, United States. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-05-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Paramount Pictures Corporation, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Preregistered as:** | PRE000010741 |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Names:** | Kosinski, Joseph<br>Paramount Pictures Corporation |

**Save, Print and Email (Help Page)**
Select Download Format  Full Record   Format for Print/Save
Enter your email address:                                Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

PPC-GRAY-0000829