# EXHIBIT C

Message

| | |
|---|---|
| **From**: | Copyright Office [cop-rc@loc.gov] |
| **Sent**: | 5/1/2019 1:00:31 AM |
| **To**: | copyrightadmin@paramount.com |
| **Subject**: | Notification from the Electronic Copyright Office (eCO) system |

This is to notify you that:

Preregistration has been completed for the work Top Gun: Maverick under the number PRE000010741. Below you will find a full summary of the contents of this preregistration record as it exists within the Copyright Office records.

This Notification provides a copy of required information in the Office's formal and permanent record of the preregistration of this claim. This Notification is not the equivalent of a certificate of registration, which is provided for in section 410(c) of the copyright law.

Please be advised that preregistration is not a substitute for registration, but is a preliminary step prior to a full registration that should take place after the work has been published or infringed. Failure to complete registration within the earlier of 3 months after the first publication of the work or 1 month after the copyright owner has learned of an infringement will deprive the copyright owner of important rights and remedies under the copyright law. For more information see Section 408(f) of the copyright law.

When you complete the application for full registration, be sure to give the preregistration number PRE000010741 on the 'Publication /Completion' screen to enable the two records for the particular work to be cross-referenced.

Preregistration Number: PRE000010741
Effective Date of Preregistration: 04/30/2019
Class(es) of Work: Motion Picture

Title: Top Gun: Maverick

Additional Title(s):

Author(s): Paramount Pictures Corporation

Claimant(s):

Paramount Pictures Corporation
5555 Melrose Avenue, Hollywood, CA, 90038

Description of the work: Maverick, the naval aviator, returns to Top Gun to train a new class of All-Star pilots for a mission to blow up a nuclear enrichment facility that is guarded by the next-generation of Russian planes.  Starring Tom Cruise, Miles Teller, Jennifer Connelly and Jon Hamm, and being directed by Joseph Kosinski.

Date on which creation commenced: 05/2018 (Approximately)

Date of anticipated completion: 01/2020 (Approximately)

Date of anticipated publication: 06/26/2020 (Approximately)

Application certified by: Scott Martin, EVP & Deputy General Counsel

[THREAD ID: 1-3IJWTKH]

United States Copyright Office

PPC-GRAY-0000828