# EXHIBIT D



The Copyright Office Online Public Catalog will be decommissioned and replaced
by the Copyright Public Records System (CPRS) in June 2025.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = PRE000010741
Search Results: Displaying 1 of 1 entries



**Labeled View**

*Top Gun: Maverick*

| | |
|---:|---|
| **Type of Work:** | Preregistration |
| **Type of Work Preregistered:** | Motion Picture |
| **Preregistration Number / Date:** | PRE000010741 / 2019-04-30 |
| **Application Title:** | Top Gun: Maverick |
| **Title:** | Top Gun: Maverick |
| **Copyright Claimant:** | Paramount Pictures Corporation. Address: 5555 Melrose Avenue, Hollywood, CA, 90038. |
| **Creation of Work Began:** | 2018-05 (Approximate) |
| **Date of Anticipated Completion:** | 2020-01 (Approximate) |
| **Projected Date of Publication:** | 2020-06-26 (Approximate) |
| **Authorship on Application:** | Paramount Pictures Corporation. |
| **Description of Work:** | Maverick, the naval aviator, returns to Top Gun to train a new class of All-Star pilots for a mission to blow up a nuclear enrichment facility that is guarded by the next-generation of Russian planes. Starring Tom Cruise, Miles Teller, Jennifer Connelly and Jon Hamm, and being directed by Joseph Kosinski. |
| **Names:** | Paramount Pictures Corporation |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:                                      Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

PPC-GRAY-0000830