# EXHIBIT E

<u>TOP GUN: MAVERICK</u>

Written by

Peter Craig
Justin Marks
Eric Warren Singer
Ehren Kruger

Current Revisions by

Christopher McQuarrie

OMITTED SCENES:
2, 3-11, 40-43, 45, A47, 48, A61, 61, 63-68, 70, A71, 71, B75, 75,
76, 92-94, 98, 99, B107, A118, 122, 123, AA127, 136-140, 142, 151,
A152, 152, 166, 168, 169, 172-195, 199, 201, 211, 231, 232, 234,
235, 241-242, B254, 257-271, C257, 273, 274, 275, 276-277, 280,
282-283, 285, A286, B286, A288, B289, 289, 290, 291-294, AA295,
A295, AB295, AC295, E295, G295, 296, 300, 301, 319, 325-326.

WHITE SHOOTING DRAFT - 10.24.18
BLUE SHOOTING DRAFT - 11.04.18
PINK SHOOTING DRAFT - 11.13.18
YELLOW SHOOTING DRAFT - 11.21.18
GREEN SHOOTING DRAFT - 12.07.18
GOLDENROD SHOOTING DRAFT - 03.12.19
BUFF SHOOTING DRAFT - 06.09.19
SALMON SHOOTING DRAFT - 07.01.19
CHERRY SHOOTING DRAFT - 11.25.19

CONFIDENTIAL

1        **EXT. CARRIER DECK - DAWN**                                    1

FIGHTER JETS roll on the silhouetted deck as FLIGHT CREWS
work their technical ballet. Men and women devoted to detail
and duty, preparing their warriors for the arena. All the
while, MUSIC builds over OPENING TITLES as jets LAUNCH into
the sky, afterburners blazing, roaring like thunder...

A3       **EXT. CARRIER ELEVATOR - DAWN**                              A3

AN F-18 silhouetted against the morning sky, rising to the
main deck. A HELMET edges into frame, bearing red white and
blue stripes along with the name: MAVERICK.

BOOM UP TO REVEAL the man holding the helmet, his back to us,
his head turned slightly. Something troubles him. Deeply.

                    MAVERICK
              *Talk to me, Goose...*

                    MAN'S VOICE (O.S.)
              Captain Mitchell.

And as the pilot turns we MATCH CUT TO:

A12      **INT. AIRSTREAM - DAY**                                     A12

PETE "MAVERICK" MITCHELL opens his eyes from a deep sleep. He
sits up, takes a deep breath, taking in the humble trailer he
calls home. For those of us who know Maverick from long ago,
we're left to wonder how he ended up here.

He stands, moves to the kitchenette to start the coffee
machine and, along with, his day.

12       **INT. HANGAR HOME - DUSK**                                   12

CLOSE ON the door of Mav's trailer as he exits, holding a
plate with his breakfast and a cup of joe. Pull back with him
TO REVEAL:

The Airstream occupies a space one could only describe as the
ultimate bachelor pad - motorcycles, a vintage car, a
workbench covered with memories of a life dedicated to flight
and, the centerpiece: A World War Two-era P-51 MUSTANG.

If we suspected for a moment that Maverick had ended up on
his ass, we were sorely mistaken.

TIME CUT: As Maverick eats his breakfast at a small table
across from an empty chair.

                                              (CONTINUED)

12      CONTINUED:                                              12

Maverick finishes his breakfast, stands, pats the P-51 with affection as he passes her on his way to the workbench.

REVEAL: CLOSE SHOTS of Mav's surroundings (as he dresses in b.g.): TROPHIES and AIRSPEED RECORDS, PHOTOS of a younger Maverick, with ICEMAN, at Ice's wedding, with GOOSE, CAROLE and their young son BRADLEY. Mav with that same boy as a TEEN.

He opens a cabinet lined with jackets. He pulls one out, wrapped in plastic, saved for special occasions, it seems. He rips the plastic off revealing patch laden leather that's been around a long, long time.

Mav passes a calendar, the date marked in red:

MACH 9 TODAY

He walks past a COLLECTION OF MOTORCYCLES, a beaten up old Pepsi machine, stops at one bike under a tarp. Revealing a familiar '86 KAWASAKI NINJA.

CLOSE ON: Aviators and a set of keys by a helmet.

He takes the keys and sunglasses, leaves the helmet...

13      **EXT. HANGAR - DESERT ROAD**                          13

VROOOM. Maverick screams away from the hangar, spiraling dust, taking his machine to the limit.

14      **EXT. CHINA LAKE TEST FACILITY - CALIFORNIA - DUSK**  14

A maximum security military facility. At a gatehouse checkpoint, two ARMED UNIFORMS see him coming, open the gate, wave him through without stopping. They watch him go.

15      **INT. TEST HANGAR - DUSK**                             15

A prototype high-hypersonic jet, THE DARKSTAR, dominates the hangar. It is unlike any machine we've ever seen before – itching to scream across the heavens. All it needs is a pilot. Mav strides in, ready to ride it. He stops, sees:

Several ENGINEERS (JACK, SIMON & MATTHEW) and TECHS, strangely motionless. Something is amiss. All sense of momentum stops. An amiable, salty Warrant Officer, BERNIE "HONDO" COLEMAN (35), grimaces.

                    MAVERICK
          Hey. What is it?

                                              (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    3.

15      CONTINUED:                                                    15

                         MATTHEW (SENIOR)
                    It's over Mav. Three years of our
                    lives, down the drain.

                         HONDO
                    We've been ordered to stand down.
                    They're scrapping her.

                         MAVERICK
                    Says who?

Hondo looks to SIMON, the meek engineer who balks.

                         HONDO
                    Well go on.

                         JACK (JADED)
                       (to Maverick)
                    His girlfriend works at the
                    Pentagon-

                         SIMON (MEEK)
                    She swore me to secrecy-

                         JACK (JADED)
                    Just tell us.

                         HONDO
                    They say we fell short. The
                    contract threshold is Mach Ten.

                         MAVERICK
                    Mach ten. That's Mach ten two
                    months from now. *Today*'s test point
                    is Mach *Nine*.

                         HONDO
                    Well, that's not good enough for
                    someone at the Pentagon.

Maverick focuses on Simon.

                         MAVERICK
                    *Who*?

                         JACK (JADED)
                    Just say who it is.

                         HONDO
                    Spit it out Simon.

                         JACK (JADED)
                    Go.

                                                    (CONTINUED)

CONFIDENTIAL
                                                    PPC-GRAY-0000659

CHERRY 11.25.19 – OFFICIAL                    4.

15      CONTINUED: (2)                                         15

                         SIMON (MEEK)
               Admiral Cain.

                         MATTHEW (SENIOR)
               So it really is over.

                         HONDO
               Of course. The Drone Ranger. He
               wants our budget for his unmanned
               program...

                         MAVERICK
               Well he's not gonna get it. Not
               today.

                         SIMON (MEEK)
               Mav, Cain's coming down now. He's
               on his way to shut us down
               personally.

                         MAVERICK
               He's not here yet.
                  (re: plane)
               They want Mach ten, let's give it
               to them. Get her ready to run up at
               eighteen-thirty.

                         SIMON (MEEK)
               The test wasn't 'til nineteen
               hundred.

                         MAVERICK
               Well, that was before the weather
               changed.

       The team looks out at the perfectly calm, clear sky.

                         MAVERICK (CONT'D)
               Gotta get out early if we want to
               beat this storm.

                         HONDO
               That's... blue sky up there, Mav.

                         MAVERICK
               Yeah, but dark blue. Ominous.

                         JACK (JADED)
                  (catching on)
               Ah. Yeah. Downright menacing.

                         MATTHEW (SENIOR)
               Scary.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    5.

15      CONTINUED: (3)                                              15

                              SIMON (MEEK)
                    Guys, the weather's fine, I've been
                    checking all d-

Matthew gives Simon a shoulder tap.

                              SIMON (MEEK) (CONT'D)
                    Oh... *OOOOOH.*


16      **INT. SUIT-UP ROOM – TEST FACILITY – DUSK**              16

        State of the art. Maverick runs a treadmill. He wears a HIGH-
        TECH OXYGEN MASK and heart monitor. Deep, steady breathing.

                              HONDO
                    Don't do this, Mav.
                      (Mav keeps running)
                    Mav, for God's sake, you don't need
                    to do this. She hasn't passed mach
                    eight point five. She's *months* away
                    from ten. There's no way this ends
                    well.

        But he doesn't. He just keeps running.

A17     TIME CUT: Mav finishes dressing in a pressure suit.      A17

                              HONDO (CONT'D)
                    Hey, you know, Mike called. He's
                    out in Reno with all those
                    billionaires racing their P-51s.
                    He's making money hand over fist
                    fixing warbirds, test flying 'em,
                    too.  He needs guys who know their
                    stuff. We'd be rolling in it.

        But Maverick isn't listening.


AA17    **INT. LONG CORRIDOR – DAY**                              AA17

        DOZENS OF DARKSTAR TEAM MEMBERS – a mix of MEN and WOMEN –
        CIVILIANS and MILITARY alike, mill about in a long corridor,
        talking quietly, waiting.

        A door opens OS and everyone falls silent. All eyes focus on:

        MAVERICK, clad in his space suit, carrying his oxygen. We
        follow him from behind, watching as the team parts to let him
        pass. Hondo falls in step with him.

        We move with them in profile.

                                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    6.

AA17    CONTINUED:                                                    AA17

                              HONDO
                    Now remember. Contact threshold is
                    Mach ten. Not point-one, not point-
                    two. *Mach Ten*. That should keep the
                    program alive.
                       (off Mav's nod)
                    I don't like that look, Mav.

                            MAVERICK
                    Only one I got.

        And off Hondo's sigh we CUT TO:


B17     **EXT. TEST HANGAR – NIGHT**                                   B17

        The Darkstar is rolled from the hangar into tarmac position.


17      **EXT. DARKSTAR HANGAR – NIGHT**                               17

        CLOSE ON: Mav's gloved hand stroking the nose of the
        aircraft.

        WITH A TECH carrying his O2 unit, Mav does a walk-around
        inspection of the prototype jet. The engineers look on.


18      **INT. DARKSTAR COCKPIT – NIGHT**                              18

        Maverick STRAPS IN the pilot's chair. TECHS attach cables and
        hoses, secure Mav to his seat, give his harness a big yank.
        He fist bumps both of them before they step down. Hondo
        remains.

                              HONDO
                    Now remember. Contact threshold is
                    Mach ten. Not point-one, not point-
                    two. *Mach Ten*. That should keep the
                    program alive.
                       (off Mav's nod)
                    I don't like that look, Mav.

                            MAVERICK
                    Only one I got.

19      The canopy LOWERS, drowning him out. Mav gives a thumbs-up 19
        Hondo glares. Gives a reluctant thumbs-up back and hops down.

        Maverick takes a deep breath, a moment of apprehension as it
        sinks in what he's about to do.

                         MAVERICK (CONT'D)
                    Okay.

CHERRY 11.25.19 – OFFICIAL                    7.

A20        **INT. MISSION CONTROL – NIGHT – MOMENTS LATER**        A20

Hondo now has a headset on, amongst Engineers and Techs
watching satellite feeds, cockpit cameras, etc.

                    MAVERICK
            Control, this is Darkstar. How do
            you read?

20         **INT./EXT. COCKPIT/PLANE – NIGHT**                    20

                    HONDO
            Darkstar, Control loud and clear,
            how me?

                    MAVERICK
            Loud and clear. Ready for APU
            start.

                    HONDO
            You know Mav, you don't have to do
            this.

                    MAVERICK
            I know what happens to the program
            if I don't.
                (alt)
            I know what happens to everyone
            else if I don't.
                (alt)
            Everyone loses their job if I
            don't.
                (alt)
            They'll scrap the whole program if
            I don't.
                (alt)
            Alright sweetheart, one last ride.

                    HONDO
            Cleared APU start.

Mav presses the APU START button and the left engine whines.

                    MAVERICK
            Good start.

                    HONDO
            Ready left engine start.

Mav flips switch and the left engine whines.

                    MAVERICK
            Good start.

                                        (CONTINUED)

CONFIDENTIAL                                        PPC-GRAY-0000663

CHERRY 11.25.19 – OFFICIAL                    8.

20        CONTINUED:                                          20

                          HONDO
                Ready for right engine start.

        Mav flips switch and the right engine whines.

                          MAVERICK
                Good start. Darkstar is ready for
                taxi.

A21       **INT. CONTROL ROOM**                               A21

        Hondo turns to his engineers.

                          HONDO
                Thumbs for taxi?

        The engineers at their consoles give a thumbs up.

                          HONDO (CONT'D)
                We are ready for taxi.

                          MAVERICK (ON RADIO)
                Taxi-ing.
                    (to plane)
                Alright, sweetheart. Let's go for a
                ride.

21        With a PRIMAL ROAR, exhaust cones spit plumes of BLUE FIRE. 21

22        **INT/EXT. COCKPIT – NIGHT**                        22

        Mav is on the radio.

                          MAVERICK (ON RADIO)
                Tower, this is Darkstar, we are
                taxing with information Alpha.

        Mav is taxi-ing.

                          TOWER
                Darkstar, you're cleared taxi.
                Runway two-one. Winds two-one-zero
                at ten.

                          MAVERICK (ALT)
                Engine temperatures are looking
                good.

                          HONDO
                Control concurs.

                                        (CONTINUED)

22        CONTINUED:                                              22

> MAVERICK (ALT)
> Batteries holding at ninety-five
> percent.

> MAVERICK (ALT) (CONT'D)
> Cabin pressure looks good.

> MAVERICK (ALT) (CONT'D)
> Defog set.

> MAVERICK (ALT) (CONT'D)
> Hey Hondo, make a note, right main
> feels a little stiff.

> HONDO
> Copy. We'll make a note.

> MAVERICK (ALT)
> I like the new LEDs on the Mach
> gauge. Good job.

> HONDO
> Glad to hear you like it.

> MAVERICK (ALT)
> Checking CG control.

> HONDO
> Showing good checks.

> MAVERICK
> CG at nineteen percent.

> MAVERICK (ALT (CONT'D)
> Fuel temp's are looking good.

> HONDO
> Control concurs.

> MAVERICK (ALT)
> Hydrogen pressure at thirty-five
> PSI.

> MAVERICK (ALT) (CONT'D)
> Fuel cell's warming up. Looks like
> good H2 and oxygen flow.

> MAVERICK (ALT) (CONT'D)
> Adjusting helmet temp. Adjusting
> Suit temp.

> HONDO
> Check data on.

(CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    10.

22      CONTINUED: (2)                                    22

                    MAVERICK  (ALT)
          Recorder's on.

                    HONDO
          Good data.

                    MAVERICK (ALT)
          Nav points check good.

                    MAVERICK (ALT) (CONT'D)
          IFF on. Squawking one-four-zero-
          two.

                    MAVERICK (ALT) (CONT'D)
          Engine oil pressure is looking
          good.

                    HONDO (ALT)
          Ready for H2 pressure relief check.

                    MAVERICK (ALT)
          Switch on. Switch off.

                    HONDO
          Good check.

                    HONDO (ALT) (CONT'D)
          Control's ready for sweeps.

     Mav moves the stick accordingly.

                    MAVERICK (ALT)
          Forward. Aft. Left. Right. Paddle
          switch on. Off.

                    HONDO
          Good sweeps.

                    MAVERICK (ALT)
          Control are you ready for flight
          control test?

                    HONDO
          Control's ready for test.

                    MAVERICK (ALT)
          Test complete.

                    HONDO
          Control shows good test.

                    MAVERICK (ALT)
          I've got a flight control air data
          caution.

                                        (CONTINUED)

22      CONTINUED: (3)                                      22

                            HONDO
                    Yeah, we're looking into it.
                       (beat)
                    It looks like we lost a probe.
                    Press reset.

        Maverick presses reset button.

                            HONDO (CONT'D)
                    Looks like good reset. Cleared to
                    continue.

                            MAVERICK (ALT)
                    Take-off pre-checks complete. Seat
                    armed.

                            HONDO
                    Control concurs.

                            MAVERICK (ALT)
                    Tower, Darkstar is ready for take-
                    off. Requesting unrestricted climb
                    to six-zero-zero and above.

                            TOWER (ON RADIO)
                    Darkstar the runway's yours.
                    Unrestricted climb to flight level
                    six-zero-zero and above is
                    approved. Contact Joshua on three-
                    six-zero point two.

                            MAVERICK
                    Cleared take-off six-zero-zero and
                    above, switching.

                            MAVERICK (CONT'D)
                    Joshua, Darkstar checking in.

                            JOSHUA (ON RADIO)
                    Darkstar, you're cleared Isabella
                    and Owens MOAs, test area 25-0-8
                    above flight level six-zero-zero.
                    Your test frequency is two-four-one
                    point one-two-five.

                            MAVERICK
                    Roger. Darkstar, is cleared
                    Isabella, Owens, 25-0-8 above
                    flight level six-zero-zero.
                    Switching to test.

        Mav sets the frequency for 241.125.

        The Darkstar rolls out, lining up on the tarmac. RUMBLING...

                                            (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    12.

22      CONTINUED: (4)                                          22

                        HONDO
            Everyone go for takeoff, starting
            with engine.

                    SIMON (MEEK)
            Engine. Go.

                    MATTHEW (SENIOR)
            Thermals. Go.

                    FUEL
            Fuel. Go.

                    JACK (JADED)
            Electric. Go.

                    SURFACES
            Control surfaces. Go.

        HONDO (O.S.)                        HONDO (ALT)
    Darkstar, Control. Do you        Darkstar, Control. How do you
    feel the need?                   feel?

                    HONDO (ALT) (CONT'D)
            Mav, we're a go. How do you feel?

                    MAVERICK (ALT)
            I feel the need...

    Maverick pushes the throttle forward.

                    HONDO (ALT)
            Maverick, Cain just pulled up to
            the gate. We got a choice here, we
            can stop this right now. How do you
            feel?

    Maverick thinks this over.

                    MAVERICK (ALT)
            I feel the need...

    Maverick pushes the throttle forward. Afterburners kick in.

    Maverick takes off.


23      **EXT. GATEHOUSE – NIGHT**                              23

    A government sedan arrives. The checkpoint guard meets it:

                    CAIN'S AIDE
            Rear Admiral Chester Cain.


                                            (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    13.

23      CONTINUED:                                            23

The guard glances at the OMINOUS SILHOUETTE in the back seat
and waves the sedan through. Just then, a distant rumbling
catches their attention, growing louder, shaking the
foundations of the guardhouse.

REAR ADMIRAL CHESTER "HAMMER" CAIN, a cold-eyed 2-Star
Admiral emerges from the back of his sedan as:

DARKSTAR SUDDENLY RIPS OVERHEAD WITH A DEAFENING ROAR. Cain's
driver recoils, hit by a gale force DUST BLAST.

Cain himself just closes his steely eyes.

24      **INT. DARKSTAR – NIGHT**                             24

The ground swiftly recedes behind Mav as he heads skyward...

25      **INT. MISSION CONTROL – MINUTES LATER – NIGHT**      25

Hondo and the crew of Engineers and Techs sit with headsets,
watching satellite feeds, cockpit cameras, telemetry, etc.

                    HONDO
          Darkstar, you are cleared above six-
          zero-zero. Increase to Mach 3.5.

                    MAVERICK (OVER RADIO)
          Copy, Mach 3.5.

A26     **INT. DARKSTAR COCKPIT**                             A26

                    MAVERICK
               (to plane)
          Just a walk in the park for you,
          though, isn't it, girl?

Maverick pushes the throttle.

B26     **INT. MISSION CONTROL**                              B26

Cain walks in. Engineers stand, struggle to act as if
nothing's amiss.

                    HONDO
          Admiral. Uh, just in time, sir-

                    CAIN
          I'm early. And so are you. Care to
          explain?

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                14.
B26    CONTINUED:                                                  B26

        Awkward looks all around. Hondo never takes his eyes off of
        Cain as he reaches for the radio.

                              HONDO
                        (into radio)
                  Uh Mav, I have Admiral Cain here...
                  Uh, how's that storm-front?


26    **INT. COCKPIT – NIGHT**                                     26

                              MAVERICK
                  My bad. You guys were right. Looks
                  like it's breaking up. Guess I'm
                  buying the beers tonight.


27    **INT. MISSION CONTROL – NIGHT**                             27

                              CAIN
                  Tell him to land.

                              HONDO
                  He's already at 60,000 feet, sir.
                  On the test profile for Mach nine-

                              CAIN
                  Now.

                              MAVERICK (OVER RADIO)
                  Transitioning to scramjet.
                        (to plane)
                  All right, angel, let your hair
                  down.


28    **EXT./INT. DARKSTAR – NIGHT**                               28

        Mav hits switches: main engines SHUT DOWN. An eerie silence,
        then a THUNDEROUS PEAL as SCRAMJET engine bursts to life.

        Darkstar ROCKETS into the upper atmosphere, where rapidly
        thinning air gives way to the blackness of space.


29    **INT. MISSION CONTROL – NIGHT**                             29

        The Engineers are rapt, monitoring with nervous tension...

                              HONDO
                  Uh, Mav, Admiral Cain is asking--

                              CAIN
                  *Ordering-*


                                                         (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                    15.

29      CONTINUED:                                          29

                        HONDO
                *Ordering* that we bring her down-

                        MAVERICK
                Pi- -ive -grees -ood -lpha-

                        HONDO
                This is where we've had trouble
                with comms. Earth's curvature...

A30     **INT. DARKSTAR - NIGHT**                           A30

        Maverick is, in fact, simulating the breakup verbally:

                        MAVERICK
                -assing -ach ive- oint-four at,
                ninety- -ousan- -eet. -ach six.

                        HONDO (ON RADIO)
                Mav, you have orders to land. Mav,
                do you read me? Mav?

        Mav says nothing, his half-smile turning to pure focus.

B30     **INT. MISSION CONTROL - NIGHT**                    B30

                        HONDO
                    (to Cain)
                Sir, I apologize-

                        MAVERICK
                    (to himself)
                Come on sweetheart, let's show 'em
                what you've got.

                        MATTHEW (SENIOR)
                He's at Mach seven, pushing eight.
                Flight data?

        Simon, the meek engineer checks a monitor to reveal a trickle
        of code unreadable to the untrained eye - gaining speed.

                        SIMON (MEEK)
                Receiving. Data is good.

30      **EXT./INT. DARKSTAR - NIGHT**                       30

        Thin atmosphere screams past Darkstar's prow, SHEETING INTO
        FLAME from the concussive friction. Maverick's in the zone:

                                                    (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                16.

30      CONTINUED:                                              30

                    MAVERICK (TO SELF)
             Temperature's climbing. Responses
             still stable. We're feeling good.

He's hitting switches, making minute adjustments. Exertion.
Sweat. Airspeed gauges spin upward...


31      **INT. MISSION CONTROL - NIGHT**                        31

                    MATTHEW (SENIOR)
             Mach eight point eight. Eight-
             nine... Mach nine.

They share looks of concern. Everyone is sweating. They are
into the unknown now... Hondo looks at the flight data
monitor, a steady flow now.

                    HONDO
             He's the fastest man alive.

                    CAIN
             This changes nothing. You know why
             I'm here.


32      **INT. COCKPIT - NIGHT**                                32

                    MAVERICK
             Just a little push.

And he gently nudges the stick.

                    HONDO (OVER RADIO)
             Great work, Mav. Bring it on home.

Mav stows his final test card, looks to the now-blank board.
He shuts eyes, trusts his feel, and whispers:

                    MAVERICK
             Talk to me, Goose...

And he gently nudges the stick.


A33     **EXT. SATELLITE ALTITUDE - DAY**                       A33

Looking down from space, that Darkstar leaves a contrail in a
wide arch across the western half of the U.S.


33      **INT. MISSION CONTROL - NIGHT**                        33

Amidst the celebration, one engineer now notices:


                                              (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    17.

33      CONTINUED:                                          33

                        SIMON (MEEK)
                Mach nine-one... nine-two...

Cain steps to the screen with just a hint of a smile.

                        CAIN
                You got balls there, stick-jockey.
                I'll give you that.


34      **INT. COCKPIT**                                    34

        But Mav's all resolve. He tenses the throttle, JAMS it all
        the way forward. Gauges roll past Mach 9.3... 9.4...


35      **INT. MISSION CONTROL - NIGHT**                    35

                        SIMON (MEEK)
                Mach nine-three... nine-four.
                Passing one hundred thirty
                thousand. Approaching high-
                hypersonic.

                        MAVERICK (ON RADIO)
                Nine point five.

        CLOSE ON: One of the tech's screen flashes a SURFACE TEMP HOT
        warning.'

                        MATTHEW (SENIOR)
                Surface temps rising.

                        JACK (JADED)
                We're watching it.

        Hondo looks at Cain who stares back.

                        HONDO
                Did anyone offer you a coffee?


36      **INT. COCKPIT - NIGHT**                            36

        Scramjet engine SCREAMING like a banshee, PLASMA ripping off
        the nose, casting a purple glow over the cockpit. The speed
        gauge keeps rolling and reaches Mach 10. Mav grits his teeth.

                        MAVERICK
                ALMOST... THERE, GIRL. SHOW 'EM
                WHAT YOU CAN DO.

                        MAVERICK (CONT'D)
                Wind shield hot caution.


                                            (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    18.

36        CONTINUED:                                           36

                    MAVERICK (CONT'D)
          Come on sweetheart, just a little
          more.

                    MAVERICK (CONT'D)
          Come on.

Maverick looks down at the warning lights.

                    MAVERICK (CONT'D)
               (yells)
          COME ON.

37    **INT. MISSION CONTROL – NIGHT**                        37

                    MATTHEW  (SENIOR)
          Nine-nine... Jesus.

                    JACK (JADED)
          Mach TEN.

The team CHEERS. Hondo notes the data recorder exploding with
new data. A gusher. Cain realizes what this means. The geeky
engineer pumps a fist:

                    SIMON (MEEK)
          Put THAT in your Pentagon budget.
               (catching Cain's stare)
          Uh... Sir.

But Hondo stares at his monitor. He knows his friend well.

                    HONDO (TO SELF)
          Arright. You made your point, Mav.
          Now bring it home.

38    **INT. COCKPIT – NIGHT**                                38

The speed gauge needle trembles ever so higher...

                    MAVERICK
          That's it, just a little. 10.1.

10.1... 10.2...

                    MAVERICK (CONT'D)
          You see? I knew you could do it.

But now Darkstar JOLTS VIOLENTLY. WARNING LIGHTS pepper the
console, ALARMS buzzing in his ear. He swallows hard:

BOOM. Maverick is slammed against the canopy.

CHERRY 11.25.19 – OFFICIAL                    19.

39      **INT. MISSION CONTROL – NIGHT**                  39

All screens go DARK. The stream of flight data vanishes.

                    HONDO (INTO RADIO)
          MAVERICK?

Static. Cain doesn't say anything. He doesn't need to.

SILENCE

44      **EXT. TRUCK STOP – DAWN**                        44

A country highway. Some trucks blow past; a tumbleweed rolls.

A46     **INT. TRUCK STOP – DAWN**                        A46

A bell jingles. One by one, PATRONS take in a sight at the
door in awe. REVEAL:

Maverick, dazed, parched, helmet in one hand, stick in the
other. Patrons stare. A WAITRESS at the counter pours water
for a dumbstruck CUSTOMER and his YOUNG SON eating ice cream.

                    MAVERICK
          Excuse me, miss?

Maverick motions towards the ice water she just poured. She
hands it to him. He drinks it. All of it.

                    MAVERICK (CONT'D)
          Where am I?

                    KID WITH ICE CREAM
          Earth.

NOISE O.S. Helicopters. The sound of his fate.

46      **EXT. TEST HANGAR – DAY**                        46

A Navy "Rescue Hawk" HH-60 helicopter lands. Maverick is
escorted into the waiting embrace of TWO MPs.

Maverick glances back at the heli as it flies away. He sighs,
walks away with the MPs to face the music.

B47     **INT. LONG CORRIDOR – DAY**                      B47

Mav enters, followed by the MPs. He stops. REVEAL:

                                        (CONTINUED)

                                    PPC-GRAY-0000675

CHERRY 11.25.19 – OFFICIAL                    20.

B47    CONTINUED:                                                    B47

Hondo and the same Darkstar team members Maverick left behind
are here to greet him. The emotions are mixed; they are proud
of what they've all achieved, but unsure of the cost was
worth it.

He moves on. They part for him, offering muted thanks, some
words of encouragement. Some can't even look him in the eye.

It is a solemn moment of farewell. The passing of a legend.

As he passes the last of them, he stops and looks back.

(*Note: We stay in the wide so as not to undercut the moment
later in Cain's office*)

                    MAVERICK
          Y'all built one helluva a plane.

Bittersweet smiles from the team. Yes they did. Mavericks
walks on, ready to face the music. Out on his terms.


47    **INT. HANGAR OFFICE - DAY - MOMENTS LATER**                    47

SILENCE. The SPs flank the door. Cain sits behind a desk,
turns page after page of a file. Mav waits, sweating in his
flight suit, gently thumbing the stick in his hand.

