# EXHIBIT H

6.

>                    MAVERICK
>           Number 1 and Number 2 Oxygen on and
>           Checked.

Pure oxygen suddenly hisses into his suit, pressurizing it. Maverick pulls down the BAILER BAR on his helmet, locking it to the metal ring at the suit's neck, sealing it.

>                    LARDO (over radio)
>           Number 1 and Number 2 Oxygen On and
>           Checked.

>                    MAVERICK
>                (another switch)
>           DKK primed.

>                    LARDO (over radio)
>           DKK primed - copy.

Mav flips another switch, beginning what is clearly a long, careful process...

**EXT. MOONRAKER - HOUR LATER**

Both the front and rear doors of the Hangar are now open, later afternoon sun spilling in.

>                    LARDO (over radio)
>           Intake and exhaust clear, drain valve
>           draining, fire guard posted, chocks
>           installed... Everything's good down
>           here; ready to start engines when
>           you are.

>                    MAVERICK
>           I'll take rotation on main engines.

>                    LARDO (over radio)
>           Go for rotation.

A Flight Crewman flips a switch on a massive PNEUMATIC START-CART 50 yards from the jet and attached by umbilical to the underside of the Moonraker. There's a sudden WHOOSH of pressurized air, followed by a slowly BUILDING, CHURNING WHINE as the engine TURBINES start to spool up.

With a FIERY CRUMP, the Engines IGNITE with a ROAR as the exhaust cones spit plumes of blue-fire, quickly going white.

**INT. MOONRAKER COCKPIT - CONTINUOUS**

The Engine-sound is a percussive blast, so deep it's almost below hearing, a primal heartbeat. Most of the switches and indicator lights are now flipped on the the control console.

Mav flips a switch - his helmet suddenly flickers to life with Heads-Up Display data scrolling across it.

> MAVERICK
> TM and TSPI. On.
>
> LARDO (over radio)
> TM and TSPI Telemetry good. All lights are green.

Mav keys the radio with a thumb switch.

> MAVERICK
> Tower, Raker One clearance on request.
>
> TOWER (over radio)
> Raker One, Cleared cactus departure, climb to flight level 2-2-zero. Remain within restricted Area 48-oh-8 until above one-five thousand, depart heading 3-zero-zero.
>
> MAVERICK
> Copy that. Clear to Taxi.

Mav slowly eases the throttle forward, the engine roar increases and Moonraker starts rolling out of the hangar.

### EXT. HANGAR - MOMENTS LATER

Moonraker emerges onto the taxi-way.

> TOWER (over radio)
> Raker-1 Altimeter, 2-niner-7, winds 3-five-zero at 7, cleared for takeoff runway 3-two, switch departure.

### INT. MISSION CONTROL - MOMENTS LATER

Lardo, Rear-Admiral Cain and the rest of the Mission control crew sit with headsets, watching numerous screens displaying a satellite feed, cameras on the runway and inside the cockpit, plane telemetry, etc.

> MAVERICK (over radio)
> 2-niner-7, cleared 3-two, switchin'.
>
> LARDO (into radio)
> Raker-1, RCC. Do you feel the need?

### INT. MOONRAKER COCKPIT - CONTINUOUS

The runway tarmac stretches ahead of the jet like an invitation. Maverick cracks a small grin.

>                    MAVERICK
>           Affirm. Thanks for the good launch,
>           Chief.
>
>                    LARDO (over radio)
>           Smoke this one to the bone, son.

Mav pushes the throttle forward, the deep throb of the engines swelling into a TITANIC ROAR.

Mav releases the breaks --- the jet ROCKETS FORWARD with brutal neck snapping force, the length of runaway evaporates in the blink of an eye --- the terminus screaming closer --- at the last second Moonraker launches into the sky.

>                    MAVERICK
>           RAKER-1, airborne. Proceeding to
>           tanker rendezvous at two-two-zero.

**~~EXT. MOONRAKER - LATER~~**

~~Moonraker hangs above the clouds, linked by an umbilical refueling-boom to a KC135-Q AIR-FUELING TANKER-PLANE, TEXACO FIVE-SEVEN.~~

~~They would be using a tanker for test planes, right? Not likely someone aboard hasn't seen this plane.~~

**INT./EXT. MOONRAKER - LATER**

Fire spits from the afterburners as Moonraker cuts up through the clouds ---

>                    MAVERICK
>           Raker. Card twenty one complete.
>           Setting up for card twenty two. Range
>           fifty-seven point-two.

**INT. MISSION CONTROL - MOMENTS LATER**

Telemetry data streams across the digital displays in front of Lardo - one readout has a map, tracing Moonraker's path: a long half-circle curving over most of California.

>                    LARDO (into radio)
>           Raker-1, Range, copy fifty-seven
>           point two. You are cleared above
>           flight level six zero zero, accelerate
>           to Mach 3.5 and proceed to waypoint
>           one.
>
>                    MAVERICK (over radio)
>           Raker. Wilco. MAX-AB.

9.

> LARDO
> Roger. Check tapes on, report turning in.
>
> MAVERICK
> Raker. Tapes on.

### INT. MOONRAKER COCKPIT - MOMENTS LATER

Maverick pulls the jet through a long banking turn - far below him is the distant glint of the sun reflecting off of the Pacific Ocean. He straightens the jet out, now heading back inland.

