# EXHIBIT J

**EXT. HIGH ABOVE PACIFIC OCEAN - DAY**

BLUE-TEAM, two single-seat F-18Es (Echoes), blasts across the sky in tight formation. Ahead of them, closing from the opposite direction for a nose-on pass is RED-1, a two-seat F-18F (Foxtrot) piloted by OVERKILL with TOEJAM in the back seat.

**INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS**

Masshole at the stick.

> MASSHOLE
> Blue-1, ready.

**INT. BLUE-2, CREAM, COCKPIT - CONTINUOUS**

The pilot is Cream.

> CREAM
> Blue-2, ready.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

> OVERKILL
> Red-1, ready.

**EXT. SKY - VARIOUS ANGLES - CONTINUOUS**

Overkill's plane and the Blue-team BLAST PAST EACH OTHER ---

> TOEJAM (over radio)
> (passing Blue 2)
> Fight's on!

Blue-team RIPS into a hard left 180' turn ---

> MASSHOLE (over radio)
> Blue-1, Dash-2 tracking two-five.
> Bandit's coming to pass on the nose.

Overkill JINKS INTO AN INVERTED DIVE --- dashing out of Cream's gunsights, dumping Training Flare countermeasures.

> CREAM (over radio)
> Negative padlock. Shit.

Overkill rips past Blue-team and all three planes bank into sharp turns --- Overkill is coming around on a single circle back into the path of the Masshole and Cream.

> MASSHOLE (over radio)
> Bandit at two-low. Break south then
> re-engage! She's trying to make it a
> knife fight

2.

                    CREAM (over radio)
      Blue-2. Breaking south.

Cream rolls out, away from Overkill's attack angle.

**EXT. SKY - MOMENTS LATER**

Overkill and Masshole weave in and out, both pilots slowing their jet down to try and get the other to jump in front and give a clear shot - neither able to.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - MOMENTS LATER**

                    TOEJAM
      Bandit 2 coming around at five-five
      high, Shoot and scoot or he's gonna
      be in our chili real fast.

Overkill grits her teeth - the beep of the radar warning pulses in her ear.

**EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS**

Overkill jinks hard to evade Cream attacking on her tail.

                    CREAM (over radio)
      Pursuing Bandit flowing west 4-4.

Masshole knifes up into a climb to loop after Overkill.

**INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS**

Suddenly his radar warning tone pulses loudly.

                    MASSHOLE (into radio)
        (surprised)
      Blue-1. Contact! No joy.

                    CREAM (over radio)
      Contact forty-four left for 6 closing!

Suddenly Masshole's RWR pulses loudly: Missile lock.

                    MASSHOLE
      What the hell?!

                    MAVERICK (over radio)
      Wildcard-1. Fox 3 on High F-18
      climbing west.

**EXT. SKY - CONTINUOUS**

Mav's F-18E blazes towards the two remaining fighters.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

> TOEJAM
> Contact. Left wing, 1-6 now, he's about 6 miles checking left.

> OVERKILL
> He's not claiming our kill.

**EXT. SKY - CONTINUOUS**

Suddenly finding himself playing defense, Cream pulls hard to get away from Mav --- but Overkill pounces on him.

> OVERKILL (over radio)
> Red-1, Fox-2, F-18 in right hand at 15,000. Engaging Wildcard.

**EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS**

Overkill banks hard as Mav dives in behind her.

**INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS**

Mav pulls his G-suit and GRUNTS from the force of a hard G turn --- pulls his Jet's nose towards Overkill.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

> MAVERICK (over radio)
> Wildcard. Fox-2 on Red-1.

Overkill shakes head in frustration, But respects the flying.

> OVERKILL
> (sourly to Toejam)
> He caught us with our fangs in the floorboard.
> (into radio)
> Bravo Zulu, Wildcard.

**EXT. SKY - DAY**

3 more F-18s rip past each other in a dogfight ---

**INT. BLUE 4, F-18F, CLEFT/MOOCH - MOMENTS LATER**

Mooch scanning the sky for Maverick.

> MOOCH
> Bandit flowing east. No other contacts.

4.

>                    CLEFT
>           Keep an eye out for Wildcard.
>               (into radio)
>           Blue-4. Pursuing Bandit at two-five,
>           10 angels.

**EXT. SKY - CONTINUOUS**

Cleft pulls hard on the fleeing bandit: Skidmark and Fanboy in Red-3.

