# EXHIBIT K

INT.   READY ROOM - LATER

Bradshaw stands at the podium - using a telestrator to walk
through the telemetry of his engagement with Cream and
Tinman/Nosebleed and then Maverick's Wildcard.

Cream, Tinman and Nosebleed sit adjacent to him. The other 8
trainees and Mav sit in the remaining seats facing them.

There's an undercurrent of tension in the room --- Spanky
embarrassed Maverick and everyone knows it.

                    SPANKY
          I sighted Captain Mitchell closing
          and pressed for the Kill on Blue-6,
          knowing that a continued engagement
          would cost too much airspeed for
          either of us to defend the Wildcard.

                    TINMAN
          I concur.

                    NOSEBLEED
             (chagrined nod to Bradshaw)
          Red-4 displayed superior awareness
          of the environment and used it to
          his advantage for a kill.

                    SPANKY
          I then merged with Captain Mitchell.
          Maneuvered to Become offensive. Took
          a valid, fox-2. Pressed into gun
          solution for multiple valid gun kills.
          The fighter noted poor out of plane
          guns-defense out of the bandit.
          Captain Mitchell anything to add?

                    MAVERICK
          Negative. I concur with your
          assessment. Good shots, good kills.

                    MERLIN
          I have a question.

Everyone spins in surprise. Merlin stands at the back door
into the room.

                    SPANKY
          Sir! Attention on deck!

Mav and all the Pilots move to snap to attention.

                    MERLIN
          At ease. Keep your seats.

2.

                    SPANKY
          Yes sir. You had a question?

                    MERLIN
          You took a valid Fox-2, but it seems
          to me you violated training rules
          and pressed inside 1000' for a gun
          kill. And why did you not acknowledge
          that fact in your assessment?

                    SPANKY
              (hesitates)
          Sir, you're right. I missed that. I
          wanted to continue to practice, and
          Missiles can be defeated, sir.

     Merlin glances skeptically towards Mav.

                    MERLIN
          Captain?

                    MAVERICK
          Sir, it was maybe a little close,
          but I concur with his decision to
          continue beyond the Fox-2. The
          parameters that we're training for
          push all of the norms. He had his
          fangs out and moved in for the kill.

     Merlin reluctantly nods, but he's not wholly buying it.

GRAY0027