# EXHIBIT L

Overkill mirrors their maneuver with a matching nose-low left hand turn --- placing her and the trailing Blue-2/Cream nose-to-nose for a second merge while Blue-1/Masshole tries to turn and get on her tail. This is a "2-circle fight", a high-speed, brutally painful, high-G battle in which two aircraft are chasing each other's tails through the sky ---

### INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Masshole GRUNTS against the G's crushing him --- forcing himself to breathe --- pulling the nose of his jet hard to try and get behind Overkill ---

### INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS

Toejam has his eyes glued on Masshole who's trying to come around behind them --- Overkill is fixed on Blue-2/Cream still ahead of her and closing fast ---

>                    TOEJAM
>           Hole's gaining on us ---
>
>                    OVERKILL (INTO RADIO)
>           Left-to-left.
>
>                    CREAM (over radio)
>           Left-to-left.

### EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Another knife-edge pass as Red-1/Overkill blasts past Blue-2/Cream ---

### INT. RED-1, OVERKILL/TOEJAM, COCKPIT - MOMENTS LATER

>                    TOEJAM
>              (a little concerned)
>           Hole's nose coming on! Pull into
>           him!
>
>                    OVERKILL
>           I got him.

### INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Masshole is seconds away from a missile lock on Overkill ---

>                    MASSHOLE
>           Blue-1 engaged, offensive.

### EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Overkill suddenly JINKS INTO AN INSANE INVERTED DIVE --- dumping flares to defeat his impending IR missile shot.

**INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS**

Red-1/Overkill's flares foul his target as she dives away.

> MASSHOLE
> Shit!

Masshole jinks hard, trying to keep on her ---

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

> TOEJAM
> He's got a bag of knots, go one-circle with him.

> OVERKILL
> Got it.

Overkill and Toejam GRUNT from a sledgehammer of G's as she reverses the direction of their turn --- pulling into Masshole --

**EXT. SKY - VARIOUS ANGLES - MOMENTS LATER**

Red-1/Overkill is tangled with Blue-1/Masshole in a "one-circle flat-scissors" --- a crisscrossing fight, weaving back and forth --- Both pilots slowing their jet down to try and get the other to jump in front and give a clear shot - neither able to.

> MASSHOLE (over radio)
> Cream, she wants a knife fight --
> You need to extend, get distance and pitch back in for a shot.

**INT./EXT. BLUE-2, CREAM, COCKPIT - CONTINUOUS**

> CREAM (INTO RADIO)
> Wilco. I'm off free. Shot in 15 seconds.

Cream lights his afterburners and angles his nose low --- separating from the pack and building speed ---

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - BEAT LATER**

Overkill weaves left as Blue-1/Masshole goes right --- both she and Toejam Grunting and breathing against the G's.

> OVERKILL
> Where's Cream? I lost him.

> TOEJAM
> Tally One, left ten o'clock, 3 miles, 5 low. Coming around. He's arcing!

4.

                   OVERKILL
          (locating Cream)
     Tally one.
          (grins behind her mask)
     Let's put him out of his misery.

**INT. BLUE-2, CREAM, COCKPIT - CONTINUOUS**

Cream is climbing through a left-hand turn --- afterburners at full grunt ---

                 CREAM (INTO RADIO)
          (grunting from the G's)
     Turning in.

                 MASSHOLE (over radio)
          (concerned)
     Blue-2, you're arcing!

Cream suddenly glances up with concern --- realizes the fight has moved and he's overshot ---

                 CREAM (INTO RADIO)
     Blind, no joy. Coming around!

Suddenly his RWR warning tone sounds ---

                 OVERKILL (over radio)
     Fox-2. Kill the F-18 in full
     afterburner, left-hand turn, nose
     high.

Cream flinches, realizing he's gooned it up.

                 CREAM
          (pissed at himself)
     Copy kill, exiting.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

Overkill throws their jet into another hard banking pass with Masshole ---

                 TOEJAM
     What a grape! Let's the finish this
     chowderhead off. Get to the alpha
     and work on his six ---

**EXT. AIR - CONTINUOUS**

Red-1/Overkill and Blue-1/Masshole weave again, passing low-to-high ---

**INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS**

Masshole grunts and breathes against the G-forces. Suddenly his radar warning tone pulses loudly. He behind his jet in surprise ---

>                    MASSHOLE (into radio)
>              (surprised)
>          What the shit?!

