# EXHIBIT M

INT. READY ROOM - DAY

The 10 remaining aviators sit in their seats, Maverick at the podium. Behind him are slide projections of maps of desert canyons and rough hills.

                    MAVERICK
        For the last 25 years we've been
        doing business at medium to high
        altitude, at night, delivering laser-
        guided and GPS missions. However,
        due to technical and practical issues,
        those options are not on the table
        here.

Mav plays footage from a simulator showing a low flight path over that terrain.

                    MAVERICK (CONT'D)
        You will be conducting a low level
        Ingress at 100' feet and below, over
        vertical terrain and in a hostile
        territory with a robust Air-to-air
        threat and a formidable Integrated
        Air Defense system consisting of
        stationary sites, mobile tactical
        SAMs and MANPADs.

The aviators all exchange looks of extreme surprise.

                    MAVERICK (CONT'D)
        The final route cannot be
        predetermined, so we will train on
        three distinct routes.

Mav clicks a slide and the terrain maps are overlaid with 3 routes.

                    MAVERICK (CONT'D)
        Once airborne you'll get a route
        call and time to target. You will
        need to finish in the minimum amount
        of time and use terrain masking to
        avoid radar detection. Any Smoky SAM
        hits will be noted, but continue
        through the course. The mistakes you
        make here are so you don't make them
        later.

Overkill raises a hand. Mav nods at her.

                    OVERKILL
        Sir, respectfully, a ceiling of one
        Cherub breaks all training and safety
                    (MORE)

> OVERKILL (CONT'D)
> regulations. Those rules were written because pilots died.

Mav nods slowly, empathetically.

> MAVERICK
> All of that is true. If anyone is unwilling to take that risk, there are no repercussions for quitting and no one will think less of you.

No one budges from their chair.

> MAVERICK (CONT'D)
> OK. Sims are available for each possible route, learn them. We start tomorrow. Good luck.

Mav exits the room, the pilots all share bug-eyed looks.

> CLEFT
> Jeezus H., this is nuts.

> MASSHOLE
> What the hell is this mission?

> CREAM
> I don't know, but a 100 foot ceiling --- sounds damn fun.

Spanky says nothing, but we can see the wheels churning in his head as he looks at the maps of winding canyons the wall ---

MATCH CUT TO:

EXT. OVERHEAD A WINDING DESERT CANYON - DAY