# EXHIBIT N

Boogie says nothing, but we can see the wheels churning in his head as he looks at the maps of winding canyons the wall --- CAMERA PUSHES PAST HIM AND CLOSE ON MAP and WE HEAR THE SLOWLY RISING HOWL OF F-18 ENGINES ---

> MAVERICK (over radio) (V.O.)
> Shark 1-2, proceed to gold route.
> Time on Target 15 minutes.

> BOOGIE (over radio) (V.O.)
> Shark 1-2. Pushing Gold.

**EXT. DESERT MOUNTAINS/CANYON - SAM ALLEY - DAY**

POV FROM THE NOSE OF AN F-18E: ripping a brutal slalom through canyons and valleys at nauseating speeds --- Rock outcroppings and boulders shriek past a few dozen feet below --- wingtips right at the canyon rim or below the peaks of the mountains ---

**INT. F-18 - CANYON RUN - MOMENTS LATER**

Boogie's head jostling as he makes, sharp, quick maneuvers, zig-zagging to avoid the terrain flashing past ---

> BOOGIE
> Shark 1-2, Checkpoint 2 inbound ---

**EXT./INT. F-18E - CANYON RUN - MOMENTS LATER**

Boogie blasts up a sloping ridge ---

As he reaches the top he banks the jet sharply up on it's side, 135 degrees, slightly beyond perpendicular to the crest of the ridge ---

Sunlight flashing off his wings before he slices down the slope on the other side and rolls level --- JUST IN TIME TO SEE ANOTHER RIDGE RAPIDLY APPROACHING ---

Boogie is poorly set for it --- acting on instinct, he rolls upward to avoid it ---

Suddenly his RWR alarm sounds and a SMOKEY SAM (a spiraling flare that simulates a real SAM launch) fires into the sky from a launcher hidden among the terrain.

> MAVERICK (over radio)
> Boogie, you're Dead. Continue.

**INT. READY ROOM - CONTINUOUS**

Mav and the other pilots watch multiple video feeds/data feeds on Boogie's Jet as he finishes out the run. Mav on headset, able to talk to pilot --- he pushes the microphone away from his mouth and glances to the other pilots.

GRAY0039

                    MAVERICK
Going perpendicular over a ridge will minimize radar acquisition and keep your speed, but it'll leave you belly up to the terrain with little time to reestablish your scan and react. And your wing-flash raises the risk of visual acquisition --- It's better to find a saddle and stay below the peaks or go parallel. You can always make up the speed ---

**EXT. F-18F - PILOT/WSO - LATER**

FLASHING through a canyon route - **WSO calling out checkpoints and Rock features.**

Watching altitude closely - white knuckle flying. Sweat pouring down both of their faces.

                    WSO
We're behind TOT, gotta burn on the next ridge ---
    (checks map)
We can cut a corner at xyz. Calls out course correction-height- speed

They blast through a saddle between two peaks - unaware that their new position puts them in direct Line of Sight of a mobile SAM launcher --- SHWOOM! a Smokey SAM twirls upwards.

                  WSO (CONT'D)
    (realizing error)
Shit! We're schwacked.

                MAVERICK (over radio)
Pilot, notched. Kill. Continue.

**EXT. /INT. F-18 - CANYON RUN - LATER**

MASSHOLE - hauling ass down a craggy desert valley ---

SCREAMING over a ridge, but he's moving too fast, and overshoots the blind side - A SMOKEY SAM launches him up.

                MASSHOLE
Shark, notched. Defending.

Masshole rolls out in a defensive maneuver and dumps chaff, but the roll takes him higher --- and suddenly multiple SMOKEY SAMs rocket up from other launchers.

                MAVERICK
Notched 3, Masshole. Kill. Continue.

>                    SKIDMARK (V.O.)
>           Sir, how are we supposed to defend a
>           notch at this speed and height?

