# EXHIBIT O

**INT. READY ROOM - DAY**

CLOSE ON a video monitor showing a simulation of an F-18 performing a pop-up attack - the imagery shows the plane both from an external side-shot and from the POV of the pilot looking through the HUD.

      MAVERICK
  The target is screened by GPS blockers
  making our JDAM smart bombs as good
  as dumb and it's buried too deeply to
  be destroyed by Tomahawks. So we'll
  be using the FLIR laser-targeting
  system to guide GBU-24 bunker busters.

WIDE ON: Maverick wielding two demonstration sticks (2-foot long sticks with a model F-18 at the tip) at the front of the class. The video monitor behind him along with a projection screen showing a diagram of the practice mission's flight plan.

      MAVERICK (CONT'D)
    (demonstrating with the sticks)
  At Initial Point, Foxtrots will elevate
  into a 2g left-hand turn and laze the
  target while the Echoes perform a pop-
  up maneuver in welded wing formation ---
  climbing to 8,000 feet, then roll
  over to dive and use the plane's
  inertia to increase the penetrating
  power of your bunker busters.

      OVERKILL
  How long do we have to maintain a
  laser-lock on the target?

      MAVERICK
  45 seconds.

      MOOCH
   (whistles)
  That's a long time to be graping it,
  sir.

      MAVERICK
  That's right, it's also a lot of time
  to make a mistake. You're going to
  have to maintain defense while keeping
  the FLIR targeted and Coordination of
  this attack is key. If Foxtrots mask
  the laser with their plane or otherwise
  lose acquisition, the bombs will miss.
  If Echoes release outside the laser-
  basket, the bombs will miss ---
      (MORE)

>                    MAVERICK (CONT'D)
>               (turns to the Echo pilots)
>           And an impact at the target will
>           distort and diffuse laser guidance,
>           preventing a second strike. That means
>           Echoes have to drop your bombs
>           simultaneously.
>
>                    FANBOY
>           How big is the target, sir?
>
>                    MAVERICK
>           You need to maintain accuracy within
>           four feet.

*Someone responds incredulously*

>                    MAVERICK (CONT'D)
>           We'll start in two-plane teams and
>           work our way up to the full welded-
>           wing attack run. Success is only
>           possible if we stick to the parameters
>           and work together.

**EXT. LOW OVER BOMBING RANGE - MORNING**

Two F-18s, BOOGIE and SKIDMARK/FANBOY, blast low over ground pockmarked by scrub brush, heading towards a "complex" of Rusted Shipping Containers arranged to simulate buildings ---

>                    BOOGIE (over radio)
>           IP Inbound ---

**INT.   F-18E COCKPIT - MOMENTS LATER**

>                    BOOGIE
>           Apache Attack.

Suddenly Boogie pulls into a sharp vertical climb --- almost straight up into the sky --- Grunting against the G-forces --- vapors pouring off his wings and cockpit ---

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

Skidmark has their F-18F climbing and banking, wings tilted 25 degrees to the ground ---

>                    FANBOY
>           Don't mask. Watch the mask --- you're
>           5 degrees from the envelope ---
>
>                    SKIDMARK
>           Active SAM at grid 4, hurry up Fan ---

3.

Skidmark adjusts their angle as Fanboy manipulates the targeting controls for the FLIR.

      FANBOY (into radio)
  Target acquired --- Laser on.

**INT. F-18E, BOOGIE - CONTINUOUS**

      BOOGIE
  Apache In.

Boogie violently jerks into an inverted roll over and we're now diving STRAIGHT AT THE GROUND --- a seemingly suicidal angle of attack ---

In his HUD we see the Pipper/cross-hairs jittering closer to the rapidly growing TARGET: a GREEN OIL-DRUM sitting in exact the middle of 3 RUSTY CARGO SHIPPING CONTAINERS arranged in a U-shape.

      BOOGIE (over radio) (CONT'D)
  3 ---

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

POV Fanboy --- the targeting reticule of the FLIR shimmering on and off the target Oil-Drum.

      BOOGIE (over radio)
  --- 2 ---

      FANBOY
  Easy, easy, come back to the right ---

Though they're holding a steady course, Skidmark and Fanboy are both sweating profusely -- operating on a knife's edge --

      BOOGIE (over radio)
  --- 1 ---

**INT. F-18E, BOOGIE - CONTINUOUS**

Boogie thumbs his weapon release toggle ---

      BOOGIE (over radio)
  --- Pickle.

**EXT. F-18E, BOOGIE - CONTINUOUS**

Boogie's jet drops a LASER-GUIDED TRAINING ROUND, a 6-foot long blue cylinder with fins at one end.

As the bomb arcs downward, Boogie pulls his jet into a screaming climb to gain altitude away from the target --- Vapors exploding off of his wings ---

4.

>               BOOGIE (over radio)
>     Apache 1 away.

**EXT. TARGET STRUCTURE - MOMENTS LATER**

The training bomb SMASHES into one of the shipping containers with a TITANIC CONCUSSIVE IMPACT sending up a puff of white smoke and leaving a charred, watermelon-sized hole --- the Green Oil drum is totally untouched.

