# EXHIBIT P

**EXT.  SKY OVER DESERT - MORNING**

HIGH OVER the STRIKE PACKAGE: Four f=18s flying in FINGER-TIP FORMATION. Masshole is in front, Boogie is 15 yards off his left wing, and 20-30 yards off of Masshole's right wing, are Skidmark/Fanboy and Overkill/Toejam.

The group is Holding in a left-hand turn, awaiting orders.

     MAVERICK (over radio)
  Dagger-1, this is Cobra. Route Gold.
  TOT Four dash Zero.

**INT. TACTICAL AUDITORIUM - CONTINUOUS**

Maverick stands in front of the screens lit up with all the data and coverage of the mission run.

Looking over his shoulder, Admiral Simpson and his Aide sit, stone-faced and arms crossed, in the upper seats of the auditorium, scrutinizing every move.

     MASSHOLE (over radio)
  Dagger-1 copy. Route Gold. TOT 4-0.

Maverick sits down in his chair and leans forward, hands interlocked almost in prayer --- like a coach, ready to watch his team play the most important game of their life...

**EXT. SKY OVER DESERT - MOMENTS LATER**

Masshole and Boogie break off --- Masshole extending his lead ---

A moment later, the Foxtrots, Skidmark and Overkill follow --- dropping behind the leaders into a 3/4 of a mile combat spread.

     MASSHOLE
  Dagger-1, Dagger Set. Fight's On.

Masshole dives, shredding into the canyon-run at high speed.

**INT. F-18E, MASSHOLE - MOMENTS LATER**

Levels out inside the canyon, 90 feet off the ground, steaming through at a brain-curdling 480knots ---

SUDDENLY there's a loud WHUMP! which shakes the jet. Engine ALARMS Blare to life ---

     BOOGIE (over radio)
   (screaming)
  Nose up! Nose up!

2.

Simultaneous to Boogie's shout, Masshole's jet is wracked by impacts as he SLAMS INTO A FLOCK OF TURKEY VULTURES --- fouling both engines --- the front of his canopy IMPLODES as a VULTURE'S CORPSE SMASHES THROUGH AND VAPORIZES IN A SPRAY OF BLOOD AND BONE all over Masshole --- all over the cockpit --- coating his visor, blinding him --- WIND SCREAMING IN the blasted canopy ---

      MASSHOLE
  SHIT!

Masshole recoils, shouting in surprise --- every alarm in his cockpit screaming ---

      BOOGIE (over radio)
  Get your nose up! Nose up!

Masshole yanks his jet's nose up --- then EJECTS ---

**INT. F-18E, BOOGIE - CONTINUOUS**

THROUGH THE CANOPY AHEAD: we see Masshole eject into the Sky. And his smoking jet veers sharply out of control and COLLIDES with the canyon wall in a DEVASTATING BURST OF FIRE!

      BOOGIE
  Masshole just ejected! Hit a flock
  of birds! Dagger-1 down!