# EXHIBIT Q

**EXT. U.S.S. STENNIS AIRCRAFT CARRIER - NIGHT**

The Black night is cut only by the exterior lights of the Stennis and its reflection off of the rough choppy sea. Heavy Clouds blocking out the moon and stars overhead.

**INT. U.S.S. STENNIS BRIEFING ROOM - CONTINUOUS**

The room is packed with PILOTS and FLIGHT-CREW **(how many?)** for every aircraft involved in the mission: Hawkeyes, F-18s, Growlers and F35s. Everyone is crammed onto benches, folding chairs, or forced to stand, clinging to the camo-netting hung from the walls (many of them are Argonauts, Boogie's home Squadron). Each has a mission packet in hand and they're all focused on Maverick and Simpson standing before a projection screen at the front of the room. Boogie and the other members of Maverick's strike team sit in front.

On the screen is a geographic map showing the mountainous terrain and borders of a neutral country and the hostile country. Flight paths of Individual elements of strike package.

            BRIEF STARTS:
    Serious tone. Everyone knows stakes.
    Motivational line.

            SIMPSON
    Everyone knows the objective, knows
    the seriousness of this threat.

Maverick is strike leader.

            MAVERICK
    We've got a heavy storm system moving
    in region. It'll provide cloud cover
    for ingress, but visibility is going
    to be shit and it's going to make
    for hairy landings on return.
        (clicks power-point
         slide)
    They've been moving their SAM sites
    since our last incursion, so we've
    optimized our routes to adjust. F35s
    will act as signals vacuum and call
    the final route of approach.
        (clicks slide)
    Expected air-to-air threat is Su-30s
    along with older 2nd and 3rd gen
    fighters.

Mav nods towards Boogie who stands and looks out at the room, particularly the F-35 pilots.

>                    BOOGIE
>           These dudes took out Squeaker up
>           high. They're extremely proficient
>           at using Vizcaps, so be aware.

A moment of pregnant silence from many of the pilots - this was Squeaker's Squad and they all want payback.

>                    MAVERICK
>           Timed with our final approach, the
>           Carrier Group will make a Tomahawk
>           strike on the closest hostile airfield
>           to try and neutralize that threat
>           before they can get airborne.
>                 (clicks slide)
>           Once our bombs hit the deck, the
>           Growlers will go "music on" and make
>           sure there are no electrons to see
>           our fighters on egress.
>                 (clicks slide)
>           F35s will have our backs with the
>           DCA F-18s ready to jump if any hostile
>           aircraft jump the border in pursuit.
>                 (looks at the room)
>           Watch your asses and lets get this
>           right, the last thing we want is a
>           bunch of ground humpers going in
>           because we couldn't get the job done.
>           **Good luck. Godspeed? What kind of
>           closing line?**

### EXT. DECK - PRE-DAWN

A flight-line of planes lit by stark red deck-lights --- DECK CREWS fighting against the rolling motion of the deck as they load fuel and ordinance onto planes --- remove wheel-blocks ---

Pallets of Ordinance being lifted out of the bowels of the ship by elevator ---

A Hawkeye Flight crew prepping for takeoff --- Prop engine WHIRRING up to a ROAR ---

An F-18 Growler's twin engines erupt into life ---

The Hawkeye taxies onto the launch catapult --- Wing-tips unfolding underneath its massive radar dome ---

The blast-shielding flaps rise up from the deck behind the catapult ---

The Growler's wings unfolding as it taxies ---

The launch catapult hurls the Hawkeye airborne leaving a trail of smoke down the deck ---

An F-18 Growler spits flames and rips into the sky ---

An F-35c rockets into the sky ---

**INT. CARRIER READY ROOM - CONTINUOUS**

Mav and team move into their pre-flight prep room - grabbing their flight rigs and suiting up --- suddenly cheesey Music blares out over the overhead speakers - something old

>                    BOOGIE
>           What the hell is this?
>
>                    TOEJAM
>           Just some pre-game warmup --- for
>           the old man.

*They're like what the fuck? It's 70s music, joke for mav then put on real music. Goose did it (no, that's too playful for their issues. Want to still feel tension between them).*

**INT. TFCC - LATER**

Simpson and Rear Admiral Horan stand watch over the ship's Crew working their computer stations. The air is charged with tension --- building up like the storm clouds outside.

