# EXHIBIT R

115.

**EXT. DECK - USS STENNIS - CONTINUOUS**

The Catapult officer points to all the FINAL CHECKER CREW crouched around the aircraft --- each holds a thumb's up ---

The Catapult officer crouches down, touches the deck and points forward ---

ANGLE WIDE Maverick and Boogie's Superhornets blitz across the deck in a cloud of steam, 0-170mph, igniting their afterburners as they rip into the sky ---

**EXT. SKY, PRE-DAWN - LITTLE LATER**

The strike package flies above the clouds. Maverick, Boogie in the lead followed by Skidmark/Fanboy and Overkill/Toejam in a loose finger-tip formation.

>           MAVERICK (over radio)
>    Broadsword. Dagger, Texaco complete.
>    Fenced. Shogun, stand-by check-in.

**EXT./INT. HAWKEYE - CONTINUOUS**

The Air Control Officer sits at his data station in belly of Hawkeye watching streams of data roll in.

>        AIR CONTROL OFFICER (over radio)
>    Comanche 1-1, set.

**EXT./INT. SKY, GROWLERS - CONTINUOUS**

>           GROWLER LEAD (over radio)
>    Tron, set.

**EXT./INT. SKY, F35CS - CONTINUOUS**

Two F35s fly high above the clouds. Pilots cocooned in an electronic view of the battlefield pumping through their HUDs.

>           F35 LEAD (over radio)
>    Lightning, Set. Recommend route Bravo.

**INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

Mav glances at his wingmen - gets a thumbs-up from: Boogie, Overkill/Toejam and Skidmark/Fanboy.

>           MAVERICK (into radio)
>    Dagger set. Proceeding to Bravo.

### EXT. STRIKE GROUP/FOUR F-18'S - BEAT LATER

With Maverick in the lead, the Strike Package dives down into the dense clouds and are enveloped by dark grey nothingness, visibility zero ---

They emerge below the cloud-cover and shoots towards the coastline ahead in the pre-dawn light -- they level off, a hundred feet above the stormy seas ---

### INT./EXT. F-18E, COCKPIT, MAVERICK - CONTINUOUS

> MAVERICK
> Feet dry, pushing. Take spread.

Maverick slaps the canopy on both sides of his head ---

His wing-mates drop back into spread formation as they reach land and cut into dense mountainous terrain ---

### EXT./ INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS

POV from cockpit - the insanity of the training canyon run is nothing compared to this --- low ceiling of clouds, rocks looming in the dim dawn light --- every move coming split seconds away from disaster and a fiery death upon the cold-steel granite crags and peaks, capped by snow and dotted by dark pine trees ---

### EXT. STRIKE GROUP/FOUR F-18'S - BEAT LATER

OVERHEAD a rugged mountain range --- Maverick's F-18s are tiny darts snaking through sinuous canyons of icy stone ---

### INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

> TOEJAM
> Dagger 3, showing us on time ---
> Picture clean.

### EXT. ROCKEY VALLEY - LATER

ANGLE ON Maverick shredding low through a jagged valley --- Boogie ripping alongside, then Overkill, then Skidmark ---

### EXT. STRIKE GROUP/FOUR F-18'S - VARIOUS ANGLES

The canyon compresses --- jets forced to close the gap between them --- hauling ass over the broken landscape --- trees flashing beneath seemingly a hair's breadth away ---

**INT. /EXT. F-18E, MAVERICK - MOMENTS LATER**

>                    F35 LEAD (over radio)
>           Dagger, Lighting. Active SA-6 just
>           popped up on your route. 2 kliks south
>           of turn point 3. Recommend lean west.

