# EXHIBIT S

132.

              MAVERICK
    I didn't realize you were qual'ed on
    the F-14.
        (Boogie's silent, Mav grins)
    That's right. Shut your suck and do
    what I say.

Mav climbs the ladder and straps into the driver's seat.

### INT. F-14, COCKPIT - CONTINUOUS

Mav re-orients himself to the cockpit - it's been a while.

              MAVERICK
        (holds out 1 finger)
    Hit 1!

Power suddenly surges into the cockpit, displays light up ---
Mav checks the fuel: full bag of gas.

              MAVERICK (CONT'D)
        (holds out 2 fingers)
    Two!

The Start-Cart suddenly roars to deafening life as air is forced into the right engine. The right engine whirs up --- Mav brings the throttle up the idle --- igniting the engine with a THUNDEROUS BLAST ---

### EXT. F-14, TWO-WALLED AIRCRAFT BUNKER - CONTINUOUS

Smoke is blasted away from the rear of the jet as the right engine spits exhaust ---

### INT. F-14, COCKPIT - CONTINUOUS

Mav looks ahead --- through the smoke he sees Hostile Soldiers moving across the blasted runway - coming to investigate the noise of the jet's ignition.

Mav waves to Boogie frantically --- makes a signal to disconnect followed by a chopping motion and points towards the soldiers.

### EXT. F-14, TWO-WALLED AIRCRAFT BUNKER - CONTINUOUS

Boogie glances out and sees the soldiers --- he kicks into high gear, darts towards the Jet --- rips out the two cords from the Start-cart --- then scrambles towards the left rear flight-control wing.

ANGLE ON REAR OF JET --- Boogie struggles to pulls himself up onto the wing --- 5' feet off the ground --- it's LOUD AS HELL only 8 feet away from the ignited Right Engine ---

133.

As he hauls himself up, his E-Sat Radio slips out of his vest slides off the plane --- shattering on the tarmac ---

>                    BOOGIE
>           Shit!

Boogie can do nothing, he dashes up the length of the plane and then swings around the canopy, dropping into the rear seat.

### INT. F-14, COCKPIT - CONTINUOUS

Boogie frantically straps in and connects to the Jet as Mav fires Left engine and lowers the canopy.

>                    BOOGIE
>           I'm up!

### EXT. F-14 - CONTINUOUS

Spitting fire out the back, the F-14 starts trundling out onto the taxi-way ---

Mav waves to the confused soldiers and gives them a thumbs up ---

>                    BOOGIE
>           What are you doing?
>
>                    MAVERICK
>           Act like you belong. You think they
>           have any idea two Americans are jacking
>           a plane?

Boogie waves ---

The soldiers wave back unsurely ---

### INT. F-14, COCKPIT - CONTINUOUS

>                    BOOGIE
>           All right dude, both runways are
>           cratered --- how are you going to get
>           us in the air?
>
>                    MAVERICK
>           I saw a service road along the runway ---
>
>                    BOOGIE
>           Is it wide enough?
>
>                    MAVERICK
>           We'll find out ---

134.

**EXT./INT. F-14, TAXI-WAY**

Mav guides the F-14 through taxiway --- staying away from any areas of rubble that could damage the motors ---

>                    MAVERICK
>           Send a message and tell them we're
>           Bob Hoovering it ---
>
>                    BOOGIE
>              (defeated)
>           I can't, I, ugh, I lost the radio!
>
>                    MAVERICK
>           You what?!
>
>                    BOOGIE
>           I'll just get up on GUARD and contact
>           the E-2 ---
>
>                    MAVERICK
>           Negative --- we do that and we're a
>           big old bullseye for every enemy
>           fighter within 200 miles. We have to
>           get in friendly airspace first ---

**EXT./INT. F-14, SERVICE ROAD - CONTINUOUS**

Barely 3000' of asphalt road before it reaches a cluster of SUPPORT SHACKS --- Smoke wafting over it. Can't see very well.

>                    BOOGIE
>           This is going to be tight.
>
>                    MAVERICK
>           Don't sweat it.

Mav puts his flaps down full and lights the blowers --- the F-14 surges down the road, rapidly picking up speed ---

Mav working the rudders, trying to keep the jet straight on the uneven surface ---

Shacks bearing down on them ---

>                    BOOGIE
>           Holy --- shiiiit ---

Mav squeezes every ounce of lift from the plane and rips them out of gravity's grasp --- raising the landing gear just inches away from the Support shacks ---

**INT. F-14, TEARING INTO THE SKY - CONTINUOUS**

Boogie and Mav shout in triumph as the jet rips into the sky ---

135.

