# EXHIBIT T

**INT. TFCC**

The room is on alert.

                  COMMS-CREW #2
     Sir, we have two groups hot to the
     boarder -- Leader is a Single, trail
     is Heavy --

Admirals Simpson and Horan exchange a concerned look.

                  ADMIRAL SIMPSON
     Push the DCA's out to engage --

**EXT. SKY - OVER THE OCEAN - MOMENTS LATER**

High over the ocean, TWO DCA F-18s fly in combat formation --

                  AIR CONTROL OFFICER (over radio)
     Shield 1, single group, Rock, 180-
     55. Angels 10, track south. Hostile,
     recommend commit.

                  DCA PILOT #1 (over radio)
     Shield 1-1, commit. Contact, single
     group --

The DCAs pull into an aggressive turn -- heading inland --

**EXT. SKY, HOSTILE TERRITORY - MOMENTS LATER**

FOUR SU-30S in Kozolov's Green/Brown camouflage paint-scheme
scream across the sky, heading out towards the ocean --
chasing after Maverick and Boogie's limping Tomcat --

**INT. F-14 - MOMENTS LATER**

Mav is fighting to squeeze every bit of airspeed out of the
Tomcat without losing their last engine -- Numerous warning
alarms flashing on his console --

Boogie's head is on a swivel to the rear, watching their ass
for enemy fighters --

                  BOOGIE
        (deep concern)
     We're in a bind, Mav. Everyone's
     gotta be vectoring on us -- we're
     gonna get run down by Kozolov's dudes
     or get it in the face from ours --

                  MAVERICK
     How far to the border?

Boogie glances at their hand-held GPS.

>                    BOOGIE
>              (not close enough)
>          20 miles --

**INT. TFCC - USS STENNIS - CONTINUOUS**

ON THE SCREENS: The two friendly DCA's are closing on the nose of the lead "Hostile" (Maverick). The Four Su-30s closing on Mav's tail --

>                    DCA PILOT #1 (over radio)
>          Shield 1-1, targeting single group.
>          Master-arm on --

>                    MAVERICK (over radio)
>          99 Shogun, Bittersweet! Bittersweet!
>          This is Dagger 1-1 and Dagger 1-2 on
>          Guard. We have repossessed a Tomcat.
>          North of border tracking south. Angels
>          10. We are single engine.

>                    DCA PILOT #1 (over radio)
>              (shocked)
>          Lead group, Friendly! Friendly! Switch
>          to target trail group --

The room is stunned -- what is an intercept has now become a rescue and everyone is kicking into high-gear --

>                    SIMPSON
>          Get them clear!

**INT. F-14, COCKPIT - MOMENTS LATER**

Mav and Boogie watch as the two DCA F-18s rocket past them, heading to engage the chasing Su-30s --

>                    MAVERICK
>          Here comes the Cavalry --

**EXT. SKY - MOMENTS LATER**

The Four Su-30s break off and RUN -- heading back into Kozolov's territory --

>                    DCA PILOT #1 (over radio)
>          Shield 1-1. Hostiles breaking off.

**INT. F-14F, COCKPIT - MOMENTS LATER**

>                    AIR BOSS (over radio)
>          Tomcat 1, Tower. Welcome back.

>                    MAVERICK
>          Copy. Good to hear you.

GRAY0100

3.

**INT. TFCC - USS STENNIS - CONTINUOUS**

Everyone lets out a sigh of relief. Admiral Horan looks over at Simpson in surprise -- Simpson just shakes his head, fighting a disbelieving smile --

>           AIR BOSS (into radio)
>      Tomcat 1. Say your fuel state.

**INT. F-14 - CONTINUOUS**

Mav glances at his console covered in flashing red lights.

>           MAVERICK (into radio)
>      Tower, Tomcat-1. Getting low, 2-point-
>      4 -- I have an unsafe gear indication.
>      I'll need to do a flyby to verify my
>      hook position, and my landing gear
>      status --
>
>           AIR BOSS (over radio)
>      Copy. Proceed inbound. You're cleared
>      for a low approach to verify hook
>      position.

