# EXHIBIT U

**INT. TFCC - STENNIS - CONTINUOUS**

The room is on alert.

              COMMS-CREW #2
    Sir, we have two groups hot to the
    boarder -- leader is a single, trail
    is heavy --

Admirals Simpson and Horan exchange a concerned look.

              ADMIRAL SIMPSON
    Push Defensive Counter Aircraft to
    engage --

**EXT. SKY - OVER THE OCEAN - MOMENTS LATER**

High over the ocean, Fruitloops/Toejam's and Skidmark/Fanboy's   *
F-18s fly in combat formation --

              AIR CONTROL OFFICER (OVER RADIO)
    Shield 1, single group, Rock, 180-55.
    Angels 10, track south. Hostile,
    recommend commit.

**INT. F-18F, FRUITLOOPS/TOEJAM - CONTINUOUS**                   *

              FRUITLOOPS (INTO RADIO)                  *
    Shield 1-1, commit. Contact, single
    group --

              TOEJAM                                   *
    Payback time.                                        *

Fruitloops pulls their F-18 into an aggressive turn -- heading  *
inland -- Skidmark follows.                                     *

**EXT. SKY - HOSTILE TERRITORY - MOMENTS LATER**

FOUR SU-57S in Kozolov's Green/Brown camouflage paint-scheme    *
scream across the sky, heading out towards the ocean -- chasing
after Maverick and Boogie's limping Tomcat --

**INT. F-14 TOMCAT - MOMENTS LATER**

Mav is fighting to squeeze every bit of airspeed out of the
Tomcat without losing their last engine -- Numerous warning
alarms flashing on his console --

Boogie's head is on a swivel to the rear, watching their ass
for enemy fighters --

2.

                 BOOGIE
          (deep concern)
    We're in a bind, Mav. We're gonna get
    run down by Kozolov's SUs or get it
    in the face from our guys --

                MAVERICK
    How far to the border?

Boogie glances at their hand-held GPS.

                 BOOGIE
         (not close enough)
    20 miles --

**INT. TFCC - USS STENNIS - CONTINUOUS**

ON THE SCREENS: Fruitloops and Skidmark's F-18s are closing on the nose of the lead "Hostile" (Maverick). The Four Su-57s closing on Mav's tail --

**INT. F-18F - FRUITLOOPS/TOEJAM - MOMENTS LATER**

Fruitloops doesn't have a visual on the closing planes, but her sensors have them locked in -- She reaches for a switch on her console --

              FRUITLOOPS (INTO RADIO)
    Shield 1-1, targeting single group.
    Master-arm on --

              MAVERICK (OVER RADIO)
    99 Shogun, Bittersweet! Bittersweet!
    This is Dagger 1-1 and Dagger 1-2 on
    Guard. We have repossessed an enemy
    Tomcat. North of border tracking south.
    Angels 10. We are single engine.

                TOEJAM
    Holy shit!

              FRUITLOOPS(OVER RADIO)
         (shocked)
    Lead group, Friendly! Friendly! Switch
    to target trail group --

              SKIDMARK (OVER RADIO)
    Shield 2, Copy. Fox 3, two ship.

Two missiles streak from underneath Skidmark's wings -- blasting forward at the distant Hostile Su-57s.

3.*

**INT. F-14 TOMCAT - MOMENTS LATER**                               *

                    MAVERICK
          Here comes the Cavalry --

Fruitloops & Skidmarks F-18s rocket past them -- supersonic --   *
heading to engage the chasing Su-57s --                          *

**EXT. SKY - MOMENTS LATER**

The Four Su-57s break off and RUN, dumping flares and chaff --  *
heading back into Kozolov's territory --

                    FRUITLOOPS (OVER RADIO)                       *
          Shield 1-1. Hostiles breaking off.

**INT. TFCC - USS STENNIS - CONTINUOUS**                           *

Everyone in the room is incredulous at the radio calls coming   *
through --

                    AIR CONTROL OFFICER (over radio)              *
          Trail group no longer a factor. Shield               *
          flight join up and escort Tomcat 1.                  *

                    FRUITLOOPS (OVER RADIO)                       *
          Shield. Copy.                                           *

Admiral Horan looks over at Simpson in surprise --- Simpson     *
just shakes his head, fighting a disbelieving smile ---

**INT. F-14 TOMCAT - MOMENTS LATER**

Mav and Boogie look out as Fruitloops and Skidmark's F-18s      *
pull alongside in formation.

                    FRUITLOOPS (OVER RADIO)                       *
          Hell of a entrance, Dagger.                             *

                    MAVERICK (INTO RADIO)                         *
          Hey guys, good to see you.                              *

                    FANBOY (OVER RADIO)                           *
              (going crazy with excitement)                      *
          You guys out Bob-Hoovered Bob Hoover!                   *

                    BOOGIE (INTO RADIO)                           *
          Did it just for you, Fanboy --                          *

                    FRUITLOOPS (OVER RADIO)                       *
          Tomcat 1. Say your fuel state.                          *

Mav glances at his console covered in flashing red lights.      *

4.\*

      MAVERICK (INTO RADIO)  \*
Getting low, 2-point-4 -- I have an \*
unsafe gear indication. I'm going to \*
dirty up. Give me a look over. \*

**EXT. F-14 TOMCAT - CONTINUOUS** \*

Mav "dirties up" the aircraft, gear down, flaps to full -- the \*
two F-18s dip low alongside to examine his craft. \*

      FRUITLOOPS (OVER RADIO) \*
Tomcat, I got some bad news for you. \*
Your gear is down and locked, but you \*
have two blown tires. Your hook is
not down. \*

**INT. F-14 TOMCAT - CONTINUOUS** \*

      BOOGIE \*
  (exhales) \*
Shit. \*

      AIR BOSS(OVER RADIO) \*
Tomcat 1, Tower. Standby, we're looking \*
at options.

      SHIP CAPTAIN (OVER RADIO) \*
  (after a beat) \*
Tomcat-1, this is Old Salt. You can
eject alongside, or you can take the
barricade.

Mav and Boogie are silent for a beat, digesting this news. \*

      BOOGIE
I say we dump. What do you think?

      MAVERICK
You really want to trust whoever packed
these chutes?

      BOOGIE
We get one shot with the barricade --
get it right or we're done.

      MAVERICK (INTO RADIO)
Tower, we'll take the barricade.