UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------
SHAUN GRAY,

        Plaintiff,                    25-cv-3484 (JSR)

    -against-                         ORDER

PARAMOUNT GLOBAL ET AL.,

        Defendants.
---------------------------------
```

JED S. RAKOFF, U.S.D.J.:

On April 27, 2025, plaintiff Shaun Gray filed suit against defendants Paramount Global, Paramount Pictures Corporation, Paramount Streaming Services Inc., and Does 1-10, raising three claims. See ECF No. 1. First, Gray seeks a declaratory judgment that he is a joint author and owner of the film Top Gun: Maverick. Second, Gray seeks an accounting and payment of an equal, undivided share of all the profits, gains, benefits, and advantages that the defendants derived from the film. Third, Gray raises, in the alternative, a claim for copyright infringement.

On June 9, 2025, the defendants moved to dismiss all three claims with prejudice. See ECF No. 20. The defendants also asked the Court to take judicial notice of various documents that they argued were incorporated by reference into the complaint or were otherwise integral to it. See ECF No. 23. The plaintiff did not oppose the defendants' motion for judicial notice, so it is granted on consent.

1

After careful consideration, the Court grants in part and denies in part the defendants' motion to dismiss. Specifically, the Court dismisses with prejudice the joint authorship and ownership claim, as well as the related claim for an accounting and payment of profits, gains, benefits, and advantages; however, the Court denies the motion to dismiss the copyright infringement claim. An Opinion explaining the reasons for this ruling will issue in due course.

SO ORDERED.

New York, NY
7/30, 2025

JED S. RAKOFF, U.S.D.J.