UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN GRAY, an individual,

              Plaintiff,

        v.

PARAMOUNT GLOBAL, a Delaware
corporation; PARAMOUNT PICTURES
CORPORATION, a Delaware corporation;
PARAMOUNT STREAMING SERVICES
INC., a Delaware corporation; and DOES 1-10,

              Defendants.

Case No. 1:25-cv-03484-JSR

## JOINT STIPULATION

Plaintiff Shaun Gray ("Plaintiffs") and Defendants Paramount Global, Paramount
Pictures Corporation, and Paramount Streaming Services, Inc. ("Paramount") (collectively, the
"Parties"), in an effort to resolve certain scheduling disputes raised with the Court on July 31,
2025, hereby stipulate as follows:

**WHEREAS**, on July 31, 2025, the Parties had a telephonic conference with the Court to
discuss, among other issues: (1) a stipulated order requiring the Parties, as well as third-parties
Matthew Saver, Joseph Kosinski, and Eric Warren Singer, to complete their document
productions by a date certain; and (2) a potential extension of the discovery schedule.

**WHEREAS**, the Court directed the Parties to submit a joint stipulation regarding their
unopposed application for an order concerning document production.

**WHEREAS**, the Court indicated that it was inclined to enter a new scheduling order
eliminating the bifurcation of liability and damages and setting a single trial in January or
February 2026.

**WHEREAS**, the Court directed the Parties to submit letter briefing with the proposed
respective schedules for the Court's consideration.

1

Case 1:25-cv-03484-JSR    Document 31    Filed 08/01/25    Page 2 of 4

**WHEREAS**, the Parties met and conferred following the telephonic conference with the Court and reached an agreement on a revised case schedule that eliminates bifurcation and avoids the need for the Court to resolve any disputes via letter briefing

**WHEREAS**, this agreed-upon proposed schedule reflects the Parties' agreement to continue to press to complete fact discovery, so that the Parties may benefit from the Court's decision on the anticipated motion(s) for summary judgment on liability prior to considerable resources being expended on expert damages discovery.

**WHEREAS**, the Parties respectfully request that the Court enter the proposed schedule as set forth below.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1.    Liability and damages discovery are no longer bifurcated.

2.    To the extent that dates have passed in the prior scheduling order, they are not reopened, without agreement by the Parties or leave of Court for good cause, including, but not limited, to the designations of liability experts.[1]

3.    The Parties, as well as third-parties Matthew Saver, Joseph Kosinski, and Eric Singer shall complete the production of documents in response to Requests for Production and/or document subpoenas served to date by August 5, 2025.

4.    The Parties shall complete the depositions on issues related to liability, including (i) Shaun Gray; (ii) Matthew Saver; (iii) Eric Singer; (iv) Joseph Kosinski; (v) Christian Donovan; (vi) Howard Rodman; and (vii) Paramount Pictures Corporation, by September 12, 2025.

---

[1] The Parties disagree whether this paragraph prohibits further document subpoenas on liability. The Parties commit to continuing to meet and confer on this issue. To the extent that the issue requires Court resolution, the Parties shall so advise the Court next week.

2

5.      The Parties shall produce any expert damages reports on or before November 24, 2025, with rebuttal reports due on or before December 22, 2025.  Discovery to close on January 16, 2026.

6.      Motions for summary judgment shall be filed no later than October 31, 2025.  For the avoidance of doubt, while successive summary judgment motions shall not be permitted without the Court's leave, a Party may file a motion for summary judgment at any time permitted under Rule 56, Local Rule 56.1, and the Court's Individual Practices, with briefing to follow the Court's standard schedule of two weeks to file a brief in opposition and one week to file a reply brief.  The Parties do not anticipate moving for summary judgment on damages.

7.      The final pre-trial conference will be held on February 9, 2026 at 11 a.m.

8.      Trial will begin on February 23, 2026 at 9:30 a.m.

Dated:  August 1, 2025                                O'MELVENY & MYERS LLP


By: /s/ Molly M. Lens
Molly M. Lens

Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Fl
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Danielle Feuer
dfeuer@omm.com
1301 Avenue of the Americas, Ste 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

* Admitted *pro hac vice*

*Attorneys for Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc.*

Dated:  August 1, 2025                              **TOBEROFF & ASSOCIATES, P.C.**


                                                    By: */s/ Marc Toberoff*
                                                    Marc Toberoff

                                                    Marc Toberoff
                                                    mtoberoff@toberoffandassociates.com
                                                    23823 Malibu Road, Suite 50-363
                                                    Malibu, CA 90265
                                                    Telephone: (310) 246-3333

                                                    *Attorneys for Plaintiff Shaun Gray*



**IT IS SO ORDERED.**

_____
**Jed S. Rakoff, U.S. District Court Judge**


_____8/1/25_____
**Date**