UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>                Defendants. | Case No. 1:25-cv-03484-JSR |

**DEFENDANTS' NOTICE OF MOTION TO COMPEL DISCLOSURE OF COMMUNICATIONS BETWEEN PLAINTIFF AND NON-PARTY WRITER'S GUILD OF AMERICA**

1

PLEASE TAKE NOTICE that pursuant to this Court's oral order of July 31, 2025 and subsequent minute order of August 1, 2025, Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc. hereby move this Court to compel disclosure of communications between Plaintiff and non-party Writer's Guild of America. This motion is based upon the concurrently filed memorandum of law, the declaration of Molly M. Lens and exhibits attached thereto, and any other argument and evidence that may be presented to the Court.

Dated: August 5, 2025          By: */s/ Molly M. Lens*

O'MELVENY & MYERS LLP
Molly M. Lens
mlens@omm.com
Matthew Kaiser (admitted *pro hac vice*)
mkaiser@omm.com
1999 Avenue of the Stars, 8th Fl
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Danielle Feuer
dfeuer@omm.com
1301 Avenue of the Americas, Ste 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc.*