UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN GRAY,

      Plaintiff,

  -v-

PARAMOUNT GLOBAL ET AL.,

      Defendants.

25-cv-3484 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    On August 5, 2025, defendants Paramount Global, et. al., moved to compel plaintiff Shaun Gran and third-party Writers Guild of America ("WGA") to disclose certain communications between them. ECF 33. The matter was then fully briefed, and orally argued on August 20, 2025. *See* transcript. The Court is still considering certain arguments raised by the WGA, but has reached the conclusion that Gray has no basis to withhold from defendants his copies of the communications sought by defendants. Accordingly, so that discovery may proceed promptly in this case, the Court hereby orders Gray to produce to defendants his copies of the requested materials by no later than September 4, 2025. An opinion setting forth the reasons for this ruling, and resolving, if necessary, any remaining issues peculiar to WGA will issue in due course.

    SO ORDERED.

New York, NY
September 2, 2025

_____
JED S. RAKOFF, U.S.D.J.