UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN GRAY,

       Plaintiff,

   -v-

PARAMOUNT GLOBAL ET AL.,

       Defendants.

25-cv-3484 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    After defendants moved to produce documents from Mr. Shaun Gray related to "chronologies" he testified about during his deposition, Mr. Gray submitted those documents for the Court's *in camera* review. The Court held a sealed, *ex parte* evidentiary hearing regarding the documents, along with earlier versions of them, at 11:00 a.m. on September 2, 2025. After considering sworn testimony as to what the chronologies are and how they were produced, the Court concludes that the documents in their current and earlier forms are fully covered by attorney-client privilege. The Court thus does not need to consider whether the documents are additionally protected under the work-product doctrine. Accordingly, defendants' motion to compel production of the chronologies is denied.

    SO ORDERED.

New York, NY
September 2, 2025

_____
JED S. RAKOFF, U.S.D.J.