UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SHAUN GRAY,

        Plaintiff,                    25-cv-3484 (JSR)

    -v-                                  ORDER

PARAMOUNT GLOBAL ET AL.,

        Defendants.
```

JED S. RAKOFF, U.S.D.J.

On September 3, 2025, defendants Paramount Global, et. al., filed their Answer to plaintiff Shaun Gray's Complaint. See ECF No. 56. In their Answer, Paramount asserted counterclaims for fraud and copyright infringement against Gray. Gray subsequently moved to dismiss the counterclaims, see ECF No. 57, and the Court heard oral argument on October 14, 2025.

Upon full consideration of the parties' written submissions and oral argument, the Court denies plaintiff's motion to dismiss defendants' counterclaims. An opinion setting forth the reasons for this ruling will issue in due course. Meanwhile, the case will move forward in accordance with the previously-entered case management plan. The Clerk of Court is respectfully directed to close the motion at docket number 57.

SO ORDERED.

New York, NY
October 20, 2025                         _____
                                         JED S. RAKOFF, U.S.D.J.