**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUN GRAY, an individual, | Civil Action No. 1:25-cv-3484-JSR |
|                   Plaintiff, | **[PROPOSED] ORDER GRANTING** |
|    vs. | **DEFENDANTS' REQUEST FOR** |
| | **LEAVE TO FILE DVD EXHIBITS** |
| PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10, | |
|           Defendants. | |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation; | |
|           Counterclaim-Plaintiff, | |
|    vs. | |
| SHAUN GRAY, an individual, | |
|           Counterclaim-Defendant, | |

      Having considered Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc.'s (collectively, "Paramount") request for leave to file as exhibits in connection with Paramount's forthcoming summary judgment motion a DVD copy of each of the films *Top Gun* and *Top Gun: Maverick* (the "Request"), the Request is **GRANTED**.

      **IT IS HEREBY ORDERED** that the Clerk of this Court shall accept a DVD copy of both films, and the Clerk is directed to receive and note the DVDs of the video exhibits on the above docket upon receipt.

      **SO ORDERED.**

Dated: _____10 / 24 / 2025_____

                             _____
                             Hon. Jed S. Rakoff
                             United States District Judge