UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>                  Plaintiff,<br><br>   vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>                  Defendants. | Civil Action No. 1:25-cv-3484-JSR |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>                  Counterclaim-Plaintiff,<br><br>   vs.<br><br>SHAUN GRAY, an individual,<br><br>                  Counterclaim-Defendant, | |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT**

PLEASE TAKE NOTICE that Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc. hereby move this Court for an Order pursuant to Federal Rule of Civil Procedure 56(a) granting summary judgment in favor of Defendants on Plaintiff's Complaint.  Defendants are entitled to judgment as a matter of law on Plaintiff's sole remaining claim for copyright infringement, and there is no genuine dispute as to any material fact.  This motion is based upon the concurrently filed memorandum of law, the accompanying statement of material facts, the declaration of Molly M. Lens and exhibits attached thereto, the declaration of Eric Singer and exhibits attached thereto, the declaration of Joseph Kosinski and exhibits attached thereto, the declaration of Jonathan Gonda and exhibits attached thereto, the declaration of the Michael Grizzi and exhibits attached thereto, the declaration of Marc Evans, the declaration of J.J. Cummings, and any other argument and evidence that may be presented to the Court.

Defendants' opening brief is due November 7, 2025; Plaintiff's answering brief is due November 21, 2025; and Defendants' reply brief is due December 5, 2025.  Oral argument on the motion is scheduled for December 17, 2025 at 4:00 p.m.

Dated: November 7, 2025						By: */s/ Molly M. Lens*

                                                 O'MELVENY & MYERS LLP
Molly M. Lens
mlens@omm.com
Samuel H.S. Donohue (admitted *pro hac vice*)
sdonohue@omm.com
1999 Avenue of the Stars, 8th Fl
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Danielle Feuer
dfeuer@omm.com
1301 Avenue of the Americas, Ste 1700
New York, New York 10019
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

*Attorneys for Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc.*