# EXHIBIT A

**Top Gun: Maverick**
May 16 Pitch to TC/JB
Joseph Kosinski

Prologue

Opening: A pair of Navy F-35s conduct a night mission over a rogue state in Central Asia. Suddenly, all of their electronic systems go dead and one of the F-35s is shot down by an enemy 5th Generation fighter jet.

The PILOT ejects and lands in the sea.

Cut to: an emergency meeting of the Navy brass. An angry ADMIRAL asks how this could happen? A voice in the back of the room says that the problem isn't the Navy's planes, it's the pilots. Reveal Tom "ICEMAN" Kazansky. He says pilots aren't trained for 1v1 anymore and they are too reliant on their electronics. Pilots need to learn how to be aviators again.

He concludes with "I know a guy..."

Act 1

Cut to: the NEVADA DESERT. A motorcycle races down a remote highway blowing through the back gate of the Nevada Test Range aka "Area-51"

The rider, MAVERICK, pulls up to a darkened hangar where we reveal a top-secret hypersonic aircraft aka AURORA. This is the aircraft in which Maverick has broken every speed and altitude record over the last 10 years though all are classified. He is informed by his plane captain, ROWDY, that the program has been cancelled. Everything is going unmanned. Their orders are to prep the aircraft to be scrapped. Maverick thinks she might have one more record breaking run in her and suits up.

As the angry BASE CAPTAIN watches from the tower, Maverick takes the AURORA up to 100,000 ft where he breaks his own speed record again. He radios to Air Traffic Control asking for a groundspeed check (making it official and breaking protocol). As he hits Mach 8 he experiences a massive engine failure and the AURORA begins to break apart. Maverick wrestles with the controls but is forced to eject and freefall from 80,000 feet. Maverick pulls his chute just before hitting the ground and watches the AURORA crash into a deserted mountain peak

completely destroying it.  Mav gathers up his shoot and begins the several mile hike back to base.

As he approaches the base, Mav is approached by the BASE CAPTAIN who chews him out.  "Your orders were to prepare that vehicle for scrap, etc"  Mav looks back at the burning wreckage in the mountain, "I'd say that's mission accomplished sir."

Watching this all go down is ICEMAN who has travelled all the way out to find Maverick "Well Mav, world's changed but apparently you haven't".  Iceman tells Mav "the Navy needs you back".  We find out Mav was release from Navy after 9/11.  He was called as "obsolete" as the F-14 he used to fly.  He was called an "analog pilot in a digital world".

Iceman tells Mav about the F-35 that was shot down and the need for a pilot like him to come to Top Gun and train the aviators how to fly again.  Mav says he's not interested.  As he walks away Iceman drops a bomb on him: the PILOT that was shot down was Goose's son.  Shit – Mav knows this is the only thing that could pull him back in.  Goose was Mav's wingman and he could never turn his back on him or his family.

Despite the fact that Mav thinks this is an impossible task, he agrees to go to TOP GUN.

Act 2

Pensacola Naval Air Station – home of Top Gun.  Maverick meets the best aviators the Navy has to offer including Goose's son.  The next 4 weeks will be a competition to see who has the right stuff to lead the mission back into Central Asia and neutralize the 5th Gen enemy fighters.

Despite being his father's wingman, Goose's son isn't interested in Mav's help.  Mav hasn't been involved in his life for 20 years, why now?

Mav reunites with Penny Benjamin whose fighter pilot ex-husband was killed leaving her with a 9-year old daughter.  When meeting her Mav notices she keeps a small P-51 toy airplane hidden in her bookshelf.  She tells Mav, her Mom doesn't want he to play with it. Understandable Penny wants to keep airplanes out of her daughter's life, in fact she has never even ridden on an airplane.

At the end of the Act, during the final training mission. Goose Jr's best friend is killed in an accident leaving an opening on the team. They are 1 pilot short. The remaining pilots demand that Maverick take the final slot against the ADMIRAL'S better judgment. Mav accepts.

Act 3

During the mission into Central Asia, Goose Jr and SUGAR (the female pilot) take the lead position with Mav and other pilot in the rear. They are once again attacked by the enemy fighters and get into an intense dogfight. They are completely outnumbered and Goose Jr is shot down in enemy territory.

Low on fuel, the F-35s are ordered back but Mav refuses to leave a man behind. He exhausts all of his ammo and fuel defended Goose's son from enemy aircraft and forces on the ground. Completely outnumbered Mav is also shot down and forced to eject into enemy territory.

Together Mav and Goose Jr, sneak into the enemy airbase and commandeer an old F-14. They take off from the base and re-engage the enemy fighters. Mav pilots and Goose Jr. Serves as his RIO just like his father did. With Goose Jr's assistance Mav shoots down multiple enemy fighters and makes it back to the air craft carrier – buzzing the tower as a standing tradition.

Back at Pensacola, Mav shows up at the restaurant that Penny runs and tells he he's willing to give up his career as a military aviator if that's what it takes to be with her.

FINAL SHOT: lone P-51 flying against a gorgeous sunset. Inside Maverick gives Penny's daughter he first airplane ride. A huge smile on her face, and his...

CONFIDENTIAL                                                                                                                                    KOSINSKI-GRAY-0014444