# EXHIBIT B

Message

---

**From:** Raposo, Elizabeth - Paramount [Elizabeth_Raposo@Paramount.com]
**Sent:** 11/4/2017 4:08:25 AM
**To:** Joseph Kosinski  Redacted for PII
**Subject:** Re: TG:M

AMAYYYYYZZZZINNNGGGG!!!!!!!! Now I know what I'm doing tonight.

**From:** Joe Kosinski < Redacted for PII >
**Date:** Friday, November 3, 2017 at 5:28 PM
**To:** Paramount Pictures Corporation <elizabeth_raposo@paramount.com>
**Subject:** TG:M

Liz —

Please find attached the first draft of TOP GUN: MAVERICK.

My goal is to create the visceral experience of Top Gun, but in a way that is unexpected and appropriate for our time.  Like the first film, I want to tell a rite of passage story for Maverick that is both entertaining and emotional.

Eric and I have worked very closely with our Navy advisors to make sure all of the aerial sequences are authentic and the dialog in those scenes reflects that.

We look forward to your thoughts.

Best, Joe


password:  NOYFB


This email (including any attachments) is for its intended-recipient's use only. This email may contain information that is confidential or privileged. If you received this email in error, please immediately advise the sender by replying to this email and then delete this message from your system.

CONFIDENTIAL                                                                KOSINSKI-GRAY-0014425