**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHAUN GRAY, an individual,<br><br>     Plaintiff,<br><br>  vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>     Defendants. | Civil Action No. 1:25-cv-3484 |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>     Counterclaim-Plaintiff,<br><br>  vs.<br><br>SHAUN GRAY, an individual,<br><br>     Counterclaim-Defendant, |  |

**DECLARATION OF JONATHAN STEPHEN GONDA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Jonathan Stephen Gonda, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am the Executive Vice President of Production at Paramount Pictures Corporation ("Paramount"). I have been employed by Paramount since 2017. When I joined Paramount, I was assigned to *Top Gun: Maverick* ("*Maverick*") to serve as the senior executive on the project. I am therefore closely familiar with *Maverick*'s development and production—and Paramount's practices relating to production more broadly. I submit this declaration in support of Defendants' Motion for Summary Judgment based on my personal knowledge of the facts set forth below. If called and sworn as a witness, I could and would testify competently thereto.

### The Making of *Top Gun: Maverick*

2.    In 2011, Paramount contracted with screenwriter Peter Craig to prepare a screenplay draft for a *Top Gun* sequel. Craig's screenplay draft was submitted to Paramount on July 27, 2012. Attached hereto as **Exhibit A** is a true and correct copy of Craig's screenplay draft, produced by Paramount in this litigation with the Bates range PPC-GRAY-0002902–0003023.

3.    In 2014, Paramount contracted with another screenwriter, Justin Marks, to further develop the sequel's screenplay. Marks' final screenplay draft was submitted to Paramount on July 14, 2016. Attached hereto as **Exhibit B** is a true and correct copy of Marks' final screenplay draft, produced by Paramount in this litigation with the Bates range PPC-GRAY-0004956–0005070.

4.    In 2017, Paramount contracted with director Joseph Kosinski for him to direct the *Top Gun* sequel. Paramount did not authorize Kosinski to hire any screenwriters for *Maverick*. Paramount did not authorize Kosinski to work with any screenwriters on *Maverick* who were not hired by Paramount. Paramount also did not authorize Kosinski to ask anyone other than a screenwriter hired by Paramount to write scenes for *Maverick* or to accept such work for inclusion

in *Maverick*. And Paramount did not authorize Kosinski to license or assign any of Paramount's intellectual property. Paramount authorized Kosinski to use its intellectual property only to the extent Kosinski was preparing work for Paramount that Paramount would be entitled to use.

5.    In 2017, Paramount contracted with another screenwriter, Eric Singer, to prepare further drafts of the sequel's screenplay. Singer was provided with Craig's and Marks' prior screenplay drafts, as well as Kosinski's pitch document, as source material for his screenplay draft. Singer's final screenplay draft (the "Singer Draft") was submitted to Paramount on November 3, 2017. Attached hereto as **Exhibit C** is a true and correct copy of the Singer Draft, produced by Paramount in this litigation with the Bates range PPC-GRAY-0000534–0000655.

6.    Paramount did not authorize Singer to hire other screenwriters for *Maverick*. Paramount did not authorize Singer to ask anyone else to write scenes for *Maverick* or to incorporate anyone else's written work product into his screenplay draft, setting aside the source material that Singer was expressly permitted to work from. Paramount also did not authorize Singer to work with any screenwriters on *Maverick* who were not hired by Paramount. And Paramount did not authorize Singer to license or assign any of Paramount's intellectual property. Paramount authorized Singer to use its intellectual property only to the extent Singer was preparing work for Paramount that Paramount would be entitled to use.

7.    Later in 2017, Paramount contracted with another screenwriter, Ehren Kruger, to prepare additional rewrites of the *Top Gun* sequel's screenplay. Kruger was provided with the Singer Draft and other earlier drafts of the screenplay for Kruger's rewrites. Kruger's final draft screenplay was submitted to Paramount on September 15, 2018. Attached hereto as **Exhibit D** is a true and correct copy of Kruger's September 15 screenplay draft, produced by Paramount in this litigation with the Bates range PPC-GRAY-0003866–0003986.

8.      In 2018, Paramount contracted with a final screenwriter, Christopher McQuarrie, to prepare further drafts of the sequel's screenplay.  McQuarrie was provided with the Singer Draft and other earlier drafts of the screenplay for McQuarrie's rewrites. McQuarrie's final screenplay draft was submitted to Paramount on February 8, 2020  Attached hereto as **Exhibit E** is a true and correct copy of McQuarrie's February 8 screenplay draft, produced by Paramount in this litigation with the Bates range PPC-GRAY-0083911–0084082.

