# EXHIBIT H

REVISED NOTICE OF TENTATIVE WRITING CREDITS

"TOP GUN: MAVERICK"

TO:    Writers Guild of America, West, Inc.
       7000 West 3rd Street
       Los Angeles, California 90048
       Attention:      Sally Burmester
                       and Participating Writers

VIA EMAIL: theatrical-ntwc@wga.org

DATE: December 19, 2019

NAMES AND ADDRESSES OF PARTICIPATING WRITERS:

1. JIM CASH & JACK EPPS, JR *           c/o Goodman, Schenkman & Brecheen, LLP
* Materials from Cash & Epps were written   150 South Rodeo Drive, 3rd Floor
for a separate project, and were not        Beverly Hills, CA 90212
provided to the participating writers on this film   Attn: Steven Breimer
                                        SBreimer.Asst@gsbllp.com

2. PETER CRAIG                          c/o Hansen, Jacobson, Teller, Hoberman,
                                        Newman, Warren, Richman, Rush & Kaller, LLP
                                        450 Roxbury Drive, 8th Floor
                                        Beverly Hills, CA 90210
                                        Attn: Don Steele, Esq.
                                        DS@HJTH.com

       With a courtesy copy to:         c/o Creative Artists Agency
                                        2000 Avenue of the Stars
                                        Los Angeles, CA 90067
                                        Attn: Brian Siberell, John Campisi
                                        BSiberell@CAA.com; JCampisi@CAA.com

3. JUSTIN MARKS                         c/o Creative Artists Agency
                                        2000 Avenue of the Stars
                                        Los Angeles, CA 90067
                                        Attn: Trevor Asbury
                                        TAsbury@CAA.com

       With courtesy copies to:         c/o LIT Entertainment
                                        10390 Santa Monica Blvd. Suite 280
                                        Los Angeles, CA 90025
                                        Attn: Adam Kolbrenner
                                        Adam@litentertainmentgroup.com

                                        c/o Lichter, Grossman, Nichols, Adler &
                                        Feldman, Inc.
                                        9200 Sunset Boulevard, Suite 1200
                                        Los Angeles, CA 90069-3507
                                        Attn: Stephen P. Clark, Esq. & Melissa Rogal, Esq.
                                        SClark@LGNA.com; MRogal@LGNA.com

PPC-GRAY-0086278

4. ERIC WARREN SINGER

c/o CAA
2000 Avenue of the Stars
Los Angeles, CA 90067
Attn: John Campisi
JCampisi@CAA.com

     With a courtesy copy to:

c/o Gochman Law Group, PC
9100 Wilshire Blvd., Suite 312E
Beverly Hills, CA 90212
Attn: Mark Gochman
MarkG@GochmanLaw.com

5. EHREN KRUGER

c/o Sloane, Offer, Weber & Dern
9601 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
Attn: Jason Sloane, Esq.
Jason@sowdllp.com

6. CHRISTOPHER McQUARRIE

c/o Creative Artists Agency
2000 Avenue of the Stars
Los Angeles, CA 90067
Attn: John Campisi
JCampisi@CAA.com

     With courtesy copies to:

c/o Myman Greenspan
Fox Rosenberg Mobasser Younger Light LLP
11601 Wilshire Blvd., Suite 2200
Los Angeles, CA 90025
Attn: David Fox and Kim Stenton
DFox@MymanGreenspan.com
KStenton@MymanGreenspan.com

c/o Key Creatives
9800 Wilshire Boulevard
Beverly Hills, CA 90212
Attn: Ken Kamins
KKamins@KeyCreatives.com

TITLE OF MOTION PICTURE:     "TOP GUN: MAVERICK"

EXECUTIVE PRODUCERS:     Tommy Harper, Chad Oman, Mike Stenson, Dana Goldberg, Don Granger

PRODUCERS:     Jerry Bruckheimer, Tom Cruise, Christopher McQuarrie, David Ellison

DIRECTOR:     Joseph Kosinski

OTHER PRODUCTION EXECUTIVE(S) AND THEIR TITLE(S),
IF PARTICIPATING WRITER(S):     None.

CONFIDENTIAL

According to the provisions of Schedule A of the Writers Guild of America Theatrical and Television Basic Agreement of 2017, credits are now being determined on the above-entitled production.

ON SCREEN, THE TENTATIVE WRITING CREDIT IS AS FOLLOWS:

Written by Ehren Kruger and Eric Warren Singer and Christopher McQuarrie

ON SCREEN, SOURCE MATERIAL CREDIT, IF ANY:

Based on Characters Created by Jim Cash & Jack Epps, Jr.

ON SCREEN AND/OR IN ADVERTISING, PRESENTATION AND PRODUCTION CREDIT, IF ANY:

Paramount Pictures and Skydance and Jerry Bruckheimer Films Present
In Association with Tencent Pictures
A Don Simpson / Jerry Bruckheimer Production

SOURCE MATERIAL UPON WHICH THE MOTION PICTURE IS BASED, IF ANY:

The film "TOP GUN"

Per the terms of the WGA Basic Agreement, separation of rights does not apply.

The above writing credit is currently under an automatic arbitration.

PARAMOUNT PICTURES CORPORATION

By: _____
Tara Collins
Credits Administration
5555 Melrose Avenue
Hollywood, CA 90038
(323) 956-8802

CONFIDENTIAL