UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>   Defendants.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>   Counterclaim-Plaintiff,<br><br> vs.<br><br>SHAUN GRAY, an individual,<br><br>   Counterclaim-Defendant, | Civil Action No. 1:25-cv-3484 |

# DECLARATION OF MARC EVANS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

  I, Marc Evans, pursuant to 28 U.S.C. § 1746, declare as follows:

  1. I was employed by Paramount Pictures Corporation ("Paramount") from 2003 until late 2017, most recently serving as President of the Motion Picture Group from 2015 until my

departure. I submit this declaration in support of Defendants' Motion for Summary Judgment based on my personal knowledge of the facts set forth below. If called and sworn as a witness, I could and would testify competently thereto.

2. As President of the Motion Picture Group, I was responsible for overseeing the development of the *Top Gun* sequel project (which we now know as *Top Gun: Maverick*).

3. During my tenure at Paramount, including my time overseeing the *Top Gun* sequel, I never heard of Shaun Gray, and I was never informed (and never suspected) that he claimed to be writing for that project.

4. All authorized screenwriters for the *Top Gun* sequel project had written work-made-for-hire contracts with Paramount, as was Paramount's practice and industry practice more generally.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5th, 2025.

By: /s/ Marc Evans

Marc Evans

- 1 -