UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>                Defendants.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>                Counterclaim-Plaintiff,<br><br>vs.<br><br>SHAUN GRAY, an individual,<br><br>                Counterclaim-Defendant, | Civil Action No. 1:25-cv-3484 |

**DECLARATION OF J.J. CUMMINGS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

I, J.J. Cummings, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a retired Navy captain and was a Naval Aviation Advisor on the film *Top Gun: Maverick* ("*Maverick*"). I submit this declaration in support of Defendants' Motion for Summary Judgment based on my personal knowledge of the facts set forth below. If called and sworn as a witness, I could and would testify competently thereto.

2. I served in the U.S. Navy for over three decades. I served as a Naval Officer, a fighter pilot, an aircraft carrier captain, and I have flown F-14 Tomcats and F-18 Super Hornets like those featured in *Maverick*. In the Navy, and in my role as a Naval Aviation Advisor, I am generally known by my callsign "Yank."

3. My role on *Maverick* was to advise the director (Joe Kosinski) and screenwriter (during my stint, Eric Singer), along other personnel for the film on all things relating to the Navy and Naval aviation in particular. I understood that Kosinski and Singer wanted the film to be realistic and feature lots of real flying and authentic aircraft maneuvers, which is why having Navy consultants was important to them. I provided them with ideas and background, and I also gave feedback on their ideas and screenplay drafts, with the goal of making the film not only engaging but also accurate and a positive depiction of the Naval Aviation. I also facilitated Navy site visits for Kosinski and Singer during the development of the movie, namely an overnight aboard the USS Theodore Roosevelt aircraft carrier for Kosinski and a trip to Naval Air Station Fallon (where the real-life Top Gun known as the Navy Fighter Weapons School is located) for Kosinski and Singer.

4. Eric Singer and I bounced ideas off each other for crucial sequences in the film, including the opening test plane sequence and the final mission sequence. Among other contributions, I helped Singer figure out how a test program would work in practice, what it would

look like for a pilot to get ready for a test flight, and how to craft a mission that would be extremely harrowing but ultimately doable (and I established several of the key mission parameters, including the low-altitude ingress at 100 feet and the pop-up strike).

5. After watching *Maverick* upon its release, I thought the final product turned out great and closely mirrored the real world of Naval Aviation (with the action amped up a bit for dramatic effect). While it's obviously a fictional movie, the flying, the dialogue (including sharp jabs and brash language, as well as military jargon), the relationships among the pilots, and the portrayals of the Top Gun trained aviators—to name some examples—were all quite realistic. And of course, *Maverick* was filmed using real planes and real flights, so you can see the actors actually experiencing the strain of G-forces (gravitational forces) on their bodies.

6. Some example of features of aviation that were accurately depicted in *Maverick* are:

    a. Toward the start of the test plane sequence, Maverick performs a radio check in which he asks control: "How do you read?" and control responds: "Loud and clear." Control then turns the question back to Maverick, to which he replies: "Loud and clear." Those are the standard phrases that a pilot and control center would speak to each other during a real-life radio check, assuming the radio is working well (i.e., the transmission comes across "loud and clear").

    b. In addition, the air traffic controller provides Maverick with a wind readout before he takes off. As a pilot, it is imperative that you know the wind speed and direction before you take off for a flight. Therefore, in real life, an air traffic controller would provide a wind readout to a pilot before takeoff.

    c. As Maverick starts his flight, Hondo tells Maverick he is "cleared above six-zero-zero" and can "increase to Mach 3.5." This dialogue accurately depicts how a flight clearance would be communicated over radio during a flight.

    d. During Maverick's test flight, the main engines of the scramjet are shut down for it to transition to the scramjet engines. Again, this is a real-life feature of scramjets. To transition to the scramjet engines, a scramjet's main engines need to shut down, and a diverter system will redirect the airflow to the scramjet engines, which then take over.

    e. The flight sequences in *Maverick*, both during the training montages and in the final mission itself, feature real aerial maneuvers. I had the pleasure of consulting on several of them to help design realistic flight sequences.

    f. The bombing strike in the final mission in *Maverick* is also conducted through a real-life tactic called "buddy lazing," where one plane paints a target with a laser and a second plane drops a laser-guided bomb on the target.

    g. The flow of training at Top Gun is also realistically portrayed in *Maverick*. At the Navy Fighter Weapons School, like in *Maverick*, pilots would first receive training in the classroom setting, and then apply what they learned in aerial training.

    h. Another thing *Maverick* depicts realistically is the intense strain on a fighter pilot's body from G-forces, especially during high-speed flights with steep climbs and descents. As I know all too well from flying 4000 hours in navy fighters, you really do feel like your body is being crushed, and it is extremely hard to breath. You have to tense up your entire body to keep from blacking out. That is all depicted in

*Maverick*, and it is all true to life. The physical experience of G-forces is something I felt was important to convey in my role as an advisor.

i. *Maverick* depicts other real-life risks of aviation too, like the danger posed by bird strikes. Most people probably don't think of birds as dangerous creatures, but for a pilot in an aircraft going 500 MPH, a bird strike can be deadly. Bird strikes can cause a plane's engines to fail, crack or shatter a windshield, and otherwise cause a loss of control of a plane. Landings on aircraft carriers are also dangerous, especially when the aircraft is damaged. For significantly damaged aircraft, the ship will string an 80-foot by 10-foot net across the flight deck, known as a "barricade" to stop a damaged plane. Eric wanted an extremely dramatic final scene on the aircraft carrier, and "rigging the barricade" was my recommendation.

7. I understand that Shaun Gray is claiming that I thought of him as a writer on Maverick, but that is absolutely not true. I did interact with Gray, but I understood him to be the *assistant* to screenwriter Eric Singer—not a writer for Maverick himself.

8. I understand that Gray is trying to claim that I told a writer for GQ otherwise. Gray is wrong. I have re-read that article (found at https://www.gq.com/story/top-gun-maverick-military-advisor-interview) and can confirm that the article correctly identifies Eric Warren Singer as "the film's screenwriter." In response to a question about who else I worked with, I simply identified Shaun Gray, as Eric's cousin, and noted that he was "also a writer" -- not the writer for *Maverick*. In casual discussions with Gray, he told me that he had worked on other projects "as a writer." This is the context in which that statement was made.

9. Gray never told me that he thought he was a writer on *Maverick* – not during or after our time working together, even though we stayed in touch for about 18 months.

-6-

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 7th, 2025.

By: _____

J.J. Cummings