                    CAIN
               (looking at file)
          Maverick...
               (sighs)
          Thirty plus years of service...
          combat medals... citations... the
          only man to shoot down three enemy
          aircraft in the last forty years...
          ALT: distinguished...distinguished.

After a long wait, Cain closes the file, stares.

                    CAIN (CONT'D)
          Yet you can't get a promotion, you
          won't retire and, despite your best
          efforts, you refuse to die. You
          should be a two-star admiral by
          now. If not a senator. Yet here you
          are... *Captain*. Why is that?

                    MAVERICK
          One of life's mysteries, sir.

                    CAIN
          This isn't a joke. I asked you a
          question.

                                              (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    21.

47        CONTINUED:                                                    47

He stares, waits. Maverick's smile flickers ever so slightly.
This is the end of the line. Beat:

                    MAVERICK
          I'm where I belong... sir.

                    CAIN
          Navy doesn't see it that way. Not
          anymore.

Cain stands. Stares out the window at the future.

                    CAIN (CONT'D)
          These planes you've been testing,
          Captain, one day they won't need
          pilots at all. Pilots that need to
          sleep, eat, take a piss... Pilots
          that can disobey. All you did was
          buy time for those men out there.
               (turns to Maverick)
          The future is coming. And you're
          not in it.

Without taking his eyes off Maverick:

                    CAIN (CONT'D)
          Escort this man off the base...
          take to him to his quarters... wait
          with him while he packs his gear...
               (turns away)
          I want him on the road to North
          Island within the hour.

Beat.

                    MAVERICK
          North Island... sir?

                    CAIN
          Call came in with impeccable
          timing. Right when I was driving
          here to ground your ass once and
          for all. It galls me to say it, but
          for reasons known only to the
          almighty and your guardian angel...
          you've been called back to Top Gun.

Cain turns, sits back at the desk. Even Maverick is confused.

                    MAVERICK
          Sir-

                    CAIN
          You are dismissed, Captain.

                                        (CONTINUED)

CONFIDENTIAL                                              PPC-GRAY-0000677

CHERRY 11.25.19 – OFFICIAL                22.

47    CONTINUED: (2)                                           47

Maverick stands, hesitates, can't help himself:

                    MAVERICK
          On behalf of the team...

He plants the DARKSTAR'S STICK on the desk.

                    MAVERICK (CONT'D)
          Mach 10 capable, sir. As promised.

Cain never looks up. Maverick turns to leave, stopping on:

                    CAIN
          The end is inevitable, *Maverick*.
          Your kind is headed for extinction.

                    MAVERICK
          Yes, sir... But not today.
          ALT: Maybe so, but not today, Sir.

And with a sly grin, Maverick is gone.


49    **EXT. POINT LOMA – DAY**                                49

AERIAL RIPS over Point Loma revealing the North Island NAS,
as the TOP GUN ANTHEM theme kicks in.


50    **EXT. NAVAL AIR STATION NORTH ISLAND, CORONADO – DAY**    50

Maverick rips down a taxiway as an F-18 Super Hornet takes
off beyond. He watches it soar. Can't believe he's back.


A51   **EXT. AIRBASE ENTRANCE**                                A51

Mav rides along an entry drive, stopping to look up at:

An old F-14 TOMCAT displayed on a museum pedestal like a
relic from a bygone era.

CLOSE ON: The faded name just under the canopy:

*LT. PETE "MAVERICK" MITCHELL*

Under that are the silhouettes of three planes, all X'd out.

Maverick drives on.


51    **EXT. OFFICERS' BUILDING**                              51

Maverick enters the North Island NAS Headquarters.

CHERRY 11.25.19 – OFFICIAL                    23.

52      **INT. HALLWAY – DUSK**                              52

CLOSE ON: Photos of faces we might recognize: ICEMAN, SLIDER
and, of course, GOOSE. For anyone unfamiliar, it's obvious
there is story here – Glory and ghosts. We pass a photo of
ICEMAN AND MAVERICK, settle on a prominent photo of:

A stern-jawed ADMIRAL TOM KAZANSKY aka ICEMAN. "Commander of
the Pacific Fleet".

REVEAL: Maverick, staring at the past.

                    ADMIRAL'S AIDE (O.S.)
              Captain Mitchell... *Captain
              Mitchell.*

Maverick snaps from his thoughts.

53      **INT. OFFICERS' BOARDROOM – DUSK**                  53

A MONITOR with an image that means little to us now but will
come to dominate our thoughts. A HANDSOME, SQUARE-JAWED MAN
(40s) steps in front of it. This is:

                    CYCLONE
              At ease. Captain Pete "Maverick"
              Mitchell. Your reputation precedes
              you.

                    MAVERICK
              Thank you, sir.

                    CYCLONE
              It wasn't a compliment. Admiral
              Beau Simpson. I'm the Airboss. I
              believe you know Admiral Bates.

CLOSE ON: ADMIRAL BATES (55). An affable, brilliant two-star,
otherwise known as:

                    MAVERICK
              Warlock, Sir. I must admit, I
              wasn't expecting an invitation
              back.

                    WARLOCK
              They're called orders, Maverick.

His tone is friendly enough, but the meaning is clear. No one
is exactly excited to see Maverick back.

                                              (CONTINUED)

CONFIDENTIAL                                           PPC-GRAY-0000679

53      CONTINUED:                                                53

                              WARLOCK (CONT'D)
                    You two have something in common.
                    Cyclone here was first in *his* class
                    back in '88.

                              MAVERICK
                    Actually, sir, I finished second.
                    Just want to manage expectations.

Awkward silence. Cyclone nods to Warlock who takes a remote
and summons images on the monitors on the walls. Warlock
clicks through SURVEILLANCE IMAGES of INDUSTRIAL BUILDINGS at
the base of a forbidding valley.

                              WARLOCK
                    The target is an unsanctioned
                    uranium enrichment plant,
                    constructed in violation of a
                    unilateral NATO treaty. The uranium
                    produced there represents a direct
                    threat to our allies in the region.
                    The Pentagon has tasked us with
                    assembling a strike team and taking
                    it out before it becomes fully
                    operational.

Maverick steps closer, studying the screens as Warlock points
to corresponding satellite and archival images, along with a
profile of the run:

                              WARLOCK (CONT'D)
                    The plant sits in a recess at the
                    end of this valley. Said valley is
                    GPS jammed and defended by an
                    extensive radar array, serving a
                    limited number of fifth generation
                    fighters which, in turn, are backed
                    up by a plentiful reserve of
                    surplus aircraft; F-16s and even a
                    few old F-14s.

                              CYCLONE
                    Seems we're not the only ones
                    holding on to old relics.

Maverick lets that go. He has to.

                              WARLOCK
                    What's your read, Captain?

                              MAVERICK
                    Normally, this would be a cake-walk
                    for the F-35's stealth. But the GPS
                    jamming negates that.

                                                    (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    25.

53     CONTINUED: (2)                                              53

>           The surface-to-air threat
>           necessitates a low level, laser-
>           guided strike, tailor made for the
>           F-18. I figure two precision bombs
>           minimum. Makes it four planes,
>           flying in pairs.
>                (studies topography)
>           That's one helluva steep climb out,
>           exposing you to all the surface-to-
>           air missiles. Survive that, it's a
>           dogfight all the way home.

>                     WARLOCK
>           All requirements for which you have
>           real-world experience.

>                     MAVERICK
>           Not in the same *mission*, sir.

Beat. Maverick realizes.

>                     MAVERICK (CONT'D)
>           Somebody's not coming back from
>           this.

>                     CYCLONE
>           Can it be done or not?

>                     MAVERICK
>           How soon until the plant becomes
>           operational?

>                     WARLOCK
>           Three weeks. Maybe less.

Maverick realizes...

>                     MAVERICK
>           Well, it's a been a while since
>           I've flown an F-18... And I'm not
>           sure who I'd trust to fly the other
>           three.

Beat.

>                     WARLOCK
>           I think you misunderstand, Captain.

>                     MAVERICK
>           Sir?

>                     CYCLONE
>           We don't want you to *fly* it. We
>           want you to *teach* it.

>                                    (CONTINUED)

CONFIDENTIAL                                          PPC-GRAY-0000681

53        CONTINUED: (3)                                          53

The words just hang there.

                        MAVERICK
                Teach... sir...

Warlock hits a button and TWELVE PILOT I.D. PHOTOS appear:

                        CYCLONE
                We've recalled twelve Top Gun
                graduates from their squadrons, all
                top of their class. You will narrow
                this pool down to six - the best of
                the best. *They* will fly the
                mission.

Maverick's eyes lock on one face in particular. The stoic
face of BRADLEY "ROOSTER" BRADSHAW.

                        CYCLONE (CONT'D)
                Is there a problem, Captain?

                        MAVERICK
                You know there is... sir.

                        CYCLONE
                    (glances at screen)
                Bradley Bradshaw. AKA Rooster. I
                understand you flew with his old
                man... What was his call sign?

                        MAVERICK
                Goose. Sir.

                        CYCLONE
                Tragic what happened.

Warlock is uncomfortable with this:

                        WARLOCK
                Captain Mitchell was cleared of any
                wrongdoing. Goose's death was an
                accident.

                        CYCLONE
                That how you see it, Captain?
                    (points to Bradshaw)
                Is that how Goose's son sees it?

Maverick has had about enough of this shit, but soldiers on.

                        MAVERICK
                With all due respect, sir. I'm not
                a teacher.

                                            (CONTINUED)

53     CONTINUED: (4)                                            53

                              CYCLONE
                    You were a Top Gun instructor
                    before.

                              MAVERICK
                    Sir, that was thirty years ago. I
                    lasted two months. This is not
                    where I belong.

                              CYCLONE
                    Let me be perfectly blunt. You
                    weren't our first choice. You
                    weren't even on the list. But
                    *someone* put your name in the
                    SECDEF's ear. We all know who.

                              WARLOCK
                    Captain Mitchell has real-world
                    experience akin to every segment of
                    this operation.

                              CYCLONE
                    What Captain Mitchell has is a
                    friend in the Pacific Fleet.
                         (to Maverick)
                    You're here at the request of
                    Admiral Kazansky. Iceman is a man I
                    deeply admire. He seems to think
                    you still have something to offer
                    the Navy. What that is, I can't
                    imagine. You don't have to take the
                    job, but I should make it clear:
                    This is your last post, Captain.
                    You fly for Top Gun or you don't
                    fly for the Navy. Ever again.

          Maverick looks at the picture of Rooster one more time.


54     **EXT. "THE HARD DECK" BAR - DUSK - ESTABLISHING**          54

          An old yacht club converted into a ramshackle shrine to wild
          nights and Naval history, beneath a big sign ("The Hard
          Deck") and a small one ("Help Wanted").


55     **INT. HARD DECK - BAR AREA - DUSK**                        55

          Quiet. A FEW PATRONS waiting for the evening to kick off.
          Maverick, in his civvies, sits at the bar, his back to the
          door. In the corner, he sees TWO YOUNG PILOTS playing darts:

          JAVY "COYOTE" MACHADO and JAKE "HANGMAN" SERESIN.


                                                            (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    28.

55        CONTINUED:                                                  55

Hangman hits three bulls-eyes in a row, smiles, doesn't crow, takes money from Coyote before making brief eye contact with Maverick - no idea who he's looking at.

CLOSE ON: Mav's phone buzzes on the bar. The icon photo is that of ICEMAN, in Admiral's uniform.

          ICE: *That went well.*

Mav grudgingly responds.

          M:   The kid's not ready for this mission.

          ICE: No one is. That's why you're here.

          M:   *You could have warned me.*

          ICE: *Would you have come?*

Maverick's thumbs hover, unsure how to reply. Beat.

          ICE: *Sorry I couldn't be there.*

          M:   *Where were you?*

Beat.

          ICE: *Think it over.*

He sighs, places his phone on the bar.

                    VOICE (O.S.)
          Of all the gin joints in all the
          towns in all the world, he walks
          into mine.

He looks up at THE BARTENDER: PENNY BENJAMIN has a striking face with kind eyes that have seen it all - so much that nothing really ever gets her down.

                    MAVERICK
          Penny.

                    PENNY
             (sighs)
          Pete.

                    MAVERICK
          What are you doing here?

                    PENNY
          I should ask you the same thing.

                                                    (CONTINUED)

CONFIDENTIAL

55      CONTINUED: (2)                                           55

                        MAVERICK
            Long story.

                        PENNY
            I doubt that. Who'd you piss off
            this time?

                        MAVERICK
            Another Admiral. Speaking of -
            how's your father?

                        PENNY
            Still mad at you. Retired. I moved
            back to be closer. And I have to
            admit it was the one place I
            thought for sure I'd never run into
            you.

                        MAVERICK
            I'm just as surprised as you are.
            How long have you been here?

                        PENNY
            I bought this place three years a
            go... You must be in a lotta
            trouble. No way you'd come back
            here willingly.
                (off his look)
            Well, you'll sort it out.

                        MAVERICK
            No, this is... I think this is it.

                        PENNY
            Come on. You've been saying that
            for thirty years. You said it after
            my father chased you out my bedroom
            window. You said it again when they
            busted you for that high speed
            pass. Next thing I know you're off
            to Bosnia. Then Iraq. Both times. I
            don't even remember the charges
            before they shipped you off to the
            desert, test-flying God knows what.
            You get yourself in trouble, Iceman
            makes a call, you're back in the
            air.

                        MAVERICK
            Penny, this is different.

(CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    30.

55       CONTINUED: (3)                                          55

                         PENNY
          Trust me. No matter how improbable
          it seems right now, somehow you'll
          be back in a fighter plane with
          your tail on fire.

                         MAVERICK
          Penny-

                         PENNY
          Too late.

                         MAVERICK
          What?

                         PENNY
          You were about to ask me what time
          I get off.

                         MAVERICK
          No, I was gonna-

                         PENNY
          *Too late.*

He just looks at her.

                         PENNY (CONT'D)
          Don't gimme that.

                         MAVERICK
          Give you what?

                         PENNY
          That look.

                         MAVERICK
          I'm not giving you a look. I swear.

                         PENNY
          It's the only look you got. And
          this is not happening.

                         MAVERICK
          I'm not asking.

                         PENNY
          You never ask. That way I never get
          to say no. Well, this time it's no.

                         MAVERICK
          Penny.

                                              (CONTINUED)

55        CONTINUED: (4)                                        55

                         PENNY
              No.

                         MAVERICK
              Fine.

                         PENNY
              Fine.

Pause.

                         MAVERICK
              You look good.

                         PENNY
              I know.

She reaches over and rings a bell, CLANG-CLANG-CLANG-CLANG.
The entire bar CHEERS. AN AVIATOR slaps him on the back:

                         FERG
              Much appreciated, pal.

                         MAVERICK
              What I miss?

Penny points to a "House Rules" sign:

                         MAVERICK (CONT'D)
                   (reads)
              Disrespect a lady, the Navy, or put
              your cell phone on my bar...

                         PENNY
              You buy a round.

                         MAVERICK
              For everyone?

                         PENNY
              I'm afraid rules are rules. You're
              lucky it's early.

                         HANGMAN
              WHAT *DO* WE HAVE HERE?

Maverick follows Hangman's eyeline to the door.

The first of the night's REVELERS enter, occupying tables,
circling the bar, giving the joint a little life.

Among them are THREE PILOTS: REUBEN "PAYBACK" FLOYD, MICKEY
"FANBOY" GARCIA, and NATASHA "PHOENIX" TRACE.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    32.

55        CONTINUED: (5)                                              55

          Maverick watches them over to the pool table with interest.

A56       **INT. HARD DECK – POOL TABLE – DUSK**                    A56

                              HANGMAN
                    Here I thought we were special,
                    Coyote. Turns out the invite went
                    to *anyone*... Keepin' it tight, I
                    see, Phoenix.

          Phoenix smiles, annoyed but patient. As she approaches:

                              PHOENIX
                    Fellas, this here's Bagman.

                              HANGMAN
                    Hangman.

                              PHOENIX
                    Whatever.
                         (to Payback and Fanboy)
                    You're looking at the only Naval
                    Aviator on active duty with a
                    confirmed air-to-air kill.

          Hangman demurs with a bit of false modesty.

                              PHOENIX (CONT'D)
                    Mind you, the other guy was in a
                    museum piece from the Korean War.

          Hangman's smile fades. Coyote jumps in to defend.

                              COYOTE
                    Cold war.

                              PAYBACK
                    Same century.

                              FANBOY
                    *Not* this one.

          Hangman looks at Coyote. "Thanks for nothing."

                              COYOTE
                         (to Phoenix)
                    Who're your friends?

                              PHOENIX
                    Payback, Fanboy, that's Coyote.
                         (nodding)
                    Who's he?

                                                           (CONTINUED)

A56    CONTINUED:                                        A56

                          COYOTE
                Who's who?

Phoenix motions, Coyote sees a guy with glasses sitting in
the corner - human wallpaper: LT ROBERT "BOB" FLOYD.

                          COYOTE (CONT'D)
                When did you come in?

                          BOB
                I've been here the whole time.

Beat. The other share a look. Bob would have to be invisible
for no one to have noticed. And that's exactly what Bob is.

                          HANGMAN
                The man's a stealth pilot.
                Literally.

                          BOB
                Weapons Systems Officer, actually.

                          HANGMAN
                With no sense of humor.

Hangman walks away toward the bar as:

                          PHOENIX
                What do they call you?

                          BOB
                Bob.

                          PAYBACK
                No, your call sign.

                          BOB
                ...Bob.

Awkward pause. Phoenix studies him.

                          PHOENIX
                You're my new back-seater. Sent
                from Lemoore.

                          BOB
                Looks like it.

Long pause. No telling what Phoenix thinks about this until:
She grabs a pool cue.

                          PHOENIX
                Nine ball, Bob. Rack 'em.

CONFIDENTIAL                                            PPC-GRAY-0000689

B56        **INT. HARD DECK - BAR AREA - NIGHT**                    B56

Hangman approaches with an empty bottle, gets Penny's
attention.

                         HANGMAN
              I'll have six more on the old
              timer.

Maverick sighs, then:

                         PHOENIX
              BRADSHAW. Is that you?

Maverick freezes. Over his shoulder, BRADLEY BRADSHAW, aka
ROOSTER, enter. Phoenix strides over with open arms:

                         PHOENIX (CONT'D)
              This is how I find out you're
              stateside?

                         ROOSTER
              I thought I'd surprise you.

He goes to hug her. She feints a punch to his gut, he
flinches.

                         PHOENIX
              Guess I surprised you back.

                         ROOSTER
                 (recovering)
              It's good to see you.

                         PHOENIX
              Good to see you, too.

Maverick watches with renewed interest as the pilots settle
around the pool table everyone sizing everyone up. All of
them are good. They all want to know who's best.

Penny hands Hangman his beers.

                         HANGMAN
              Much obliged, Pops.

He heads back to the other pilots.

More people are entering the bar, the night kicking off.

Penny sees Maverick watching Rooster.

                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                35.
B56      CONTINUED:                                           B56

                              PENNY
                    Did you see Goose's son?
                      (off Maverick's nod)
                    Not gonna say hello?

Mav decides he should. Just as he stands, Rooster turns and
looks at Mav, as if he knew he was there all along. They
stare for a beat, then Rooster turns back to Phoenix.

Penny sees this entire thing.

                              MAVERICK
                    How's about ringing me out before
                    the evening rush.

Maverick hands her his card. Penny heads off with it to close
him out.


C56      **INT. HARD DECK – POOL AREA – DUSK**                C56

ON THE PILOTS:

                              HANGMAN
                    Bradshaw. As I live and breathe.

He hands Rooster a beer.

                              ROOSTER
                    You look good, Hangman.

                              HANGMAN
                    I am good, Rooster. I'm very good.

Phoenix and Rooster share a glance.

                              PAYBACK
                    So anybody know what this "special
                    detachment's" all about?

                              HANGMAN
                    A mission's a mission. That don't
                    confront me. What I wanna know is
                    who's team leader? And which'a
                    y'all have what it takes to follow
                    me?

Hangman winks at Rooster, needling him.

                              ROOSTER
                    Hangman, the only place you'll ever
                    lead anyone is an early grave.


                                                    (CONTINUED)

Hangman looks up from his next shot, stands and walks to
Rooster, face-to-face.

                    HANGMAN
          Anyone follows you is just gonna...
          run outta fuel. But then that's you
          all over, ain't it... Rooster? Snug
          on your perch, waitin' for *juuuuust*
          the right moment. That never comes.

Cold beat. The song changes.

                    HANGMAN (CONT'D)
          I love this song.

He walks off. Rooster exhales as Phoenix steps up,
unimpressed by the high-chesting. Rooster never takes his
eyes off of Hangman as:

                    PHOENIX
          He hasn't changed.

                    ROOSTER
          No, he sure hasn't.

ANGLE ON: Hangman stepping to the jukebox, smiles and makes a
selection.

JOHNNY CASH' COCAINE BLUES kicks off. The energy in the room
shifts. It's Hangman's party.

Mav makes note of this, shifts his eyes back to Rooster and
Phoenix, who are slightly annoyed that it's too loud to talk
now.

ON THE PILOTS:

                    FANBOY
          Check it out. More patches.

At the door: a second wave of PILOTS enter. More hot shots.

                    PAYBACK
          Omaha, Halo, Harvard, Yale... Shit,
          that's Fritz.

                    PHOENIX
          A regular who's-who. Everyone a top
          graduate.

                    FANBOY
          'The hell kinda mission is this?

                                              (CONTINUED)

                         PHOENIX
                    That's not the question you should
                    be asking.
                         (off their looks)
                    Everybody here is the best there
                    is. Who the hell are they gonna get
                    to teach *us*?

And a look darkens Rooster's face as he realizes...

D56     **INT. HARD DECK - BAR AREA - NIGHT**                 D56

Penny drops Mav's card on the bar.

                         PENNY
                    It's been declined.

                         MAVERICK
                    You're kidding me.

As Maverick sighs, reaches into his pocket:

CLOSE ON: A hand grabs a power cord and yanks it from the
wall. All of the music in the bar stops. The crowd groans,
catcalls, whistles.

CLOSE ON: Hands pull up a bench, open the lid of a piano.

WIDE SHOT of the crowd, all heads turning as someone starts
pounding on the piano.

At the bar, Maverick turns and sees Rooster at the piano,
playing away, the reaction in the room skeptical.

In the back, Phoenix smiles, nods to Payback and Fanboy to
follow her. They do, unsure of what's going on.

Hangman stands up from his next shot at the pool table, left
alone with Coyote. The party is no longer his.

CLOSE ON: Rooster banging away on the keys, finishing the
intro. He starts singing. Phoenix joins in, motions for
Fanboy and Payback to do the same.

It takes a moment, but people in the bar get into it.

At the bar, Maverick holds up all the money he's got.

                         PENNY
                    That won't cover it.

                                                    (CONTINUED)

D56      CONTINUED:                                              D56

                         MAVERICK
                  (sees the bill, winces)
              I can come back tomorrow.

                         PENNY
                  (shaking her head)
              I'm afraid rules are rules.

     Penny rings the bell, this time like a five alarm fire.
     Everyone cheers. Whatever that sound is, they love it.

                         CROWD
              OVERBOAAAAAAAAARD.

     A hand grabs Maverick's shoulder. He turns to see Hangman,
     backed by Coyote, Payback and Fanboy. Maverick looks back to
     Penny.

                         PENNY
              Great to see you, Mav.

     She waves him away. Maverick is dragged back, hoisted bodily
     into the air, carried to the door as the crowd chants:

                         CROWD
              OVERBOARD. OVERBOARD.

     At the piano, Rooster plays on, his friends singing. His back
     to the action, he doesn't see Maverick being hauled out.

56       **EXT. REAR OF HARD DECK – NIGHT**                        56

     The "Over-board" CHANT builds. The back door BLOWS OPEN and
     Hangman and Payback force Maverick off back steps into the
     sand. A raucous CHEER erupts inside.

                         HANGMAN
              Thanks for the beers. Come back
              anytime.

     The pilots all laugh and head back in.

57       **INT. HARD DECK – BAR AREA – NIGHT**                     57

     Hangman high fives Coyote, greets the other pilots. But his
     smile fades when the music at the piano changes; the first
     strains of Great Balls of Fire. The crowd is into it now.
     Rooster has them in his hand.

                                                      (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    39.

57        CONTINUED:                                         57

                              ROOSTER
                    You shake my nerves and you rattle
                    my brains/that kinda love drives a
                    man insane...

58        **EXT. HARD DECK - NIGHT**                         58

          Maverick's headed for his bike, brushing off the sand. He
          hears the song, turns and looks back at the bar.

          MAV's POV. Through the windows, he sees Rooster at the piano.

59        **INT. HARD DECK BAR - NIGHT**                     59

                              ROOSTER (O.S.)
                    Your kind, so fine/Got to tell this
                    world that you're—

                              EVERYONE IN THE JOINT
                    MINE, MINE, MINE, MINE.

60        **EXT./INT. HARD DECK - NIGHT**                    60

          Maverick sees a ghost. From this angle, the kid is a dead
          ringer for Goose, just as gawky and gangly, loving life.

          Penny clocks Maverick outside. She looks to Rooster, back to
          Mav. She knows something of this moment's significance.

62        **EXT. TOP GUN TARMAC - MORNING**                  62

          MUSIC kicks in as jets arrive. Sleek F-18 (Echoes) and
          doubles (Foxtrots)... Maverick stands in the path of an
          arriving vehicle. Hondo steps out. As they walk:

                              HONDO
                    I was out. Inches from a clean
                    getaway.

                              MAVERICK
                    Thanks for coming.

                              HONDO
                    Halfway to Reno. A lady waiting for
                    me, too.

                              MAVERICK
                    I need at least one person on my
                    side here.

                                                    (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    40.

62      CONTINUED:                                                    62

                              HONDO
                    She's an acrobat. Very flexible.

                              MAVERICK
                    I'm never gonna hear the end of
                    this, am I?

                              HONDO
                    No you are not. 'The hell they got
                    you doing here, anyway?

                              MAVERICK
                    Teaching.

Hondo looks at him. Maverick nods, for real.

                              HONDO
                    Teaching *what*? How to recycle
                    perfectly good airplanes?
                         (Maverick shrugs)
                    At least we won't be here long.

                              ADMIRAL'S AIDE (PRE-LAP)
                    STAND BY... ATTENTION ON DECK.


69      **INT. TOP GUN DETACHMENT HANGAR – DAY**                     69

All snap to attention. Cyclone watches from the wings as
Warlock steps to a podium and addresses:

Rooster, Phoenix, Hangman, Coyote, Bob, Payback and Fanboy
along with pilots we met briefly in the bar: LT BRIGHAM
"HARVARD" LENNOX, LT LOGAN "YALE" LEE, LT CALLIE "HALO"
BASSETT and LT NEIL "OMAHA" VIKANDER, along with BILLY
"FRITZ" AVALONE.

                              WARLOCK
                    Good morning. Take your seats.
                         (they do)
                    I'm Admiral Bates, NAWDC Commander.
                    Welcome to your special training
                    detachment. You're all Top Gun
                    graduates, the elite, best of the
                    best. That was yesterday. You've
                    all spent your careers flying close
                    air support for troops on the
                    ground with little to no air-to-air
                    threat.

Rooster and Phoenix share a look and sit up as Warlock
reveals the image of a new enemy fighter.

                                                    (CONTINUED)

CONFIDENTIAL                                    PPC-GRAY-0000696

                   WARLOCK (CONT'D)
          The enemy's new fifth generation
          fighter has leveled the playing
          field. Details are few, but you can
          be sure we no longer possess the
          technological advantage. Success,
          now more than ever, comes down to
          the man or woman in the box.

Hangman winks at Phoenix, who just rolls her eyes.

                   WARLOCK (CONT'D)
          This mission requires two F-18 Echo
          solo pilots and two Foxtrot dual-
          seat teams. Half of you will make
          the cut, half will remain in
          reserve... One of you will be named
          Mission Leader.

Rooster and Hangman share a glance. It's on.

                   WARLOCK (CONT'D)
          Your instructor is a Top Gun
          graduate with real-world experience
          in every mission aspect you will be
          expected to master. His exploits
          are legendary and he is considered
          to be one of the finest pilots this
          program has ever produced.

CLOSE ON: Cyclone shakes his head. Jesus.

                   WARLOCK (CONT'D)
          What he has to teach you may very
          well mean the difference between
          life and death. I give you Captain
          Pete Mitchell, call sign: Maverick.

CLOSE ON: Rooster, hearing the name, his expression icy.
Phoenix shoots him a concerned glance. She understands the
significance of this moment. Or thinks she does.

Maverick steps to the podium and the other pilots recognize
him immediately. They all squirm, Hangman especially.

Maverick looks past Rooster to Hangman and nods as if to say
"that's right." He raises a thick bound MANUAL:

                   MAVERICK
          Good morning. The F-18 NATOPS. It
          contains everything there is to
          know about your aircraft. What's
          the load limit of the F-18?

                                  (CONTINUED)

CONFIDENTIAL                                          PPC-GRAY-0000697

> HANGMAN
> 7.5Gs. Section Four, Chapter Five.