> MAVERICK
> Raker-1, waypoint one, on conditions, ready to start card twenty-two.
>
> LARDO (over radio)
> Raker-1, begin card twenty-two, transition to scram jet.
>
> MAVERICK
> Raker.
>     (flips a throttle actuator
>      and engages a few switches)
> Good light off.

The main engines shut down, for a brief moment there's sudden, eery silence of unpowered flight --- then a THUNDEROUS PEAL as the SCRAMJET engine bursts into life and THRUST like nothing else ---

### INT. EXT. MOONRAKER

Moonraker blasts into upper atmosphere - rapidly thinning air giving way the black void of space and twinkle of stars.

> MAVERICK
> Pitch 5 degrees, good alpha, passing MACH 5.4, 120,000 feet.
>
> LARDO
> On track. On profile.

### INT. MISSION CONTROL - MOMENTS LATER

> MAVERICK (over radio)
> Mach 6.0. 140K, good alpha.
>
> MAVERICK (CONT'D)
> Combustion temperature is normal. Skin's starting to heat up.

                    LARDO
          (consults the displays)
     Roger, you're still well within
     limits.

**EXT. MOONRAKER - MOMENTS LATER**

Thin atmosphere screams past the leading edge of Moonraker's prow, sheeting into flame from the concussive friction.

**INT. MOONRAKER COCKPIT - MOMENTS LATER**

Mav is locked into a zone, gripping the stick tightly, barely moving, yet fighting an epic battle against the very forces of Nature, every muscle taut, every nerve firing --- responding instantly and instinctively to every judder and twitch of the airframe, man and machine utterly melded into one mind and body.

Airspeed numbers climb upwards on his HUD.

              FLIGHT TECH ENGINEER (over radio)
     Mach 7.8, 7.9, 8.0!

                LARDO (over radio)
     That's it! Fastest man alive!

                  MAVERICK
          (cracks a small grin)
     Thanks to you guys.

                LARDO (over radio)
     Ok, cut the scramjet. Passing 204,000
     feet.

Mav looks at the throttles, thinks about pulling them back ---

**INT. MISSION CONTROL - CONTINUOUS**

Lardo glances away from the telemetry, exchanging a grin with the rest of the Mission control team. This is an accomplishment for all of them ---

              FLIGHT TECH ENGINEER
     Sir, he's passing Mach 8.2 and 230,000
     feet!

Lardo swivels instantly back to the screens, concerned.

                  LARDO
     Raker-1, how do you read?

                  MAVERICK
     Raker. Good alpha. I think she's got
     a little juice left...

11.

Lardo hesitates, trusts Mav, but also knows the risks.

                   FLIGHT TECH ENGINEER
     Mach 8.5. Combustion temperature is
     climbing, he's close to an unstart.

                        LARDO
     Got it. Raker-1, I need you to
     shutdown now. Your combustion
     temperature is getting close to the
     limits and we don't want you to have
     to walk home from Wyoming.

                       ADMIRAL
     What's he doing?!

**INT. MOONRAKER COCKPIT - CONTINUOUS**

Ungodly acceleration, the world is nothing but a pin-point directly ahead of Mav. Everything else is just blur. SCRAMJET engine screaming like a thousand banshees.

               FLIGHT TECH ENGINEER (over radio)
     Mach 8.9, Mach 9.0!

                 LARDO (over radio)
     Mav, you've proved your point, come
     on home, bro.

Mav starts to ease off the throttle...

Moonraker suddenly JOLTS VIOLENTLY as a burst of flame rips out from the front, wrong-end of the engine. A dozen warning lights flick on across the console and Mav's HUD.

                     MAVERICK
     I've got a scramjet unstart.
     Throttling back. Decelerating.

More warning lights go on, smoke starts to fill the cockpit, Moonraker starts jerking wildly.

                  MAVERICK (CONT'D)
     Pitching down, RCS thrusters are
     barely countering it. Mach 7.8,
     330,000 feet.

**INT. MISSION CONTROL - CONTINUOUS**

Everyone is scrambling for data, breaking out accident manuals. Lardo is gripping his console tightly, watching the numbers. The Admiral is panicking.

12.

                    LARDO
Mav, can you hear me? Hang on brother, you're almost in the envelope.

                    ADMIRAL
Eject! Why doesn't he eject?!

                    LARDO
He's too fast, sir. The ejection envelope is Mach 5 and below, if he punches out now he's dead. Let us handle this.

                    FLIGHT TECH ENGINEER
Mach 6.2, 300,000 feet.

**INT. MOONRAKER COCKPIT - CONTINUOUS**

Moonraker is slipping out of Mav's grasp. She's wild, shaking and swerving.

                    MAVERICK
Pitch and roll rates increasing, negative alpha. She's starting to shake pretty bad. RCS not responding.

                  FLIGHT TECH ENGINEER (over radio)
Mach 5.4…..Mach 4.9!

                    LARDO
RAKER-ONE, EJECT, EJECT!

Mav grasps the D-RING TRIGGER for his EJECTOR SEAT ready to pull it --- but he hesitates --- one hand on the rudder-stick, one on the ejector trigger --- a conflict of emotions on his face ---

                    LARDO (CONT'D)
EJECT! MAV!

A single red warning light suddenly flicks on directly in front of Mav's face --- he lets out a breath he didn't realize he was holding --- SUDDENLY Moonraker RIPS APART IN A CATACLYSM OF RENDING, SCREAMING METAL...EVERYTHING GOES BLACK.