Red-3 jinks out of his path, but Blue-5, piloted by Ooops, is waiting for him.

>                    OOPS (over radio)
>           Blue-5. Fox-2 on Red-3.

**EXT. A DIFFERENT PATCH OF SKY - LATER**

A F-18E, BLUE-6, Cream, screams through a tight turn.

>                    CREAM (over radio)
>               (angry)
>           Blue-6, No Joy! No Joy! Where is he?

>                    NOSEBLEED (over radio)
>           Break left Six! Bandit at 7 high!

Blue-6 breaks hard into a turn - but there's an F-18E screaming down towards him - it's Spanky in Red-4 ---

**INT. RED-4, SPANKY, COCKPIT - CONTINUOUS**

Spanky grits his teeth against the G-forces of his maneuver.

The target lock tone bleeps in his ears and he pulls the trigger on his stick.

>                    SPANKY
>           Fox-2. Lead F-18 flowing west.

Bradshaw's missile warning system bleeps as BLUE-7, Tinman and Nosebleed, tries to bracket him ---

**EXT. RED-4, BRADSHAW - CONTINUOUS**

Bradshaw dumps flares and slams his jet down and away.

**EXT./INT. BLUE-7, TINMAN/NOSEBLEED - MOMENTS LATER**

Blue-7 dives after Spanky --- a roller coaster ride of inverted twists and turns ---

**INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER**

Spanky is in a vicious turning battle with Blue-7 but then he sees CONTRAILS in the distance: another F-18 closing on them, it's Maverick.

Spanky scowls behind his oxygen mask --- then glances at his airspeed: it's Dropping from his turning chase with Blue-7.

He glances again at Mav - getting dangerously closer --- if Spanky doesn't move, he's dead meat. Spanky flips a switch on his radio.

     SPANKY (over radio)
   (faking panic)
 Wildcard! 8 high!

**INT. BLUE-7, TINMAN/NOSEBLEED - CONTINUOUS**

     TINMAN
 What?

Tinman and Nosebleed suddenly glance up in concern - register Mav's approaching Jet and for a split second, their attention is distracted from Spanky.

Their Radar Warning tone suddenly bleeps to life with a missile lock.

     SPANKY (over radio)
 Fox-2 on F-18. Engaging Wildcard.

     TINMAN AND NOSEBLEED
 Stinson!

Tinman slams his hand against the canopy. Knows they just got taken.

**EXT. SKY - CONTINUOUS**

Suddenly it's just Mav and Spanky with Mav's coming hard down on Spanky's tail.

Spanky dumps flares and dives, regaining speed he lost in killing Blue-6. Mav gives chase.

Spanky jinking hard --- Mav staying on his ass ---

Both pilots pushing their limits --- Pulling G-suits, grunting against the punishing inertial forces ---

6.

**INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER**

Spanky is running hard - his RWR warning tone flickering on and off as Mav tries to get a lock and Spanky feverishly defends ---

Spanky glances up towards the sun --- a desperate idea forming...

Spanky jinks and goes vertical ---

**INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS**

Mav pulls to follow Spanky but suddenly finds himself staring into the sun --- loses sight of Spanky's jet.

**INT./EXT. RED-4, SPANKY - MOMENTS LATER**

Spanky is nose-vertical - watching his airspeed drop rapidly ---

> SPANKY
> (to himself)
> Come on baby, don't stall.

Suddenly he slams his rudder and flicks the throttle --- a risky Rudder Reversal, spinning his jet in a rapid 180', flipping the position of his nose and tail in a tight space --- and now he's facing almost right back down at Mav ---

**INT. WILDCARD-1 COCKPIT - CONTINUOUS**

Mav sees Bradshaw flip out of the sun and spin --- coming back down on him.

Mav jinks brutally into a dive of his own --- grunting with the sucker-punch of G-forces to avoid a target-lock, but now Mav has become the rabbit and Spanky is diving on his 6. His Radar warning system starts blurping loudly.

**INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER**

Spanky has Mav in a missile lock.

> SPANKY
> Fox-2. Kill Continue ---

Instead of break off, he flips a switch on his stick and hammers his throttle, closing on Mav.

> BRADSHAW
> Continue. Red-4. Trigger down.

Spanky finally breaks off and away from Mav.

7.

                   MAVERICK
        Sierra Hotel, Red-4. See you on the
        deck.

Spanky doesn't respond.

GRAY0025