**EXT. SKY - CONTINUOUS**

Swooping on Blue-1/Masshole's rear is another F-18E...

**EXT./INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS**

Maverick is at the stick, Blue-1/Masshole in his gunsights -- the missile lock confirmation tone pulsing in his ear. His eyes are smiling...it's good to be back in the saddle again.

>                    MAVERICK (into radio)
>          Fox-2. Kill low F-18.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

>                    OVERKILL
>              (shocked and confused)
>          Holy shit. Is that Mav? Where is he?
>          What the...
>
>                    TOEJAM
>              (rapid fire)
>          Ditch left NOW!

Overkill and Toejam both Grunt as Overkill throws the jet into a punishing evasive maneuver.

>                    TOEJAM (CONT'D)
>          He's at our left 7, half a mile, one
>          low!
>
>                    OVERKILL
>              (glancing skyward)
>          Dammit. Tally one. I got 'em now.

**EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS**

Overkill banks hard, pumping out flares as Mav dives in behind her.

**INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS**

Mav's G-suit inflates and he GRUNTS HARSHLY following Overkill through a hard diving turn --- trying to pull his Jet's nose around faster --- vapor clouds ripping over his wings ---

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

>              MAVERICK (over radio)
>     Fox-2 on low-nose Hornet, 8 angels.
>     Knock it off, Knock it off.
>
>              OVERKILL (INTO RADIO)
>     Copy kill. Knock it off, knock it
>     off.

Overkill flips off her mask in disgust.

>              OVERKILL (CONT'D)
>     Stinson! We had this thing suitcased!
>
>              TOEJAM
>     Where the hell did he come from?
>
>              OVERKILL
>     The goddamned wild card ---

                                          JUMP CUT TO:

**EXT. CLOUDY SKY - VARIOUS - DAY**

3 NEW F-18s rip past each other in a NEW DOGFIGHT ---

Blue-1, an F-18F is Mooch and Cleft. Blue-2, an F-18E, is Oops. Red-1, an F-18F is Skidmark and Fanboy.

**INT. BLUE 1, F-18F, CLEFT/MOOCH - MOMENTS LATER**

>              CLEFT (INTO RADIO)
>     Blue's, break left 90, tally one,
>     left 11 o'clock, 2 miles level.
>
>              OOPS (over radio)
>     Tally one, visual. Keep your heads
>     on a swivel for Wildcard.
>
>              CLEFT (INTO RADIO)
>     Affirm.
>         (to Mooch)
>     Mooch, I'm gonna extend for knots,
>     keep an eye out for Mav. Don't let
>     us get schwacked!

Mooch frantically scanning behind their plane ---

>              MOOCH
>     We're good, we're good.

**EXT. SKY - CONTINUOUS**

Cleft pulls hard on Skidmark and Fanboy in Red-1.

Red-1/Skidmark jinks right into a hard dive, but Blue-2/Oops, is waiting for him.

>           OOPS (over radio)
>      Fox-2. Kill On F-18 in right-hand
>      dive.

                                        JUMP CUT TO:

**EXT. A DIFFERENT PATCH OF SKY - LATER**

A F-18E, BLUE-1/Cream, screams through a tight bank.

>           CREAM (over radio)
>      (angry)
>      Blue-2, where is he?

>           NOSEBLEED (over radio)
>      Ditch left! Bandit at 7 high!

Blue-1/Cream dives hard and pumps out flares, but there's an F-18E screaming down towards him - it's SPANKY in Red-1 ---

**INT. RED-1, SPANKY, COCKPIT - CONTINUOUS**

Spanky exhales a grunt against the G-forces of his maneuver.

The target lock tone bleeps in his ears and he pulls the trigger on his stick.

>           SPANKY
>      Fox-2. Low F-18 in left-hander.

Spanky's missile warning system suddenly bleeps as BLUE-2 with TINMAN and NOSEBLEED, tries to bracket him ---

**EXT. RED-1, BRADSHAW - CONTINUOUS**

Spanky dumps flares and slams his jet down and away ---

**EXT./INT. BLUE-2, TINMAN/NOSEBLEED - MOMENTS LATER**

Blue-2/Tinman dives after Spanky ---

**INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER**

Spanky is in a vicious turning battle with Blue-2, but then he sees CONTRAILS in the distance: another F-18 closing on them, it's Maverick.