**INT. READY ROOM - CONTINUOUS**

>                    MAVERICK
>               (addressing the pilots)
>           Your instincts and training says to
>           turn and put the threat on your 3 or
>           9 and do a hard out of plane pull
>           perpendicular to the intercept axis
>           of the threat --- if you can see it
>           you can beat it - but if you roll out
>           and climb above the terrain, it's
>           gonna be open season on your ass/a
>           shooting gallery.
>
>                    SKIDMARK
>           We can't defend without climbing, at
>           this altitude and speed, if we drop
>           our nose even 5 degrees, we've got 2
>           seconds before we hit the ground ---
>
>                    MAVERICK
>           Even if you climb, odds are you're
>           not going to have time to turn off a
>           SAM anyway. Your best move is to
>           Porpoise. Fast-Lift straight back,
>           dump chaff and then push back down --
>
>                    CREAM
>           And leave a SAM on our 6?
>
>                    MAVERICK
>           Trust your speed and the terrain to
>           cut off line of sight and keep you
>           safe.

A few pilots shake their heads with uncertainty...no one is sold on Mav's doctrine.

>                    OOPS (over radio)
>           Shark 1-5, set.
>
>                    MAVERICK
>               (turning back to the monitors)
>           Shark 1-5, proceed Green route. T-O-T
>           thirteen.
>
>                    OOPS (over radio)
>           1-5, Affirm. Pushing Green.

4.

**EXT./INT. F-18E, OOPS - VARIOUS ANGLES - MINUTES LATER**

Oops is shredding, low and fast --- machine-like precision as he tears over the terrain and dives into a jagged canyon ---

**INT. READY ROOM - MINUTES LATER**

Masshole enters room to find everyone in the room watching, riveted, excited.

>                    MASSHOLE
>           What's going on?
>
>                    BOOGIE
>           Oops is moving shit hot. Not a single
>           notch ---
>
>                    CREAM
>           So what? I made checkpoint 4 too.
>
>                    CLEFT
>           Yeah Cream, you made it, then got
>           schwacked a second later ---

**EXT. /INT. F-18E, OOPS - VARIOUS ANGLES - MOMENTS LATER**

Oops banks parallel alongside a ridge-line, then rolls hard over it - pulling his nose in the opposite direction and down the slope ---

**INT. READY ROOM - CONTINUOUS**

The pilots murmur appreciation at the move.

>                    MOOCH
>           That was slick as hell ---
>
>                    CREAM
>           He just got past Overkill ---
>
>                    OVERKILL
>           Good! About time one of you Echoes
>           managed to fly with me and Jam.
>
>                    TOEJAM
>           Approaching the IP. He's actually
>           going to do it ---
>
>                    FANBOY
>           He's still gotta watch the clock ---

Everyone exchanges a look of mixed emotions - their competitive nature's burned that someone is showing them up, they all want to be having this run --- but simultaneously rooting for someone to do it ---

5.

On the video screens, Oops pulls another slick move

      OVERKILL
    (quiet hope)
  He's gonna do it --

An INDICATOR CAUTION LIGHT suddenly lights up on the screen displaying the jet's data.

      TOEJAM
  What's that caution?

In the Cockpit monitor, Oops glances down in his cockpit - seeing it too.

      OOPS
  I've got a yellow master light ---

      PILOT
  MIDS OV HEAT - it's nothing, ignore
  it.

**INT. F-18E, OOPS - MOMENTS LATER**

Oops glances down again --- flips a switch trying to disable caution - and for that second, his scan drops out - through the canopy we see a mountain ridge suddenly looming directly ahead ---

Oops looks back up --- HOLY FUCK! He's about to hit a mountain --- He pulls hard and banks --- a PAINFUL GRUNT as the brutal G-forces slam him ---

**EXT. F-18E, OOPS - MOUNTAINSIDE - CONTINUOUS**

Oops' jet screeches up --- skin of his teeth --- belly of the jet only a few feet away from being ripped open by the rocks --- then his jet pulls clear --- up and over the mountain --- pops the deck ---

SMOKEY SAMs lauch immediately --- Oops doesn't even flinch - running on adrenaline and training, he rolls in defense and dives back down towards the terrain --- finishes the run.