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

>               FANBOY
>     Negative impact.
>
>               SKIDMARK
>     Apache 2 away.
>         (flips to inter-cockpit radio)
>     Was that on us?

Suddenly their RWR alarm BLARES TO LIFE ---

>               FANBOY
>     Lock! Off-target, 1-2-0-7, 7 miles
>     high, declare. Shit!

**EXT. SKY - MOMENTS LATER**

Maverick in an F-18E darts through the sky towards the jets of Boogie and Skidmark/Fanboy --- both of whom are dumping flares and pulling hard ---

>               BOOGIE
>     Flow to merge. Let's take him nose
>     on, turn 180 and blow through ---

**EXT. SKY - MOMENTS LATER**

Maverick and Boogie's F-18s rip past each other heading in opposite directions --- a second later Skidmark blasts past Maverick as well ---

Mav jerks into a hard banking turn --- straining against the G's --- Vapors pouring off the wings --- but by the time Mav he gets his nose back around, Boogie and Skidmark are dwindling specks on the horizon ---

**EXT. F-18E - LATER/MID-MORNING**

*From this point on the shots of this sequence become progressively shorter and faster, building up to a frenetic intensity of action, radio calls and pilots reaction ---*

ANGLE ON Masshole in an F-18E at the top of his pop-up climb --- rolling inverted and screaming nose-down towards the deck -

5.

       MASSHOLE
    3,2,1, Pickle!

The Training bomb drops from Masshole's plane and he peels upwards into a steep climb --- but the bomb drops lifeless --- un-guided --- pancakes into the ground, not even close to the target.

### INT. F-18F COCKPIT, CLEFT/MOOCH - MOMENTS LATER

Cleft at the stick, Mooch behind him.

       MOOCH
   What the hell? That thing pancaked.

       CLEFT
   You were captured right?

Their RWR missile-lock suddenly shrills.

       MOOCH
   Damn it. Inbound bogey ---

### INT. F-18E COCKPIT, MAVERICK - MOMENTS LATER

Maverick rips his jet through a tight loop --- another F-18 in his Pipper/cross-hairs.

       MAVERICK
   Fox-2. Kill on F-18 in right hander.

### INT. F-18F, OVERKILL/TOEJAM - LATER/MID-DAY

Banking hard around the target.

       TOEJAM
   Watch it! You're masking!

### EXT. F-18E - MOMENTS LATER

A Training Bomb slams down near the target --- close but not a hit ---

       TOEJAM
   Negative impact.

### EXT. F-18E, OOPS - LATER/AFTERNOON

Oops diving at the target.

       BOOGIE
   Pickle.

6.

**EXT. OVER BOMBING RANGE - MOMENTS LATER**

Two F-18s, Oops and Cleft/Mooch scream away from the target ---
Maverick in Red-1 hot in pursuit.

                      MOOCH
    Negative impact.

                      BOOGIE (over radio)
    Break right! Break right!

                      MAVERICK
    Fox-2. Kill on F-18 low.

**EXT. F-18E - LATER/DAY**

A training bomb drops away from the jet which screams back skyward ---

                      MASSHOLE (over radio)
    Apache 1 away.

**INT. F-18E COCKPIT, MAVERICK - MOMENTS LATER**

                      MAVERICK
    Fox-2. Kill on left turning F-18.

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - LATER**

                      FANBOY
    You're masking! Come back!

                      SKIDMARK
    SAM launch, defending! Shit!

**EXT. TARGET STRUCTURE - LATER**

F-18E screams overhead as a training bomb slams into one of the Shipping containers --- another miss.

                      TOEJAM (over radio)
    Negative impact.

**EXT. F-18E, BOOGIE - LATER**

                      BOOGIE
    Pickle.

**INT. F-18F, CLEFT/MOOCH - MOMENTS LATER**

Pulling hard away from the target --- both visibly frustrated.

                      MOOCH
    Negative impact.

**EXT. F-18E, MAVERICK - LATER/LATE-DAY**

Closing on two F-18s.

>                    MAVERICK
>           Fox-2. Kill High F-18 --- Fox-2. Kill
>           low F-18.

**EXT. TARGET STRUCTURE - LATER**

Another training bomb falls short.

>                    TOEJAM (over radio)
>                 (angry/frustrated)
>           Negative impact.

**EXT. F-18E, OOPS - LATER**

A training bomb drops from the underside of the jet.

**INT. F-18E, OOPS - LATER**

Oops pulling hard to climb away from the target ---

>                    FANBOY (over radio)
>           Negative impact.
>
>                    OOPS
>           Shit!

Oops shakes his head in frustration.

**INT. F-18E COCKPIT, MAVERICK - LATER/LATE-DAY**

Pulling hard after a fleeing F-18.

>                    MAVERICK
>           Fox-2. Kill ---

**INT. F-18E COCKPIT, MASSHOLE - LATER**

Diving down on the target, finger on the trigger.

>                    MASSHOLE
>           Pickle.

**EXT. F-18E, MASSHOLE - CONTINUOUS**

Moving with the training bomb as it arrows towards the target --- the ground comes rushing up and we see that it's another near miss just before we

SLAM CUT TO ---