>                    STAFFER #1
>           All support assets airborne.
>
>                    STAFFER #2
>           Strikers on deck and waiting for the
>           green.

Horan looks at Simpson -- he gives the nod.

**EXT. DECK - MOMENTS LATER**

Full afterburners roaring, Maverick and Boogie's Superhornets blitz across the deck and into the sky in a cloud of smoke ---

**EXT. SKY, DAWN - LATER**

The strike team flies above the clouds. Maverick, Boogie in the lead followed by Skidmark/Fanboy and Overkill/Toejam in an offset-wedge formation.

>                    MAVERICK
>           Broadsword. Texaco complete. Fenced.
>           Strike check.

**EXT. HAWKEYE - CONTINUOUS**

The Air Control Officer sits at his data station in belly of Hawkeye watching streams of data roll in.

> AIR CONTROL OFFICER
> Comanche 1-1, set.

**EXT. SKY, F35CS - CONTINUOUS**

Two F35s fly high above the clouds. Pilots cocooned in an electronic view of the battlefield pumping through their HUDs.

> F35 LEAD
> Lightning, Set. Recommend route Bravo.

**EXT. SKY, F-18 GROWLER - CONTINUOUS**

A specialized F-18 converted to blocking radar signals with the large pods mounted on its wings in lieu of missiles.

> GROWLER LEAD
> Tron, set.

**INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

> DCA FIGHTER LEAD (over radio)
> Shogun. Set.

Mav checks his peripherals - flashes a thumbs up to his three wingmates: Boogie, Overkill/Toejam and Skidmark/Fanboy.

> MAVERICK
> Apache set. Pushing Bravo.

**EXT. SUPERHORNETS - CONTINUOUS**

The 4 F-18s dive down into the dense clouds ---

The world vanishes into fog --- visibility zero ---

They rip out of the clouds into gray dawnlight --- charging headlong towards the rapidly approaching ground ---

They pull hard, vapors cascading off of their wings as they level out around 100 feet above the ground and blast forwards into dense mountainous terrain ---

**EXT. SUPERHORNETS - MOMENTS LATER**

WIDE ON a rugged mountain range --- The F-18s of Maverick and his squad are tiny darts slipping through the cold-steel granite slopes dotted by dark pine trees ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

>                    TOEJAM
>           *Gives route update to overkill calling*
>           *navigation markers ---*

*Do the E's get route update calls from the F WSOs too? Or are E pilots on their own with that?*

>                    TOEJAM (CONT'D)
>           *Checks the skies overhead --- no*
>           *sign of enemy aircraft ---*

**EXT. ROCKEY VALLEY - LATER**

ANGLE ON Maverick shredding low through a jagged valley --- a second later Boogie rips through, then Overkill, then Skidmark ---

POV Jets --- hauling ass over the broken landscape --- trees flashing beneath seemingly a hair's breadth away ---

**INT. /EXT. F-18E, MAVERICK**

Maverick checks his HUD --- sees an approaching ridge and a SAM site marker not too far from it --- suddenly the SAM marker winks out or a radar tower that wasn't marked pops up (a mobile deployment). **Need technical info from Yank**

>                    MAVERICK
>           *New radar threat at X location -*
>           *Yellow brick road/Blue line*
>           *compromised ---*

**INT. COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

>                    FANBOY
>           *We can re-route at 2-6 duck the saddle*
>           *there ---*

>                    MAVERICK (over radio)
>           *Sees that's an option but warns about*
>           *a nearby radar site ---*

**INT. COCKPIT, MAVERICK - CONTINUOUS**

>                    MAVERICK (over radio)
>           *makes the call but wants to get lower,*
>           *faster.*

**INT. COCKPIT, OVERKILL/TOEJAM - CONTINUOUS**

>                    TOEJAM
>           *I thought we already were low.*

**EXT. SADDLE RIDGE - MOMENTS LATER**

Maverick goes screaming up a slope towards a saddle dipping between two peaks --- only as he closes on it do we see POWER-LINES STRETCHING OVER THE GAP between TRANSMISSION TOWERS on the adjacent peaks ---