Mav glances quickly at his map --- sees the marker for a SAM site illuminate --- shakes his head ---

>                    MAVERICK
>           Copy. Dagger lean west to avoid turn
>           point 3 ---

**INT. F-18E, BOOGIE - MOMENTS LATER**

>                    MAVERICK (over radio)
>           Dagger take trail and follow me ---

Mav's plane veers off in the new direction --- towards a jagged rise of mountain with a thin gash between two peaks --- barely wide enough for their jets --- Maverick's jet rolls up on it's wing and shoots the gap on a knife-edge ---

And as Boogie closes on we see POWER-LINES STRETCHING OVER THE GAP between TRANSMISSION TOWERS on the adjacent peaks ---

>                    BOOGIE
>           Holy shit!

Mav rips through UNDERNEATH THE POWER LINES --- exhaust wash literally throwing up a cloud of dirt from the ground ---

Boogie pulls into the same maneuver --- Rolls level and pulls hard down the opposite slope --- undercarriage nearly kissing the tree-tops ---

**EXT. SAM LAUNCH SITE, MILE AWAY - CONTINUOUS**

WE HEAR the distant, muffled RUMBLE of the F-18's engines, but the SAM launcher sits dormant --- no alarms sound as the F-18s slip undetected behind the distant ridge ---

**INT. F-18F, SKIDMARK/FANBOY - MOMENTS LATER**

Skids goes through the saddle --- Fanboy is head-down, monitoring his displays --- as the power lines flash overhead, Fanboy recoils in surprise ----

>                    FANBOY
>           What the hell was that?

>                    SKIDMARK
>           Power lines.

Fanboy's eyes bug a little ---

                FANBOY
    Jesus ---

### INT. TFCC - USS STENNIS - MOMENTS LATER

Everyone's watching the monitor screens closely.

                COMMS-CREW #1
    Strikers at turn-point 3 now.

                SIMPSON
    How long to the Tomahawks impact?

                COMMS-CREW #2
    Two minutes ---

                REAR ADMIRAL HORAN
    Status of enemy radio chatter? Are
    they still undetected?

### EXT. FOREST, MOUNTAINSIDE - LATER

A solitary WATCH-POST sheltered amongst the pine trees. A HOSTILE SOLDIER sits alone, making an early morning pot of coffee on an electric camp-stove. He's Caucasian, in a Grey-green uniform and warm-weather gear --- an AK-47 leans against the wall next to him --- He's got a radio on playing Classic American Hip-Hop ---

There's a DISTANT RUMBLE of F-18 engines lost amidst the music ---

The Soldier goes to take his first sip of coffee just as Maverick and Boggie's F-18Es tear overhead --- exploding past in a THUNDEROUS ROAR and shockwave that shakes the Watch-post and causes the Soldier to spill his coffee on himself ---

He recoils from the hot coffee and scrambles to his feet --- darts outside and onto a rock --- scanning the sky --- catches a glimpse of Maverick vanishing behind a peak ---

He pulls a cell-phone from his pocket and begins to dial ---

SUDDENLY the two F-18Fs explode past in another TITANIC BLAST OF SOUND --- the soldier flinches, accidentally dropping his phone, which skitters off the rocks and into a crevasse down-hill from him ---

The Soldier frantically beings climbing after his phone ---

119.

**INT./EXT. F-18E, MAVERICK - MOMENTS LATER**

Maverick and Boogie scorch over a peak side-by-side with their jets inverted to prevent over-flying and then pull into the jagged-maw of a valley --- rolling back over to level out ---

>                    MAVERICK
>           Comanche, Dagger. 15 miles to target.
>           Picture.
>
>                    AIR CONTROL OFFICER (over radio)
>           Picture clean.
>
>                    MAVERICK
>           Dagger attack.

**INT. COCKPIT, F-18E, BOOGIE - CONTINUOUS**

As Boogie flips switches on his console into air-to-ground, we HEAR the pace of his breathing picking up ---

**INT. COCKPIT, F-18F, OVERKILL/TOEJAM - MOMENTS LATER**

Toejam works feverishly down a checklist on one of his knee-boards --- flips a final switch.

>                    TOEJAM (to Overkill)
>           Air-to-ground check complete. Laser
>           code verified 1688. Master-arm to go.
>
>                    OVERKILL
>           Fangs out, let's do this!