> BOOGIE
> That was shit hot! I can't believe we
> pulled it off!
>
> MAVERICK
> Don't ring your own bell just yet. We
> only have two AIM-9s and 500 rounds
> for the Vulcan. Bust out your GPS and
> get me a fast steer to the nearest
> friendly divert ---

Boogie pulls out his hand-held GPS ---

**INT. TFCC - USS STENNIS - LATER**

Admiral Horan, Admiral Simpson, the Airwing Commander, SHIP CAPTAIN and his chief of staff stand in front of all the watch-screens.

> REAR ADMIRAL HORAN
> Sir, based on their last GPS, we expect
> them to reach the extraction point in
> two hours. However Kozolov's forces
> are now on high alert and they've
> launched the majority of their airborne
> assets ---
>
> ADMIRAL SIMPSON
> How many are we looking at?
>
> REAR ADMIRAL HORAN
> About 50 fighters.

There's a beat of grim silence throughout the room: this is going to be a mess.

> ADMIRAL SIMPSON
> All right --- start planning --- I
> need to make a few phonecalls ---

**EXT./INT. F-14, OVER HOSTILE TERRITORY - LATER**

Boogie's looking around the back seat in frustration. There's a big circular display in front of him, but it's dark.

> BOOGIE
> I don't even know what I'm looking at
> back here --- where's the "on" switch?
>
> MAVERICK
> Between your legs, You see the switch
> in the lower right corner.
>
> BOOGIE
> Yes.

136.

              MAVERICK
    Select transmit ---

              BOOGIE
    Selected.
      (frustrated)
    I've still got nothing.

              MAVERICK
      (getting frustrated)
    All right, find the AUG-9 power circuit
    breaker --- left back-bulkhead - right
    of beam to your chest.

Boogie twists, trying to see behind him ---

              BOOGIE
    All the labels are worn off, how the
    hell do I find it? This jet sucks!

              MAVERICK
      (panicked)
    Boogie! Boogie! Left 9 Low! What is
    that?

Boogie looks left --- Mav suddenly yanks the Jet into a sharp right-hand turn --- Boogie's head bangs off the canopy --- HARD.

              BOOGIE
    Aghhh!

ANGLE ON MAV: We can see Mav is smiling behind his mask.

              MAVERICK
    Damn, that sounded like it hurt! Did
    it hurt?

              BOOGIE
    Screw you.

              MAVERICK
    If you can't get it together and your
    quit whining, the least you can do is
    keep your head on a swivel.

              BOOGIE
    Dude, all these switches, how did my
    dad do it all and still keep his head
    in the game?

              MAVERICK
      (bittersweet)
    I have no idea.
              (MORE)

137.

> MAVERICK (CONT'D)
> Goose worked his juju and always came through in the clutch. He was an artist.

There's a moment --- neither one talking.

> BOOGIE
> Tally 2, left 7 o'clock. 3 miles, level. Looks like they're joining on us.

Mav looks left ---

POV MAV: two Su-30s in loose formation sliding up to pull alongside his left wing ---

The Su's pull up within 30' - close enough to exchange handsignals ---

> BOOGIE (CONT'D)
> What's the move? What are we going to do?

> MAVERICK
> They think we have no radio. Stay chili and act like you belong. As long as they think we're friendly, we're cool.

Mav signals to the closest Su-30 - tapping the side of his head twice and giving a thumbs down: No radio.

> MAVERICK (CONT'D)
>     (to himself)
> I have no radio.

The Su-30 pilot nods and waves his right hand up and down ---

> MAVERICK (CONT'D)
> What? I have no idea. I've never seen that hand signal.

> BOOGIE
> Great.

Mav repeats his signal back to the pilot: no radio again.

> MAVERICK
> No radio.

The Su-30 pilot makes another wave: right hand over his head.

> MAVERICK (CONT'D)
> All right, we have a communication breakdown.

The Su-30 pilot pulls his mask up --- clearly talking into it.

> MAVERICK (CONT'D)
> He's talking to somebody.

> BOOGIE
> Do they know we jacked this thing?

> MAVERICK
> If they knew, we'd be a smoking hole already.

The second Su-30 starts to slowly drop back.

> BOOGIE
> I think they figured it out. Dash 2 is falling aft! Getting into a weapons envelope! They're gonna engage!

The Lead Su-30 starts to drift away from the F-14.

> BOOGIE (CONT'D)
> 1 is separating! Do something or we're dead!

**EXT. F-14 - CONTINUOUS**

Mav Suddenly pulls into a hard Right on the Lead Su-30 --- the Lead Su mirrors the move --- pulling Left towards Mav --- Tracer fire ripping out from the guns of the Lead Su --- too early to hit Mav's F-14 ---

Mav pulls tighter, inside the turn of the Lead Su-30 --- tracers marking the path as he rakes the length of the Su-30's fuselage with the F-14s Gatling cannon ---

Smoke and small flames erupt from both of the Lead Su's engines as the plane starts descending for the deck --- out of control ---

> BOOGIE
> Break Left! Break Left! Smoke in the air!