**EXT. VULTURES ROW - USS STENNIS - MINUTES LATER**

All the Officers and Higher Ups hurry out to the crow's nest, joined by Overkill, Toejam, Skidmark and Fanboy -- everyone has binoculars -- peering at the sky as Mav's F-14 approaches --

**EXT. F-14 - OVERHEAD USS STENNIS - MOMENTS LATER**

Mav has the F-14's landing gear down, flaps extended to full -- as he guides the crippled F-14 slowly past the tower --

**EXT. VULTURES ROW - USS STENNIS - CONTINUOUS**

Overkill lowers her binoculars and flashes a look at her Teammates -- they all have the same expression: Not Good.

**INT. F-14 - MOMENTS LATER**

>           AIR BOSS (over radio)
>      Tomcat-1, Tower. Your gear is down
>      and locked, but you have two blown
>      tires. Your hook is not down. Standby,
>      we're looking at options.
>
>           BOOGIE
>        (exhales)
>      Shit.

GRAY0101

4.

      SHIP CAPTAIN (over radio)
  Tomcat-1, this is Old Salt. Here are
  your options: you can eject alongside,
  or you can take the barricade.

      BOOGIE
  I say we dump. What do you think?

      MAVERICK
  You really want to trust whoever
  packed these chutes?

      BOOGIE
  We get one shot with the barricade --
  we get it right or we're done.

      MAVERICK
  Tower, we'll take the barricade.

**EXT. DECK - USS STENNIS - MINUTES LATER**

Organized chaos as Hundreds of Sailors in various colored coats work to remove the Trap-Wires -- raise Barricade Stanchions ---

They lift up a massive 15-foot high Nylon Barricade, stretching like a Ping-Pong Net across the width of the landing deck --

**EXT. F-14, SKY NEAR USS STENNIS - MINUTES LATER**

      AIR BOSS (over radio)
  Tomcat-1 barricade set. BRC 2-7-0.
  Charlie.

Mav pulls the F-14 low, making a final approach on the deck --

**INT. F-14, COCKPIT - CONTINUOUS**

      BOOGIE
  Mav, you all right? Doing good?

      MAVERICK
  Yeah.

      BOOGIE
  You got this.

Mav nods -- stricken with a sudden rush of feelings.

      MAVERICK
  Boogie...

Mav trails off.

5.

              BOOGIE
    I know. You too.

Mav reaches his hand back behind his head. Boogie grabs it and they lock hands firmly --

             MAVERICK
    Let's do this.
       (snaps on his mask)
    Tomcat-1, 3 miles.

**EXT. VULTURES ROW - USS STENNIS - MOMENTS LATER**

All the Officers and Higher Ups stand in the crow's nest, watching the F-14's slow wobbling approach --

**INT. DECK - USS STENNIS - VARIOUS - CONTINUOUS**

Everyone in the ship watching on video monitors --

Skidmark, Fanboy, Overkill and Toejam, watch from the deck, alongside the Emergency Response Crews, just below the main tower --

          AIR TRAFFIC CONTROLLER (over loudspeaker)
    Tomcat-1 3/4 of a mile - on glide-
    path, on course, call the ball.

            BOOGIE (over radio)
    1-0-1 Tomcat. Ball, single engine.

**EXT./INT. F-14 - MOMENTS LATER**

Maverick is dialed in -- the deck of the Stennis approaching rapidly --

POV NOSE OF THE JET: The deck slips beneath the front of the jet -- mere feet below

           AIR TRAFFIC CONTROLLER (over radio)
    Cut! Cut! Cut!

The engine cuts out and everything goes SILENT --

Suddenly the landing gear smashes down -- sparks trailing as the tire rims scrape across the steel flight deck --

THE F-14 SLAMS INTO THE NYLON NET -- RIPPING IT FORWARDS AS IT DRAGS THE F-14 TO A BRUTALLY SUDDEN STOP --

Silence descends for a long beat, then a loud CHEER breaks out and the deck crews rush the jet --

6.

**EXT. F-14, DECK, USS STENNIS - MOMENTS LATER**

Mav and Boogie climb out of the jet, helped out by the deck crews --

Mav and Boogie embrace and then they're rushed by Overkill, Toejam, Skidmark and Fanboy who envelope them in joyous bear-hugs --

                FANBOY
        (going crazy with excitement)
    You guys out Bob-Hoovered Bob Hoover!
    It's Legend!