9.      McQuarrie's February 8, 2020 draft is the final screenplay for *Maverick*.

10.      Paramount publicly released *Maverick* on May 27, 2022.

11.      *Maverick* completed its theatrical run on December 15, 2022.

12.      Paramount spent about $175 million to produce *Maverick*, plus substantial additional marketing and related expenses to support the film's domestic and international theatrical release.

13.      The process of making *Maverick* spanned several years, with filming primarily taking place between May 2018 and July 2019, and post-production taking place through July 2020.  *Maverick* was a complex production that required working closely with the Navy and using actual Navy planes for filming.

## The WGA's Credit Arbitration for *Maverick*

14.      The writing credits for *Maverick* were determined pursuant to a Writers Guild of America ("WGA") credit arbitration.

15.      On September 27, 2019, Paramount submitted a "Notice of Tentative Writing Credits" for *Maverick* to the WGA and the writers named therein.  This notice was the first step in the process of initiating the WGA credit arbitration.  Attached hereto as **Exhibit F** is a true and correct copy of the letter from Paramount to the WGA attaching the aforementioned Notice,

produced by Paramount in this litigation with the Bates number PPC-GRAY-0086281. Attached hereto as **Exhibit G** is a true and correct copy of the aforementioned Notice, produced by Paramount in this litigation with the Bates range PPC-GRAY-0086282–86283.

16.    On December 19, 2019, Paramount submitted a "Revised Notice of Tentative Writing Credits" for *Maverick* to the WGA and the writers named therein. The Revised Notice was substantially the same as the original one, except as to the identified producers. Attached hereto as **Exhibit H** is a true and correct copy of the aforementioned Revised Notice, produced by Paramount in this litigation with the Bates range PPC-GRAY-0086278–0086280.

17.    The WGA credit arbitration for *Maverick* culminated in a decision on March 24, 2020. Attached hereto as **Exhibit I** is the WGA's letter to Paramount informing it of its writing credit determination for *Maverick*, produced by Paramount in this litigation with the Bates range PPC-GRAY-0000995–0000996.

### Gray's Silence About His Alleged Writing Role

18.    Shaun Gray did not tell Paramount that he claimed to have made written contributions to the Singer Draft or to *Maverick* until January 2023.

19.    Gray had no contact with Paramount during the period in 2017 in which Gray allegedly worked on *Maverick*.

20.    Singer also never told Paramount that Gray wrote any material contained in the Singer Draft or otherwise provided screenwriting services on *Maverick* (and continues to deny Gray did so).

21.    Before January 2023, no one else told Paramount either that Gray made or claimed to have made written contributions to the Singer Draft or to *Maverick*.

22.    No screenplay draft for *Top Gun: Maverick* submitted to Paramount credits Shaun Gray as a writer or in any other capacity.

23.    Throughout the production process, at the time of *Maverick*'s release, and throughout its theatrical run, Paramount believed it had the copyright rights to all creative material included in *Maverick*.

24.    Paramount did not know prior to January 2023 that Gray had allegedly authored any scenes used in *Maverick*, in *Maverick's* screenplay, or in any prior draft of that screenplay.

25.    At minimum prior to January 2023, Paramount believed that all of the copyrightable material in the Singer Draft either was authored by Singer or consisted of Paramount's preexisting copyrighted material.

26.    At no point prior to 2023 did Gray ask Paramount not to use material from the "Gray Scenes" in *Maverick*, advise Paramount that he contended its alleged use of the "Gray Scenes" was unauthorized, or request compensation or a credit from Paramount in exchange for using the "Gray Scenes" or for the right to use the "Gray Scenes."

27.    Gray also did not tell Paramount he had any objection to any of the trailers for *Maverick* that Paramount released in 2019 or the years thereafter.

**Gray's Unauthorized Use of Paramount's Intellectual Property**

28.    Paramount did not authorize Gray to use Paramount's intellectual property to prepare the "Gray Scenes."

29.    Paramount did not authorize Gray to exploit *Top Gun*, Craig's screenplay draft, Marks' screenplay draft, Kosinski's treatment, Singer's screenplay drafts and outlines, or any other of Paramount's intellectual property relating to *Top Gun* or *Top Gun: Maverick* in any capacity.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 5, 2025.

By: _____

Jonathan Stephen Gonda