> MAVERICK
> Max airspeed?

> PHOENIX
> Mach 1.8. Section Two, Chapter One.

Meanwhile, Hondo has sidled up next to Cyclone, whispering:

> HONDO
> Sir. Bernie Coleman. They call me
> Hondo. I work with Maverick. But
> don't hold it against me.

Hondo smiles. Cyclone doesn't.

> HONDO (CONT'D)
> I'll stand somewhere else.

As he slinks away:

Maverick points to Coyote:

> MAVERICK
> Lift limit?

> COYOTE
> 34 Alpha.

> MAVERICK
>     (to Fanboy)
> Maximum role rate.

> FANBOY
> Two hundred and twenty five degrees
> per second.

> MAVERICK
>     (to Payback)
> Maximum afterburner.

> PAYBACK
> 42,000 pounds of thrust.

> MAVERICK
> Max rate of climb, everyone.

> CLASS
> Forty-five thousand feet per
> minute.

(CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    43.
69      CONTINUED: (3)                                      69

                    MAVERICK
          So you know the manual/book. Inside
          and out. Along with the so called
          limits of your aircraft.

                ALL TRAINEES BUT ROOSTER
          Yes, sir/Damn straight, sir/etc.

He DROPS his copy of the manual in the trash. The trainees
react. Cyclone glowers, throws a look to Warlock.

                    MAVERICK
          ... So does your enemy.

Warlock nods. He'll deal with it. Cyclone walks out. This is
not lost on Maverick or Hondo.

                    HONDO
               (sotto)
          And we're off.

                    MAVERICK
          What the enemy *doesn't* know is you.
          *Your* limits. I intend to find them.
          Test them. Push beyond... Flying
          faster than the speed of sound with
          one split second to make a life or
          death decision requires a level of
          trust, feel, instinct that doesn't
          exist in any manual.

And for the first time, Maverick and Rooster make eye
contact.

                MAVERICK (CONT'D)
          Today we're going to start with
          what you only think you know. Show
          me what you're made of.


72    **EXT. SKIES ABOVE DESERT - SORTIE 1 - DAY**              72

An explosion of sound as **[TWO F-18S ROAR PAST]**.


73    **INT. MAVERICK/ROOSTER/PAYBACK F-18S - INTERCUT - SORTIE 1** 73

**[ROOSTER FLIES FORMATION WITH P/FANBOY ON HIS REAR-RIGHT]**.

**[LEVEL FLIGHT]**


                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    44.

73      CONTINUED:                                                        73

> MAVERICK (ON RADIO)
> Good morning, aviators. This is
> your Captain speaking. Welcome to
> basic fighter maneuvers.

**[LEVEL FLIGHT]**

> FANBOY
> Morning, Sir.

They immediately search the sky when they hear Mav. Rooster
looks down at his radar: a wide cone shape emanating from the
nose of a jet icon, sweeping an empty sky.

A77    **INT. MAVERICK'S F-18 – SORTIE 1 – (OLD SC73)**         A77

**[LEVEL FLIGHT]**

> MAVERICK (ON RADIO)
> As briefed the arena today is a ten
> mile radius. The hard deck is five
> thousand feet.
> ALT for arena: practice area
> The exercise is dog-fighting and
> the rules are simple.
> Working as a team, you have to
> shoot me down. Or else.

B77    **INT. ROOSTER'S F-18 – SORTIE 1 – (OLD SC73)**         B77

**[LEVEL FLIGHT]**

> PAYBACK
> Or else what, Sir?

> MAVERICK
> Or else I shoot back.

C77    **INT. READY ROOM – (OLD SC71)**                         C77

An officer's lounge, complete with bar. A speaker on one wall
broadcasts Maverick's radio like an afternoon football game.
The trainees not flying the first sortie are listening to the
exercise over a radio on the bar. (They no longer enter).

**[LEVEL FLIGHT]**

> MAVERICK (ON RADIO)
> If I shoot either one of you down,
> you both lose. So cover your
> wingman.

(CONTINUED)

CONFIDENTIAL                                              PPC-GRAY-0000700

CHERRY 11.25.19 – OFFICIAL                45.

C77    CONTINUED:                                        C77

                           HANGMAN
                  Who *does* this guy think he is?

                           HALO
                  Oh, you think you can take him,
                  Hangman?

Hangman smiles.

D77    **INT. PAYBACK/FANBOY/ROOSTER/MAV F-18S – SORTIE 1 – (OLD SC77/3/)**

       **[LEVEL FLIGHT]**

Pilot masks are off. Rooster cranes his neck warily in every
direction.

                           ROOSTER
                  Fanboy, you see him?

Fanboy cranes his neck to look around and looks down at the
radar.

                           FANBOY
                  No, nothing yet. Nothing on radar.
                  He must be somewhere behind us.

                           PAYBACK
                  Two versus one? He's gotta be
                  kidding.

                           FANBOY
                    (egging him on)
                  I know, right.

                           ROOSTER
                  He is not kidding, Payback.

                           PAYBACK
                  Sir, what say we put some skin in
                  the game?

                           MAVERICK
                  What do you have in mind?

                           ROOSTER
                  Payback, don't do it–

                           PAYBACK
                  How about this, Sir? First one to
                  get shot down does two hundred
                  pushups.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                46.

D77    CONTINUED:                                    D77

                    MAVERICK
        That's a lotta pushups.

                    FANBOY
        They don't call it an exercise for
        nothing, Sir.

                    ROOSTER
        Guys.

                    MAVERICK
        All right. That's a deal.
        You ready to go? Fight's on.

Masks go on. Maverick looks up. REVEAL: **[MAV IS SNAKING
THROUGH VALLEY BELOW THEM.]**, looking up at their exposed
bellies.

                    MAVERICK (CONT'D)
        Let's grip and rip.

**[MAV YANKS BACK ON THE STICK AND SPLITS THEIR FORMATION
THROUGH THE MIDDLE.]**

                    ROOSTER
        Shit.

**[ROOSTER CLIMBS UPWARDS LEFT.]**

                    PAYBACK
        Woah.

**[PAYBACK JERKS FULL ROLL TO THE RIGHT, THEN DOWN RIGHT.]**
Fanboy's head cracks against the canopy, mask half on, almost
losing helmet.

                    PAYBACK (CONT'D)
        Where is he? Where is he?

                    FANBOY
        I can't see him.

**[MAVERICK PIROUETTES TO THE RIGHT INSTEAD OF FLIP AND DIVES
AFTER PAYBACK.]**

**[ROOSTER BREAKS WIDE LEFT]** and, for a beat, we think he's
running.

Payback and Fanboy are sitting ducks with Maverick closing.

**[P/FANBOY DO A HARD PULL TO THE RIGHT, THEN INTO SCISSORS
LEFT/RIGHT.]**

                                        (CONTINUED)

CONFIDENTIAL                                     PPC-GRAY-0000702

CHERRY 11.25.19 - OFFICIAL                47.
D77      CONTINUED: (2)                                    D77

                         FANBOY (CONT'D)
                    Maverick's turning on us. He's
                    right behind us, going for
                    position.
                    ALT: Maverick's on us, he's on our
                    tail.
                    ALT: Shit, he's on us, he's on us.

                         PAYBACK
                    Rooster, where the hell are you?

          Maverick is close to a firing position on Payback, seconds
          away.

                         ROOSTER
                    PAYBACK, BREAK RIGHT ON MY MARK.
                       (beat)
                    3-2-1 BREAK RIGHT.

          **[PAYBACK BREAKS RIGHT AS ROOSTER FLIES IN FRONT OF MAVERICK
          BREAKING LEFT.]**, replacing Payback as Maverick's target.

                         ROOSTER (CONT'D)
                       (to self)
                    That's right. Come and get me.

          Rooster flies with everything he has, furiously fighting.
          **[ROOSTER DIVES DOWN THEN PULLS UP, TRYING TO GET AROUND.]**

                         MAVERICK (TO SELF)
                    Nice, saved your wingman.

          Rooster hustles, pulls a **[HYBERMECH TO LEFT]**.

                         MAVERICK (CONT'D)
                    Woah. Good move Rooster.

          Maverick pulls a **[HYBERMECH TO LEFT]**.

                         MAVERICK (CONT'D)
                    But you sacrificed yourself.
                    Switching to guns.

                         FANBOY
                    (insert directions)

                         PAYBACK
                    Ok, got it.


E77      **INT.READY ROOM - DAY**                          E77

          The pilots are hearing all of this. Hangman loves it.


                                                      (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                   48.

E77    CONTINUED:                                         E77

    CLOSE ON Phoenix.


F77    **INT. PAYBACK/FANBOY F-18 - SORTIE 1 - (OLD SCA75)**    F77

Our first taste of dog fighting shows how physically demanding air combat is. **[THE JETS RAPIDLY WEAVE IN AND OUT.]**

Payback is coming around, trying to get guns on Maverick. **[PAYBACK DOES A HARD RIGHT TURN].** Maverick, meanwhile is close on Rooster. Rooster is working hard, fighting for his life.

> FANBOY
> (Insert directions)

> PAYBACK
> Hang in there Rooster, hang in there, we're coming for you.


G77    **INT. F-18S - INTERCUT - SORTIE 1 - (OLD SCC75)**    G77

Rooster hears a loud shrill alarm. He angrily rips off his oxygen.

> MAVERICK (ON RADIO)
> That's a guns kill on Rooster.
> You're dead. Knock it off.

> ROOSTER
> (pissed)
> Copy. Knock it off.

Payback and Fanboy realize they are too late.

> PAYBACK
> Shit. Copy. Knock it off.

> MAVERICK
> Head back to base, Rooster.
> See Hondo about your pushups.

**[ADD SPECIAL OF MAV BANKING RIGHT.]**


77    **INT. READY ROOM - HANGAR - DAY**    77

The class waits in silence. Phoenix stares out the window, Hangman paces. VOICE O.S.:

> VOICE
> Fritz, Harvard, Yale... You're up.


    (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    49.

77    CONTINUED:                                                77

They nod to one another, psyche themselves up.

Payback and Fanboy look out of the window.

They take in the lonely sight of Rooster doing pushups.

              FANBOY
      It should be us down there.

Phoenix joins them.

              PHOENIX
      But it's not. And now you know a
      little something about Rooster.

78    **EXT. TARMAC – UNDER JETS – DAY**                        78

Fritz, Harvard and Yale step outside and find Rooster
sweating through pushups as Hondo paces, keeping count..

              HONDO
      One hundred and ten... one hundred
      and eleven...

Fritz, Harvard and Yale share a smile.

              HONDO (CONT'D)
      You best get on up there. Don't
      keep the man waiting.

              HARVARD
      Hold that tarmac down 'til we get
      back, son.

Harvard takes a selfie. Rooster just keeps pushing.

CLOSE ON Fritz, Harvard and Yale, laughing.

A79   **INT/EXT. MAVERICK'S F-18 / H-YALE'S F-18 – SORTIE 1A MONTAGE** A79

Maverick's jet soars into frame and instantly locks target on
Harvard and Yale's jet.

79    **EXT. TARMAC – UNDER JETS – DAY**                        79

Fritz, Harvard and Yale doing push-ups, sweating.

              HONDO
      One hundred and twenty, one twenty
      one...

PPC-GRAY-0000705

CHERRY 11.25.19 – OFFICIAL                    50.

80    **INT. READY ROOM – DAY**                              80

Rooster is sitting. Phoenix comes in at the other side of the
room.

                    PHOENIX
              Hey, you good?

Rooster takes a long time to reply.

                    ROOSTER
              Yeah.

                    VOICE (O.S.)
              Phoenix, Bob, Hangman. Your turn.

                    PHOENIX
              With *him*?

Phoenix and Hangman share a look. Neither one wants to fly
with the other.

                    HANGMAN
              With *her*?

81    **EXT. SKIES ABOVE DESERT – SORTIE 2 – DAY**           81

Two more majestic F-18s roar towards camera.

      **[RIGHT ESCHELON. HANGMAN IN LEAD, P-BOB RIGHT WING.]**

82    **INT. HANGMAN'S F-18/INT. PHOENIX/BOB'S F-18 – SORTIE 2**   82

      **[LEVEL FLIGHT]**

                    HANGMAN                        *
              Say Phoenix, don't you think your     *
              WSO should have a call-sign?          *

                    BOB                            *
              I'm right here you know.              *

                    HANGMAN                        *
              Oh shit, I forgot. Howsabout we       *
              tell people Bob stands for            *
              something? Other than Robert I        *
              mean.                                 *

                    PHOENIX                        *
              Don't take the bait, Bob. Hangman's   *
              just projecting.                      *

                                          (CONTINUED)

82    CONTINUED:                                              82

                    He's hates his call-sign. Ever                    *
                    since Rooster gave it to him.                     *

                          HANGMAN                                     *
                    I like to think I've grown into it.              *
                    Now let's see, Bob. B.O.B...                      *

                          PHOENIX                                     *
                    Know why Rooster calls him Hangman,               *
                    Bob?                                              *

                          HANGMAN                                     *
                    Wait, wait. I know. Baby On Board.                *

          [MAVERICK'S JET SOARS RIGHT BETWEEN THEM], loud and shocking.

                          HANGMAN (CONT'D)
                        (flinches)
                    OH SHIT.


83    **EXT. SKIES - DAY - SORTIE 2**                              83

          **[THE TWO JETS ARE FORCED TO SPREAD AS AN F-18 ROCKETS PAST 16
          MILES A MINUTE ON A "KNIFE EDGE", CANOPY-TO-CANOPY].**

          **[SLIGHT MOVE OUTWARDS, BACK INTO LEVEL FLIGHT.]**


84    **INT. MAVERICK'S F-18 - SORTIE 2**                        84

                          MAVERICK
                    Greetings, Aviators. Let's get to
                    work.


85    **INT. MAVERICK'S F-18/INT. HANGMAN'S F-18 - SORTIE 2**    85

          They listen as they start to put their masks on.


86    **INT. HANGMAN'S F-18 / PHOENIX/BOB'S F-18 - SORTIE 2**    86

                          MAVERICK
                    Fight's on.

          They put their masks on. **[MAVERICK RIPS INTO A HARD, NOSE-
          HIGH, RIGHT-HAND TURN.]**

                          HANGMAN
                    Phoenix, let's take this guy out.
                    Break right.


                                                    (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    52.

86      CONTINUED:                                             86

                          PHOENIX
                    Breaking right.

**[PHOENIX BREAKS RIGHT AND HANGMAN CLIMBS.]**

                          HANGMAN
                    I'm going vertical.

**[BOB IN HARD BANK RIGHT, IS LOOKING LEFT.]**

                          BOB
                    Where's he going?

                          MAVERICK
                    That's a mistake. Cover your
                    wingman, Hangman.
                    ALT: That's a mistake. Never leave
                    your wingman, Hangman.

                          HANGMAN
                    He called you a man, Phoenix. You
                    gonna take that?

                          PHOENIX
                    So long as he doesn't call *you* a
                    man.
                       (beat)
                    Talk to me Bob. Where's Maverick?

                          BOB
                    Jesus. His nose is already coming
                    around.

**[P/BOB ARE IN HARD LEFT/RIGHT TO EVADE MAVERICK.]**

                          PHOENIX
                    What?

                          BOB
                    He's coming in for position. He's
                    on us, he's on us.

87      **INT. READY ROOM – SORTIE 2**                          87

The class listens. We focus on Rooster.

                          ROOSTER (WHISPERS)
                    Watch your back, Fee.

Rooster curses under his breath.

CHERRY 11.25.19 - OFFICIAL                    53.

88      **EXT. SKIES ABOVE DESERT - SORTIE 2**                    88

As **[MAVERICK FALLS IN BEHIND PHOENIX AND BOB.]**

                    HANGMAN
          Keep him busy, Phoenix. I'm on my
          way.

89      **INT. PHOENIX/BOB'S F-18 - SORTIE 2**                    89

**[P/BOB DO A SPLIT "S" TO THE RIGHT.]**

                    PHOENIX
          He's not gonna catch us. Hang on
          Bob.

                    BOB
          ALT: What?
          ALT: Do it. I'm ready.

**[PHOENIX MAKES A FIERCE SPLIT-S MANEUVER AND ROLLS RIGHT. BOB
HANDLES IT LIKE A PRO. SHE TRIES TO PULL UNDERNEATH
MAVERICK.]**

                    BOB (CONT'D)
          Yeah, Phoenix, yeah.
          Good move, good move.

                    MAVERICK
            (to self)
          Woah. Nice move Phoenix. I like
          your style.

90      **EXT. SKIES - DAY - SORTIE 2**                    90

**[MAVERICK TURNS LEFT AND DOWN TO GET BACK TO THE OFFENSIVE ON
PHOENIX AND BOB.]**

**[MAVERICK IS BACK ON P/BOB'S 6 O'CLOCK.]**

                    BOB
          He's on us, he's on us again.
          He's still on us. Hangman, Hangman.

91      **INT. PHOENIX/BOB'S F-18 - SORTIE 2**                    91

**[P/BOB BANK HARD LEFT/RIGHT TO EVADE MAVERICK.]**

                    PHOENIX
          Where are you Hangman?

                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    54.

91      CONTINUED:                                              91

[HANGMAN APPEARS BEHIND PHOENIX AND MAVERICK.]

                    HANGMAN
          I'm right here.

                    BOB
          Get him Hangman, get him, get him
          off us.

Bob struggles to look back and keep a visual on Maverick.

                    HANGMAN
          But dammit I can't shoot him
          without shooting you.
               (to himself)
          Sorry Phoenix.
               (to Phoenix)
          Now break right. RIGHT.

                    PHOENIX
          BREAKING RIGHT.

[PHOENIX BREAKS RIGHT].

                    BOB
               (looking back)
          NO, NO, NEGATIVE. BREAK LE-

95      INT. MAVERICK'S F-18 - SORTIE 2                         95

Which puts them right in Maverick's gunsights. [MAV "FIRES."]

                    MAVERICK
          Wrong move, Phoenix. That's a kill.
          Knock it off.

96      INT. PHOENIX/BOB'S F-18 - SORTIE 2                      96

[LEVEL FLIGHT]

Phoenix punches her canopy.

                    PHOENIX
          Copy, knock it off.
          Thanks Hangman.

                    BOB
          Sorry, Phoenix. That was my fault.

                    PHOENIX
          No, you made the right call.
          Hangman sold us out.

                                        (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                    55.

96      CONTINUED:                                           96

                    ALT: No, no, it's on me. You made
                    the right call.

**[P/BOB RTB BANK LEFT.]**


97      **INT. HANGMAN'S F-18/MAVERICK'S F-18 - SORTIE 2**        97

        **[HANGMAN IN LOOSE ESCHELON RIGHT.]**

                            HANGMAN
                    Sir, permission to continue.

                            MAVERICK
                    Now I know why they call you
                    Hangman.
                    Permission granted. You ready?

                            HANGMAN
                    I'll give you a head start.

                            MAVERICK
                    Generous. Fight's on.

        **[MAVERICK BREAKS LEFT INTO DITCH LEFT, SWEEP LEFT, DITCH
        RIGHT, SWEEP RIGHT.]**


100     **EXT. SKIES/INT. HANGMAN'S F-18/MAVERICK'S F-18 - SORTIE 2** 100

        Mav does everything he can to shake Hangman, but nothing is
        working. At first it's exciting, a challenge. But it isn't
        long before Maverick is feeling the heat.

        **[INTO THE RIGHT SCISSORS.]**

                            MAVERICK (TO SELF)
                    You're good. I can't shake you.
                    ALT: Damn this kid's good. Can't
                    shake him.
                    ALT: I can't shake you, damm you're
                    good, I'll give you that.

        The physical punishment of evasive maneuvering mounts, taking
        it's toll as the pursuit stretches on. Maverick is giving it
        all he's got. Hangman, on the other hand:

                            HANGMAN (TO SELF)
                    *Got it bad, got it bad, got it*
                    *bad... I'm hot for teacher...*

                            MAVERICK (TO SELF)
                    You're good. But you gave up your
                    wingman.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    56.

100      CONTINUED:                                           100

And just when we think Maverick has reached his breaking
point, **[MAVERICK GOES SUPERSONIC AND CLIMBS. HANGMAN PURSUES.
MAVERICK FLIES DIRECTLY INTO THE SUN.]**

Maverick looks over his shoulder so he can fly into the sun
while keeping an eye on Hangman.

                    MAVERICK (TO SELF) (CONT'D)
          And you lost your set of eyes.

The strain is intense, as is the light. Hangman closes his
eyes, flying blind after Maverick, holding his nerve.

                    HANGMAN
          Phoenix, I can't see him. How close
          am I?

Phoenix and Bob are masks-off, on the way back to base.

**[LEVEL FLIGHT]**

                    PHOENIX (ON RADIO)
          I'm dead, dickhead.

**[LEVEL FLIGHT]**

                    BOB (ON RADIO)
          See you in the afterlife, Bagman.

Hangman holds his nerve as long as he can, until:

                    HANGMAN
          God DAMMIT.

**[HANGMAN BREAKS RIGHT, LEVELS OUT]**, opens his eyes, looking
around for Maverick. He hears the tone.

REVEAL: Maverick is behind him. Hangman punches his canopy,
defeated. **[MAV PULLS UP ALONGSIDE, SWEATING, WINDED.]**

                    MAVERICK
          That's a kill.

                    HANGMAN
          Copy kill.

**[HANGMAN BANKS AWAY HOME]**. As Maverick watches him go, he
pulls off his oxygen mask and shakes off the tension. That
was a close one. Too close.

CONFIDENTIAL

101     **EXT. TARMAC – DAY**                                        101

As Phoenix, Bob and Hangman give their two hundred. Hondo
listens on radio.

> MAVERICK (OVER RADIO)
> You're smoked there, Omaha. Head on
> home. Next sortie. Come and get it.

102     **EXT. SKIES – SERIES OF SHOTS – SORTIE 3 – DOGFIGHTING MONTAGE**     102

Two more JETS SOAR, going nose-low to tangle with Maverick...
as he puts a jet right in his pipper.

> MAVERICK
> That's guns on you Fritz.

Another F-18 is targeted.

> MAVERICK (CONT'D)
> Lights out, Coyote.

Another. Harvard again.

> MAVERICK (CONT'D)
> That's a kill.

Another. Halo again.

> HALO
> Copy kill.

Another.

> REMAINING PILOT
> Copy kill.

103     **EXT. READY ROOM**                                         103

Too far away to see who is doing the pushups. It doesn't
matter. One by one they collapse, exhausted.

> MAVERICK (ON RADIO)
> All right. You've all shown me some
> real talent. You've also proven the
> very best often have the most to
> learn. Two of you have my eye for
> team leader.

CONFIDENTIAL

104     **INT. READY ROOM**                                      104

The class is shattered. Demoralized. Halo, Fritz and Harvard
stagger in, wasted. Hondo follows.

                        VOICE (O.S.)
                Hangman. Rooster. Your presence is
                requested.

They look at one another. Rooster is surprised, but neither
man is happy about the pairing. Off their confused looks:

105     **EXT. SKIES ABOVE DESERT – LATER – SORTIE 4 – DAY**     105

Final sortie. Rooster and Hangman head-to-head with Maverick.

A106    **INT./EXT. F18S – INTERCUT – SORTIE 4**                A106

        **[TWO F-18's IN LINE ABREAST FORMATION. ROOSTER ON THE LEFT,
        HANGMAN ON THE RIGHT.]**

Both men are tense, eyes peeled. There's a shark in the
water. And they're lunch. Rooster is looking down.

                        HANGMAN
                Nothing on radar. Again.

                        ROOSTER
                He'll be coming low to high.

Hangman is looking back.

                        HANGMAN
                I'm guessing from behind.

                        ROOSTER
                Or both. That was some shit you
                pulled on Phoenix.

                        HANGMAN
                I just hastened the inevitable.
                Besides, I paid for it, didn't I?

                        ROOSTER
                That's not the point. Where the
                hell is he?

                        MAVERICK (ON RADIO)
                Right here.

Rooster and Hangman instinctively look back and down.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    59.

A106    CONTINUED:                                         A106

ROOSTER'S POV. He looks down to his right. Nothing.

He looks down to his left and is shocked to see the tip of Maverick's wing.

B106    **EXT. SKIES – DAY – SORTIE 4**                   B106

REVEAL: **[MAVERICK IS INSIDE THEIR FORMATION, JUST UNDERNEATH THEM. IN THE NEXT INSTANT, HE ROLLS AND SPLITS THEM FROM BELOW. hANGMAN ROLLS AWAY RIGHT. MAVERICK ROLLS OVER THE TOP OF ROOSTER, INVERTED, LOOKING DOWN AT HIM FROM ABOVE.]**

                    MAVERICK
          You boys need to focus.
             (at Rooster)
          You ready?

                    ROOSTER
          Fight's on.

**[ROOSTER TURNS THE TABLES AND INVERTS. MAVERICK DOES THE SAME].** Their planes begin falling towards Earth, each trying to out-spiral one another **[IN A LEFT SPIRAL].**

106     **INT. MAVERICK'S F-18/ROOSTER'S F-18 – SORTIE 4**   106

The Gs are intense, the world spinning, a test of endurance.

                    ROOSTER
          Not this time, Captain.

                    MAVERICK
          Show me what you got.
          ALT: Let's see what you've got.

But Rooster has no shot. And neither does Maverick. As they continue to fall.

A107    **INT. HANGMAN'S F-18 – SORTIE 4**                 A107

He chases them, unable to make a shot at the two tangling airplanes. **[FROM 5000 FT IN LEFT TURN, LOOKING LEFT & DOWN.]**

                    HANGMAN
          ALT: The agreed upon hard deck is
          five thousand feet. The actual deck
          is Mama Earth and you are rapidly
          approaching it.
          ALT: Hard deck is five thousand
          feet, Rooster.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    60.

A107    CONTINUED:                                                  A107

                You're running out of room.
                ALT: The actual deck is the deck.


107     **INT. READY ROOM – SORTIE 4**                              107

        The class is on their feet, staring at the radio in shock as:


A108    **INT. ROOSTER AND MAV'S F18S INTERCUT – SORTIE 4**    A108

        The verbal altimeter is calling out the altitude as they
        plummet.

                        MAVERICK
                What are you gonna do Rooster?
                What's your move?

                        ROOSTER
                What does it matter? You're gonna
                wash me out anyhow.
                ALT: You gonna wash me out?

                        MAVERICK
                Washing out is entirely up to you.

                        ROOSTER
                That wasn't always the case,
                though, was it, Sir?

                        MAVERICK
                What's past is past, Rooster. Focus
                on the enemy up here.

                        ROOSTER
                You *are* the enemy.

        They strain as they plummet and spiral.

                        MAVERICK
                Well, the enemy's about to run you
                into the ground.

        MAVERICK'S POV – the Earth is coming up fast.


B108    **INT. READY ROOM – SORTIE 4**                             B108

        Close on Phoenix, shocked at how personal this fight is.


108     **INT. HANGMAN'S F-18 – SORTIE 4**                          108

        As he watches the planes plummet in a DNA-helix of a spiral.


                                                    (CONTINUED)


CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    61.

108        CONTINUED:                                                    108

                        HANGMAN (TO SELF)
                These guys are crazy.
                    (beat)
                ALT: Guys, guys, pull out.
                ALT: Guys, guys, watch the deck.
                ALT: You guys just blew through the
                hard deck.
                ALT: Don't mean to interrupt but
                ROOSTER. YOU'RE COMING UP ON THE
                HARD DECK.

109        **EXT. SKIES – DAY – SORTIE 4**                              109

           **[THE SPIRAL CONTINUES]**, the ground coming up fast.

110        **INT. READY ROOM – SORTIE 4**                              110

           Everyone hears the altimeter dropping.

111        **INT. ROOSTER'S F-18 – SORTIE 4**                          111

           Both men look at their altimeters dropping rapidly.

                        MAVERICK
                Copy. *Continue*. Bail out anytime,
                Rooster.

                        ROOSTER
                I can go as low as you, *sir*. And
                that's saying something.

           The world below them is spinning wildly, coming up fast.

           Finally **[ROOSTER AND MAVERICK BOTH HAVE TO PULL OUT, COMING
           DANGEROUSLY CLOSE TO THE GROUND]**, maximum Gs.

112        **EXT. SKIES – SORTIE 4**                                   112

           **[MAVERICK BANKS HARD, ROOSTER FALLING IN BEHIND HIM, BACKED
           BY HANGMAN]**. Mav nods approvingly, sotto:

                        MAVERICK
                Continue. We're still on.
                C'mon Bradley, nose down. Just a
                little lower and you have me.

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    62.

A113   **INT. HANGMAN'S F-18 – SORTIE 4**                    A113

                    HANGMAN
          Rooster, you got him. You got him.
          DROP DOWN AND TAKE THE SHOT. TAKE
          IT. TAKE IT.

113   **INT. ROOSTER'S F-18 – DAY – SORTIE 4**                    113

      **[ROOSTER BANKING HARD, DANGEROUSLY CLOSE TO THE GROUND].** How
      much lower can he safely go:

                    ROOSTER
          WE'RE TOO LOW. WE'RE TOO LOW.