Spanky scowls behind his oxygen mask --- then glances at his airspeed: it's Dropping from his turning chase with Blue-2.

If Spanky doesn't move, he's dead meat. Spanky flips a switch on his radio.

>                    SPANKY (over radio)
>              (faking panic)
>          Wildcard! 2 miles 7 high!

**INT. BLUE-7, TINMAN/NOSEBLEED - CONTINUOUS**

>                    TINMAN
>          Shit, we're gonna get schwacked!
>          Where is he?

Nosebleed frantically scans the sky behind them --- registers Mav's approaching Jet.

>                    NOSEBLEED
>          Left one at 6'o clock closing.

Tinman Cranks into a hard left bank --- and for a split second, their attention is distracted from Spanky.

Their RWR tone suddenly bleeps to life with a missile lock.

>                    NOSEBLEED (CONT'D)
>          Stinson!

>                    SPANKY (over radio)
>          Fox-2. Kill On F-18 left turn.
>          Engaging Wildcard.

>                    TINMAN (INTO RADIO)
>          Copy Kill. Exiting.

Nosebleed slams his hand against the canopy. Knows they just got suckered.

**EXT. VARIOUS ANGLES, SKY - CONTINUOUS**

Suddenly it's just Mav and Spanky and Mav's coming hard down on Spanky's tail.

Spanky dumps flares and dives, regaining speed he lost in killing Blue-2. Mav gives chase.

Spanky jinking hard --- Mav staying on his ass ---

Both pilots pushing their limits --- G-suits inflated, grunting against the punishing inertial forces ---

**INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER**

Spanky is sweating --- running hard --- his RWR warning tone flickering on and off as Mav tries to get a lock and Spanky feverishly defends ---

Spanky glances up at the sun -- a desperate idea forming...

Spanky suddenly goes 90-degrees nose-up -- Vapes are pouring off the wings as the high G maneuver squeezes every last bit of humidity out of the SOCAL air. This nose-high maneuver places the bright sun directly behind his aircraft ---

### INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav suddenly finds himself staring into the sun --- loses sight of Spanky's jet.

### INT./EXT. RED-1, SPANKY - MOMENTS LATER

Spanky is nose-vertical - watching his airspeed drop rapidly ---

> SPANKY
> (to himself)
> Come on baby, don't stall.

Suddenly he slams his rudder and flicks the throttle --- a risky "Pirouette" Rudder Reversal, spinning his jet in a rapid 180', flipping the position of his nose and tail in a tight space --- and now HE'S FACING ALMOST RIGHT BACK DOWN AT MAV ---

### INT. WILDCARD-1 COCKPIT - CONTINUOUS

Mav sees Bradshaw flip out of the sun and spin --- coming back down on him.

Mav jinks brutally into a dive of his own --- grunting with the sucker-punch of G-forces to avoid a target-lock, but now Mav has become the rabbit and Spanky is diving on his 6. His Radar warning system starts blurping loudly.

### INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER

Spanky has Mav in a missile lock.

> SPANKY (INTO RADIO)
> Fox-2. Kill low Hornet. Continue.

### INT./EXT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav's eyes narrow --- this is unexpected.

> MAVERICK (INTO RADIO)
> Continue.

Mav ejects flares, reverses into right hand turn ---

### INT./EXT. RED-1, SPANKY - MOMENTS LATER

Spanky is on Mav's plane like a pitbull, not letting go --- he hammers his throttle, drawing close on Mav.

10.

Flips a switch on his stick, going to guns. He's got Wildcard/Mav in his HUD boresight.

      SPANKY (INTO RADIO)
  Trigger down. Pipper's on, Tracking.
  Tracking, Tracking, Tracking ---
    (a beat)
  Knock it off, knock it off.

**INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS**

Mav glances towards Spanky's jet, we can tell that he's frowning behind his mask.

      MAVERICK (INTO RADIO)
  Knock it off, knock it off. Nice
  work. Fence out. I got lead on the
  left.

GRAY0036