      MAVERICK (over radio)
  Oops. Notched. Kill. Good recovery
  and continue. Bravo Zulu.

**INT. F-18E, OOPS - MOMENTS LATER**

Oops lifts his jet into higher altitudes, then pulls his mask off --- his hands are shaking --- he's covered in sweat --- adrenaline crashing hard with the realization of how close he came to death.

GRAY0043

6.

**INT. READY ROOM - MOMENTS LATER**

The pilots are all shaken and discouraged ---

              CLEFT
    Jesus that was close ---

              CREAM
    Damn. Is anyone going to do this?

              MAVERICK
    Every one of you can do this.

Everyone is quiet for a beat.

              BOOGIE
    Sir, no one has survived a single
    route, let alone in the time you're
    asking for... It feels like you've
    given us an impossible task.

              MAVERICK
    I haven't.

              GOOSE JR.
    Well, sir, if it can be done, we'd
    sure like to see how.

Mav stares at Boogie: He's really going to challenge Mav again? Didn't they just have a talk about this...

Mav finally nods and looks at the flight schedule.

              MAVERICK
    Masshole, you were next slot. I'm
    taking your jet.

Mav turns and starts to walk out ---

              BOOGIE
    Sir, do we get to call the route?

Mav stops shakes his head and glances back at Boogie, a look of cold challenge: "so you want to do it this way, huh?"

              MAVERICK
    Bring it.

Mav exits. The pilots all turn to Boogie, stunned.

              CREAM
    Holy shit, dude, that was gnarly.

              OVERKILL
    What's with you? Calling out an O6?

>            BOOGIE
>       It's the truth.

### INT./EXT. F-18 & COCKPIT - MAV'S RUN - LATER

A series of cuts throughout Mav's intense 15 minute run --- every step of the way the toll of the punishment grows more visible: sweat pouring down his face, grunts and gasps for air, etc.:

Mav's F-18 heads towards a stretch of canyon ---

>            MAVERICK (over radio)
>       Shark 1-1, pushing Gold.

Afterburners ROAR as Mav dives into the course ---

Blitzing through the canyon --- narrowly evading terrain ---

>            MAVERICK (CONT'D)
>       Checkpoint 2.

### INT. READY ROOM - CONTINUOUS

The faces of the pilots - eyes riveted to the monitors.

### INT./EXT. F-18 & COCKPIT - MAV'S RUN - LATER

Mav rips up a slope --- goes parallel to the ridge, and rolls over it --- harder and faster than Oops did it --- G-suit inflated, Mav is breathing against the G's, GRUNTING, punishing himself ---

He clears the ridge and flicks on afterburners --- an unstoppable bullet-train smoking down the opposite slope --- barely off the deck ---

>            MAVERICK
>       Checkpoint 3.

Brutally throwing himself and his jets between jagged peaks ---

>            MAVERICK (CONT'D)
>       IP Inbound.

Smashed by G's, pulling through another gnarly stretch of canyon ---

>            MAVERICK (CONT'D)
>       On target.

Mav rips up out of the canyon into blue skies.

8.

**INT. DEBRIEF AUDITORIUM - MOMENTS LATER**

The pilots watch the screens in dumbfounded silence.

              MAVERICK
    Shark 1-1. What's my time?

Boogie reluctantly puts on the headset.

              BOOGIE
    Shark 1-1. Affirm. Yes sir, no missile
    intercepts. Didn't break altitude.
    Under the time marker.

              MAVERICK
    Copy that. See you back at the Ranch.

Boogie takes off headset, everyone looking at him, shaking their heads: asshole, thanks a lot, made us look stupid.