>                    MAVERICK
>           Watch the overhead --- *haircut?*

Mav rips through UNDERNEATH THE POWER LINES --- exhaust wash literally throwing up a cloud of dirt from the ground ---

Pulls hard down the opposite slope --- undercarriage nearly kissing the tree-tops ---

Boogie pulls into the same maneuver ---

**EXT. SAM LAUNCH SITE, MILE AWAY - CONTINUOUS**

WE HEAR the distant, muffled RUMBLE of the F-18's engines, but the SAM launcher sits dormant --- no alarms sound as the F-18s slip undetected behind the distant ridge ---

**INT. F-18F, SKIDMARK/FANBOY - MOMENTS LATER**

Skids goes over the Saddle Ridge --- Fanboy is busy routing and watching for enemy fighters --- As the power lines flash overhead, Fanboy recoils in surprise

>                    FANBOY
>           What the hell was that?
>
>                    SKIDMARK
>                (laughs)
>           Power lines, dude.

Fanboy's eyes bug a little and he exhales nervously ---

>                    FANBOY
>           Jesus.
>                (shakes it off, back to business)
>           Calls out next nav marker. Checks
>           the skies.

**EXT. FOREST, MOUNTAINSIDE - LATER**

A solitary WATCH-POST sheltered amongst the pine trees. A HOSTILE SOLDIER sits alone, making an early morning pot of coffee on an electric camp-stove. He's Caucasian, in a Grey-green uniform and warm-weather gear --- an AK-47 leans against the wall next to him ---

There's a DISTANT RUMBLE of jet engines suddenly exploding into a THUNDEROUS ROAR as Maverick's lead F-18E tears overhead ---

The Soldier falls off of his chair as the sonic shockwave hits him --- rattling the Watch-post --- spilling coffee ---

Another F-18 rockets past ---

Disoriented, he flails for his gun and ---

Another F-18 blasts past --- then another ---

Silence returns again --- the Soldier scrambles to his feet --- scans the sky for the jets, but they've already torn past and disappeared into the mountains ---

He pulls a cell-phone from his pocket and frantically begins to dial --- he looks at the phone in surprise: No signal ---

He dashes off into the woods and we hear the sound of a JEEP engine sputtering to life...

**EXT. SKY - MOMENTS LATER**

Maverick comes blazing around a peak and drops into a jagged-maw of a valley --- Boogie is right behind him, closing to draw even, wing-to-wing ---

**EXT./INT. F-18E MAVERICK - MOMENTS LATER**

>                    MAVERICK
>          15 miles to target. Apache attack.

**INT. COCKPIT, F-18E, BOOGIE - CONTINUOUS**

>                    BOOGIE (into radio)
>          Switching weapons over to air-to-
>          ground.

**INT. COCKPIT, F-18F, OVERKILL/TOEJAM - MOMENTS LATER**

Toejam works feverishly down a checklist on one of his knee-boards --- flips a final switch.

>                    TOEJAM (into radio)
>          Checklist complete.

**INT. COCKPIT, F-18E, MAVERICK - CONTINUOUS**

A jagged boulder perched atop a hill is illuminated in the HUD - marking 10 miles out.

>                    MAVERICK (into radio)
>          10 miles. IP inbound.

8.

**INT. TFCC - CONTINUOUS**

Everyone leans forward unconsciously, on edge, all eyes on the data screens where symbols for the Strike Team's 4 jets have moved out of offset wedge formation and are now in side-by-side pairs --- closing in on the target Facility ---

> SIMPSON
> This is it.

**EXT. F-18'S - MOMENTS LATER**

Side by side, Maverick and Boogie's F-18Es juke over a final hill ---

The Nuclear Facility is in front of them: a dirt road leading to half dozen small cement buildings scattered over a flat depression between the hills ---

*Is there a convoy still?*

ANGLE ON the Overkill and Skidmark's F-18FS trailing behind --- they suddenly pull 45 degrees into a climb and a slow left arc around the site.

*Would F-18s fire missiles at SAM launchers/radar around the installation as they make final approach just before they pop-up into bombing manuever? Or do the Growlers go music on as they reach target - the need for stealth gone? What about anti-aircraft guns, not just SAMs defending site?*

*What's missing here is the strike on the airbase - the value in cutting away via the Hostile Soldier is seeing them kick into action and then get wiped out just as Strike team reaches the target. Timing of strike? Do tomahawks hit before Mav's team or after?*

**EXT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

The FLIR Targetting Pod rotates and angles it's laser lens towards the target building ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

Toajam's attention is riveted on the FLIR targeting display --- guiding it with subtle taps on the control-stick.