**INT. COCKPIT, F-18E, MAVERICK - CONTINUOUS**

POV Maverick --- approaching a small bridge illuminated in his visor's HUD as the 10 mile checkpoint.

>                    MAVERICK (into radio)
>           Dagger, 10 miles. IP inbound. Dagger
>           2, snuggle up.

Boogie pulls his jet closer to Mav's wingtip ---

**INT. TFCC - USS STENIS - CONTINUOUS**

Everyone on edge, all eyes on the data screens where symbols for the Strike Group have moved into side-by-side pairs --- closing in on the highlighted target Facility ---

>                    ADMIRAL SIMPSON
>           This is it.

120.

**EXT. HOSTILE AIR-FIELD - CONTINUOUS**

Enemy Jets are taxiing on the flight line --- The Base's AIR-SIRENS WAILING --- crews scrambling to prepare for takeoff --- suddenly a stream of Tomahawk missiles rip over the horizon and slam down --- decimating the runways and nearby structures in fire and fury ---

**EXT. F-18E'S - MOMENTS LATER**

Side by side, Maverick and Boogie's F-18Es juke over a final hill and into a valley ---

**EXT. NUCLEAR FACILITY - CONTINUOUS**

The TARGET site sits quiet; a dirt road snaking over a flat depression between the hills --- the sound of the approaching F-18s slowly rising ---

**INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

POV Maverick's VISOR HUD --- the target is clearly marked out in the valley floor ahead and to the right ---

**EXT. F-18F'S - CONTINUOUS**

ANGLE ON the Overkill and Skidmark's F-18F's trailing behind --- they suddenly pull 45 degrees into a climb --- rising above the terrain and into a slow left-hand turn.

            OVERKILL (over radio)
        Dagger 3 and 4, climbing.

**EXT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

The FLIR Targetting Pod rotates and angles it's laser lens towards the target building ---

**INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

Toajam's attention is riveted on the FLIR targeting display --- guiding it with subtle taps on the control-stick.

            TOEJAM (over radio)
        Dagger-3. Captured.

            FANBOY
        Dagger-4. Captured.

Through their canopy, WE SEE MAVERICK AND BOOGIE's JETS SUDDENLY SHOOT SKYWARD, starting the Pop-Up Maneuver ---

**EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

Synchronized, 20' off each other's wing --- they scream nose-up in an ball-crushing vertical climb --- Afterburners spitting fire, vapors blasting off the wings ---

**EXT./ INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

>             FANBOY
>       (frustrated shout)
>     Dagger 4 Deadeye ---

>             SKIDMARK
>     Reset the FLIR!

>             FANBOY
>     Working it!

**INT. / INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

>             MAVERICK
>     Rolling in ---

They roll in, putting nose on the target, level the wings and drop at 45' dive, hurdling towards the ground ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

Banking on the target ---

>             TOEJAM
>     Hold steady, we're locked in ---

RWR launch warning trills to life ---

>             OVERKILL
>     Notched! Defending west!

Overkill glances to the side ---

POV Overkill: Sees a missile trail from a Surface-to-air missile smoking towards them ---

>             TOEJAM
>     Hold it! You're gonna mask!

>             OVERKILL
>     Defending!

Overkill slams into a nose-low evasive maneuver, dumping flares and chaff ---

The SAM rips past --- a near miss ---

>             TOEJAM
>   **Loss of lock. Fanboy isn't locked.**
>   **Need to reestablish** now!

### INT. /EXT. F-18E, BOOGIE - CONTINUOUS

Boogie has his nose on the target --- diving headlong at the ground --- Altimeter numbers flashing down, 8,000, 7,000...

>             MAVERICK (over radio)
>   3 --- 2 ---

### INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS

Fanboy's FLIR system lights up green ---

>             FANBOY (into radio)
>   Captured! Captured!

### INT. /EXT. F-18E, MAVERICK - CONTINUOUS

Mav is fighting the negative-G's, eyes and face taking on a reddish hue as his blood is forced upwards ---

>             MAVERICK
>   1 ---

The altimeter clicks below 4,000 feet.