Mav breaks Left, dumping flares --- the missile drifts away to the rear --- defeated by a flare as Mav continues pulling into a knife-edge Merge left-to-left with the remaining Dash 2 Su-30.

Both jets blast through the merge and go nose low and pull 45' left turns and circling about in opposite directions ---

              MAVERICK
         (scanning the sky)
     I lost him! You tally?

              BOOGIE
        (looking over his shoulder)
     Affirm! Keep your pull coming ---
     roll a little left --- little left ---
     right! He's left 10 1 mile. You got
     him?

Mav glances up --- clocks the Su-30.

              MAVERICK
     Tally. Thanks Goose!

Mav pulls hard coming nose-on again with the Su-30 for another merge ---

Both of them go pure vertical nose-down, scissoring ---

**INT. F-14, COCKPIT - CONTINUOUS**

Mav and Boogie are fighting against the high G-forces --- no G-suits to aid them --- huffing breaths to fight off a black-out ---

**EXT. F-14 - CONTINUOUS**

Mav's pulling his jet a little harder, gaining elevation, while Su drops lower --- Both jets reverse --- pulling back towards another merge --- but this time, Mav is higher --- he's got an advantage on the Su-30 below him ---

Just as Mav's pulling for the shot A SLEDGEHAMMER CONCUSSION RINGS THROUGH THE F-14 --- a trilling warning blares out ---

Mav has no time to deal with it --- the Su-30s in his pipper and he opens fire with the Gatling Cannon --- blasting the engines with High Explosive Incendiary rounds ---

Fire rips out of the Su's engines and it spins off dumping smoke --- pilot ejecting ---

**INT. F-14, COCKPIT - CONTINUOUS**

The alarm continues to shriek ---

              BOOGIE
     What is that?

              MAVERICK
     Right engine's out. Gotta unload and
     clear the stall ---

140.

Mav dives --- trying to force the engine to restart with raw air-pressure --- as the ground is starting to loom large ahead of them ---

Mav flips the right throttle back to idle ---

                    MAVERICK (CONT'D)
    Attempting to re-light ---

Nothing happens ---

                    MAVERICK (CONT'D)
    We're single engine --- Forget the
    divert --- we're going nose on to the
    ship because we've got gas for nothing
    else ---

Mav levels off from their descent and throttles the left engine back, climbing back up ---

                    BOOGIE
    Mav, man, we're in a bind, everyone's
    gotta be vectoring on us --- either
    we're going to be run down by Kozolov's
    dudes or get it in the face from ours ---

**INT. TFCC**

The room is on alert.

                    COMMS-CREW #2
    Sir, we have two groups hot to the
    boarder --- Leader is single, trail
    is Heavy --- We're going to push the
    DCA's out to engage ---

                    ADMIRAL SIMPSON
    Sounds good.

**INT. F-18F, OVERKILL/TOEJAM - MOMENTS LATER**

                    OVERKILL
    Shield 1-1, targeting lead group ---
    Master-arm on ---

Overkill moves her finger towards the arming trigger

                    MAVERICK (over radio)
    99 Shogun. This is Dagger 1-1 and
    Dagger 1-2 on Guard. We have re-
    acquired an F-14. We are 5 miles north
    of border. Angels 10. Track south. We
    are single engine.

141.

              OVERKILL
        (shocked)
    Lead group. Friendly! Friendly! Target
    trail group!

             SKIDMARK (over radio)
    Shield 2, Copy. Fox 3, two ships.

Two missiles streak from underneath Skidmark's wings ---
blasting forward at the distant Hostile Su-30s.

              OVERKILL
    Shield 1, Fox 3.

Missiles streak out from Overkill's F-18 half a mile away heading into the distance.

### INT. F-14, COCKPIT - MOMENTS LATER

Maverick and Boogie can see four missiles arcing over their nose towards the unseen fighters chasing them.

### INT. TFCC - USS STENNIS - CONTINUOUS

Everyone in the room is incredulous at the radio calls coming through ---

           AIR CONTROL OFFICER (over radio)
    Trail group no longer a factor. Shield
    flight join up and escort Dagger.

            OVERKILL (over radio)
    Shield. Copy.

Admiral Horan looks over at Simpson in surprise --- Simpson just shakes his head, fighting a disbelieving smile ---

### INT. F-14F, COCKPIT - MOMENTS LATER

Mav and Boogie look out as Overkill and Skidmark's F-18s pull alongside in formation.

              MAVERICK
    Hey fellas, good to see you.