114   **INT. MAVERICK'S F-18/EXT. SKIES – SORTIE 4**                    114

                    MAVERICK (TO SELF)
          Sorry, Rooster.

      **[MAVERICK LEVELS OUT, STRIKES WITH A COBRA MANEUVER, FORCING
      ROOSTER AND HANGMAN TO SPLIT AND OVERSHOOT HIM.]** Now Mav's
      instantly in chase position for a shot of his own.

115   **INT. ROOSTER'S F-18 – SORTIE 4**                    115

      Rooster hears the tone.

                    MAVERICK
          That's a kill.

116   **INT. ROOSTER'S F-18 – SORTIE 4**                    116

      Rooster seethes, outwitted, but concedes the fight...

                    ROOSTER
          Copy kill.

117   **INT. READY ROOM – SORTIE 4**                    117

      Everyone exhales, shares a collective look. This is next
      level shit, even for them.

118   **EXT. TARMAC – ELSEWHERE – DUSK**                    118

      Close on Rooster, sweating and furious as he does push-ups on
      the tarmac, punishing himself.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    63.

118      CONTINUED:                                          118

                         HONDO
               Alright. That's enough man.
               Rooster, that's enough.

Hondo pats Rooster on the shoulder.

                         HONDO (CONT'D)
               Tomorrow's another day.

Rooster sits up, exhausted. Feet appear next to him. He looks
up to see Phoenix above him.

                         PHOENIX
               What is going on with you? You
               trying to get kicked out? Breaking
               the hard deck. Insubordination.
               That wasn't you up there. Talk to
               me. What's up?

                         ROOSTER
               Don't worry about it.

                         PHOENIX
               I'm *going* on this mission.
               But if you get kicked out, you
               could leave us flying with Hangman.
               So what the hell was that–

                         ROOSTER
               HE PULLED MY PAPERS.

                         PHOENIX
               What? Who?

                         ROOSTER
               Maverick. He pulled my application
               to the Naval academy. He set me
               back four years.

Phoenix processes.

                         PHOENIX
               Why would he do that?

Rooster does not answer.

119      **INT. READY ROOM**                                 119

Hangman is staring at something on the wall.

                         HANGMAN
               Yo, Coyote.

                                        (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                64.

119    CONTINUED:                                      119

Coyote walks over and follows Hangman's eyes to a photo from
the CLASS OF '86. Young Maverick, with Goose beside him.

>                    COYOTE
>          The man, the legend. There he is...

But Hangman is looking at something else. He points to Goose.

>                    HANGMAN
>          No, next to him. He look familiar
>          to you?

>                    COYOTE
>             (looking closer)
>          What have we here?

Hangman reads the names under the photo: Pete "Maverick"
Mitchell and his RIO "Goose" Bradshaw.

>                    HANGMAN
>          Bradshaw...

>                    CYCLONE (PRELAP V.O.)
>          The hard deck is a parameter set
>          for the safety of my pilots, not to
>          mention their aircraft, aircraft,
>          need I remind you, paid for by the
>          American taxpayer.

120    **INT. CYCLONE'S OFFICE - MOMENTS LATER - MORNING**      120

Maverick stands, holding a folder in one hand. Warlock and
Cyclone sit. The mood is grim.

>                    CYCLONE
>          Five thousand feet is *not* just a
>          rule. It is a law. As immutable as
>          gravity.

>                    MAVERICK
>          The hard deck will be much lower
>          for the mission, sir-

>                    CYCLONE
>          It does not *change* without my
>          approval and *certainly* not *in the
>          middle of an exercise*. And that
>          cobra maneuver of yours could have
>          killed all three of you. I never
>          want to see that shit again.

(CONTINUED)

CHERRY 11.25.19 - OFFICIAL                        65.
120    CONTINUED:                                        120

                    WARLOCK
          What exactly do you suppose you
          were teaching today, Captain?

                    MAVERICK
          That as good as they are, they
          still have something to learn.

                    CYCLONE
          You're talking about the best
          fighter pilots on the planet,
          *Captain.*

                    MAVERICK
          That's what they've been told for
          their entire careers - while
          they've been dropping bombs from
          high altitude with little to no
          dogfighting. The parameters of this
          mission call for something they've
          never encountered-

                    CYCLONE
          You have less than three weeks. You
          will teach them how to fly as a
          team and how to strike the target.

                    MAVERICK
          And how to come home.

Ugly pause.

                    MAVERICK (CONT'D)
          And how... to come home, sir.

                    CYCLONE
          Every mission has its risks. These
          pilots accept that.

                    MAVERICK
          I don't... sir.

Cyclone shakes this off, collects the papers on front of him.

                    CYCLONE
          Every morning from this day
          forward, you will brief us on your
          instructional plans, in writing.
          Nothing will change without my
          expressed approval.

                    MAVERICK
          Including the hard deck, sir?

                                        (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    66.

120      CONTINUED: (2)                                    120

                         CYCLONE
                    *Especially* the hard deck, Captain.

                         MAVERICK
                    Sir.

Maverick steps forward and places his folder on the desk.

                         CYCLONE
                    What is this?

                         MAVERICK
                    It's a request to lower the hard
                    deck, sir. To practice the low-
                    level bombing run. Per the mission
                    parameters.

121      **INT. CORRIDOR OUTSIDE CYCLONE'S OFFICE - DAY**          121

         Maverick and Warlock exit, walking in silence for a moment.

                         WARLOCK
                    You could learn a thing or two
                    about timing, Captain.

         They walk past Phoenix and Bob. Maverick glances back,
         something crossing his mind before he pushes it away.

124      **EXT. HARD DECK - DAY**                                 124

         Maverick rides his Ninja, passing the Hard Deck. He pulls a U-
         turn and drives back to the bar.

125      **INT. HARD DECK - BAR AREA - DAY**                      125

         Maverick strides in, stops short, a yellow Labrador, "T",
         approaches. As he pets it.

                         VOICE (O.S.)
                    Hey, Mav.

         He looks up, seeing AMELIA (14) sitting at the empty bar,
         busy with her homework, out of place here.

                         MAVERICK
                    Amelia?

                         AMELIA
                    I know. I got big. Bar opens at
                    five.

                                                        (CONTINUED)

CONFIDENTIAL                                                          PPC-GRAY-0000722

CHERRY 11.25.19 – OFFICIAL                    67.
125    CONTINUED:                                          125

                        MAVERICK
              Just came to pay off a debt.
                (confused)
              Is your m–

Amelia puts her pen down, shouts upstairs:

                        AMELIA
              MOM.

                        MAVERICK
              How's your dad?

                        AMELIA
              With his wife. In Hawaii.

Penny enters from a back office. She stops, surprised to see
Maverick.

                        AMELIA (CONT'D)
              Mav says he owes you money.

Maverick winces, holds up a wad of cash.

                        PENNY
              Don't worry about it. You've
              suffered enough.

                        MAVERICK
              I insist.

Penny knows he won't budge, accepts the cash.

                        PENNY
              One thing you can say about Captain
              Mitchell. He always keeps his
              affairs in order.

                        AMELIA
                (realizing)
              Captain? Still?

                        MAVERICK
              A *highly decorated* captain.

                        PENNY
                (to Amelia)
              Finish up. We need to get the boat
              to the yard.

                        AMELIA
              I can't go.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    68.

125    CONTINUED: (2)                                              125

                    PENNY
What do you mean you can't go?

                    AMELIA
Test tomorrow. I have to study.
   (off her look)
They only told us today.

                    PENNY
I can't sail her alone.

                    AMELIA
Use the engine.

                    PENNY
And why are we are we taking her to
the yard?

                    AMELIA
   (remembering)
To fix the engine.

                    MAVERICK
I can help you.

                    PENNY
Mav.

                    MAVERICK
Penny. I'm in the *Navy*.

126    **EXT. PACIFIC OCEAN – DAY**                              126

A sailboat slams through whitecaps in high wind. Penny's at
the wheel, with Mav beside her, very out of his element.

                    PENNY
Little rougher than I was
expecting.

                    MAVERICK
You don't say.

                    PENNY
Pump on the backstay and de-power
the sails.

                    MAVERICK
What does that mean?

                    PENNY
You're supposed to be in the Navy.

                         (CONTINUED)

                                                    PPC-GRAY-0000724

CHERRY 11.25.19 - OFFICIAL                    69.
126    CONTINUED:                                              126

                              MAVERICK
                    I don't sail boats, Penny. I land
                    on them.

                              PENNY
                    We're going to flatten the sail.
                    Sort of like raising the flaps on
                    an airplane.

                              MAVERICK
                    To reduce drag.

                              PENNY
                    Exactly.

                              MAVERICK
                    How do I do that?

          Penny points to a handle by the wheel.

                              PENNY
                    Pump that handle for me.

          Mav navigates, does as instructed, struggling to stay steady
          on the pitching deck.

                              PENNY (CONT'D)
                    Now pull on the outhaul.
                       (off his look)
                    That green line there. No, the
                    other one.

          Maverick navigates uneasily towards a line running under the
          boom, looks back to Penny.

                              PENNY (CONT'D)
                    Pull it hard.

          Maverick does as he's told. The boat begins to stabilize.

                              PENNY (CONT'D)
                    Arright, now we want to take off.
                    What do we need?

                              MAVERICK
                    Lift.

          She nods, points to the bottom of the mast, farther away.

                              PENNY
                    Pull the Cunningham.
                       (off his look, points)
                    Sorry, the red line.

                                                    (CONTINUED)

CONFIDENTIAL                                          PPC-GRAY-0000725

126    CONTINUED: (2)                                        126

Maverick pulls the Cunningham and the boat moves faster.

> PENNY (CONT'D)
> Then crank that winch there, to
> trim the jib.

Penny points to a winch in the middle of the boat. Maverick
moves it with more certainty, cranks the winch.

> PENNY (CONT'D)
> What are you adjusting now?

> MAVERICK
> Angle of attack.

> PENNY
> Right you are.

The boat is sailing steady and fast, whitecaps spraying.
Maverick smiles. Not so different than flying. Penny cranks a
winch by the wheel.

> PENNY (CONT'D)
> Ready?

> MAVERICK
> For what?

> PENNY
> The afterburner.

And off Penny's smile...

JUMP CUT as the spinnaker pole is extended.

JUMP CUT as Maverick slams the spinnaker bag on the bow.

JUMP CUTS as four lines are attached.

JUMP CUT to Maverick who "jumps" the spinnaker line, using
his entire body to haul the spinnaker up the mast.

ANGLE ON Penny hauling in the other end of the line through a
cleat to secure it.

In this way Maverick and Penny work together, sharing a smile
as:

BOAT TO BOAT ANGLE: the spinnaker deploys, filling with wind
with a dramatic CRACK and pulling the boat along even faster.

BACK ON THE BOAT, hauling through the water now. Maverick
navigates the deck toward Penny, the sea spraying around him.
He takes a place beside her at the wheel.

(CONTINUED)

CHERRY 11.25.19 – OFFICIAL                71.
126    CONTINUED: (3)                                      126

                          PENNY (CONT'D)
              Take her.

Maverick eyes the wheel, taking it as Penny steps aside. It
takes some effort to hold her steady. After a beat:

                          PENNY (CONT'D)
              *Now* you're in the Navy.

They share a smile and look ahead.


AB127    **EXT. STREETS – DUSK**                              AB127

         Maverick drives Penny on his bike, her arms around his waist.
         We cruise with them a while.

         She lays her head on his shoulders, feels the wind in her
         hair.


AC127    **EXT. PENNY'S HOUSE – DUSK**                        AC127

         They pull up to Penny's house. Penny climbs off the bike.

                          PENNY
              Thanks for helping today.

                          MAVERICK
              Not exactly sure I helped.

         Awkward silence. Neither is sure how to say goodnight. Until:

                          PENNY
              Don't give me that look.

                          MAVERICK
              What look?

         She turns and heads for the house.

                          MAVERICK (CONT'D)
              It's the only one I got.

         Penny calls back over her shoulder.

                          PENNY
              Goodnight.

                          MAVERICK
              Night.

         She turns away without a second thought. As Maverick watches
         her go, he exhales, starts his bike.

AD127    **INT. PENNY'S HOUSE**                                        AD127

Penny enters and closes the door behind her before leaning
her back against it, letting go of her cool demeanor.

She closes her eyes, listening to the sound of Mav's bike
riding away, then hangs her head and exhales, not unlike
Maverick.

>                    AMELIA (O.S.)
>          Mom, is that you?

>                    PENNY
>          Yeah.
>              (to herself)
>          Yeah, it's me, all right.

She shakes her head and exits frame as:

>                    MAVERICK (PRE-LAP)
>          Time... is your greatest enemy.


A127    **INT. TACTICAL AUDITORIUM – DAY**                           A127

CLOSE ON: The main screen, pulling back from a rapidly
ticking timer, counting backwards toward zero...

Looming larger on the screen are schematics of:

>                    MAVERICK
>          Phase one of the mission will be a
>          low-level ingress, attacking in two-
>          plane teams. You'll fly along this
>          narrow canyon to your target. Radar
>          guided surface-to-air missiles
>          defend the area.

On screen, a schematic of a radar-guided missile array.

>                    MAVERICK (CONT'D)
>          These SAMs are lethal, but they
>          were designed to protect the skies
>          above. Not the ground... Not the
>          canyon below.

>                    ROOSTER
>          That's because the enemy knows no
>          one is insane enough to navigate
>          that low at high speed.

>                    MAVERICK
>          And that's exactly what I'm gonna
>          train you to do.

                                              (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    73.

A127    CONTINUED:                                         A127

ON HANGMAN who smiles. This is gonna be intense.

Overhead animation of two planes zig-zagging through a narrow
valley.

>                    MAVERICK (CONT'D)
>              Your altitude on the day will be
>              one hundred feet... Maximum.

Reactions from the pilots.

>                    MAVERICK (CONT'D)
>              Exceed this altitude... Radar will
>              spot you - And you're dead.

As the planes on screen bank, one goes too high... A missile
fires and destroys the high plane.

>                    MAVERICK (CONT'D)
>              Speed on the day...860 knots.
>              *Minimum.* Time to target, two and a
>              half minutes.

More reactions from the pilots.

>                    MAVERICK (CONT'D)
>                   (pointing)
>              That's because these Fifth
>              generation fighters are waiting at
>              an airbase nearby...

One screen, schematics of the lethal looking next-gen
aircraft.

Beside this, animation shows a Tomahawk Missile launch from a
destroyer in a carrier group at sea as"

>                    MAVERICK (CONT'D)
>              Simultaneous to your ingress, a
>              carrier-based strike will take out
>              this airfield, but if any of these
>              planes are airborne before that,
>              they'll anticipate your target and
>              immediately move to defend it. In a
>              head-to-head with these planes in
>              your F18s... you're dead.
>                   (more reactions)
>              You want to get in, hit your target
>              and be gone before these planes
>              even have a chance of catching you.
>              This makes time your *greatest*
>              adversary.

                                               (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                 74.

A127    CONTINUED: (2)                                          A127

The canyon, the missiles and the fifth gen planes share the
screen now.

>                    MAVERICK (CONT'D)
>          The faster you navigate this
>          canyon, the harder it will be to
>          stay under the radar of these enemy
>          SAMs. The deeper you are in the
>          canyon, the less margin for error
>          there will be. The tighter the
>          turns, the more intensely the force
>          of gravity on your body multiplies.

Maverick points to various turns on the canyon map.

>                    MAVERICK (CONT'D)
>          You've all faced sustained Gs
>          before. But this... This will take
>          you and your aircraft to the
>          breaking point.

Reactions from the class. Holy shit.

>                    MAVERICK (CONT'D)
>          For today's exercise, we'll start
>          easy. You'll be flying a route on
>          your nav-system which simulates the
>          valley. Maximum ceiling: three
>          hundred feet. Time to target: three
>          minutes. Good luck.

127    **EXT. MOUNTAINS – "*LOW-LEVEL INGRESS TRAINING*" – SORTIE 1** 127

ZOOM. POV from the nose of an F-18: ripping a BRUTAL SLALOM
through canyons and valleys at incredible speed...

128    **INT. PHOENIX/BOB'S/COYOTE'S F-18S – DAY**                 128

Phoenix/Bob fly behind Coyote, blasting above the rocky
desert terrain.

Phoenix has one eye on a GPS. A green dot represents their F-
18. A blue line represents the route she has to take. Red
lines on either side represent canyon walls.

To stay on the line, she has to bank hard, pulling
switchbacks with tremendous Gs.

In back, Bob has his own GPS, monitoring the clock, making
calculations. They are both sweating.

(CONTINUED)

CONFIDENTIAL                                                    PPC-GRAY-0000730

CHERRY 11.25.19 – OFFICIAL                    75.

128        CONTINUED:                                                 128

                              BOB
                    Time to target is one minute
                    thirty. We're twenty seconds
                    behind.  Increase to 900 knots.

                              PHOENIX
                    We gotta move, Coyote.

          Sweating, Coyote guns it, banking harder to follow the
          proposed route. The Gs intensify and the team strains. It's
          grueling.

129       **EXT. TRAINING CANYON – DAY**                             129

          But he can't make the turn...

130       **INT. COYOTE'S F-18 – DAY**                               130

          Coyote yanks back the throttle and hits the brakes.

          CLOSE ON: The line on Coyote's's GPS. He strays too far and
          over the red line. An alarm blares.

                              COYOTE
                    God *dammit*.

A131      **INT. PHOENIX/BOB'S F-18 – DAY**                          A131

          Phoenix comes around the corner to see Coyote's jet with its
          airbrakes extended. She yanks on the stick sending her jet
          into a near vertical climb, breaking the 200 foot ceiling.

131       **INT. TACTICAL AUDITORIUM – DAY – DEBRIEF**               131

          Maverick's with all the trainees, replaying the TRAINING RUN
          like a coach breaking down postgame film...

                              MAVERICK
                         (to Coyote)
                    Why are they dead?

                              PHOENIX
                    We broke the 300 foot ceiling. A
                    surface-to-air missile took us out.

                              MAVERICK
                         (to Coyote)
                    No. Why are they dead?

                                                          (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                76.

131    CONTINUED:                                             131

                          COYOTE
               I slowed down and gave her no
               warning. It's my fault.

Coyote feels the eyes of the class on him.

                          MAVERICK
               Was there a reason you didn't
               communicate with your team?

Coyote goes to speak.

                          MAVERICK (CONT'D)
               One that their family will accept
               at the funeral.

Coyote feels the heat.

                          COYOTE
               None... sir.

Then he turns on Phoenix.

                          MAVERICK
               And why didn't you anticipate the
               turn? You were briefed on the
               terrain.

Now Phoenix is the in the hot seat. Rooster stares daggers at
Maverick. Maverick points to Bob.

                          MAVERICK (CONT'D)
               Tell it to his family.

Off Phoenix's look, Hangman smiles.

132    **EXT. TRAINING CANYONS/INT. F-18S – SORTIE 2 – DAY**       132

Two more F-18s (Payback/Fanboy and Hangman) TWIST along the
imaginary route, dangerously close. High G turns. Sweat.

                          PAYBACK
               Hangman ease up. Canyon's getting
               tighter.

                          HANGMAN
               Negative. Increase your speed.

Payback does so. But Hangman is still pulling away.

                          PAYBACK
               You're going too fast, man.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    77.

132    CONTINUED:                                          132

Hangman navigates a tight turn.

                         HANGMAN
              No harm in being ahead of schedule.

                         PAYBACK
              DAMMIT, SLOW DOWN- SHIT.

Too close to the canyon wall, Payback pulls up, breaking the
ceiling.

                         FANBOY
              We're too high-

An alarm sounds.

                         FANBOY (CONT'D)
              Radar has a lock. We're dead.


133    **INT. TACTICAL AUDITORIUM - DAY - DEBRIEF**          133

Payback and Fanboy glare at the back of Hangman's head.

                         MAVERICK
              What happened?

                         HANGMAN
              I flew as fast as I could. Kinda
              like my ass depended on it.

                         MAVERICK
              And...

                         ROOSTER
              He put his team in danger and his
              wingman is dead.

                         HANGMAN
              They couldn't keep up.

Rooster and Hangman lock eyes. Off Rooster shaking his head:


134    **EXT. TRAINING CANYONS - SORTIE 3 - DAY**           134

BOOM: Rooster, backed by Harvard and Yale, screams along the
route, cranking and banking. They're flying with extreme
skill and confidence, a polished machine. But:

                         HARVARD
              We're ten seconds behind and
              dropping. Increase to 920 knots.


CONFIDENTIAL                                      PPC-GRAY-0000733

CHERRY 11.25.19 – OFFICIAL                    78.

135    **INT. ROOSTER'S F-18/HARVARD-YALE F-18**                    135

                    ROOSTER
          Negative, Harvard. Hold your speed.

                    YALE
          Rooster, we're late.

                    ROOSTER
          We're alive. We'll make up time in
          the straightaway.

                    YALE
          We're too far behind. We have to go
          now.

                    ROOSTER
          Maintain current speed. We can make
          it, WE CAN MAKE IT-

141    **INT. TACTICAL AUDITORIUM – DEBRIEF – DAY**                    141

                    MAVERICK
          What did you do wrong?

Rooster just stares at him.

                    MAVERICK (CONT'D)
          Why are you dead?

                    PHOENIX
          Sir.

Maverick looks to her.

                    PHOENIX (CONT'D)
          He's the only one who made it to
          the target.

                    MAVERICK
          A minute late. He gave the Enemy
          aircraft time to shoot him down.
          He's still dead.

                    ROOSTER
          You don't know that.

                    HANGMAN
          You're not. Flying. Fast enough.
          You were team leader up there.

                                        (CONTINUED)

141      CONTINUED:                                                        141

                             COYOTE
                Man, on the day, the canyon will be
                tighter.

                             FANBOY
                We'll be pulling even higher G's,
                and the missiles will be real.

                             PAYBACK
                The ceiling will be *one hundred
                feet*, time to target, *two and half
                minutes*.

                             HANGMAN
                You don't have a second to waste.

        But Maverick has never taken his eyes off of Rooster.

                             ROOSTER
                *We made it to the target*.

                             MAVERICK
                And superior enemy planes
                intercepted you on your way out.

                             ROOSTER
                Then it's a dog fight-

                             MAVERICK
                Against fifth generation fighters.

                             ROOSTER
                *We'd still have a chance*.

                             MAVERICK
                In an F18-

                             ROOSTER
                It's not the plane, it's the pilot-

                             MAVERICK
                *Exactly*.

        Maverick regrets saying it in the same instant. Ugly pause.
        Rooster simmers.

                             ROOSTER
                There's more than one way to fly
                this mission, *sir*.

                             HANGMAN
                You don't get it.

        All eyes turn to him.

                                                        (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                    80.

141     CONTINUED: (2)                                           141

                         HANGMAN (CONT'D)
                   On this mission, a man flies like
                   Maverick here or a man doesn't come
                   back.
                         (to Phoenix)
                   No offense.

                         BOB
                   Yet somehow you always manage.

                         HANGMAN
                   I don't mean to criticize. You're
                   conservative is all.

                         MAVERICK
                   Lieutenant-

                         HANGMAN
                   We're going into combat, son. On a
                   level no living pilot has ever
                   seen.
                         (pointing to Maverick)
                   Not even him. It's no time to be
                   letting the past hold you back-

           MAVERICK                        ROOSTER
     Lieutenant-                     What's that supposed to mean?

     Hangman looks around the room, waiting. Finally:


           HANGMAN                          MAVERICK
     I can't be the only one who     *That's enough Lieutenant-*
     knows that Maverick flew with
     his old man? Or that Maverick
     was flying when your old man-

                         MAVERICK (CONT'D)
                   *Rooster.*

     But it's too late. Rooster lunges, grabs Hangman's collar.
     The class jumps in. In an instant its chaos. Hangman is not
     fighting back. Rooster is. Maverick, Phoenix and several
     other have him held tight.

           HANGMAN                          ROOSTER
        (hands up)                    You sonofabitch.
     I'm cool, I'm cool. It's all
     good.

                         MAVERICK
                   You're all dismissed.


                                                    (CONTINUED)


CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                        81.

141    CONTINUED: (3)                                         141

He snaps, tears himself free of those still grasping him.

                         HANGMAN
                    (to Maverick)
              You know I'm right.

                         MAVERICK
              *I said you're dismissed.*

Hangman pulls himself free and walks out.


143    **INT. TACTICAL  AUDITORIUM – NIGHT**                     143

       Mav sits alone at the end of the day. He gets a text from
       Iceman. Ice wants to see him.


144    **EXT. ADMIRAL'S HOUSE – CORONADO COAST – DUSK**          144

       Maverick RIDES up on his bike, arriving at a stately
       officer's home right on the ocean. Children are playing the
       backyard. The sound of laughter.

       Mav is greeted at the door by SARAH KAZANSKY, (50).

                         SARAH
              Girls, girls, why don't you head
              outside?

                         MAVERICK
              Sarah.

                         SARAH
              Maverick.

       She tries to smile. Can't.

                         MAVERICK
                    (realizing)
              It's come back.

                         SARAH
              No one knows. He's still on active
              duty.

                         MAVERICK
              Sarah...

       Her eyes well with tears and he hugs her.

CHERRY 11.25.19 – OFFICIAL                          82.

145     **INT. ADMIRAL'S OFFICE – MOMENTS LATER**                145

A photo we've seen before – Maverick and Iceman on a carrier
deck, a moment of triumph from another age. It holds a place
of prominence among many happy memories. Children,
grandchildren, birthdays, graduations, adventures.

OUT THE WINDOW we see the same extended. Happy. Content.

Maverick enters quietly. Sarah closes the door behind him.

                    MAVERICK
          Admiral.

REVEAL: A MAN sitting at a desk with his back to us, dressed
warmly, too warm for the room, not a blonde hair out of
place. His head is turned to the window, watching the
children play in the yard.

                    MAVERICK (CONT'D)
          How's my wingman?

He doesn't answer. Instead, he turns to the laptop on his
desk and types. As Maverick approaches:

REVERSE: TOM "ICEMAN" KAZANSKY looks good for his years, if a
little tired. It takes a moment for us to notice the bandage
around his throat.

They share a smile that quickly fades...

ON SCREEN: *I'm dying. You have bigger problems.*

                    MAVERICK (CONT'D)
          Don't worry about me. I'll be fine.
          What can I do for you.

Ice types:

          *I don't want to talk about me. How's work?*

                    MAVERICK (ALT) (CONT'D)
          That's not important now–

Ice points to the screen, his eyes adamant. Understanding,
Maverick relents.

                    MAVERICK (ALT) (CONT'D)
          Rooster is still mad at me for what
          I did.

          *You were protecting him. You did the right thing.*

                                                    (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    83.

145    CONTINUED:                                            145

> MAVERICK (CONT'D)
> I thought he would eventually
> understand why. I hoped he'd
> forgive me.

> **There's still time.**

> MAVERICK (CONT'D)
> *The mission is less three weeks
> away.* The kid isn't ready.

> **Then teach him.**

> MAVERICK (CONT'D)
> He doesn't want what I have to
> give.

Ice waves a hand: bullshit.

> MAVERICK (CONT'D)
> I shouldn't be teaching the mission
> I should be flying it. Don't ask me
> to send someone else to die. Don't
> ask me to send *him*. Send me.

> **It's time to let go.**

Beat. It pains Maverick to answer.

> MAVERICK (CONT'D)
> I don't know *how*.

Ice waits, knowing not to say anything.

> MAVERICK (CONT'D)
> I'm not a teacher. I'm a fighter
> pilot. A naval aviator. It's not
> *what* I am, it's *who* I am... How do
> I teach that?

Ice waits.

> MAVERICK (CONT'D)
> Even if I *could*, it's not what
> Rooster wants – it's not what the
> *Navy* wants. That's why they canned
> me the last time. You're the only
> reason I'm still here.

Ice waits. Mav takes a long shaky breath, admitting:

> MAVERICK (CONT'D)
> I get it. Rooster's not the only
> one holding back. I'm afraid...

                                          (CONTINUED)

CONFIDENTIAL                                       PPC-GRAY-0000739

> If I send him on this mission he
> might never come home... If I don't
> send him... He'll never forgive me.
> Either way, I could lose him...
> forever.

Ice waits. Mav looks at the screen.

> ***It's time to let go.***

And Maverick nods, reaching the core of it, of himself:

> MAVERICK (CONT'D)
> I know... I know...

Ice stands, but his hands on his friend's shoulders,
struggles to speak:

> ICEMAN
> The Navy needs *Maverick*. That *kid*
> needs *Maverick*. They just don't
> want to admit it. *That's* why I
> fought for you. *That's* why you're
> still here.

Maverick is deeply touched. Then realizes:

> MAVERICK
> You knew Rooster was on this
> assignment before you chose me,
> didn't you?

Busted, Ice smiles. The two friends embrace.

> MAVERICK (CONT'D)
> You're a warrior, Ice. A fighter.

CLOSE ON Ice's face. He knows otherwise.

> ICEMAN
> So who's the best pilot...

> MAVERICK
> It's a nice moment. Don't ruin it.

And the olds friends manage to laugh.