> TOEJAM (into radio)
> Captured.

Through their canopy, WE SEE MAVERICK AND BOOGIE's JETS SUDDENLY PULL SKYWARD ---

9.

**EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

Afterburners spitting fire, vapors blasting off the wings --- they scream nose-up in an intense vertical climb --- Synchronized, 50' off each other's wing ---

*What's going on with enemy radar? If it's been damaged by an opening salvo, that's one thing, if not, where is it?*

>                    BOOGIE
>              (watching altitude)
>        7 angels, approaching 8 ---

>                    MAVERICK
>        Roll in --- Now.

They roll in, putting nose on the target, level the wings and drop at 45' dive.

The ground comes rushing up at them ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

*If one of the foxtrots is going to break off to avoid a SAM, it should be Skidmark/Fanboy who do so.*

Banking on the target ---

>                    TOEJAM
>        Watch it --- little left --- watch
>        it ---

RWR missile warning system blares

>                    OVERKILL
>        We gotta move ---

>                    TOEJAM
>        Hold it --- hold it!

Overkill dumps chaff and prays --- **What move Overkill make to defend while not breaking the FLIR targeting?**

SAM slams into Chaff and explodes harmlessly.

**INT. /EXT. F-18E, BOOGIE - CONTINUOUS**

Boogie has his nose on the target --- diving headlong at the ground --- Altimeter numbers flashing down, 5,000, 4,000...

>                    MAVERICK (over radio)
>        3 ---

*If SAM threat is going to happen on Foxtrot, beat goes in here.*

10.

*Or SAM threats could be on Foxtrot AND Echo bombers... sounds of RWR warnings blaring as they're counting down to pickle --- bombs and then dump chaff to escape incoming SAMs.*

                        MAVERICK (over radio) (CONT'D)
    2 ---

**INT. /EXT. F-18E, MAVERICK - CONTINUOUS**

Mav is fighting the negative-G's, eyes and face taking on a reddish hue as his blood is forced upwards ---

                        MAVERICK
    1 ---

The altimeter clicks below 1,700 feet.

                        MAVERICK (CONT'D)
    Pickle.

**EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

Four heavy GRU bunker busters drop from the belly/wings of both F-18s --- Fins adjusting as they lock onto the laser-guidance signal ---

Boogie and Maverick wrench their jets into violent, body-smashing climbs --- Vapors exploding off of the wings --- Dumping chaff and Flares --- Negative G's suddenly flipping to positive ---

Maverick exhales from the force slamming him ---

                        MAVERICK
    Apache 1 away.

                        BOOGIE
      (struggling as well)
    2 away.

**EXT. SKY OVER NUCLEAR FACILITY - CONTINUOUS**

ANGLE ON the bombs whistling down ---

ANGLE ON a SAM missile twisting into the sky towards:

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

                        SKIDMARK
    *Notched! Gotta break off!*

                        FANBOY
    *Almost! Hold it! Hold it! Go!*

Skidmark throws them into a violent barrel roll as the bombs slam into the **TARGET** ---

### EXT. NUCLEAR FACILITY - CONTINUOUS

The bombs punch deep through the concrete, vanishing in an impact cloud of dirt --- a split-second goes by then --- WHOOOMP! The ground heaves and quivers as an underground blastwave explodes out --- buildings above ground crack and topple amid a swelling cloud of dirt --- Flames erupt from air and exhaust ports hidden amongst the terrain ---

> OVERKILL
> Shack good impact.

### EXT. F-18E'S, MAVERICK AND BOOGIE - MOMENTS LATER

They rip away from the billowing clouds of dust ---

> MAVERICK
> Flow egress. Miller time.

### EXT. /INT. F-18E SKIDMARK/FANBOY - CONTINUOUS

Screaming away from the facility alongside Overkill/Toejam

> SKIDMARK
> Confirm --- switching to air-to-air.