>             MAVERICK (CONT'D)
>   Pickle.

### EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS

FOUR SUPER BUNKER BUSTERS drop from the belly/wings of both F-18s -- Fins adjusting as they lock onto the laser-guidance signal --

Dumping chaff and flares, Boogie and Maverick wrench their jets into violent, body-smashing climbs -- negative G's suddenly slamming into positive -- vapors exploding off of the wings ---

Maverick exhales in pain from the crushing gravity ---

>             MAVERICK
>   Dagger 1, 2 away.

>             BOOGIE
>       (struggling as well)
>   Dagger 2, 2 away.

### EXT. SKY OVER NUCLEAR FACILITY - CONTINUOUS

ANGLE ON the bombs whistling down ---

**EXT. NUCLEAR FACILITY - CONTINUOUS**

The BUNKER BUSTERS pummel into the concrete intake, sending a massive cloud of dirt and debris skyward -- they penetrate deep but there's no immediate detonation --

**EXT./ INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

Skidmark and Fanboy looking down at target as A CATACLYSMIC SUBTERRANEAN EXPLOSION heaves millions tons of earth upwards -- a seismic shockwave sends the ground rippling outwards -- FIRE AND FLAMES SHOOTING UP THROUGH THE EARTH AS ALL THE GROUND ABOVE THE BURIED FACILITY IMPLODES on itself.

      FANBOY
  God damn!

      SKIDMARK (into radio)
  Shack good impact.

Skidmark peels away from explosion, throttles his after-burners and tears ass outta there!!!! Overkill and Toejam just ahead of them -- leading the getaway.

**EXT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

They rip away from the mushrooming cloud of dust ---

      MAVERICK (over radio)
  Dagger flow egress. Comanche, Picture?

Maverick levels his wings and exhales in relief - glances out his canopy --- sees Boogie pulling alongside in formation.

Suddenly Mav catches site of a plume of smoke on the mountainside to Boogie's left - A STINGER, shoulder-fired MISSILE flashes out, heading straight at Boogie's jet.

      MAVERICK (CONT'D)
  Boogie break right!

Boogie immediately jerks his jet into a defensive roll ---

**EXT./INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

ANGLE ON Maverick as he breaks across Boogie's tail, firing his afterburners to attract the missile with his own heat signature --- then rolls, dumping flares and chaff to try and defend --- but there's no room to escape ---

THE MISSILE STREAKS PAST THE FLARES AND SLAMS INTO MAV'S ENGINE --- THE FIREBALL SHREDDING THE REAR OF THE JET ---

**INT./EXT. F-18E, MAVERICK - CONTINUOUS**

Warning systems screaming --- Maverick tries to wrestle with his jet ---

>                    SYSTEM ALARM
>           Engine Fire right. Engine Fire Right.
>           Engine Fire Left ---

He grabs the ejection lever and pulls --- no hesitation this time --- The cockpit canopy blasts away and he's launched into the sky with horrendous force ---

**INT. /EXT. F-18E, BOOGIE - MOMENTS LATER**

Boogie glances to the side --- sees Maverick's chute deployed and he's floating to the ground.

>                    BOOGIE
>                  (concerned)
>           Rightguard! Rightguard ---

**INT. TFCC - CONTINUOUS**

>                    BOOGIE (over radio)
>           Five southwest of airfield. Hammer 1-
>           1, Time 2-zero.
>
>                    AIR CONTROL OFFICER (over radio)
>           Comanche copies Rightguard. Recommend
>           flow to Egress Control Point.