            SKIDMARK (over radio)
    Boss ride you guys jacked.

              BOOGIE
    Hey Toejam, you ever gonna get that
    smile fixed.

            TOEJAM (over radio)
    You can't even see my smile.

142.

          BOOGIE
Yes I can.

          MAVERICK
I'm going to dirty up. Gears coming. Give me a look over.

Mav "dirties up" the aircraft, gear down, flaps to full --- the two F-18s dip low alongside to examine his craft.

          OVERKILL (over radio)
Tomcat, I got some bad news for you. You got two blown tires and not sure on your hook right now, recheck hook position.

Mav tries cycling the hook

          MAVERICK
Cycled. What luck?

          OVERKILL (over radio)
Still up.

          AIR BOSS (over radio)
Tomcat say your state.

          MAVERICK
2 point 4.

          AIR BOSS (over radio)
Stand by ---

          SHIP CAPTAIN (over radio)
Tomcat this is Old Salt. We don't have enough gas to get you to the beach. You've two options. Eject alongside and we'll pick you up, or we can catch you in the barricade --- it's your call. Standing by.

          BOOGIE
What do you think?

          MAVERICK
I mean, I'm a little sore from that first ejection today, I'm not up for another one. Besides, you really want to trust whoever packed these chutes?

          BOOGIE
We get one shot with the barricade, We get it right or we're done.

>                    MAVERICK
>           Tower, we'll take barricade.

**EXT. U.S.S. STENNIS AIRCRAFT CARRIER - MINUTES LATER**

Overkill and Toejam's F-18 in comes to a trap-landing on the deck --- deck crew hurrying to get them out and get the deck clear.

>                    AIR BOSS (over loudspeaker)
>           Recovery complete. Rig the barricade
>           for Tomcat!

**EXT. DECK - USS STENNIS - MINUTES LATER**

Organized chaos as Hundreds of Sailors in various colored coats work to remove the Trap-Wires --- raise Barricade Stanchions ---

Rig a massive 15-foot high Nylon net, stretching like a ping-pong net across the width of the landing deck ---

**EXT. F-14, SKY NEAR USS STENNIS - MINUTES LATER**

>                    AIR BOSS (over radio)
>           Tomcat-1 barricade set. BRC 2-7-0-
>           Charlie.

Mav pulls the F-14 low, making a final approach on the deck ---

**INT. F-14, COCKPIT - CONTINUOUS**

>                    BOOGIE
>           Mav, you all right? Doing good?

>                    MAVERICK
>           Yeah.

>                    BOOGIE
>           You got this.

Mav nods --- stricken with a sudden rush of feelings.

>                    MAVERICK
>           Boogie...

Mav trails off.

>                    BOOGIE
>           I know. You too.

Mav reaches his hand back behind his head. Boogie grabs it and they shake hands warmly ---

>               MAVERICK
>       Let's do this.
>           (snaps on his mask)
>       Tomcat-1, 3 miles.

**EXT. VULTURES ROW - MOMENTS LATER**

All the Officers and Execs stand in the crow's nest, watching the F-14's slow wobbling approach ---

**INT. USS STENNIS - VARIOUS - CONTINUOUS**

Everyone on deck, everyone in the ship watching on video monitors ---

>               AIR TRAFFIC CONTROLLER (over loudspeaker)
>       Tomcat-1 3/4 of a mile - on glad-path,
>       on course, call the ball.
>
>               BOOGIE (over radio)
>       1-0-1 tomcat ball, single engine.

Skidmark, Fanby, Overkill and Toejam, all still wearing their flight gear watch from the deck, just below the main tower.

>               AIR TRAFFIC CONTROLLER
>       Keep it coming ---

**EXT./INT. F-14 - MOMENTS LATER**

Maverick is dialed in --- the deck of the Stennis approaching rapidly ---

POV NOSE OF THE JET: The deck slips beneath the front of the jet --- mere feet below

>               AIR TRAFFIC CONTROLLER (over radio)
>       Cut! Cut! Cut!

The engine cuts out and everything does suddenly SILENT ---

Suddenly the landing gear hits down --- sparks trailling as the tire rims scrap across the non-skid steel flight deck ---

THE F-14 SLAMS INTO THE NYLON NET --- RIPPING IT FORWARDS AS IT DRAGS THE F-14 to a brutally sudden stop ---

Silence descends for a long beat, then a loud CHEER breaks out and the deck crews rush the jet ---

**EXT. F-14, DECK, USS STENNIS - MOMENTS LATER**

Mav and Boogie climb out of the jet, surrounded by the deck crews ---

GRAY0097

145.

Mav and Boogie embrace and then they're rushed by Overkill, Toejam, Skidmark and Fanboy ---

GRAY0098