146    **INT. TACTICAL AUDITORIUM – DAY**                   146

Cyclone walks in to find the room empty. Curious.

147     **INT. READY ROOM – DAY**                    147

Cyclone peeks in. Also empty.


148     **INT. TOP GUN HANGAR – DAY**                148

Cyclone studies loitering F-18s flanking a deserted hangar.


149     **EXT. CORONADO BEACH – DAY**                149

CLOSE ON: A football. Hands come down into frame, grip it, ready to snap it camera left to camera right.

CLOSE ON: A football. Hands come down into frame, grip it, ready to snap it right to left.

REVEAL: The pilots are divided into two teams, squaring off in a game of football with one unusual feature:

There are two balls. Both quarterbacks snap at the same time. Both teams scramble. In an instant, it is chaos.

Maverick is a quarterback on one team, Rooster on the other. Rooster manages to make a pass. Maverick is sacked. In fact, the opposition seems to care more about sacking the teacher than they do about scoring.

Yet, in the midst of the hard-hits, we see something we haven't seen before: camaraderie.

Hondo makes an epic attempt at a touchdown despite half the class clinging to him. Hangman looks down at a prone Maverick, relishing a kill. Rooster, walks past, stops, grudgingly helps him up. It is the first remotely friendly moment they have shared.

Maverick, a little sore, tenderly heads off field, waving Bob in as his replacement.


150     **EXT. HARD DECK BAR – REAR**                150

Maverick sits in one of two low lawn chairs, watching the chaos, mildly amused. He helps himself to a beer from a cooler as he eyes:

Hangman helping Rooster off the ground. Another truce of sorts.

Both balls snap and the entire class clashes. Anarchy. Mav smiles.


(CONTINUED)

CHERRY 11.25.19 - OFFICIAL                              86.

150      CONTINUED:                                           150

And a shadow falls over Maverick.

Maverick looks up at:

           MAVERICK
    Sir.

Cyclone is standing just beside Maverick, sunglasses hiding
his eyes. He stares at the game, perplexed.

            CYCLONE
    What is this?

           MAVERICK
    Dog fight football. Offense and
    defense at the same time.

            CYCLONE
    And who's winning?

           MAVERICK
    Oh, they stopped keeping score a
    long time ago.

            CYCLONE
    This detachment has training to do,
    Captain. Every available minute
    counts.

           MAVERICK
    Yes, sir.

            CYCLONE
    Then why am I looking at this clown
    show?

           MAVERICK
    You asked me to build a team, sir.
    There's your team.

Cyclone looks again. The cadets are split into two huddles,
strategizing, working together. They break for the next play.

            CYCLONE
    The mission has been moved up one
    week. Last phase of training starts
    tomorrow.

And he walks away, taking with him any sense of
accomplishment the day has produced. Maverick looks back at
the class, Rooster's team rallying around him.

CONFIDENTIAL                                                    PPC-GRAY-0000742

B152    **EXT. HARD DECK**                                B152

Maverick walks up the beach behind the pilots, keeping the
news to himself.

                    PENNY (O.S.)
              You're good with them.

He turns, sees Penny standing by the back door of the Hard
Deck.

                    PENNY (O.S.) (CONT'D)
              If I didn't know better, I'd say
              you're taking to this job.
              Maybe even enjoying it.

                    MAVERICK
              I've always liked football.

                    PENNY
              That's not what I mean and you know
              it.
                  (off his look)
              If you're not careful you could
              find yourself getting used to this.

Mav considers this. Nods, uncomfortable.

                    PENNY (CONT'D)
              You okay?

                    MAVERICK
              I'm okay, it's just... Time, you
              know? There's never enough.

                    PENNY
              That's for sure.

They stare at one another for a while.

153    **EXT. PENNY'S HOUSE – NIGHT**                    153

Maverick and Penny arrive on Maverick's bike. Penny climbs
off.

A bit of a pause. Easier now. She turns toward the house.
Maverick looks away, exhales.

                    PENNY
              You coming or not?

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    88.

153    CONTINUED:                                                      153

He looks and sees her waiting by the door. He's not sure how
to respond. Penny heads inside. Maverick climbs off his bike
and follows.

154    **INT. PENNY'S HOUSE – BEDROOM – NIGHT**                    154

Maverick and Penny lie in bed, laughing quietly.                  *

                    MAVERICK                                       *
          Should I go? Before Amelia gets                          *
          back.                                                    *

                    PENNY                                          *
          She's staying at a friend's                             *
          tonight.                                                 *

                    MAVERICK                                       *
          You two seem (even/a lot) closer                         *
          than the last time I saw you.                            *
              (off her nod)                                        *
          How'd you manage?                                        *

                    PENNY                                          *
          Well you know Amelia has a mind of                       *
          her own.                                                 *

                    MAVERICK                                       *
          Where'd she get that I wonder?                           *

                    PENNY                                          *
          And she wanted more freedom than I                       *
          thought she was ready for. But, I                        *
          realized I had to trust her and let                      *
          her make her own mistakes.                               *

                    MAVERICK                                       *
          Not an easy choice.                                      *

She sees the look on his face, understands.                       *

                    PENNY                                          *
          Is that what happened with Rooster?                      *

He looks at her, realizes she sees everything.                    *

                    MAVERICK                                       *
          I stood in his way... I pulled his                       *
          papers at the academy, took years                        *
          off his career.                                          *

                    PENNY                                          *
          Why?                                                     *

                                                        (CONTINUED)

154        CONTINUED:                                         154

                          MAVERICK                            *
              His mother never wanted him to fly.             *
              Not after what happened to Goose.               *
              She made me swear to her before she             *
              died. So...                                     *

                          PENNY                               *
              Does Rooster know that?                         *

                          MAVERICK                            *
              He'll always resent me for what I               *
              did. Why should he resent her too?              *

                          PENNY                               *
              Not an easy choice.                             *

                          MAVERICK                            *
              I didn't know what else to do. I                *
              just... I was trying to be the                  *
              father he lost. I just wish I'd                 *
              handled it better.                              *

        Penny touches his cheek. He sighs.                    *

                          MAVERICK (CONT'D)                   *
              The truth is, I didn't think he was             *
              ready...                                        *

                          PENNY
              Is he ready now?

                          MAVERICK
              He's a great pilot. He has the
              instincts. But he's too careful.
                    (sighs)
              He's flying with his father's ghost
              up there. I know a thing or two
              about that.

        Long pause. Penny is about to respond when:

                          AMELIA (O.S.)
              Mom, I'm home.

        They freeze.

                          PENNY
              Thought you were staying at Karen's
              tonight.

                          AMELIA (O.S.)
              Karen's sick and I have homework to
              do.

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                     90.
154     CONTINUED: (2)                                             154

Mav and Penny share a look, quietly.

                    MAVERICK
          I should go.

                    PENNY
          Yeah.

He leaps up, pulls on his pants and shirt.

                    PENNY (CONT'D)
             (to Amelia)
          Did you have dinner?

                    AMELIA (O.S.)
          Not yet. Wanna go out?

                    PENNY
          No, no. I'll make you something.

Maverick heads to the stairs.

                    PENNY (CONT'D)
          Not that way.

                    MAVERICK
          What?

And Penny's nods to the open window. Beat.

                    MAVERICK (CONT'D)
          You're can't be serious.

                    PENNY
          I am serious. I have an example to
          set and I'm not in the habit of
          bringing men home on the first
          date.

                    MAVERICK
          This is not a *first date*.

But Penny goes back for Mav's jacket and gives it to him.
Pushing him out. He just stares. He can't believe he's doing
this. He starts to climb out, looks back.

                    MAVERICK (CONT'D)
          Fine. But this is the last time I
          go out your window.

She smiles and they kiss.

                                          PPC-GRAY-0000746

CHERRY 11.25.19 – OFFICIAL                    91.

155    **EXT. PENNY'S HOUSE – NIGHT**                    155

Maverick's drops to the ground, rolls, picks himself up. He
turns, brushing himself off, coming face to face with:

Amelia, in the kitchen, seeing him through the window. After
an awkward moment.

                    AMELIA
          Just don't break her heart again.

And she turns away, leaving Maverick to process that.

                  WARLOCK (PRELAP)
          Morning... The uranium enrichment
          plant that is your target will be
          operational earlier than expected.
          Raw uranium will be delivered to
          the plant in ten days time.

156    **INT. TACTICAL AUDITORIUM – DAY**                    156

Warlock addresses the class. Maverick is off to one side.

                  WARLOCK
          To avoid contaminating the target
          valley with radiation, your mission
          has been moved up one week.
             (alt)
          Your mission has been moved up one
          week to avoid contaminating the
          target valley with radiation.

Reactions from the class. This is bad.

                  COYOTE
          Sir, no one here has successfully
          flown the low level course.

                  WARLOCK
          Nevertheless, you have been ordered
          to move on. Captain.

As the class absorbs this, Warlock nods to Maverick.

                  MAVERICK
          We have one week left to focus on
          phase two – the most difficult
          stage of the mission: a pop-up
          strike with a steep dive requiring
          nothing less than two consecutive
          miracles.

(CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    92.

156    CONTINUED:                                        156

AN EXPLOSION OF SOUND TAKES US TO:


157    **EXT. CALIFORNIA DESERT – *"POP-UP TARGETING TRAINING"***    157

Two F-18s blast low over ground pockmarked by scrub brush.


158    **INT. ROOSTER'S/PHOENIX & BOB'S F18S – SORTIE 1 – DAY**    158

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT SCREEN DIRECTION]**

ROOSTER and PHOENIX/BOB are **[FLYING AS A TEAM]**, heading
toward a U-shaped cluster of RUSTED SHIPPING CONTAINERS.

                    MAVERICK (V.O.)
              Two pairs of F-18s will fly in a
              welded wing formation.


159    **INT. HANGMAN/PAYBACK & FANBOY'S F18S – SORTIE 2 – DAY**    159

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT]**

In a separate sortie, Hangman and Payback/Fanboy fly at the
same target: A small STEEL TARGET DRUM behind the containers.

                    MAVERICK (V.O.)
              Teamwork – the precise coordination
              of these aircraft – is essential to
              both the mission's success, and
              your survival.


160    **INT. TACTICAL AUDITORIUM – BRIEF**                        160

On the main screen, a simulation of the mission plays out in
slow, deliberate motion as Maverick speaks.

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT]**

                    MAVERICK
              As you know, the plant rests
              between two mountains. To maintain
              the lowest possible altitude,
              you'll invert directly into a steep
              dive. Your target is an impact
              point less than three meters wide.


                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                93.

160    CONTINUED:                                              160

The aircraft in the simulation climb a mountain and roll onto
their backs at the peak before diving, upside down. They roll
upright and dive steeply.

161    **EXT. CALIFORNIA DESERT/INT. F18S – SORTIE 1&2 – INTERCUT** 161

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT]**

Both teams' aircraft fly in tandem mimicking this maneuver.
**[CLIMB A MOUNTAIN AND ROLL ONTO THEIR BACKS AT THE PEAK
BEFORE DIVING UPSIDE DOWN. THEY ROLL UPRIGHT AND DIVE
STEEPLY.]** Of course, they do so without mountains in their
way.

162    **INT. TACTICAL AUDITORIUM – BRIEF**                      162

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT]**

                    MAVERICK
          The two-seat aircraft will paint
          the target with a laser bullseye.
          The lead single seat will breach
          the reactor by dropping a laser-
          guided bomb through an exposed
          ventilation shaft on the surface.
          That's miracle number one.

In the simulation, the first team's bomb hits and the planes
pull out.

                    MAVERICK (CONT'D)
          Second team delivers the killshot.

The second teams' bomb hits and the target is destroyed.

                    MAVERICK (CONT'D)
          Miracle number two.

163    **EXT. CALIFORNIA DESERT/INT. F18S – SORTIE 1&2 – INTERCUT** 163

The teams dive, again without mountains, toward the shipping
containers that guard the target.

                    MAVERICK (V.O.)
          If you can't hold your dive, if you
          lose your laser lock, you'll miss.

                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                    94.

163    CONTINUED:                                           163

Hangman and Payback miss the target.

                    HANGMAN
          That's a miss. Goddamnit. Do your
          job.

                    MAVERICK
          If either teams misses... You fail.

Rooster and Phoenix, in a separate sortie, miss. Dammit.

                    ROOSTER
          That's a miss. That's a miss.

Rooster flips off mask.

                    ROOSTER (CONT'D)
          Sorry Bob. That's on me.


164    **INT. TACTICAL AUDITORIUM - BRIEF**                  164

**[EVERYONE POPS UP, ROLL LEFT, OVER THE TOP INVERTED, ROLL
RIGHT TOWARDS THE TARGET.]**

On the screen, the animated planes arc upward an out of the
deep valley as:

                    MAVERICK (O.C.)
          Egress is a steep, high G climb
          out. And this is where you'll be at
          your most vulnerable.

Rooster and Phoenix/Bob pull back as hard as they can,
crushed into their seats, heads pinned back.

Hangman and Payback, in a separate sortie, do the same.

**[INTERCUT AS BOTH PLANES CLIMB]**, as pilots are strained to
the point of breaking.


165    **INT. TACTICAL AUDITORIUM - BRIEF**                  165

In the simulation behind Maverick, an animated pair of
aircraft fly into the valley and fail to make the climb. They
fly smack into the side of a mountain.

                    MAVERICK
          This... is coffin corner.

The class share looks. This is bad.


                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                95.

165      CONTINUED:                                              165

                         MAVERICK (CONT'D)
                     (pointing)
                Should you manage to avoid this
                mountain, you'll climb straight up,
                into enemy radar, losing all your
                airspeed. Within seconds, you'll be
                fired upon by enemy SAMs.

     Animated planes climb into a hailstorm of SAMs. They take
     evasive action and dive immediately.

                         MAVERICK (CONT'D)
                How fast you can dive back down
                into the canyon, will mean the
                difference between life and death.

     Phoenix stops Maverick mid-brief.

                         HANGMAN
                A climb like that, at that speed,
                we'll be pulling at least eight Gs.

                         MAVERICK
                Nine. Minimum.

                         ROOSTER
                The stress limit of the F18s
                airframe is 7.5 Gs.

     Rooster stares at Maverick. Neither man blinks.

                         MAVERICK
                That's the *accepted* limit. To
                survive this mission you'll have to
                pull beyond that, even if it means
                bending your air frame.

     He points to the animation of lethal looking SAMs firing on
     climbing F-18s on the screen:

                         MAVERICK (CONT'D)
                Climbing out of that canyon, you'll
                be a sitting duck, with SAMs coming
                at you from all directions.

167      **EXT. CALIFORNIA DESERT/INT. F18S – SORTIE 1&2 – INTERCUT** 167

     Both teams strain desperately **[PULLING OUT]**, dramatizing what
     **Maverick describes [RIGHT ESCHELON, RIGHT TO LEFT]:**

                                                         (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                     96.

167     CONTINUED:                                                   167

                         MAVERICK (V.O.)
                    You'll weigh close to two thousand
                    pounds, fighting with everything
                    you have just to keep from blacking
                    out, your lungs imploding like an
                    elephant is sitting on your chest –
                    your skull crushing your spine.

               (*Note: Important we include PILOT POV establishing gray-out
               in the lead up to G-LOCK*)


A170    **INT. TACTICAL AUDITORIUM - BRIEF**                          A170

          And we're back. The reality of this hitting home. Maverick
          points to the canyon map on the screen.

                         MAVERICK
                    Your only chance of survival will
                    be to get what's left of your
                    aircraft below radar again. Then
                    follow this canyon back to the
                    carrier.
                         (to Hangman)
                    Kinda like your ass depended on it.
                         (to class)
                    That's *if* you strike the target on
                    time. If you don't, you may have an
                    even bigger problem to contend
                    with.

          Maverick clicks a remote. On the screen, the enemy's vaunted
          fifth generation fighter appears.

                         MAVERICK (CONT'D)
                    You'll be flying in a damaged F18
                    against one of the most lethal
                    fighter planes ever produced.

          After an ugly silence:

                         PHOENIX
                    Sir... is this even achievable?

                         MAVERICK (V.O.)
                    In the end, the answer to your
                    question will come down to the
                    pilot in the box.

          And Maverick looks to Rooster, which in turn takes us to:

CONFIDENTIAL                                              PPC-GRAY-0000752

170     **EXT. CALIFORNIA DESERT – POP UP SORTIE 3**                    170

**[LEVEL FLIGHT]**

**[RIGHT ESCHELON, RIGHT TO LEFT]**

In the distance, **[TWO F-18S STREAK TOWARDS]** the target.

In the foreground, **[MAV'S BLACK F-18 RISES INTO FRAME ]** on a
course to intercept.

A171    **INT. COYOTE – PHOENIX/BOB F18S INTERCUT – POP UP SORTIE 3** A171

Coyote in the lead, backed by Phoenix and Bob.

>               BOB
> We're twelve seconds late on
> target. We gotta move, we gotta
> move.

>               COYOTE
>     (agitated)
> I'm going as fast as I can.

>               MAVERICK
> Blue team, you are spotted.

Radar beeps.

>               BOB
> Bandit, Bandit. Radar contact.
> 20 miles left, ten o'clock. He's
> coming fast. 700 knots closure.

>               COYOTE
> Shit, it's Maverick.

>               PHOENIX
> Stay focused.

**[MAV APPROACHES FROM PILOTS' 10 O'CLOCK. PILOTS' EYELINE IS
10 O'CLOCK.]**

>               BOB
> He's swinging around to the north.

>               COYOTE
> What do you want to do?
>     (beat)
> What do you want to do?

(CONTINUED)

CONFIDENTIAL                                    PPC-GRAY-0000753

CHERRY 11.25.19 – OFFICIAL                98.

A171    CONTINUED:                                        A171

                        PHOENIX
              Continue. We're close. Stay on
              target. Be ready on that laser,
              Bob.

                        BOB
              On it..

Bob reaches for a button/knob, constantly working.

            COYOTE                      PHOENIX
Popping in 3-2-1.              Popping in 3-2-1.


171    **EXT. CALIFORNIA DESERT/INT. F18S – POP UP SORTIE 3**    171

        **[COYOTE, P/BOB SCREAM INTO THEIR WELDED WING POP-UP MANEUVER,
        ARCING INTO THE SKY AND THEN ROLL OVER TO MAKE THEIR 45
        DEGREE DIVE.]**

Maverick is approaching...

                        COYOTE
              Talk to me, Bob. Where is Maverick?

                        BOB
              I'm a little busy right now.

                        PHOENIX
              WE GOT THIS COYOTE.

Bob paints it with his laser.

                        BOB
              CAPTURED.

                        COYOTE
              GOT IT. BOMBS AWAY.

But as he hits his payload trigger a WARNING LIGHT flashes:
"MALFUNCTION." He tries again. And again.

                        COYOTE (CONT'D)
              DAMMIT. HUNG BOMB. HUNG BOMB.

Coyote curses under his breath, **[PULLS OUT OF THE STEEP
DIVE]**, Phoenix and Bob close behind, straining under the
intense Gs.

Suddenly, an ALARM BLARES in Phoenix's cockpit.

                        BOB (OVER RADIO)
              MAVERICK'S GOT MISSILE LOCK ON US.


                                              (CONTINUED)


                                    PPC-GRAY-0000754

CHERRY 11.25.19 – OFFICIAL                    99.

171    CONTINUED:                                          171

                              PHOENIX (ON RADIO)
                    Shit, we're dead.

**[PHOENIX PEELS OFF RIGHT.]**

Meanwhile, **[COYOTE PULLS BACK ON THE STICK WITH ALL HE'S
GOT.]**

A196    **INT. TACTICAL AUDITORUM – POP UP SORTIE 3**        A196

Coyote's plane crosses the imaginary line.

B196    **INT. MAVERICK'S F-18 – DAY – POP UP SORTIE 3**     B196

                              MAVERICK
                    That's a fail, return to base,
                    Coyote.

C196    **INT. COYOTE'S F-18 – DAY – POP UP SORTIE 3**       C196

But Coyote is determined. He keeps pulling, harder still. And
we realize something is wrong.

                              MAVERICK (ON RADIO)
                    Coyote, do you copy?

CLOSE ON: Coyote's eyes. Pinned.

COYOTE'S P.O.V. The world outside is subtly pixilated, the
periphery going gray, tunnel vision creeping in.

Coyote is blacking out.

**[COYOTE ROLLS LEFT IN A PASSED OUT ROLL.]**

196     **INT. MAVERICK'S F-18 – DAY – POP UP SORTIE 3**     196

Maverick sees **[COYOTE'S NEAR-VERTICAL JET START TO NOSE
OVER.]**

                              MAVERICK
                    COYOTE, LEVEL WINGS.

197     **INT. TACTICAL AUDITORIUM – DAY – POP UP SORTIE 3** 197

The others watch **[COYOTE'S PLANE START TO ROLL]**... Cyclone
steps closer, knowing something is wrong.

CHERRY 11.25.19 – OFFICIAL                    100.

198    **EXT. SKIES OVER RANGE – DAY – POP UP SORTIE 3**                    198

    **[COYOTE'S F-18 IS INVERTED, HEADED BACK FOR THE GROUND.]**

200    **INT. PHOENIX-BOB'S F-18 – DAY – POP UP SORTIE 3**                    200

                  PHOENIX
        HE'S IN G-LOC. HE'S GOING IN.

202    **EXT. SKIES OVER RANGE – POP UP SORTIE 3**                    202

    **[MAVERICK DIVES LEFT AFTER COYOTE TARGETING HIS PLANE.]**

    **[P/BOB FOLLOW FALLING IN TIGHT FORMATION WITH MAV.]**

                  MAVERICK
        *Come on, come on... gimme tone, you*
        *sonofabitch.*

203    **INT. COYOTE'S F-18 – POP UP SORTIE 3**                    203

    Coyote is half in, half out of consciousness. A WARNING ALARM
    SCREAMS in his cockpit, rousing him back from the brink.

    COYOTE'S POV, the ground coming up fast. **[COYOTE YANKS BACK
    ON THE STICK AND REGAINS CONTROL]** , breathing heavy.

                  COYOTE
        I'm okay, I'm okay. I'm good...

A204   **INT. MAVERICK'S F-18 – DAY – POP UP SORTIE 3**                    A204

    **[LEVEL FLIGHT]**

    **[RIGHT ESCHELON, RIGHT TO LEFT]**

    Mav pulls off his oxygen mask, exhales relief.

    **[P/BOB APPEAR BESIDE MAVERICK'S JET.]**

                  PHOENIX
          (sigh of relief)
        That was close.

                  MAVERICK
        Let's return to base.

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                101.

B204    **INT. TACTICAL AUDITORIUM – DAY – POP UP SORTIE 3**    B204

Cyclone, with Warlock, Hondo and the class, stares as this
plays out on SCREENS.

C204    **INT. MAVERICK'S F-18 – POP UP SORTIE 3**    C204

Maverick hears a BANG, looks around. What the?

D204    **INT. PHOENIX/BOB'S F-18 – POP UP SORTIE 3**    D204

Phoenix is still giving it her all when BANG.

**[BANKS LEFT INTO SLOW LEFT ROLL.]**

ALARMS BLARE. Bob's instrument cluster lights up.

                    BOB
          ENGINE FAILURE, LEFT ENGINE IS OUT.
          Phoenix, climb.

                    PHOENIX
          Climbing.

Phoenix pulls back on the stick.

Bob looks over his shoulder to see the LEFT engine is on
fire.

                    BOB
          We're on fire, we're on fire.

                    PHOENIX
          Throttling back. Shutting off fuel.
          Extinguishing fire.

Phoenix pulls back on throttle and activates the fire
extinguisher switch.

                    BOB
          We're losing the right engine.

                    PHOENIX
          It's still spinning. I'm gonna try
          to restart it.

Phoenix flips the APU switch and pushes the right throttle
forward.

                    PHOENIX (CONT'D)
          APU on.Throttle up.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    102.

D204    CONTINUED:                                            D204

        Nothing happens.

                        PHOENIX (CONT'D)
                    Shit. Trying again.

        She tries the APU and throttle again. But suddenly, with a
        BANG, the right engine now CATCHES FIRE.

E204    **INT. MAVERICK'S F-18 – DAY – POP UP SORTIE 3**        E204

        **[MAVERICK SEES PHOENIX'S JET VEERING.]**

                        BOB (ON RADIO)
                    RIGHT IS OUT.

                        PHOENIX
                    Goddamnit.

                        MAVERICK
                    Oh my God.

F204    **INT. TACTICAL AUDITORIUM – DAY – POP UP SORTIE 3**    F204

        Everyone watches, helpless...

        Rooster stands, powerless. All he can do is watch.

G204    **INT. PHOENIX/BOB'S F-18 – DAY – POP UP SORTIE 3**     G204

        **[PHOENIX STRUGGLES TO REGAIN CONTROL OF THE PLANE.]**

                        BOB
                    I've got every warning light lit up
                    back here.

                        PHOENIX
                    We lost hydraulics. I can't control
                    it.

        **[P/BOB JET STARTS TO ROLL OFF RIGHT.]**

                        MAVERICK (OVER RADIO)
                    EJECT. EJECT.

H204    **INT. TACTICAL AUDITORUM – POP UP SORTIE 3**           H204

                        ROOSTER
                    *PHOENIX, EJECT.*

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    103.

204   **EXT. SKIES OVER RANGE – POP UP SORTIE 3**                204

Phoenix's grabs the handles. The canopy blows. She and Bob
are ejected one after the other seconds before their jet
COLLIDES with the desert floor and EXPLODES.

205   **INT. MAVERICK'S F-18 – POP UP SORTIE 3**                205

Maverick watches the two chutes drift, seeing the past flash
before his eyes... He pulls off his mask, shutting his eyes.

[Note: Still waiting on technical here]:

                    MAVERICK (INTO RADIO)
              Maverick to tower. We have a plane
              down. Send a helo.

206   **EXT. COASTAL MOUNTAINS – DAY**                          206

A Coast Guard MH-60T JAYHAWK SOARS OVER the landscape.

INTERCUT QUICK GLIMPSES of the Coast Guard rescue: CREWMEN
rappelling from the chopper with a RESCUE STRETCHER. Working
expertly, they're able to pluck them off the slope.

                    CYCLONE (PRELAP)
              In the course of training, have you
              felt Captain Mitchell was forcing
              you beyond your natural abilities?

207   **INT. INFIRMARY – NIGHT**                                207

Phoenix and Bob are banged up, but alive, being tended to by
MEDICS. Cyclone is here.

                    PHOENIX
              No, sir.

                    CYCLONE
              Would you say that his training
              left you no margin for error?

                    PHOENIX
              We suffered a double engine failure
              at low altitude. We had no choice
              but to eject.

                    CYCLONE
                 (to Bob)
              Would you say that his training
              left you no margin for error?

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                           104.

207    CONTINUED:                                                  207

Phoenix and Bob share a look.

                    CYCLONE (CONT'D)
          Don't look at her. Answer the
          question. *Would you say that his
          training left you no margin for
          error*?

                    BOB
          I know what you want me to say. I'm
          not going to say it.

                    PHOENIX
          We did what the mission calls for.
          Captain Mitchell is not responsible
          for what happened out there.


208    **INT. CORRIDOR OUTSIDE INFIRMARY**                       208

Maverick waits anxiously. Cyclone emerges from the infirmary
and approaches. There is a long, uncomfortable pause as
Cyclone ponders what to say. Just as he goes to say it:

                    WARLOCK (O.S.)
          Admiral.

Maverick and Cyclone turns their heads to see Warlock and
Hondo approaching.

                    WARLOCK (CONT'D)
          At the request of Hondo here, I've
          just been down to inspect Captain
          Mitchell's plane.

Cyclone looks to Hondo: "Well?"

                    HONDO
          Bird strike, sir.

                    CYCLONE
          Come again?

                    HONDO
          There's bird guts all down the
          starboard side of Mav- Of Captain
          Mitchell's plane, sir. Phoenix was
          flying in tight formation with him.
          I'm guessing the wreckage'll show
          she took a flock of birds head on.

Cyclone looks at Maverick for another beat, then walks away.
Warlock follows, leaving Maverick and Hondo to share a look.

CHERRY 11.25.19 – OFFICIAL                    105.

209     **INT. READY ROOM – DUSK**                               209

Pictures of Top Gun pilots past: Ice, Maverick, Goose.

A lone light on. Rooster sits alone...

He stares at his phone and a photo of his young self with
Maverick. After a hesitant beat, he deletes it.

Maverick enters, notices a photo in Rooster's locker:

GOOSE, his wife CAROL, and a tow-headed 3-year-old Rooster,
arms around each other, happy. It watches over the scene:

                    MAVERICK
            They'll keep Phoenix and Bob in the
            hospital overnight for observation.
            But they're going to be okay.

                    ROOSTER
            I have never lost a wingman. In
            combat, off a carrier, never.

                    MAVERICK
            You've been lucky. Fly long enough,
            it'll happen. There will be others.

                    ROOSTER
            Easy for you to say. No kids, no
            family. No one to mourn you when
            you burn in.

                    MAVERICK
            Go home. Get some sleep.