### INT. COCKPIT, F-18E, MAVERICK - MOMENTS LATER

Maverick levels his wings and exhales in relief - glances out his canopy --- sees Boogie pulling alongside in formation.

*Radio call: They've already had a few hostile craft airborne and now responding to strike --- tomahawks inbound to prevent more getting up. When do Growlers go "music on"?*

Suddenly Mav catches site of a plume of smoke on the mountainside behind Boogie - A STINGER, shoulder-fired MISSILE flashes out straight for Boogie's jet.

> MAVERICK
> Break Left Now!

Boogie immediately jerks his jet into a defensive roll ---

### INT. /EXT. F-18E, BOOGIE - CONTINUOUS

Warning light he's out of chaff.

> BOOGIE
> *No chaff call.*

ANGLE ON Maverick as he breaks right, firing his afterburners to distract the missile with his own heat signature --- then rolls, dumping flares and chaff to try and defend --- but there's no room to escape ---

THE MISSILE STREAKS PAST THE FLARES AND SLAMS INTO MAV'S ENGINE --- EXPLOSION SHREDDING THE REAR OF THE JET ---

**INT./EXT. F-18E, MAVERICK - CONTINUOUS**

Warning systems screaming --- Maverick rips the ejection lever --- no hesitation this time --- The cockpit canopy blasts away and he's launched into the sky with horrendous force ---

**INT. /EXT. F-18E, BOOGIE - MOMENTS LATER**

Boogie glances to the side --- sees Maverick's chute deployed and he's floating to the ground.

>                    GOOSE JR.
>           Rightguard Rightguard, Hammer 1-1
>           Time 2-zero.

**INT. TFCC - MOMENTS LATER**

>                    AIR CONTROL OFFICER
>           *Acknowledge - warn about inbound*
>           *jets. Stick to egress - will launch*
>           *rescue effort.*

**EXT./INT. F-18E, BOOGIE - CONTINUOUS**

Boogie pulls around sees Overkill and Skidmark rocketing away --- sees the four inbound jets split, half chasing Overkill/Skidmarks, two coming for him ---

>                    BOOGIE

Are we really going to have him fight off two jets, then shoot a helicopter down? All while hanging over Mav?

Or does he start to leave, kills a plane then sees helo coming for Mav and cancels his egress plan, turns back in?

- dealing with air-attackers

2v1

Goose defeats, but uses up most of his gas, no way to get out. Calls out update, sees HIND going on Mav's position.

They're firing near Mav.

13.

Goose guns the HIND. Low on fuel. Slows down and does controlled ejection close to Mav.

Mav sees Goose eject. Sees relatively where chute coming down - heads in that direction.

1-2 mile separation - takes 10 minutes to link up.

**INT. TFCC**

**EXT. MOUNTAIN**

Mav and Goose link up. Mav mad that Goose didn't leave. Said low gas, still should have left, gotten close to border. Better than both of them here. I wanted to get you out of trouble, not in more trouble. Can't you just say thank you?

Go Stinson yourself.

>                    MAVERICK
>           Where's your radio?
>
>                    GOOSE JR.
>           Radio doesn't work. Jamming us.

Neither secret squirrel radio is working - possibly jammed by the enemy systems that block the satellite targeting.

Try different batteries - nothing works.

Know that rescue won't know where to pick them up. Goose wants to follow procedure to an exfil point.

Suddenly tomahawk strike on nearby airbase.

Exfil point is on other side of the base - gnarly hike

Big element of troops out looking for them.

They're on hills able to look down on base. Night vision monocle.

Fires everywhere - chaos on the base, shit still blowing up. Destroyed planes on the runway.

Between a break in the smoke, he sees an F-14 that survived the bombing under a revetment bomb-shelter. Huffer cart.

Mav: I got an idea. We're never going to make it to the exfil in the daytime.

Goose: what?

Mav: we'll bob hoover it.

GRAY0068

14.

Goose: what?

Mav you know the story.

Goose: that was a messerschmidt - what is this, Iron Eagle?

Mav is moving, Goose has no choice. Stinson.

**EXT. BASE - LATER**

Tuck under piece of fence in the chaos - torn fence, etc. black smoke everywhere. Secondary explosions of munitions.

Move thru smoke to revetment.

**EXT. INT. REVETMENT**

Goose you're out of your mind.