**EXT./INT. F-18E, BOOGIE - CONTINUOUS**

Boogie makes a circling pass around Maverick's parachute ---

>                    BOOGIE
>           Ok, I'm flowing ---

**EXT. GROUND, MAVERICK - MOMENTS LATER**

Maverick lands hard on the icy ground --- stunned by the impact he lays there for a moment --- then exhales a painful breath, which frost in the cold air --- forces himself up and starts slipping out of his gear, pulling on warm-weather gloves and a hood and burying his his chute ---

**EXT./INT. F-18E, BOOGIE - CONTINUOUS**

Boogie fires his afterburners, heading after the Foxtrots, leaving Maverick behind ---

His radar suddenly pings and a diamond icon suddenly appears on his HUD --- he recoils in surprise: a Mi-24 HIND ATTACK HELICOPTER heading towards Maverick's last position ---

>                BOOGIE
>           (concerned)
>      Dagger 2. Tally single gunship, inbound
>      to Mav's position.
>
>                AIR CONTROL OFFICER (over radio)
>           (calm)
>      Copy. Recommend you flow to ECP.
>
>                BOOGIE
>           (frustrated)
>      Dagger 2, that should be me on deck,
>      not him ---
>
>                AIR CONTROL OFFICER (over radio)
>           (calm)
>      Copy. Recommend flow to ECP.

Boogie chokes back an angry response --- instead he throws his jet into a turn ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

>                TOEJAM
>      Let's go back.
>
>                OVERKILL
>           (miserable)
>      Negative, dude. We're all at tactical
>      bingo. We don't have the gas ---

**EXT. ROCKY HILLSIDE, MAVERICK - MOMENTS LATER**

Maverick hears the low churning THUMP of the approaching HIND echoing through the rocky landscape ---

Recognizing the danger, he dashes off, scrambling over the rocks towards:

**EXT. ROCKFALL - CONTINUOUS**

Massive, 20' diameter BOULDERS lie wedged at the base of an escarpment ---

The THWACK of the HIND's rotors growing louder ---

Mav slips into a crack between the boulders, digging his way into shelter just as the HIND crests the nearest hill and curls around menacingly ---

**INT. HIND HELICOPTER - MOMENTS LATER**

A GUNNERY OFFICER in Grey-green uniform peers through a targetting SCOPE at the landscape.

126.

POV SCOPE - the image is Infra-red --- a dull black/blue wash of stone as he pans the image --- stopping on a fractured hot-spot glowing amidst the cool rocks: Maverick.

**EXT. INSIDE THE ROCKFALL, MAVERICK - CONTINUOUS**

Maverick is wedged in tight, shivering against the freezing cold stones and air ---

Suddenly the HIND UNLEASHES A BONE JARRING TORRENT OF .50cal CANNON-FIRE on the ROCKS ---

**EXT. HIND HELICOPTER - CONTINUOUS**

A flood of brutal lead erupts from the .50cal cannon mounted under the cockpit ---

**EXT. INSIDE THE ROCKFALL, MAVERICK - CONTINUOUS**

Maverick hunkers down, hands pressed to his ears as a HELLSTORM OF LEAD IS UNLEASHED ON HIS POSITION --- .50 cal rounds slowly chewing through the boulder protecting him --- splinters of jagged rock flying like hot-shrapnel ---

He's not going to last long...

SUDDENLY there's a new roar added to the cacophony: an F-18    *
approaching on full afterburners ---

**EXT. / INT. F-18E, COCKPIT, BOOGIE - MOMENTS LATER**

Boogie slashes down on the HIND --- fires an AIM-9 missile --- it streaks towards the Helicopter but veers widly at the last minute --- slamming into the terrain below ---

**INT. HIND HELICOPTER - CONTINUOUS**

The door gunner in the Hind looks out and sees Boogie's F-18 bearing down on them --- He shouts and tries to swing his door-gun at Boogie just as Boogie opens fire with the F-18s Vulcan Gatling Gun.

A fusillade of Cannon fire rips into the Hind ---

**EXT. HIND HELICOPTER - MOMENTS LATER**

The Hind spins and rises towards Boogie, but it's too late --- Boogie's fire shreds through it's armor and Rotor blades --- there's massive explosion as fuel and munitions start to ignite.

**INT. BOOGIE'S COCKPIT - CONTINUOUS**

Boogie pulls up trying to avoid the flaming HIND rising into his flight path --- BOOM!