He turns to leave, stopping on:

                    ROOSTER
            WHY DID YOU PULL MY PAPERS AT THE
            ACADEMY? WHY DID YOU STAND IN MY
            WAY?

The words sting them both. Maverick wants to tell the truth,
but can't. After a long pause.

                    MAVERICK
             ...You weren't ready.

                    ROOSTER
            Ready for what? Ready to fly like
            you?

                                              (CONTINUED)

CONFIDENTIAL                                          PPC-GRAY-0000761

                         MAVERICK
          No, ready to forget the book. Trust
          your instincts. Don't think. Just
          do. You think up there, you're
          dead. Believe me.

Rooster smiles at the irony.

                         ROOSTER
          My dad believed in you. I'm not
          gonna make the same mistake.

Before Maverick can respond:

                         WARLOCK (O.S.)
          Maverick.

Maverick turns, seeing something in Warlock's eyes. And in
that moment he knows. The sound of taps takes us to:


210    **EXT. MILITARY CEMETERY - DAY - THREE DAYS LATER**          210

A portrait of Iceman presides over his funeral. An AMERICAN
FLAG is presented to his wife. Her sons, their wives and
small children are all by her side.

A large group of NAVAL OFFICERS and their FAMILIES are in
attendance. Officers are all in crisp dress blues.

Maverick stands beside Iceman's family. Elsewhere, Penny's
with Amelia. Cyclone receives the folded flag from the
officers and presents it to Sarah.

Sarah glances to Maverick who begins his eulogy.

                         MAVERICK
          Ice understood what it is to be a
          wingman. A wingman is willing to
          defend your life with their
          own...stay with you no matter how
          impossible the odds... More than
          anything, a wingman is there to
          push you beyond your limits,
          encourage you to find the very best
          in yourself. Ice was a wingman to
          his family, his friends, to every
          life he touched. That is why I know
          he'll never be truly gone.

Maverick steps forward to the casket, puts his wings on the
casket and salutes.


                                                      (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                      107.
210      CONTINUED:                                                210

          In THE CROWD: Rooster and the trainees are in attendance too,
          along with many TOPGUN graduates. Rooster watches Mav step
          away from the casket...

          ...as there's the rumbling CRESCENDO OF JETS as the Navy's
          BLUE ANGELS STREAK OVERHEAD. One pulls up into a vertical
          climb: the "missing man" formation.

          Maverick and Cyclone make eye contact.

                              CYCLONE (PRELAP)
                    I know that you and Admiral
                    Kazansky were close.


A212    **INT. CYCLONE'S OFFICE**                                   A212

          Maverick stands before Cyclone, seated at his desk.

                              CYCLONE
                    I can only imagine what you must be
                    feeling. Take some time. Whatever
                    you need.

                              MAVERICK
                    I appreciate that, sir. But there's
                    no time. The mission is in-

                              CYCLONE
                    I'll be taking over the training
                    from here.

                              MAVERICK
                    Sir...

                              CYCLONE
                    We both know you didn't want this
                    job, Captain.

                              MAVERICK
                    Sir, there is only one way to fly
                    this mission-

                              CYCLONE
                    There's never only one way-

                              MAVERICK
                    They're not ready-

                              CYCLONE
                    It was your job to get them ready.


                                                      (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                          108.

A212    CONTINUED:                                              A212

                    MAVERICK
          *They have to believe the mission*
          *can be flown-*

                    CYCLONE
          All you've managed to teach them is
          that it can't.

                    MAVERICK
          Sir, I-

                    CYCLONE
          You're grounded, Captain.
          Permanently. That is all.

Maverick lingers, searches for words.

                    CYCLONE (CONT'D)
          *That is all.*

Maverick nods and exits.

212   **EXT. PENNY'S HOUSE – DUSK**                             212

      Penny is on the porch, waiting for Maverick.

                    PENNY
          I heard. I'm sorry.

Maverick sighs.

                    PENNY (CONT'D)
          What're you gonna do?

                    MAVERICK
          Ice is gone.

                    PENNY
          Then you're gonna have to find a
          way back on your own.

                    MAVERICK
          Back? Penny, I'm out. It's over.

                    PENNY
          But you're not *finished*. And you'll
          never be finished if you let it end
          like this. They're *your* pilots. If
          anything happens to them now,
          you'll never forgive yourself.

                    MAVERICK
          Penny, what can I do-

                                              (CONTINUED)

CONFIDENTIAL                                        PPC-GRAY-0000764

CHERRY 11.25.19 – OFFICIAL                    109.

212    CONTINUED:                                              212

                              PENNY
                   If you'd lost your wingman up
                   there, you'd keep fighting. You'd
                   never just give up.

        And he knows she's right. She smiles a little, hopeful but
        sad...

                              PENNY (CONT'D)
                   You'll find a way, Pete. I know you
                   will. Come back when you do.

        She stands and walks in the house. He's left alone with the
        sunset and the distant RUMBLE of jets ascending...


213     **INT. TACTICAL AUDITORIUM – NEXT DAY**                213

        Rooster and Trainees back in seats. Cyclone instructs.
        Warlock is there too.

                              CYCLONE
                   Time to target is now four minutes.
                   You'll be entering the valley level
                   at reduced speed. Not to exceed 420
                   knots.

        Rooster's eyes narrow. What the fuck is this?

                              BOB
                   Sir, won't we be giving their
                   planes time to intercept?

                              CYCLONE
                   Well, Lieutenant you have a
                   fighting chance against enemy
                   aircraft. What are the odds of
                   survival in a head-on collision
                   with a mountain?

        This is not lost on Rooster.

                              CYCLONE (CONT'D)
                   Now you will hit the target from
                   higher altitude, level with the
                   north wall. It'll be a little
                   harder to hold your laze on the
                   target but you'll avoid the high G
                   climb out.

        Fanboy whispers to Payback.


                                                      (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                     110.

213    CONTINUED:                                        213

                         FANBOY
                    And be sitting ducks for enemy
                    missiles.

The SCREEN behind him shows a JET'S POV approaching a
mountain range. Trainees are, distracted. Cyclone turns.

                         CYCLONE
                    Who the hell is that?

214    **EXT. TRAINING CANYONS – DAY**                    214

Maverick's BLACK F-18 SCREAMS across the landscape, dropping
lower as mountain peaks loom...

215    **INT. MAVERICK'S F-18**                           215

Maverick's at the stick, GUNNING it for the mountains...

                         MAVERICK
                    Maverick to Range Control. Entering
                    at Point Alpha. Confirm a green
                    range.

216    **INT. TACTICAL AUDITORIUM – DAY**                 216

Reactions from the class.

                         PHOENIX
                       (whispers)
                    Nice...

CLOSE ON Rooster, his expression hard to read.

CYCLONE DOES NOT TAKE HIS EYES OFF THE SCREEN.

                         CYCLONE
                    Bring all the screens up.

Hondo hits a few buttons and All SCREENS COME ON with the
POVs from Maverick's F-18 as:

                         BASE ATC (OVER RADIO)
                    Aircraft calling range control,
                    range is green, but I don't see an
                    event scheduled for you. Say your
                    range event number.

                         MAVERICK
                    Make one up for me. Maverick's
                    pushing.

CONFIDENTIAL                                              PPC-GRAY-0000766

CHERRY 11.25.19 – OFFICIAL                    111.

217    **EXT. TRAINING CANYONS – DAY**                        217

Afterburner ROARS as Mav slices ahead, studying the THREE
ROUTES on his display, as he locks in his focus...

218    **INT. TACTICAL AUDITORIUM – DAY**                     218

Rooster watches Mav's SCREEN POV lining up for a run...

                        MAVERICK (OVER RADIO)
                Setting time to target at two
                minutes... fifteen seconds.

Reactions from the room.

                        PAYBACK
                That's impossible.

CLOSE ON ROOSTER, focused on the screen.

219    **EXT. TRAINING CANYON – DAY**                         219

Mav's jet ROARS into the course, dipping dangerously low,
SKIMMING right above the riverbed floor.

                        MAVERICK (OVER RADIO)
                Final attack point, inbound.

220    **INT. TACTICAL AUDITORIUM – DAY**                     220

Rooster and the rest watch his TIMER and ALTITUDE levels...

221    **EXT. TRAINING CANYONS – DAY**                        221

Mav's F-18 HUGS the tight twists and curves, seeing the Final
Canyon final narrow notch now looming ahead as he KNIFES
through the final ridge gap that stymied Rooster.

                        MAVERICK
                    (to himself)
                It's no good.

Suddenly, he yanks back on the stick and climbs out of the
valley.

222    **INT. TACTICAL AUDITORIUM**                           222

The class watches him climb out.

                                                (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                 112.

222    CONTINUED:                                        222

                         COYOTE
               He's backing off.
                  (to Hangman)
               Nobody can do it. *Nobody*.

     Reactions of disappointment from all but two:

     Rooster, leaning in, waiting...

     And Cyclone, who nods ever so slightly, in a way that says he
     will deal with Maverick permanently.

                         CYCLONE
               Tell the tower to order that man to
               land that aircraft.

     When he hears no response, he turns to Hondo.

                         CYCLONE (CONT'D)
          *Now*.

     Hondo snaps out of it and reaches for the phone.


223    **INT. MAVERICK'S F-18**                          223

                         BASE ATC (OVER RADIO)
               Maverick... You are ordered to land
               immedi-

     Maverick shuts off his radio.

                         MAVERICK
               Talk to me, Goose...

     Maverick resets the clock, cranks the stick hard and dives,
     coming back around for a second pass. He repeats the same
     maneuver's, except:


224    **INT. TACTICAL  AUDITORIUM – DAY**                224

     Cyclone turns, noticing the class staring at the screens,
     enrapt.

                         CYCLONE
                  (to Hondo)
               Shut them off. Shut them all off-

                         BOB
               He's going again...

     Cyclone turns to face the screen as everyone else leans in.


                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                113.
224    CONTINUED:                                               224

                              HANGMAN
                    He's less than a hundred feet off
                    the deck.

                              COYOTE
                    ... And dropping.

          Bob checks his watch, hits the timer.

          CLOSE ON ROOSTER, waiting...

225    **EXT. RANGE**                                           225

          Silence. An empty sky. Barely a breeze. A black spot on the
          horizon growing larger by the second until THE GATES OF HELL
          EXPLODE and Maverick's F-18 blows right over us at 920 knots
          and twenty feet off the deck.

226    **INT. MAVERICK'S F-18 - DAY**                           226

                              MAVERICK (OVER RADIO)
                    Popping in three... two... one.

          He SWOOPS into his POP-UP CLIMB, pulling severe G's as he
          tops out, rolls and PLUNGES INTO HIS BOMBING DIVE.

                              MAVERICK (OVER RADIO) (CONT'D)
                    No wingman to laze the target.
                    Dropping blind.

          He struggles to put the shuddering STEEL DRUM target in his
          crosshairs...

                              MAVERICK (CONT'D)
                    Bombs away.

227    **EXT. BOMBING RANGE - DAY**                             227

          He DROPS a TRAINING ROUND as he dives, and SWOOPS INTO A
          CLIMB at the last possible second. As the SMOKE HITS:

228    **INT. TACTICAL AUDITORIUM - DAY**                       228

                              FANBOY
                    Bullseye. HOLY SHIT. BULLSEYE.

                              BOB
                       (re watch)
                    Time on target: Two minutes-
                    fifteen. To the second.

CONFIDENTIAL                                             PPC-GRAY-0000769

CHERRY 11.25.19 – OFFICIAL                    114.

229    **INT. MAVERICK'S F-18 – DAY**                    229

Mav BATTLES the jet, pulling 10 Gs on his egress, impossibly steep. Fighting hard to clear the "virtual mountain"...

230    **INT. TACTICAL AUDITORIUM – DAY**                    230

> MAVERICK (OVER RADIO)
> Target is destroyed. Maverick is RTB.

The team can see the readout on their screen. 10 Gs, far beyond the accepted limits of the F18.

> HANGMAN
> 10 Gs... Damn.

The trainees react. They'd cheer if Cyclone weren't here.

Cyclone stares at the screen, his expression impossible to read. Warlock eyes the trainees.

Rooster sits back, looks down. He's the only one not celebrating. He has too much to think about now.

> CYCLONE (PRE-LAP)
> You've put me in a difficult position, Captain.

233    **INT. CYCLONE'S OFFICE**                    233

Rain is pouring outside. Thunder rolls. A clock ticks. Mav sits beside Warlock in front of Cyclone's desk. Cyclone's stares out the widow, hands behind his back.

> CYCLONE
> On the one hand, you've demonstrated that the mission can be flown. Perhaps in the only way it can be survived. On the other hand, you did so by stealing a multi-million dollar military aircraft and flying it in such a manner that it may never be airworthy again.
> (turns)
> Iceman is no longer here to protect you. And I have everything I need to have you court-martialled and dishonorably discharged.

(CONTINUED)

CONFIDENTIAL                    PPC-GRAY-0000770

CHERRY 11.25.19 – OFFICIAL                      115.

233      CONTINUED:                                         233

                    But then I would be disposing of
                    the one man with a ghost of a
                    chance of successfully completing
                    this mission.

Maverick blinks, stunned. Did he hear that correctly?

                         CYCLONE (CONT'D)
                    So, what do I do? Risk the lives of
                    my pilots, not to mention the
                    success of the mission, by sending
                    them without you? Or risk my career
                    by appointing *you* team leader?

Maverick moves to speak, Warlock stops him.

                         WARLOCK
                    I believe the Admiral is asking a
                    rhetorical question, Captain.

                         MAVERICK
                    Sir.

And over Maverick's incredulous expression:

                         CYCLONE (O.S.)
                    You'll choose your team on the
                    carrier. You ship out tonight.


236      **INT. HARD DECK – NIGHT**                          236

Crowded, busy, alive. SAILORS dancing. Maverick enters in
uniform. Behind the bar, Penny brightens when she sees him.

But her smile fades when she sees the look on his face.

And the sounds of the bar give way to:


237      **EXT. HARD DECK – NIGHT**                          237

The sounds of the ocean. Just Maverick and Penny now. She's
up to speed and stunned.

She studies him.

He just stares. His eyes say it all. She embraces him tightly
and shuts her eyes.

CLOSE ON: MAVERICK. His eyes are set on an uncertain future.

And the pre-lap of JET ENGINES warming up gives way to:

CHERRY 11.25.19 – OFFICIAL                    116.

238     **EXT. USS THEODORE ROOSEVELT – CARRIER READY ROOM – NIGHT** 238

The roar of the ocean as the imposing USS JOHN C. THEODORE ROOSEVELT cuts through the waves.

> WARLOCK (PRELAP)
> Your target is a clear and present
> threat: a secret uranium enrichment
> site under rogue state control.

239     **INT. USS THEODORE ROOSEVELT – CARRIER READY ROOM NIGHT**    239

Maverick, Rooster and all of the pilots. Hondo is off to the side with Cyclone. All eyes are on Warlock at the head of the room.

On a SCREEN behind him, a detailed map of the TARGET VALLEY highlights the flight paths of various elements.

> WARLOCK
> It's an underground bunker tucked
> between these two mountains. Your
> route of ingress is heavily
> defended by surface to air
> missiles, backed up by fifth
> generation fighters.
>     (to Mav's team)
> Once your F-18 strike team crosses
> the border, Tomahawk Missiles from
> the USS LEYTE GULF will be launched
> in a synchronized strike on the
> enemy's airfield... here.
>     (points)
> The moment those Tomahawks hit, the
> enemy will know you're coming. Your
> time to target will be two minutes
> and thirty seconds. Any longer than
> that and you will be exposed to any
> aircraft the Tomahawks may have
> missed.

> MAVERICK
> Most importantly, remember coffin
> corner. On the climb out of the
> valley, you'll be exposed to enemy
> missiles. Remember, get low as fast
> as you can and break for home.

Warlock takes a beat, looking over the faces of the pilots. Rooster cannot believe this any more than Maverick.

(CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    117.

239    CONTINUED:                                                        239

                              WARLOCK
                    Captain Mitchell, select your two
                    Foxtrots.

                              MAVERICK
                    Payback and Fanboy... Phoenix and
                    Bob.

Phoenix and Bob are understandably moved.

                              WARLOCK
                    And your wingman?

Hangman straightens, ready for the job. Rooster looks down.

                              MAVERICK
                    Rooster.

Everyone is surprised, most of all, Rooster and Hangman.

                              WARLOCK
                    The rest of you will standby on the
                    carrier in reserve.

                              CYCLONE
                    This is what you've all been
                    training for. Come home safely.
                    Good luck to you all. Dismissed.

As the pilots fall out, Maverick steps to Hangman.'

                              MAVERICK
                    Hangman, you're one of the most
                    fearless pilots I've ever seen.

                              HANGMAN
                    But you need someone who'll put the
                    team first. I did not demonstrate
                    that to you, sir.

Maverick doesn't need to reply.

                              HANGMAN (CONT'D)
                    Rooster is your man.

He nods falls out. Hondo approaches Maverick as he shifts
attention to Rooster.

                              HONDO
                    Is he ready?

                              MAVERICK
                    He'll have to be.

                                                    (CONTINUED)

CONFIDENTIAL                                              PPC-GRAY-0000773

CHERRY 11.25.19 – OFFICIAL                 118.

239     CONTINUED: (2)                                    239

Maverick's eyes meet Rooster's. There is nothing to say.


A240    **EXT. CARRIER ELEVATOR – DAWN**                        A240

AN F-18 silhouetted against the morning sky, rising to the
main deck. A HELMET edges into frame, bearing red white and
blue stripes along with the name: MAVERICK.

BOOM UP TO REVEAL the man holding the helmet, his back to us,
his head turned slightly. Something troubles him. Deeply.

                        MAVERICK
                *Talk to me, Goose...*

                        MAN'S VOICE (O.S.)
                Captain Mitchell.

Maverick turns to see Warlock looking up as the elevator
rises.

                        WARLOCK
                You're where you belong. Make us
                proud.

Maverick smiles, nods.


240     **EXT. FLIGHT DECK – USS THEODORE ROOSEVELT – DAWN**     240

A ballet of controlled chaos as various FLIGHT DECK CREWS
prepping all the aircraft involved in the mission.

Rooster, Phoenix, Bob, Payback and Fanboy step onto the deck.
It's for real now. No more training. They trade determined
looks... and head for the planes...

Rooster finds Hangman in his way. After a long pause.

                        HANGMAN
                Give 'em hell.

Rooster nods. Hangman walks away, leaving Rooster to
contemplate the gravity of what's happening. Rooster sees
Maverick.

                        ROOSTER
                Maverick.

It is the first time we've heard him say that name. The two
men meet by Mav's F-18.

                        ROOSTER (CONT'D)
                Sir, I...I just want to say--


                                              (CONTINUED)


CONFIDENTIAL                                          PPC-GRAY-0000774

CHERRY 11.25.19 – OFFICIAL                    119.

240    CONTINUED:                                       240

                    FLIGHT DECK SPEAKER
          Start the go aircraft. Start 'em
          up.

                    MAVERICK
          We'll talk when we get back.

They shake hands.

                    MAVERICK (CONT'D)
          Hey Bradley, you've got this.

Rooster nods walks away, Maverick watches him go.

                    HONDO (OS)
          Maverick.


243    **INT./EXT. MAVERICK'S F-18 – MOMENTS LATER – DAWN**    243

Maverick snaps out of his thoughts. REVEAL:

He's strapped into his F18. Hondo is leaning into the
cockpit.

                    HONDO
          You with me?

Maverick nods. Hondo stares.

                    MAVERICK
          What?

                    HONDO
          You look like you've seen a ghost.

                    MAVERICK
          You're a good friend, Hondo. Thank
          you. For everything.

                    HONDO
          'The hell is that supposed to mean?

                    MAVERICK
          Just that.

Hondo stares at him. Maverick stares back. Something unspoken
passes between the two men.

                    HONDO
          It's been an honor, Captain.

And the two men shakes hands, as if, in case, it is the last
time...


CONFIDENTIAL                                    PPC-GRAY-0000775

CHERRY 11.25.19 – OFFICIAL                    120.

244     **INT. ROOSTER'S F-18 – DAWN**                         244

                        MAVERICK (OVER RADIO)
                Dagger One, comms check.

245     **INT. F-18 – PHOENIX/BOB/ROOSTER – DAWN**              245

        Phoenix and Bob are sweating, psyching themselves past the
        anxiety.

                            PHOENIX
                Dagger Two, up and ready.

A246    **INT. F-18 – ROOSTER – DAWN**                         A246

        Rooster shakes off the nerves.

                            ROOSTER
                Dagger Three, up and ready.

246     **INT. F-18 – PAYBACK/FANBOY – DAWN**                  246

        Fanboy crosses himself. Payback exhales.

                            PAYBACK
                Dagger Four. We read you, sir.

A247    **INT. HANGMAN'S F-18 – DAWN**                         A247

                            HANGMAN
                Dagger spare is up and ready.
                Standing by.

247     **INT. MAVERICK'S F-18 – DAWN**                        247

        Maverick is about to respond, hesitates.

A248    **INT. F-18'S INTERCUT**                               A248

        The other pilots hang in the awkward silence. Finally:

                            ROOSTER
                Sir, do you copy?

CONFIDENTIAL                                                    PPC-GRAY-0000776

CHERRY 11.25.19 – OFFICIAL                    121.

B248    **INT. MAVERICK'S F18 – DAWN**                    B248

                    ROOSTER
          Sir..?

                    MAVERICK (OVER RADIO)
          I want to thank you all for
          trusting me to lead you.

C248    **INT. F-18'S INTERCUT**                    C248

Reactions from all of the pilots, moved as he continues.

                    MAVERICK
          You're the best of the best. It's
          an honor to be flying with you.

We land on Rooster for:

                    MAVERICK (CONT'D)
          All of you.

                    PHOENIX
          We're with you, sir. All the way.

D248    **INT. MAVERICK'S F18 DAWN**                    D248

                    MAVERICK
          Forget the sir. We're all the same
          rank today. Dagger One up and ready
          on Catapult one.

Maverick clips on his mask.

248    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – DAWN**    248

Cyclone and Warlock stand with ship's Officers and Comms-
Crew. Hondo is here as well, anxious.

                    COMMS-CREW TECH 1
          Support assets airborne. Strike
          package ready. Standing by for
          launch decision.

                    CYCLONE
          Send 'em.

CHERRY 11.25.19 – OFFICIAL                    122.

249    **EXT. FLIGHT DECK – DAWN**                              249

A CATAPULT OFFICER signals with a two-finger wave, as the two
jets facing him throttle ENGINES to full...

Maverick and Rooster, side-by-side, SALUTE the Officer, then
press heads back against headrests.

The FINAL CHECK CREWS around each aircraft offer a thumbs-up,
one by one, causing the Catapult Officer to crouch, touching
the deck to point forward.

Maverick and Rooster's Super Hornets BLITZ across the deck,
RIPPING into the sky.

Phoenix and Bob, Payback and Fanboy are launched a moment
later.

250    **EXT. SKIES ABOVE CLOUDS – MORNING**                    250

Four F-18s fly above dark ominous clouds...

                    MAVERICK (OVER RADIO)
              Rough Rider. Dagger, Texaco
              complete. Comanche, standby check-
              in.

251    **EXT./INT. HAWKEYE – SAME – MORNING**                   251

An AIR CONTROL OFFICER watches streams of data roll in:

                    AIR CONTROL OFFICER
              Comanche one-one, set. Lightning
              One, status.

252    **EXT./INT. F-35 – SAME – MORNING**                      252

An F-35 PILOT monitors his electronic view of the valley:

                    F-35 PILOT
              Lightning One, set. Bravo route is
              clear.

253    **INT. F-18S – WITH ROOSTER/MAVERICK – MORNING**         253

**[ALL JETS ARE ABOVE A LAYER OF CLOUDS. THEY DESCEND THROUGH
THE CLOUDS TO 1000 FEET.]**

Rooster takes a deep breath. They're going in.

                                             (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                123.
253    CONTINUED:                                         253

                    MAVERICK
          Taking it down to one hundred feet.

**[ALL JETS DESCEND TO 100 FEET]**

                    MAVERICK (CONT'D)
          Dagger is set. Proceeding to Bravo.
          Ready on my mark...


A254    **INT. F-18'S INTERCUT – MORNING**                A254

                    PHOENIX
          Two.

                    ROOSTER
          Three.

                    PAYBACK
          Four.

Maverick, Rooster, Bob and Fanboy all place a finger on a
timer start button set for [TIME TBD].

                    MAVERICK
          Mark.

All four push the button and their clocks start counting
down.

                    PHOENIX
          Two mark.

                    ROOSTER
          Three mark.

                    PAYBACK
          Four mark.

With Mav taking lead, the Strike Package flies in a delta
formation toward enemy territory.


AM254    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – DAWN**    AM254

**A TECH STARTS A TIMER ON THE PANEL.**

**HONDO CLICKS A STOPWATCH OF HIS OWN** and holds it in his
clenched fist throughout the sequence, checking it
periodically.

CHERRY 11.25.19 – OFFICIAL                    124.

AA254    **EXT. OCEAN**                                          AA254

    **[AS THEY ROAR ACROSS THE OCEAN THE JETS SWITCH FROM DIAMOND
    FORMATION TO THE SNAKE POSITION]**

BB254    **INT. F18S INTERCUT**                              BB254

    CLOSE ON all of the pilots sweating, riding the ragged edge.

    Rooster flips switches on his console, his breathing picks
    up... This is low. Too low. He's sweating bullets, pushing
    himself to focus and hold it together.

254    **EXT. SKIES ABOVE MOUNTAINS – MORNING**              254

    UP AHEAD: SNOWY MOUNTAINS, all crags and jagged pines,
    tighter alleys than they ever had in training.

    CLOSE ON: Rooster, watching that narrow canyon coming up
    fast. He glances at his air speed. Too fast.

AA255    **INT. F18S – INTERCUT**                            AA255

                         ROOSTER (TO SELF)
                You can do this. Stay cool. Stay
                cool.

                         MAVERICK
                Target valley up ahead. Comanche,
                picture.

A255    **INT. F-18S INTERCUT**                              A255

                         AIR CONTROL OFFICER (OVER RADIO)
                Dagger, picture clean. Recommend
                continue.
                     (beat)
                Do you copy? Picture clean.
                Recommend continue. Dagger
                acknowledge.

                         MAVERICK
                Dagger attack.

    ANGLE ON each of the pilots taking a deep breath as they
    commit...

CHERRY 11.25.19 – OFFICIAL                    125.

AB255    **EXT. SKIES**                                                AB255

    **[THE FOUR JETS ROAR INTO THE NARROW CANYON.]** Tension gives
way to terror.

    LOOKING DOWN FROM ATOP A MOUNTAIN on the valley below as the
formation flies past.

    Phoenix and Bob fly freakishly close below several bridges.
Bob looks up at them.

> BOB
> Uh, Phoenix?

> PHOENIX
> Don't ask Bob.

    REVEAL: IN the foreground, a AUTOMATED SAM MISSILE ARRAY
sitting inertly on the mountaintop, watching the skies above.

    CLOSE ON Bob looking up at the SAMS above.**GOLD/ORANGE ROUTE**

> BOB
> SAMs right over our heads. No
> movement.

> PHOENIX
> Looks like we're clear on radar,
> Mav.

> MAVERICK
> Let's not take it for granted.

B255    **EXT. USS LEYTE GULF – MORNING**                              B255

    Massive plumes of smoke and fire send Tomahawk Missiles
skyward.

255    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**    255

    Cyclone and Warlock monitor, tense:

> COMMS-CREW TECH 2
> Birds away.

> WARLOCK
> No turning back now.

256    **EXT. SKIES/INT. F-18'S - MORNING - <u>GOLD ROUTE</u>**          256

They shoot into an ever-compressing canyon, hauling ass over
the broken landscape, snowy trees flashing just beneath...

Training times ten. The valley walls are tight, the high
speed and sharp turns resulting in higher Gs. **<u>TBD ROUTE</u>**

**<u>ORANGE ROUTE</u>**

The physical pressure on the team alone is intense, requiring
every ounce of concentration, skill and endurance.

Each of the pilots contends with the intensity in their own
way. Training was nothing compared to this. They are all
feeling it – Rooster most of all.

His wing clips tree tops as he banks at 6 Gs.

                    ROOSTER (TO SELF)
          Too low... too fast...

A257   **INT. F-18S INTERCUT**                                   A257

                    MAVERICK
          You with me, Phoenix?

                    PHOENIX
          Don't wait for me.

                    BOB
             (looking at clock)
          [Two minutes] to target.

                    FANBOY
             (looking at clock)
          We're falling behind, Payback.
          Increase speed to five hundred
          knots.

PAYBACK'S POV of Rooster in front of him.

                    PAYBACK
          Rooster, do you copy? We're falling
          behind. We gotta move.

Rooster in his cockpit, eyes focused, sweat beading,
breathing shallow, slashing through the canyon as fast as he
can go. And it isn't fast enough.

                                        (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                127.

A257    CONTINUED:                                      A257

ON MAVERICK, hearing:

                    PAYBACK (ON RADIO) (CONT'D)
          Rooster, *do you copy*?

                    MAVERICK (TO SELF)
          Come on, kid. Don't think. Just do.