Mav inward grin. Go find some gear. I'll get the start cart and huffer going.

Gear in storage room alongside revetment. Harnesses, helmets and o2 masks.

Mav turns the on power cart, electric cord plugged in under nose, turn huffer-cart on, plugged on the port side,

Gear on.

Mav: when I tell you, pull the power cord and pull the huffer and the fuck in - pull the ladder up as you climb up.

Goose: whoa, whoa, why do you get to go in the cockpit, I smoked your ass.

Mav - do you even know how to start a tomcat, let alone fly it? Do what I tell you. We're not going to run the ramps, we're just going to do a stow-and-go.

>                    GOOSE JR.
>           What?

Mav nevermind. Gets into cockpit. Hits switches. Starts right motor -

Motions for Goose to pull the cord/huffer. Goose does it.

Climbs up on left side, pulls up ladder.

**INT. TFCC**

Seeing remaing team returning to carrier - the response - trying to find out if Mav/Goose alive/dead, can they extract?

15.

What's the response - the hornet nest of enemy planes in the air - the friendly state's response - also going airborne - border is heavily patrolled, everyone on edge. Troops moving.

DCA in air protecting the ship. Pilots we don't know.

**EXT. REVETMENT**

Close canopy. Taxi out - runway cratered, uses a taxiway to a utility road - barely 3000' of asphalt road. Going to be tight. Width over 70' Smoke wafting over it . Can't see very well.

Goose freaking out.

                  MAVERICK
     Trust your pilot, tiger.

Blow tires on takeoff - can't land on long runway - eject over friendly territory or land on carrier

**EXT. F14**

Enemy planes (2) come alongside - assuming this is friendly. Mav goose, be cool - don't know what they're saying on radio.

Mav can't break formation or they'll get attacked by superior planes. Bolt and they schwack us.

Goose so we do what?

Mav, just be cool.

Jet comes close to get a visual - Goose makes radio out/can't hear ears down. Jet back off.

Mav turns behind, shoots one down - merges with second - hairy exchange, plane is way outclassed. Manages to win, escapes to safe territory.

**INT. TFCC**

Radio operator saying we've got hostile f-14 emerging.

                  RADIO OPERATOR
     Unknown aircraft at position, lat
     long, altitude 25000, airspeed,
     heading lat, long, you are approaching
     a United States warship. You need to
     change your heading immediately or
     you will be fired upon.

Mav turns on guard channel and announces they're coming out.

16.

                    MAVERICK
    This is Maverick and Goose. We jacked
    this f-14, for the love of god. Don't
    shoot us down. Low Fuel. Request
    escort to join up. Reminder, don't
    shoot.

TFCC goes nuts.

                  AIR CONTROL OFFICER
    Copy that. Factory 1-1, 1-2, Intercept
    and escort inbound Tomcat.

Superhornets pull alongside.

                    MAVERICK
    Hey fellas, good to see you. I'm
    going to dirty up. Give me a look
    over.

Mav dirties up the aircraft, gear down, flaps to full,

                    FACTORY 1-1
    Aircraft is pretty banged up. Tires
    appear to be blown and hook isn't
    down.

Mav tries cycling - no go.

                    MAVERICK
    I'm a 15 miles. No hook.

Air Boss calls: two options, both suck your call. Eject alongside or we can take the barricade. You're in the aircraft. Tell us what to do and we'll make it happen.

Mav - what do you think?

Goose: when's the last time you landed on the deck?

Mav - 20 years

Goose: I say we do the chutes.

Mav: you want to trust these seats, who packed the chutes?

Goose: good point. Hey, so was that deck wooden?

Mav - look left, is that a whale?

Goose what? (Looks left)

Mav jerks plane right, thwacks Goose's helmet on canopy.

GRAY0071

17.

No NAV - eject w/ seats that don't know if they'll work or try barricade on the ship.

Drop hook - hook doesn't work. Warning light

Rush to get the barricade up in record time. Low fuel.

Barricade landing.

      CAPTAIN
   Rig the barricade

Pull the net out of space below flight deck. Pass it through a whole in the deck. Rig it to stanchions rising from the deck - Net made from nylon webbing.

Takes about 100 people to set it up.

Barricade brief, LSO gives it:

Keep it on center line. Shut off motors.

GRAY0072