                    BOB
          [Ninety seconds] to target.

                                        **<u>ORANGE ROUTE</u>**

                    MAVERICK
          Bob, do you have visual on Rooster?

Bob looks back for a visual.

                    BOB
          Negative.

B257    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**    B257

The satellite image of Maverick's teams shows the formation
is breaking up, with two planes lagging further and further
behind.

                    COMMS-CREW TECH 2
          Dagger 3 is falling behind. /
          Dagger 3 is disengaging from the
          attack team.

[NOTE: The following is optional. A simple edit can show the
airfield with routine activity and:]

                    COMMS-CREW TECH 1
          [20/30/60/90] seconds to tomahawk
          impact.

ALARM.

                    COMMS-CREW TECH 2
          We have movement. Ground crews are
          on alert.

CLOSE ON: The satellite image of an enemy airfield we've seen
many times – the unmistakable deltas of newer fifth gen
planes amidst older F-14s and F-16s. Only this time the image
is live. We see people moving on the ground. Running.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    128.

B257     CONTINUED:                                              B257

                         WARLOCK
                    (to Cyclone)
              The enemy is scrambling (towards)
              their jets.

CLOSE ON Hondo, quietly nervous for his friend.

                         HONDO
              Come on, Rooster.

C257     **INT. ROOSTER'S F-18**                                 C257

Rooster is struggling to hold it together.

                         BOB
              [One minute] to target.

                         PAYBACK (ON RADIO)
              Rooster, Mav's getting away.

                         ROOSTER
              We're okay. We're okay

                                        **ORANGE ROUTE**

                         PAYBACK
              We're not okay. We're way behind.
              You gotta go.

CLOSE ON: Rooster's hand on the throttle, unable to push it
any harder.

A275     **EXT. ENEMY AIRFIELD – MORNING**                       A275

Watching from a short distance as SILHOUETTED AIR CREWS
scramble to prep F-14 Tomcats for takeoff.

Then the first Tomahawk missile impacts, decimating a hangar.

275      **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**   275

Everyone on edge, all eyes on the screens where the Enemy
Airfield VANISHES in a series of heat blooms.

                         COMMS-CREW TECH 1
              Impact, enemy runways destroyed.

                                             (CONTINUED)

                                   PPC-GRAY-0000784

275     CONTINUED:                                            275

                          CYCLONE
                     (eyes on screen)
                 All right. Hit your target and come
                 home.


AA278   **EXT. SKIES/INT. F-18S INTERCUT – MORNING**          AA278

        Rooster and Payback are lagging further and further behind.

                          MAVERICK
                 Phoenix, move up to welded wing.
                 Stand by for pop-up strike...

                          BOB
                 Air-to-ground check complete. Laser
                 code verified 1688. Master-arm to
                 go.

                          FANBOY
                 Verified 1688. Master arm to go.

        Beneath their plane, a FLIR Targeting Pod rotates, angling
        its laser lens towards the target, then:

        An alarm flashes on FANBOY'S PANEL.

                          FANBOY (CONT'D)
                 *Shit, deadeye.* Targeting pod
                 malfunction.

                          MAVERICK
                 You have exactly thirty seconds to
                 get it working. We're counting on
                 you, Fanboy.

        As Fanboy works the problem:

                          FANBOY
                 Shit, shit, shit...


                                      **ORANGE ROUTE**


A278    **EXT. SKIES – MORNING**                             A278

        Lethal looking fifth generation fighter aircraft streak
        across the heavens, in the flesh and on the hunt.

CHERRY 11.25.19 – OFFICIAL                    130.

B278    **INT. COMMAND CENTER – USS THOEDORE ROOSEVELT – MORNING**    B278

ALARM. On another screen, two bandits are headed for Maverick and his team.

> AIR CONTROL OFFICER (OVER RADIO)/COMM TECH 2
> We're picking up bandits inbound, strength 2, X miles east of bullseye.

> CYCLONE
> Where the hell did they come from?

> WARLOCK
> Long range patrol?

> HONDO
> Come on. Move it or lose it, Rooster.

AA278    **INT. MAVERICK'S F18**                    AA278

> AIR CONTROL OFFICER (ON RADIO)
> Dagger, Comanche. Contact, two bandits, 30 miles north of bullseye, targeting you.

> MAVERICK
> Dammit. Time to intercept?

> AIR CONTROL OFFICER
> [One minute.]

Maverick looks at his clock.

> MAVERICK
> Rooster, we're tight on time if we want to outrun those bandits. Where are you?

AB278    **INT. ROOSTER'S F-18**                    AB278

Rooster is sweating, straining through the turns, hand frozen on the throttle.

> MAVERICK (ON RADIO)
> *Rooster, do you copy*?

                    PPC-GRAY-0000786

CHERRY 11.25.19 – OFFICIAL                    131.

AC278    **EXT. PAYBACK/FANBOY F-18**                    AC278

The targeting pod jutters, stabilizes.

B278    **INT. F-18S INTERCUT – MORNING**                    B278

> FANBOY
> I GOT IT. Targeting pod is on line.

> PAYBACK
> It won't make a difference if we
> don't step on it. *Rooster, bandits
> are inbound. Come on.*

> PHOENIX
> COME ON, ROOSTER.

> MAVERICK (TO SELF)
> Now or never, Rooster...

CLOSE ON ROOSTER, breathing tight, blinking sweat from his
eyes. All sound falls away. Radio chatter, his engines.

And finally...

> ROOSTER (TO SELF)
> *Talk to me, dad.*

Rooster pushes the throttle.

Payback watches as Rooster pulls away. He pushes his own
throttle, but Rooster is still increasing his speed.

Rooster has crosses over to another place, his flying on
instinct, focused in a way we've never seen.

Now Payback is struggling to keep up.

> PAYBACK
> Jesus, Rooster. Not so fast.

> ROOSTER
> Take welded wing, Payback.

> MAVERICK (TO SELF)
> That's it kid, push it.

> BOB
> Target in ten seconds.

CONFIDENTIAL                    PPC-GRAY-0000787

CHERRY 11.25.19 – OFFICIAL                    132.

C278   **INT. COMMAND CENTER – USS THEODORE ROOSEVELT**        C278

All eyes are watching those two bogies on course to intercept.

Comms-crew Tech 2 spots that Rooster has caught up.

                   COMMS-CREW TECH 2
          Dagger 3 is re-engaging. /
          Dagger 3 is re-engaging with the
          attack team.

D278   **INT. ROOSTER'S F-18**                                D278

Rooster comes around a bend and sees Maverick and Phoenix's planes up ahead.

                   ROOSTER
          Dagger One and Two, I have visual.
          We're on your six.

E278   **INT. MAVERICK'S F-18 – <u>ORANGE/PURPLE POP BOWL LOCATION</u>**  E278

                   MAVERICK
          You're just in time. Let's deliver
          the mail and go home. Phoenix, we
          are popping in three, two, one-

Maverick and Phoenix's F-18s roll inverted and crest a mountain, dropping into a valley.

278    **INT. F-18 – PHOENIX/BOB – MORNING – <u>PURPLE ROUTE</u>**     278

                   BOB
          Dagger-2, targeting... Stand by.

                   PHOENIX
          You can do this, Bob.

Phoenix holds their arc steady, as Bob works the FLIR...

                   MAVERICK
          Come on, Bob.

                   BOB
          Got it. I got it. CAPTURED.

A279   **INT. MAVERICK'S F-18**                               A279

TONE.

                        (CONTINUED)

CONFIDENTIAL                                      PPC-GRAY-0000788

A279    CONTINUED:                                                    A279

                              MAVERICK
                    *Target acquired, bombs away.*

        Maverick releases.


B279    **EXT. UNDER MAVERICK'S F-18**                               B279

        Two super bunker busters drops from the wings of Mavericks F-
        18, fins adjusting as they acquire laser guidance.


C279    **EXT. SKIES/INT. MAV/PHOENIX F-18'S**                       C279

        CLOSE ON: Maverick snaps the safety paddle on his stick and
        pulls back as far as he can.


                                                        **BLUE ROUTE**

        Maverick and Phoenix both wrench jets into a body-smashing
        climb – excessive Gs. Only this time it's for keeps as a
        mountain face is coming up fast.

                              MAVERICK
                    HOLD THAT TARGET, BOB.

        CLOSE ON PHOENIX, her face straining.

        Bob struggles against the Gs to keep the laser on target.

        CLOSE ON: Maverick's G meter as it climbs toward, then past,
        7.5 Gs...

        BOB'S POV – the world becomes pixilated, tunnel vision
        creeping in as he grays out. We've seen it before.

        He bears down, squeezing blood into his head to stay
        conscious.


D279    **EXT. VALLEY BASIN – MORNING**                              D279

        Maverick's bunker buster hits home.


E279    **INT. PHOENIX'S F-18 – <u>BLUE ROUTE</u>**                  E279

        Phoenix is pulling back as hard as she can as:

                                BOB
                    IMPACT. IMPACT.


                                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                134.

E279    CONTINUED:                                           E279

The target is obscured by a massive plume of smoke.


F279    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT**        F279

COMMS-CREW TECH 2
DIRECT HIT. DIRECT HIT.

Far from relief in the room, the tension only increases.

WARLOCK
That's miracle number one...

CYCLONE
And now they're in coffin corner.


AG279   **EXT. MOUNTAINSIDE**                                  AG279

CLOSE ON A radar control SAM array. Two F18's climbing
skyward in the distance beyond.

The array comes automatically to life, swivels and FIRES.


G279    **INT/EXT. MAV/PHOENIX/BOB F-18S INTERCUT – POP BOWL LOCATION**  G279

ALARM

MAVERICK
SMOKE IN THE AIR. GET LOW, GET LOW.

Maverick and Phoenix bank hard and fire countermeasures –
flares filling the air as SAMs streak toward them.


H279    **INT. ROOSTER'S F-18 – MORNING – ORANGE ROUTE**      H279

ROOSTER (INTO RADIO)
Payback, popping in three... two...
one.


I279    **EXT. SKIES ABOVE VALLEY – MORNING – ORANGE/PURPLE ROUTE**  I279

Rooster and Payback crest the mountaintop just as Maverick
and Phoenix did as:


J279    **INT/EXT. MAV/PHOENIX/BOB F-18S INTERCUT**            J279

Maverick and Phoenix fly for their lives, dodging missiles as
they race for the valley below.

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    135.

279     **INT. ROOSTER'S F-18 – MORNING – <u>PURPLE ROUTE</u>**          279

Rooster rolls in, putting nose on target, a scorching 45'
dive...

281     **INT./EXT. ROOSTER'S F-18 – DIVING – MORNING <u>PURPLE ROUTE</u>** 281

> ROOSTER
> Fanboy. Where's my laser?

> FANBOY
> Targeting... Seconds away.

Rooster's hurtling headlong, altimeter dropping 6000, 5000...

> ROOSTER
> Come on, come on.

ANGLE ON: The FLIR on the belly of their plane fails.

> FANBOY
> SHIT. DEADEYE, DEADEYE. OUR LASER'S
> GONE. STANDBY.

The target is coming up fast, Rooster blinks away the sweat
in his eyes.

> ROOSTER
> We're out of time.

> FANBOY
> I'M WORKING ON IT. STAND BY.

> ROOSTER
> NO TIME. PULL OUT.

> PAYBACK
> ROOSTER, WAIT–

> ROOSTER (TO HIMSELF)
> Great balls of fire.

Rooster lets his bunkers buster fly before releasing the
safety and yanking back on the stick, trying to keep from
face planting into a mountain.

284     **EXT. FACILITY SITE – MORNING – <u>PURPLE ROUTE</u>**          284

The Bunker Busters vanish into the cloud left by Maverick's
bombs. An agonizing stillness follows.

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    136.

AA286    **INT/EXT. MAV/PHOENIX/BOB F-18S INTERCUT**                    AA286

Maverick and Phoenix are fighting for their lives, ALARMS
BLARING, SAMs everywhere.

286    **EXT. TARGET VALLEY/INT. ROOSTER'S JET – <u>BLUE ROUTE</u>**    286

Rooster BATTLES his jet, climbing, climbing, with Payback
right beside him as the belly of Rooster's jet brushes snow
off of tree tops and into the blue.

ROOSTER POV: He's graying out.

A FAMILIAR ALARM SOUNDS. A SAM IS COMING RIGHT FOR HIM.

287    **EXT. FACILITY SITE – MORNING**                    287

Just as a RIPPLING SUBTERRANEAN EXPLOSION heaves the earth
and the underground facility IMPLODES on itself.

A289    **INT. HANGMAN'S F-18 – MORNING**                    A289

Hangman sits in his waiting bird, listening to the game on
the radio.

                    COMMS-CREW TECH 2 (ON RADIO)
                BULLSEYE, BULLSEYE. BULLSEYE.

288    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**    288

                    COMMS-CREW TECH 1
                Satellite imagery confirms target
                destroyed.

Muted reactions from all in the room.

                    WARLOCK
                Miracle number two.

But Cyclone is listening to the radio – pilots breathing,
shouting, straining, cursing. It's hell.

                    CYCLONE
                Now get out of there.

HONDO squeezes his fist tightly, feeling something crack. He
opens his hand to see the crystal of his stopwatch is
crushed, the second hand frozen. And omen.

CHERRY 11.25.19 – OFFICIAL                    137.

AA290    **INT. ROOSTER/PAYBACK FANBOY F18S**                    AA290

Their turn to dodge and weave, firing counter-measures, straining, cursing, grunting, breathing heavy in their cockpits, working to outmaneuver the agile, angry missiles.

Rooster GASPS for breath as his vision returns. Another alarm.

>                    ROOSTER
>          SHIT. THEY'RE EVERYWHERE.

>                    PAYBACK
>          GOTTA GET LOW. GOTTA GET LOW.

Another alarm, another missile, as:

>                    ROOSTER
>          I'M OUT OF FLARES.

He looks back and to his right, sees the missile coming. He's a goner, until:

ANOTHER F18 fills his sight picture.

>                    ROOSTER (CONT'D)
>          MAVERICK, NO–

A290     **INT. MAVERICK'S F-18 (OLD SC B289) – <u>POP BOWL LOCATION</u>** A290

Maverick releases flares, but he's too late. And he knows it.

The missile SLAMS into Maverick's engine. A FIREBALL SHREDS the splintering rear of the jet.

B295     **INT. ROOSTER'S F-18 – MORNING –<u>RED ROUTE</u>**          B295

>                    ROOSTER
>          MAVERICK.

C295     **EXT. SKIES OVER TARGET VALLEY – MORNING – <u>RED ROUTE</u>**  C295

Phoenix and Payback SOAR HIGHER, seeing Mav's FLAMING PLANE veer off course below.

>                    PHOENIX (OVER RADIO)
>          *Dagger 1's hit.*

CHERRY 11.25.19 – OFFICIAL                138.

D295     **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – <u>RED ROUTE</u>**295

                    PHOENIX
            *I repeat, Dagger 1 is hit. He's*
            *going down.*

The room reacts with shock.

CLOSE ON Hondo, reflecting on his last moment with Mav.

AF295    **EXT. SKIES**                                          AF295

The remaining jets dive into the valley and below the SAMs
and their radar.

The SAM arrays go still.

BF295    **INT. F18S INTERCUT**                                  BF295

                    ROOSTER (OVER RADIO)
            Dagger 1, status. Status. Anyone
            see him? I didn't see a chute.

                    PAYBACK
            He's gone, Rooster.

                    ROOSTER
            WE HAVE TO CIRCLE BACK.

F295     **INT. COMMAND CENTER – USS THEODORE ROOSEVELT**         F295

                    CYCLONE
            Get 'em back to the carrier. Now.

                    COMMS-CREW TECH 2
            All Daggers flow to ECP. You have
            Bandits headed for you.

                    ROOSTER (OVER RADIO)
            What about Maverick?

                    CYCLONE
                (to room)
            Tell him there's nothing he can do
            for Maverick. Not in a (goddamn) F-
            18.

                    WARLOCK
                (to Comm Tech)
            Launch search and rescue-

                                            (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    139.

F295    CONTINUED:                                             F295

                    CYCLONE
          Negative. Not with those bandits in
          the air. We're not losing anyone
          else.

                    HONDO
          But Maverick-

                    CYCLONE
          He knew the risk.
             (to Comms)
          *Get 'em home now.*

                    COMMS-CREW TECH 1
          Dagger, you are not to engage.
          Repeat, do not engage.


G295    **INT. F-18S – INTERCUT**                             G295

                    COMMS-CREW TECH 2 (ON RADIO)
          Dagger Two. Return to carrier.
          Acknowledge.

                    PAYBACK
          Rooster, those bandits are closing.
          We *can-not* go back.

                    ROOSTER
          COMANCHE, PICTURE.

                    COMMAND
          Dagger, Comanche, bandits 30 east.
          Hot on you. Flow west to evade.

                    PHOENIX
          Rooster... He's gone.

          And off of Rooster's eyes we CUT TO:


295     **EXT. FROZEN LAKE – MORNING**                        295

          A SCORCHED PARACHUTE drapes the ragged ice... as ANGLE
          REVEALS Maverick lies sprawled, still clipped in, alive.

          At the distant RUMBLING of the facility implosion, he stirs,
          coughs, tastes blood in his mouth. He looks down, sees his
          radio is shattered.

          He hears the sound of distant helicopter, growing louder,
          realizes he's out in the open.

          He has to move. He scrambled to detach his chute.

CHERRY 11.25.19 – OFFICIAL                    140.

A296     **EXT. SKIES – MORNING**                              A296

A MENACING HIND HELICOPTER, a venerable cold-war relic that
will never die, bristling with guns and rockets.

B296     **EXT. FROZEN LAKE – MORNING**                        B296

Maverick is running with nowhere to go – the barren trees
providing little cover. He's a sitting duck.

The Hind comes into view and her .50 cal rotary cannon opens
fire, CHEWING INTO the ice and trees and snow with a
HELLSTORM OF LEAD. The angle is bad and the hind has to come
around, buying Maverick precious seconds.

He reaches a GNARLED FALLEN TREE at lake's edge. He tries to
wedge himself behind it, if only to hide. Nothing out here
will stop that cannon.

Over Maverick, the Hind wheels slowly around, searching for
him. It's only a matter of time.

C296     **EXT. HIND POV – MORNING**                           C296

CREW POV of the ground below. No sign of Maverick. But
they'll find him soon enough.

297      **EXT. EDGE OF FROZEN LAKE – MORNING**                297

Maverick stays pressed behind the tree as the Hind
approaches, flies overhead.

A298     **EXT. HIND POV – MORNING**                           A298

CREW POV over the barrel of the cannon. There's Maverick.
Exposed. Done for.

A HELMETED CREWMAN – his face hidden from us – swivels the
gun patiently. HIS HAND CHARGES THE GUN.

B298     **EXT. FROZEN LAKE – MORNING**                        B298

Maverick isn't dying on his back. He leaps up, runs, as a
stream of hot red tracers shred the log and follow him like a
laser pointer, gaining on him until:

BOOM. The Hind explodes in mid air.

Maverick stops in his tracks. What the–

(CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                 141.

B298    CONTINUED:                                           B298

An F-18 streaks past.

                    MAVERICK
            No...


298     **INT./EXT. ROOSTER'S F-18**                          298

Rooster banks, looking down. He can see Mav's chute, but not
Mav. Then an ALARM BLARES.

                    ROOSTER
            Oh shit.


A299    **EXT. MOUNTAINTOP – MORNING**                       A299

A radar guided missile launcher, it's silhouette familiar to
us by now, swivels around and lets fly with a SAM, traveling
at MACH 5.


B299    **EXT. SKIES OVER MOUNTAINS – MORNING**              B299

Rooster throws flares, tries to evade, but he too is doomed.

IMPACT.


C299    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT**     C299

                    COMMS-CREW TECH 1
            Dagger two is hit.

Cyclone pounds a fist on the panel.


D299    **INT. PHOENIX'S F-18**                              D299

Phoenix waits to hear her friend's voice in vain.

                    COMMS-CREW TECH 2
            Dagger two, come in. Dagger Two, do
            you copy?


E299    **INT. HANGMAN'S F-18 – MORNING**                    E299

The shock on his face as he hears:

                    COMMS-CREW TECH 2
            Dagger Two, come in...

Hangman hits his comm.


                                              (CONTINUED)


CONFIDENTIAL                                          PPC-GRAY-0000797

CHERRY 11.25.19 – OFFICIAL                142.

E299    CONTINUED:                                           E299

                    HANGMAN
          Dagger spare request permission to
          launch and fly air cover.

A painfully long wait.

                    COMMS-CREW TECH 2
          Negative, spare...

Hangman hangs his head.


299     **EXT. FROZEN LAKE – MORNING**                        299

        Scrambling out of the rubble, Maverick sees Rooster's F-18 ON
        FIRE and trailing heavy smoke, as Rooster EJECTS.

        His jet vanishes behind the ridge before slamming into the
        ground, sending up a plume of BLACK SMOKE.

        Maverick immediately starts running, tracking the path of
        Rooster's parachute...


302     **EXT. FORESTED BASE OF RIDGE – MORNING**             302

        Gripped with panic, Maverick sprints through the trees,
        seeing Rooster's chute disappear among them...


303     **EXT. FOREST CLEARING – MORNING**                    303

        He emerges in a patch of clearing where Rooster's on his
        knees, burying his parachute, still recovering from a brutal
        landing. Both men are pretty banged up, exhausted, but
        relieved to see one another.

                    MAVERICK
            You all right?

                    ROOSTER
            I'll manage.

        Then Maverick shoves him.

                    ROOSTER (CONT'D)
            What the hell?

                    MAVERICK
            What are you doing here?

                    ROOSTER
            What am I *doing* here?


                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    143.

303    CONTINUED:                                                    303

                         MAVERICK
               *You think I took that SAM so you
               could end up down here with me? You
               should be back on the carrier by
               now.*

                         ROOSTER
               I saved your *life.*

                         MAVERICK
               I saved *your* life. That was the
               whole *point.* WHAT THE HELL WERE YOU
               EVEN *THINKING*?

                         ROOSTER
               *YOU TOLD ME NOT TO THINK.*

          Whatever Maverick's next words were, they hang in his throat.
          The lesson he's been teaching has at long last landed.

                         MAVERICK
               Hey... It's good to see you.

                         ROOSTER
               It's good to see you, too... So
               what's the plan?

                         MAVERICK
               What does your training tell you?

                         ROOSTER
               Really? We're in class now?

          Maverick waits. Rooster sighs.

                         ROOSTER (CONT'D)
               I ping my ESAT, stay hidden till
               dark, then make for the extraction
               point.

                         MAVERICK
               Where's the extraction point?

                         ROOSTER
                    (gestures)
               That way. Seven, eight hours on
               foot.
                    (thinks)
               Even if our ride *is* waiting, we'll
               freeze to death before we get
               there. That's if the enemy doesn't
               find us first... We're not going to
               the extraction point.

                                                    (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    144.

303      CONTINUED: (2)                                     303

                         MAVERICK
                    No, we are not going to the
                    extraction point.


                         ROOSTER
                    Then where are we going?


304    **EXT. FOREST RIDGE – HOSTILE COUNTRY – LATER – MORNING**    304

       A distant THUP-THUP of ENEMY HELICOPTERS...

       SCOPE POV: Chaos and the fog of war. The airstrip's runways
       are cratered, hangars collapsed. ENEMY BASE TROOPS are
       scattered trying to put out fires...

       Mav sweeps the area with his scope, then looks at Rooster.

                         ROOSTER
                    You're not serious.

       But Maverick's look says he is.


305    **EXT. ENEMY AIRSTRIP – MINUTES LATER – MORNING**    305

       Mav slinks along a thicket of trees by a perimeter fence.
       Near them, a FUEL DEPOT burns out of control, spewing heavy
       black smoke over the area, covering it in a THICK HAZE.

       Mav uses his scope to take another look...

       He hands him the scope, nods him in the right direction...

       SCOPE POV: An open-ended CEMENT AIRCRAFT BUNKER, where an F-
       14 TOMCAT sits. Clearly prepped for flight, loaded with
       missiles, and with support equipment still hooked up.

                         ROOSTER
                    You've gotta be shittin' me.

       Mav shrugs.

                         ROOSTER (CONT'D)
                    An F14?

                         MAVERICK
                    I shot down three migs in one of
                    those.

                         ROOSTER
                    When was that? World War I? We
                    don't even know if that bag'a ass
                    can fly.


                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                  145.

305     CONTINUED:                                          305

                          MAVERICK
                    Let's find out.

Mav heads off, leaving Rooster to contemplate:

                          ROOSTER
                        (to himself)
                    You came back for him, dumbass.

And he follows.


306     **EXT. AIRCRAFT BUNKER – MOMENTS LATER – MORNING**          306

        Chaos all around in the aftermath of the missile strike.
        Maverick and Rooster walk briskly toward the plane, praying
        no one will notice.


A307    **INT. AIRCRAFT BUNKER – MOMENTS LATER – MORNING**          A307

        The jet has a START-CART the size of a dumpster, attached via
        a large power cable and huge forced-air induction hose.

        Maverick inspects the start cart. Hopes. He pushes the button
        and it growls to life. Thank God.


307     **EXT. AIRCRAFT BUNKER – MOMENTS LATER – MORNING**          307

        Geared up with harnesses and masks, Mav waves Rooster to the
        Start-Cart.

                          MAVERICK
                    Ok, let me see. Okay.
                        (shows signal)
                    When I give you the signal for air,
                    here, flip this switch 'til the
                    needle gets to 120.
                    When I start the engine, you're
                    gonna shut this off, you're gonna
                    pull all the pins. You're gonna
                    disconnect everything.

        Maverick goes for the plane. Rooster lingers.

                          ROOSTER
                    Mav, wait...There's something I            *
                    need to tell you.                          *

                          MAVERICK                             *
                    Tell me later.                             *


                                                      (CONTINUED)


CONFIDENTIAL                                          PPC-GRAY-0000801

CHERRY 11.25.19 - OFFICIAL                146.
307    CONTINUED:                                    307

                    ROOSTER                          *
          There may not be a later.                  *

Mav waits anxiously.                                 *

                    ROOSTER (CONT'D)                 *
          You were right.                            *

                    MAVERICK                         *
          About what?                                *

                    ROOSTER                          *
          About the academy. You were right          *
          to pull my papers. I wasn't ready.         *

                    MAVERICK (ALT)                   *
          Well you're ready now.                     *

                    ROOSTER                          *
          Thank you for saving my life.              *

                    ROOSTER (ALT) (CONT'D)           *
          Either way, thank you for saving my        *
          life.                                      *

                    MAVERICK                         *
          I haven't saved it yet.                    *
              (points to the cart)                   *
          Remember what I told you.                  *

And he rushes for the plane.                         *

                    MAVERICK (CONT'D)
          Once I'm up, stow the ladder.

                    ROOSTER
          Yeah.

Maverick climbs the ladder, hops in the driver's seat, closes
the forward step and reorients himself to the cockpit as
Rooster closes the ladder.

                    MAVERICK
          Okay. Wow. It's been a minute, huh
          Mav?

Rooster pulls the CHOCK BLOCKS from the wheels and then runs
to the start cart.

                    MAVERICK (CONT'D)
          Okay, okay.... Fuel. Battery.

Maverick gives Rooster the air signal. Rooster flips switch.

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    147.

307    CONTINUED: (2)                                          307

                              ROOSTER
                         (watches dial)
                    C'mon, c'mon.

It gets to 120 and Rooster gives the thumbs up.

Maverick starts the engine. It sputters, fails to start.

                         ROOSTER (CONT'D)
                    That's not good.

                              MAVERICK
                    Come on.

                              ROOSTER
                    Come on. Come on. Come on.

                              MAVERICK
                    Come on sweetheart. Come on.

Enemy truck drives by the hangar.

                              ROOSTER
                    Mav, let's go. Come on.

Mav hits the start button again. The engine whines slowly to
life.

                              MAVERICK
                    This could actually work.

Rooster rushes to unhook the start cart from the plane.

                         MAVERICK (CONT'D)
                    Let's go, let's go.

Rooster scrambles up the onto the F14 and into the cockpit.
Rooster looks at the cockpit instruments.

                              ROOSTER
                    My God, this thing is so old.

Maverick pushes forward on the throttle.

                              MAVERICK
                    Canopy.

Rooster buckles up.

                              ROOSTER
                    Clear.

The jets exits the hangar. The canopy closes.

CONFIDENTIAL                                          PPC-GRAY-0000803

CHERRY 11.25.19 - OFFICIAL                    148.

308    **EXT. ENEMY AIRSTRIP - MORNING**                    308

Maverick looks at cockpit instruments. Maverick applies the brakes.

>               ROOSTER
>      We're stopping. Why are we
>      stopping, Mav?

>               MAVERICK
>      Just give me a second. Give me a
>      second.

Rooster spots an enemy tank coming towards them.

>               ROOSTER
>      Uh Mav. There's a guy on a tank.
>      Big gun. Staring at us.

>               MAVERICK
>      Yep.

The tank passes them and Rooster looks down as he salutes.

Maverick switches to engage the WINGS. The wings expand.

>               ROOSTER
>      Both runways are cratered, Mav.
>      ALT: Are both runways are crated, Mav?
>      ALT: It looks like both runways are
>      cratered, Mav.

>               MAVERICK
>      Yeah.

>               ROOSTER
>      Mav, this is a taxiway. A very
>      short taxiway.

>               MAVERICK
>      Uh huh. Yeah.

>               ROOSTER
>      How we gonna get this bag'a ass in
>      the air?

>               MAVERICK
>      Just hang on.

Maverick pushes on the throttle. The afterburners go on full.

>               MAVERICK (CONT'D)
>      Cause this bag'a ass is about to go
>      ballistic.

(CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                149.

308    CONTINUED:                                              308

The jet begins to accelerate down the runway.

>                    ROOSTER
>          Holy shit.

>                    MAVERICK
>               (under breath)
>          C'mon, c'mon.

Mav squeezes every ounce of lift from the plane

The F-14 soars into the air.

309    **EXT./INT. F-14 - MORNING**                           309

CLOSE ON: Rooster's ESAT on his harness.

Rooster thinks a beat and activates it.

310    **INT. COMMAND CENTER - USS THEODORE ROOSEVELT - MORNING**    310

A new alarm sounds.

>                    COMMS-CREW TECH 1
>          Sir. We're receiving a signal from
>          Rooster's ESAT... But there seems
>          to be a malfunction...

>                    WARLOCK
>          Have you lost him?

>                    COMMS-CREW TECH 1
>          No, sir. Signal is strong, but...

>                    CYCLONE
>          But what?

>                    COMMS-CREW TECH 1
>          But... He's supersonic.

Everyone trades confounded looks, confused. Cyclone and
Warlock move to look at the screen. Sure enough, a dot
representing Rooster is hauling ass toward the sea.

>                    WARLOCK
>          He's airborne.

>                    CYCLONE
>          In what?

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                150.

310    CONTINUED:                                              310

COMMS-CREW TECH 2
Sir, overwatch reports an F-14
Tomcat is airborne and on course
for our position.

Warlock and Cyclone share a look.

WARLOCK
It can't be-

The both look at the dot on the screen. Hondo stifles a
knowing smile.

CYCLONE
Maverick...

HONDO
He's still alive.

Warlock almost smiles, until:

COMMS-CREW TECH 2
Sir, overwatch is reporting two
fifth gen fighters on course to
intercept that F 14.

Warlock and Cyclone share a new look this one of grim
certainty.

CYCLONE
God help them.

311    **INT./EXT. F-14 – MORNING**                          311

Rooster surveys the back seat in frustration, no idea what's
what or what to do. There's a big circular RIO DISPLAY in
front of him, but it's dark.

MAVERICK                                    *
Rooster. Get us in touch with the           *
boat.                                       *

Rooster toggles the radio.                                  *

ROOSTER                                     *
I'm working on it. Everything's             *
dead back here. What do I do? Talk          *
me through this.                            *

MAVERICK                                    *
First, the radio. Throw the UHF two         *
circuit breaker.                           *

(CONTINUED)

CHERRY 11.25.19 – OFFICIAL                                151.

311     CONTINUED:                                            311

Rooster looks.                                                    *

                    ROOSTER                                       *
          There's three hundred breakers back                    *
          here, anything more specific?                          *

                    MAVERICK                                      *
          I dunno, that was your dad's                            *
          department.                                            *

                    ROOSTER                                       *
          Alright, I'll figure it out.                           *

Rooster starts toggling breakers, then sees:                     *

                    ROOSTER (CONT'D)                              *
          MAV, FIVE O'CLOCK LOW, TALLY TWO.                       *
             (alt)                                                *
          MAV, TALLY TWO, FIVE O'CLOCK LOW.                       *

Maverick looks and, to his horror, sees TWO FIFTH GEN FIGHTER    *
approaching.                                                     *

                    ROOSTER (CONT'D)                              *
          What do we do?                                          *

                    MAVERICK                                      *
          What do you mean what do we do?                         *
          Those are fifth gen fighters. We're                    *
          in a fifty year old aircraft.                           *

The planes close into an escort formation.                       *

                    ROOSTER                                       *
          Well here they come.                                    *

                    MAVERICK                                      *
          Just be cool. If they knew who we                       *
          were we'd be dead already. Masks                        *
          on.                                                     *

They scramble to put on their masks. The lead enemy plane        *
pulls along side.                                               *

                    MAVERICK (CONT'D)                             *
          Remember, we're on the same team.                       *
          Just wave and smile. Wave and                            *
          smile.                                                  *

Rooster and Mav wave. Maverick signals, points to his ear and    *
gives a thumbs down. "Radio out."                                *

The enemy pilot signals.                                          *

                                                    (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                152.
311    CONTINUED: (2)                                      311

                        ROOSTER                              *
              What's that mean?                             *

                        MAVERICK                            *
              I have no idea.                                *

The pilot signals something else.                           *

                        ROOSTER                              *
              What's that?                                  *

                        MAVERICK                            *
              Nope. I don't know what that one is           *
              either.                                       *

Rooster watches the second plane drop back.                 *

                        ROOSTER                              *
              His wingman is moving into a                  *
              weapon's envelope.                            *

                        MAVERICK                            *
              If anything happens, grab those              *
              rings above your head. You see                *
              them? That's the ejection handle.             *

                        ROOSTER                              *
              Bull. Shit. The chutes in this               *
              thing were probably packed in the            *
              late eighties.                                *

                        MAVERICK                            *
              You have a point.                             *
                  (alt)                                      *
              Good point.                                   *

                        ROOSTER                              *
              How fast is this thing?                       *

                        MAVERICK                            *
              Very fast.                                    *

                        ROOSTER                              *
              We're ten minutes from the carrier.          *
              Can we outrun these guys?                     *

                        MAVERICK                            *
              We can't outrun missiles and guns.           *
                  (alt)                                      *
              We can't outrun missiles and                 *
              bullets.                                      *

                        ROOSTER                              *
              Then it's a dogfight.                         *

                                              (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                    153.
311      CONTINUED: (3)                                    311

                    MAVERICK                              *
          In an F-14. Against fifth gen                   *
          fighters.                                       *

                    ROOSTER                               *
          *It's not the plane, it's the pilot.*           *

And that stops Mav cold. The pilot in the other plane signals   *
again.                                                    *

                    MAVERICK                              *
          Rooster...                                      *

                    ROOSTER                               *
          You'd take 'em on if I wasn't here.             *
            (alt)                                         *
          Go after 'em.                                   *

                    MAVERICK                              *
          But you *are* here.                             *

                    ROOSTER                               *
          You're Pete Maverick Mitchell, god              *
          dammit. You shot down three MIGs in             *
          one's these. You can do this. Now               *
          take us home.                                   *

Maverick grips the stick and throttle, unsure of what to do.    *
The enemy pilot begins to distance himself.               *

                    ROOSTER (CONT'D)                      *
          Come on, Mav. Don't think. Just do.             *

                    MAVERICK (ALT)                        *
          Tell me the second you see smoke in             *
          the air.                                        *

                    MAVERICK (ALT) (CONT'D)               *
          Whatever you do, don't touch the                *
          flares.                                         *

312      **EXT./INT. F-14/FIFTH GEN DOGFIGHT - CONTINUOUS - MORNING** 312

         **STAGE 1 - ABOVE MOUNTAINS (GREEN WITH SNOW)**

         **SET #1: VR202 (SKY) - CHINA MOA**

         Maverick pulls a hard right while opening fire at the Fifth
         Gen in a pre-emptive attack, ripping open the left engine and
         sending it into a descent.

                                                  (CONTINUED)

CONFIDENTIAL                                      PPC-GRAY-0000809

CHERRY 11.25.19 – OFFICIAL                    154.
312     CONTINUED:                                          312

>                    ROOSTER
>              Nice, nice, nice.

The second Fifth Gen is surprised. Mav continues to move. The
Fifth Gen recovers and launches a heat-seeking missile.

>                    ROOSTER (CONT'D)
>              SMOKE IN THE AIR. SMOKE IN THE AIR,
>              MAV.

Maverick dives down towards the smoking Fifth Gen and breaks
left directly in front of it. The missile heading for them
diverts to the higher temp Fifth Gen destroying it in a
colossal explosion as the F-14 narrowly misses the blast.

>                    ROOSTER (CONT'D)
>              Nice, Mav, nice. SPLASH ONE. SPLASH
>              ONE.

The Fifth Gen pilot shakes his head, angry.

### END STAGE 1 – ABOVE MOUNTAINS (GREEN WITH SNOW)

AA313    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING** AA313

>                    COMMS-CREW TECH 1
>              Sir, overwatch reports the F-14 has
>              engaged. One bandit is down.

Reactions from the room – a few men even cheer. But not
Cyclone, Warlock or Hondo.

BB313    **EXT. SKIES/INT. F-14**                                    BB313

### STAGE 2 – ABOVE MOUNTAINS (GREEN WITH SNOW)

### SET #1: VR202 (SKY) – CHINA MOA

The Fifth Gen drops into frame, fires another missile. The F-
14 is in a dive.

>                    ROOSTER
>              He's on us, he's on us.
>              Here comes another one.
>              SMOKE IN THE AIR. SMOKE IN THE AIR.

>                    MAVERICK
>              HIT THE FLARES. HIT THE FLARES.

>                                            (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                     155.
BB313    CONTINUED:                                        BB313

Maverick pulls the emergency wing deploy lever, immediately deploying the F-14's wing spread sending the F-14 into a neck-breaking vertical climb.

Rooster shoots off the flares and the missile detonates just below the F-14 as they pull upwards.

Maverick uses their energy to roll inverted, back into burner, pulling down and around on the Fifth Gen putting it in their target. Mav fires the sidewinder. Missile lock. A moment of celebration, they're going to get a splash two.

                    ROOSTER
          We got him. We got him. We got him.
               (alt)
          You got him. You got him. You got
          him.

## END STAGE 2 – ABOVE MOUNTAINS (GREEN WITH SNOW)

CC313    **EXT. SKIES**                                  CC313

## STAGE 3 – ABOVE MOUNTAINS (GREEN WITH SNOW)

### SET #1: VR202 (SKY) – CHINA MOA

The Fifth Gen pulls a maneuver that we've never seen before: It uses its thrust vectors to fly vertical and then in a close-range LOOP AROUND THE MISSILE.

DD313    **INT. F-14/EXT. SKIES INTERCUT**               DD313

Whip pan to Rooster and Maverick who have never seen such a move.

                    ROOSTER
          HOLY SHIT.
               (alt)
          WHAT THE HELL WAS THAT?
               (alt)
          DID YOU SEE THAT?
               (alt)
          Oh my god. We're gonna die. We're
          gonna die.
               (alt)
          HOLY SHIT. WE'RE DEAD.
               (alt)
          Oh, we're in trouble Mav. We're in
          trouble.
               (alt)

                                        (CONTINUED)

CHERRY 11.25.19 – OFFICIAL                156.
DD313   CONTINUED:                                        DD313

> Oh shit, do some of that pilot
> shit.

They fly by the Fifth Gen so it's behind them again.

## END STAGE 3 – ABOVE MOUNTAINS (GREEN WITH SNOW)

## STAGE 4 – GREEN CANYON

### SET #2: VR202 (CANYON) – MIDDLE FORK FEATHER RIVER

Maverick pushes for the advantage again.

> ROOSTER (CONT'D)
> Yeah, do some of that pilot shit,
> Mav.

Maverick flies upwards then splits the throttle pushing the F-14 into a pirouette at full power.

The F-14 comes down behind the Fifth Gen and Maverick fires a missile.

> ROOSTER (CONT'D)
> Yeah, get him, get him.

Missile lock. Again, it looks like they've got him.

The Fifth Gen releases flares in a firework display of defense that takes out the missile.

> ROOSTER (CONT'D)
> Oh shit, shit. This isn't good.
> (alt)
> This guy is good.

## END STAGE 4 – GREEN CANYON

## STAGE 5 – GREEN CANYON

### SET: MIDDLE FORK FEATHER RIVER

Maverick pursues the Fifth Gen as it dives down into a canyon.

> ROOSTER (CONT'D)
> We're out of missiles, Mav. Go to
> guns.
> (alt)
> Out of missiles, going to guns.

> MAVERICK
> Going to guns.

CONFIDENTIAL

EE313    **INT. CANYON**                                    EE313

In a close-range weaving dogfight chase Maverick fires GUNS
at the Fifth Gen.

                    ROOSTER
          Come on, you got him.
             (alt)
          You got him Mav.
             (alt)
          Watch the wall, watch the wall.
             (alt)
          Side of the mountain, side of the
          mountain.
             (alt)
          Wall-wall-wall.

                    MAVERICK
          I see it. I see it.
             (alt)
          I know, I got it, I got it.

The Fifth Gen evades, pulling severe G's around the bends,
working like crazy.

Mav's rounds keep missing as the Fifth Gen continues to slice
through the canyon. Mav hustles to keep up and get the Fifth
jet in his target.

Mav and Rooster struggle against the G-forces, no G-suits to
aid them, huffing breaths to ward off a blackout.

Mav's rounds are almost at zero. He knows he's down to his
last attack. The Fifth Gen continues to weave in and out of
their target, in and out.

Mav focuses in and fires his last bullets. He HITS the Fifth
Gen with all of them. It descends and explodes as it crashes
into the ground.

A313    **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**    A313

Everyone reacts to the radio call that comes through:

                    MAVERICK (OVER RADIO)
          Rough Rider, this is uh...
          Ghostrider. We have repossessed an
          enemy Tomcat. Splash two bandits.
          We are inbound, tracking south.
          Hold your fire.

**END STAGE 5 – GREEN CANYON**

                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    158.

A313    CONTINUED:                                      A313

Cyclone and Warlock share a look, stunned. Hondo smiles.

                    HONDO
            That crazy motherfu–


B313    **EXT. SKIES – MORNING**                         B313

**STAGE 6 – GREEN CANYON TO OCEAN**

**SET #2: VR202 (CANYON) – TBD**

The F-14 roars into frame transitioning from mountains to the
ocean below.

**END STAGE 6 – GREEN CANYON TO OCEAN**


313     **INT. F-14 – CONTINUOUS – MORNING**              313

**STAGE 7 – OCEAN**

**SET #3: PISMO BEACH (OPTION 1) OR SAN CLEMENTE (OPTION 2)**

                    MAVERICK                          *
            We can't outrun this guy. We have         *
            to eject.                                 *

                    ROOSTER                           *
            MAV–                                       *

                    MAVERICK                          *
            We need altitude. Pull that               *
            ejection handle the second I tell         *
            you–                                       *

                    ROOSTER                           *
            MAV, WAIT–                                 *

                    MAVERICK                          *
            THERE'S NO OTHER WAY.                      *

Mav pulls back on the stick. As they climb:           *

                    MAVERICK (CONT'D)                 *
            EJECT, EJECT, EJECT.                       *

Rooster grabs the handle. Nothing happens.            *

                    MAVERICK (CONT'D)                 *
            ROOSTER, EJECT.                            *


                                        (CONTINUED)

CONFIDENTIAL                                    PPC-GRAY-0000814

313      CONTINUED:                                              313

                          ROOSTER                              *
                    IT'S NOT WORKING.                          *

And Maverick realizes they're doomed.                          *

## END STAGE 7 – OCEAN

## STAGE 8 – OCEAN

### SET #3: PISMO BEACH (OPTION 1) OR SAN CLEMENTE (OPTION 2)

The Fifth Gen flies right past them canopy to canopy,
spinning upwards and diving back down on them.

Maverick weaves in hard cuts back n' forth to evade as the
Fifth Gen fires bullets in a streak across the ocean.

Gunfire finally hits the F-14 as it flies low across the
water. Mav keeps pulling hard right.

                          ROOSTER (CONT'D)
                    We got no more flares, Mav. What
                    you got?
                         (alt)
                    Mav, we can't shake him, we can't
                    shake him anymore.

Maverick does the only thing he can do and pulls up hard to
escape the Fifth Gen, but the Fifth Gen follows.

Another MISSILE LOCK. The sound of doom.

                          ROOSTER (CONT'D)
                    He's got a missile lock, he's got a
                    missile lock, Mav.
                         (alt)
                    What have we got, Mav?

                          MAVERICK
                    We got nothing.
                         (alt)
                    I'm sorry, Rooster.
                         (alt)
                    I'm sorry Goose.

The Fifth Gen's missile appears from its belly.

And suddenly the Fifth Gen jet EXPLODES along with its
missile. An F-18 streaks out from the shrapnel and smoke.

## END STAGE 8 – OCEAN

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    160.

314     **INT. HANGMAN'S F-18 – MORNING**                      314

Hangman smiles.

>                    HANGMAN
>         Good afternoon, ladies and
>         gentlemen, this is your savior
>         speaking. Please fasten your
>         seatbelts, return your tray tables
>         to their upright and locked
>         position and prepare for landing.

315     **INT. F-14 – MORNING**                                315

**STAGE 9 – OCEAN**

**SET #3: PISMO BEACH (OPTION 1) OR SAN CLEMENTE (OPTION 2)**

As he pulls along side.

>                    ROOSTER
>         Hey, Hangman... you look good.

>                    HANGMAN
>         I am good, Rooster. I'm very good.

Maverick and Rooster watch as Hangman's F-18 CIRCLES back,
doing a hotshot twirl of the wings, a victory roll.

**END STAGE 9 – OCEAN**

316     **INT. COMMAND CENTER – USS THEODORE ROOSEVELT – MORNING**   316

All eyes are on the horizon. Two planes inbound. As Cyclone
and Warlock are leaving the room:

>                    CYCLONE
>         Get Hangman down first. Maverick
>         may burn the deck.

CLOSE ON: Hondo, realizing. Without a word, he runs from the
command center.

317     **EXT. DECK – USS THEODORE ROOSEVELT – MORNING**       317

Hondo emerges on the deck where the crew is awaiting
Hangman's arrival. Emergency crews are standing by.

(CONTINUED)

CHERRY 11.25.19 – OFFICIAL                161.

317    CONTINUED:                                              317

                        HONDO
            The minute Hangman touches down,
            pull the trip wires and have the
            barricade stanchions ready.

The crew just stare at him.

                        HONDO (CONT'D)
            HE DOESN'T HAVE A GODDAMN TAILHOOK.

The crew realizes and scrambles.


318    **INT. BRIDGE - USS THEODORE ROOSEVELT - MORNING**    318

Cyclone, Warlock and OFFICERS stand in the BRIDGE, BINOCS UP,
watching as Hangman's F-18 comes in for a landing.

CLOSE ON: His tail hook snagging the arrest cable, his plane
jerking to a stop.

The Deck Crew rush in to clear the way for Maverick.

A ballet of precise emergency response. Hundreds of SAILORS
work to remove Trap-Wires and raise Barricade Stanchions,
lift up a 15-foot-high NYLON BARRICADE, stretching a massive
net across the width of the landing deck.

The F-14 circles.


A320    **INT. BRIDGE/F-14 - MORNING**                       A320

And in this moment of supreme tension, Maverick gets a little
glimmer in his eye. One we've seen before.

                        MAVERICK
            Rough Rider, Ghostrider here.
            We are requesting a tower fly-by.

Cyclone and Warlock share a look. Is this a joke?


B320    **INT. F-14**                                        B320

                        ROOSTER
            *What? Now?*

                        MAVERICK
            Could be the last one.

                        ROOSTER
            You can't be serious.


                                              (CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    162.

B320    CONTINUED:                                                    B320

                          MAVERICK
                You keep saying that, but it
                doesn't change much.
                      (into radio)
                Rough Rider, I say again-


C320    **INT. BRIDGE - MORNING**                                    C320

        Cyclone has the radio now.

                          CYCLONE
                Ghostrider, this is Cyclone. Put
                that bird on the deck now.

                          MAVERICK (ON RADIO)
                -odswor- -strider- -adio


D320    **INT. F-14**                                                D320

        Maverick is smiling, speaking in broken jibbering.

                          MAVERICK
                -aking up. Do -oo -ead?


320     **INT. BRIDGE - USS THEODORE ROOSEVELT - MORNING**           320

                          CYCLONE
                Does he even *want* to land?

                          WARLOCK
                He asked permission. That's
                progress.

        Cyclone sighs, nods begrudgingly to the Comm Tech who,
        despite everything, has to grin a little as:

                          LSO
                Ghostrider, pattern is clear, you
                are cleared for flyby.


A321    **INT. F-14**                                                A321

                          MAVERICK
                Huh. That's a first.

        Rooster knocks his helmet repeatedly on the canopy.

                          ROOSTER
                Why did I bother saving your ass?

CHERRY 11.25.19 - OFFICIAL                    163.

B321    **INT. BRIDGE - USS THEODORE ROOSEVELT - MORNING**          B321

Maverick blazes by the tower at high speed, rocking the
tower. Cyclone shakes his head.

C321    **EXT./INT. F-14 - NEARING USS THEODORE R - MORNING**       C321

Mav's working the stick and feathering the throttle.

He lowers the landing gear. A new light comes on.

>                MAVERICK
>           Shit.
>
>                ROOSTER
>           What? What more shit could there
>           possibly be?
>
>                MAVERICK
>           No nose gear.

Rooster looks at the carrier, then out at the sea.

>                ROOSTER
>           What say we just eject?
>
>                MAVERICK
>           There's a good chance the chutes we
>           have on were packed in the late
>           eighties, but sure. Go for it.
>
>                ROOSTER
>           I think I'll stay with the plane.
>
>                MAVERICK
>           Just as bad, really.
>
>                ROOSTER
>           You can do this.
>
>                MAVERICK
>           I appreciate your confidence.

321     **EXT. DECK - USS THEODORE ROOSEVELT - MOMENTS LATER - MORNING**   321

>                LSO
>           One mile. Call the ball.
>
>                MAVERICK
>           Ghostrider. Ball. No hook. No nose
>           gear.

(CONTINUED)

CONFIDENTIAL

CHERRY 11.25.19 - OFFICIAL                   164.

321      CONTINUED:                                         321

          And an engine fails.

                              ROOSTER
                    Please tell me that wasn't an
                    engine.

                              MAVERICK
                    Correction... ball, no hook, no
                    nose gear... single engine.

                              ROOSTER
                    Of course it was an engine.

                              LSO
                    A little power.... Come left...
                    Easy with it...

          The deck of the Roosevelt now approaching rapidly... as it
          slips beneath the NOSE of the jet.

                              LSO (CONT'D)
                    CUT, CUT, CUT.

          The engine cuts out and everything goes SILENT.


322      **EXT. DECK - USS THEODORE ROOSEVELT - MORNING**          322

          As the battered Tomcat SMASHES DOWN, sliding across the deck
          on its nose, SHOWERING SPARKS, SPEWING SMOKE, until it SLAMS
          INTO THE NYLON NET, ripping it forwards before snapping to a
          violent halt. Finally. Safe home.


323      **EXT. DECK - MOMENTS LATER - MORNING**                   323

          EMERGENCY CREWS rush the jet as Mav and Rooster climb out.
          Maverick and Rooster check on each other.

                              MAVERICK
                    You ok?

                              ROOSTER
                    Yeah.

          Phoenix, Bob, Payback, Fanboy and Hondo all come rushing.

          Maverick and Hondo reunite.

                              MAVERICK
                    You think you can fix it?

                              HONDO
                    Easy.


                                                      (CONTINUED)

CHERRY 11.25.19 - OFFICIAL                165.

323    CONTINUED:                                        323

Then other SAILORS arrive, mobbing them.

Maverick gazes up to Vultures Row, spying Cyclone and
Warlock. Cyclone gives him a simple, grateful nod.

Rooster turns to see Hangman arriving. His face mock-falls:

> HANGMAN
> Well shit... you're alive.

They shakes hands. That's enough.

> ROOSTER
> Chalked yourself another kill.

Hangman smiles.

> HANGMAN
> That makes two.

Phoenix steps in.

> PHOENIX
> Maverick has five. Makes him an
> ace.

And Hangman's smile fades. Just a bit. Rooster turns, looking
for Maverick in the crowd. Finds him, pushes toward him.

> ROOSTER
> Captain Mitchell... Captain
> Mitchell, SIR.

Maverick turns, come face to face with Mav.

> ROOSTER (CONT'D)
> Sir, I-

And Maverick grabs him before he can say another word, pulls
him close. Rooster is not sure what to do for a moment. Then
he hugs him back.

> MAVERICK
> Thanks for saving my life.

> ROOSTER
> It's what my dad would've done.

And as the two men embrace, shutting out the rest of the
world we PULL BACK TO:

CONFIDENTIAL

CHERRY 11.25.19 – OFFICIAL                    166.

324    **EXT. DECK – USS THEODORE ROOSEVELT – MORNING**          324

Filled with jubilant SAILORS, the whole ship celebrates the
mission's return. Maverick joins Rooster and Hangman, sharing
laughter and embraces. All of them, allies at last.

A327    **EXT. HARD DECK – LATE AFTERNOON**                    A327

To establish.

B327    **INT. HARD DECK – LATE AFTERNOON**                    B327

The place is quiet. Almost deserted.

Maverick enters, expecting to find Penny, surprised to find A
BARTENDER, JIMMY. Off Maverick's expression:

TIME CUT:

Maverick at the bar now.

                    BARTENDER JIMMY
          Hey Mav.

                    MAVERICK
          Is Penny here?

                    BARTENDER JIMMY
          Took Amelia sailing.

                    MAVERICK
          Gone? Where?

                    BARTENDER JIMMY
          Wherever they felt like, she said.

                    MAVERICK
          Did she say when she'd be back.

                    BARTENDER JIMMY
          I'm guessing whenever she feels
          like.

Maverick nods. He looks around the bar, heads for the door.
With nowhere else to go, he goes:

CONFIDENTIAL                                                      PPC-GRAY-0000822

CHERRY 11.25.19 – OFFICIAL                    167.

327    **INT./EXT. MAVERICK'S HANGAR – DAY – DAYS LATER**         327

Where Maverick holds a photo of the moment on the Roosevelt
with Rooster and the others, adding it to his wall of
memories, medals, accomplishments - a life well-lived, if
somewhat incomplete.

Among the pictures is one of Goose and Maverick in the bloom
of their youth - their whole lives ahead of them.

Maverick steps back, takes in the space - the P-51, the
airstream, the bikes...

The sound of a car OS. He turns in time to see it coming to a
stop. The door opens and out climbs Rooster. From the
passenger door emerges Phoenix.

Emerging from the back is Amelia and, finally Penny.

She takes in the sight of the hangar - along with everyone
else - clearly a place they have never seen before.

CLOSE ON: Mav and Penny as they meet by the P-51.

                    PENNY
          I heard you were looking for me.

Maverick nods. A confession.

                    MAVERICK
          Good trip?

                    PENNY
          Great. You?

                    MAVERICK
          I could tell you, but...

                    PENNY
          Forget I asked.

They both smile. After a beat.

                    MAVERICK
          I missed you.

                    PENNY
          I know.


They kiss.

ALTS

                                        (CONTINUED)

CONFIDENTIAL                                    PPC-GRAY-0000823

CHERRY 11.25.19 – OFFICIAL                168.

327    CONTINUED:                                              327

                         MAVERICK
                    (re hangar)
                Whatta'ya think?

                         PENNY
                It's... very you.
                    (ALT)
                It's just like I pictured.
                    (ALT)
                I'm still taking it in.
                    (ALT)
                You know..? It works.

        END ALTS

        TIME CUT as Phoenix holds two model planes, demonstrating air-
        to-air combat to a very interested Amelia.

        As Maverick walks Penny around the other lady in his life –
        the P-51.

        As Rooster looks over Maverick's workspace, the pictures of
        Maverick and Ice, of Maverick and Goose, of Rooster as a
        boy... Topped off by Maverick and Rooster on the carrier.

        Rooster turns, looks at the make-shift family taking shape in
        this makeshift home...

        And he smiles.

        As the sound of a roaring engine takes us to:

328    **INT. P-51 – DAY**                                     328

        Penny snugly in the back seat, Maverick at the controls.

                         MAVERICK
                How're you doing back there?

                         PENNY
                I'm amazed something this old can
                still fly.

                         MAVERICK
                C'mon, don't say old. It's vintage.
                One more time, if anything goes
                wrong and it probably won't. But if
                it does, I'll just open the canopy-

                         PENNY
                Uh huh.

                                              (CONTINUED)

328    CONTINUED:                                                  328

            MAVERICK
When that's gone, you just undo
your seatbelt-

            PENNY
Right...

            MAVERICK
I'll roll her over and dump you
out.

            PENNY
You know this isn't working on me.

            MAVERICK
Just remember to pull that handle
on your parachute.

            PENNY
Pete-

            MAVERICK
Penny-

            PENNY
Will you ever grow up?

            MAVERICK
Some day...

And that glimmer comes to his eye.

            MAVERICK (CONT'D)
But not today.

And he yanks the stick hard.

329    **EXT. P-51**                                               329

And the plane banks away from us with Penny screaming,
laughing.

But mostly screaming.

            MAVERICK
JIBE-HO.

BLACK

CONFIDENTIAL                                              PPC-GRAY-0000825