# EXHIBIT 39

Shaun Gray, response to documents provided by Eric Singer, 2/9/2023:

(i) The 10/6/2015 assistant agreement document is unknown, but regardless, was on its face only applicable to "Uncharted" in 2015. This assistant agreement does not apply not to "Top Gun" or any other projects which were each conducted under different terms negotiated between Eric and myself.

(ii) The 11/18/2019 text Eric has provided shows Eric himself confirming I was <u>not</u> his assistant on "Top Gun" and therefore this 2015 assistant agreement cannot apply to "Top Gun". My text to Eric was sent in the aftermath of Eric warning/threatening me to stay away from the arbitration process and reflects my attempt to ensure I received, at minimum, some kind of credit should Eric default on the co-writing agreement and fail to inform Paramount/WGA of my co-writing status.

**Regarding October 6, 2015 assistant agreement document:**

I cannot verify the authenticity of this document. I have no recollection of it and can find no record of ever receiving a copy, not as an initial draft to review, nor as a signed copy confirming its execution. I have searched my "Uncharted" box of files which includes all of my "Consultant" contract paperwork with Sony for the project and my tax information and I have reviewed all my texts and emails between myself, Eric and Mark Gochman -- I cannot find any mention whatsoever of this agreement.

Regardless of its authenticity, this agreement clearly states that its provisions are based on my "employment as an assistant for Eric Singer and Bullsh!t Artists", but as Eric's own 11/18/19 text confirms, I was <u>not</u> his assistant on "Top Gun" and thus this 2015 agreement was not applicable to the "Top Gun" agreement we made.

This assistant agreement also states it could be terminated entirely "at will" at any time, by either party, and requires no notification of termination of the agreement by either party. By its own language, it was invalidated and superseded only days later by my "Consultant" contract with Sony on Oct 21, 2015, in which I became an employee of Sony doing "work for hire" for Sony and was not "employed as Eric's assistant." Whatever the mystery assistant agreement is, it was clearly later invalidated and superseded by the (non-assistant) writing agreements Eric and I made on subsequent projects "Only the Brave" and "Marita" and most certainly by our verbal agreement to split writing credit and residuals on "Top Gun: Maverick".

As an additional example that this 2015 agreement is invalid and NOT applicable to "Top Gun," please see "10_24_18 My resume.pdf", in which I sent Eric my resume to forward to Paramount for "Shantaram". Not only does the resume he forwarded label me his "Development Executive", not an assistant, for the time-period that includes "Top Gun", I also very clearly stated to Eric in the email:
- that my title and role was not, and had not been, as his assistant on previous scripts including "Top Gun". Eric did not disagree.

GRAY12034

- that I had been co-writing and was expected by Eric to write under nebulously defined titles like "Development Executive" or "Story Producer" (because he would not openly acknowledge me as his co-writer and warned/threatened me not to tell people I was co-writing with him).
- that (just like we had verbally negotiated a shared co-writing credit on "Top Gun"), Eric and I had negotiated a verbal agreement on "Shantaram" to first bring me into the pre-writer's room-production meetings as a producer-level partner and also to hire me into the writers room as a producer-level writer. Certainly not within any job description of a "writer's assistant."
- that Eric was failing to honor the terms of our agreement and had put me into a difficult position. This was an increasingly fraught situation for me, where if I didn't stay on Eric's good side, I feared he would refute my entire writing resume and renege on our agreements like "Top Gun" and "Shantaram" (as we're seeing him do right now).

This 10/24/18 email shows that we conducted employment/writing agreements verbally on each project. Additional emails on November 7, 2018, also provide evidence that Eric and I made verbal agreements for a producer-level title and expose how Eric would appeal to our familial ties to just "trust" him ("11_7_2018 - Re_ Hey.pdf"). This "trust me" is exactly the same promise he had given me on our prior deals, including our verbal contract as his co-writer on "Top Gun". That Eric repeatedly chose to violate the terms of our verbal agreements does not change the fact that they were made and were binding.

Until now, Eric has never refuted any of my statements in the 10/24/2018 email nor the non-assistant title on my resume and his actions in the immediately following days and weeks represent tacit admission by Eric that they were an accurate description of the situation, of my role as a writer, of the hoops he made me jump through, and that I was not employed as his assistant, and thus not covered by this 2015 assistant agreement:
- Later on Oct 24th, 2018, Eric asks me to review a script for a possible writer to hire into the "Shantaram" room ("10_24_18 - butterfly.pdf").
- On October 26, 2018, Eric asks me which of my scripts he should send to Paramount as a writing sample ("10_26_2018 Re_ my script samples.pdf").
- On November 9, 2018, Eric CC's me on an email he sent directly to Nicole Clemens at Paramount, begging her to hire me as a writer, calling me his "guy", "invaluable", etc. and even offering to call the head of production at Apple if necessary ("shantaram 11_09_18 letter to nicole clemens - Fwd_ next week... and the room.._.pdf").

These are not the actions, words, nor behaviors of someone who disagreed with the facts I presented to them on 10/24/18.

Further invalidating this October 6, 2015 assistant agreement, on October 1, 2015, I have an email from Eric's attorney, Mark Gochman ("RE Uncharted contract info.pdf") confirming that Mark had negotiated on my behalf with Sony and I was being hired **directly by Sony**, not under Eric's employment.

In a follow-up email between Mark Gochman and Michael Marshall at Sony, Mark incorrectly calls me an "assistant" in the subject line and states I was "assisting Eric on

the movie" in the email body; however that job title had never been negotiated with me, was neither official, nor accurate. But this sentence that I was "assisting Eric on the movie" also suggests that any consideration of me as Eric's "assistant" by his attorney (whom I assume prepared this 10/06/2015 agreement) was specifically in reference to "the movie" which was "Uncharted" and not any other projects.

On Oct. 2, 2015, I received I-9 and W-4 documents from Sony and on Oct. 21, 2015, I received the initial draft of my Consultant contract with Sony. As Michael Marshall wrote ("Re_ Uncharted -- assistant.pdf"), my contract was backdated to a start date of August 28, 2015, the same day Eric was engaged by Sony on "Uncharted", they had approved a set of hours for my employment and Mark Gochman had negotiated potentially more hours and my payment rate with Sony.

On November 9, 2015, Eric emailed me saying that "We need to resolve the number for u --- tomorrow-" ("11_9_2015 - Hey.pdf") followed by bemoaning his own expenses. That "number" was what Eric was going to pay me to continue writing on "Uncharted" after my Sony contract ended. At no point did he offer me a contract to become an assistant in his employment. And this quite clearly shows that Eric had not established an agreement with me on October 6, 2015 regarding terms of employment or payment for engaging me in any capacity beyond what Sony's "Consultant" contract covered for "Uncharted".

This 11/09/2015 email is further confirmation that verbal negotiations were our standard practice on each project. Other evidence that we consistently relied on verbal agreements:
-*Text Screenshot "#1 Text.jpg"* – where Eric states he "wants to bring me on" for "Top Gun". An offer Eric's actual assistant, Christian Donovan didn't receive because Christian was already contracted as Eric's full-time and only assistant and worked on whatever project Eric had. I wasn't Eric's assistant; I was being hired by him on a per-project basis to co-write. I agreed to this simple text offer because Eric and I had already verbally negotiated an agreement about a week prior for my writing on "Top Gun". Hence my excited "Hell Yes!" response. I believed I was finally going to be credited for my writing. Christian is prepared to testify to my role and writing activities.
-*Text Screenshots 7 & 8* – Eric offers to write me a check for my work on "Marita". When I state it's less than what I expected (after the verbal agreement we'd made for "Marita"), Eric doesn't dispute it, but says ok, he'll "figure it out".

Lastly, I did not have an attorney of my own in 2015 and Mark Gochman, Eric's attorney, was representing me to negotiate my contract with Sony. We had already begun writing on "Uncharted" in August 2015, and I had already written pages for the script, so if this agreement document is authentic, it only demonstrates that Eric, aided by his attorney, was seeking to intentionally defraud me of writing credit for my writing on "Uncharted", abusing my trust in Eric and, by proxy, my trust in his attorney, Mark Gochman, whom I was led to believe was acting in my best interests. Regardless of these unethical actions, the fact remains that this 2015 agreement was not applicable to "Top Gun" because I was not Eric's assistant, which Eric's own actions and words confirmed on later dates.

GRAY12036

**Regarding the 11/18/19 Text exchange:**
This text is authentic. As stated above, Eric verbally warned me to stay away from "Top Gun" arbitration and threatened that if I, or my attorney, got involved, I would get in "trouble" and could cost both of us any chance at a credit. I was increasingly concerned that Eric was going to screw me over and that my name not only wouldn't appear as his co-writer, but would not appear in any capacity at all, as had happened on "Only the Brave".

I contacted Emily Cheung, Joe Kosinski's assistant, and she offered to have Joe submit a credit on my behalf and on behalf of Eric's Assistant, Christian Donovan. Hoping to at least guarantee my name would be credited on the movie in some capacity, even if Eric failed in his promise to notify the Studio and Guild of my co-writing involvement, I suggested credits for myself and for Eric's assistant, Christian, and I informed Eric of that fact. Eric did not object to these characterizations.

The 11/18/19 text clearly demonstrates that Eric agreed that my role on "Top Gun" was not "as an assistant to Eric Singer". Thus any claims that the 2015 assistant agreement applicable to "Uncharted" granted Eric rights to my take credit for my writing on "Top Gun" were and are, invalid.

As shown by included texts: "Screenshot_1" through "Screenshot_5", after 11/18/19, Eric continued to string me along and mislead me about arbitration and credit status, telling me there were "issues" with the credit that he expressly stated he was "trying to resolve with the WGA", which I interpreted to mean that he was still attempting to correct the credits and inform the Studio of my co-writing role, as he had verbally and repeatedly assured me that he would do. <u>Perhaps the WGA can confirm if Eric made any attempts to work out a credit for me, or if this was just more of his lying and manipulation?</u>

In reviewing these documents I am painfully aware that the tone of my emails and texts is often passive and conciliatory, because I was constantly walking on eggshells when dealing with Eric. He manipulated and exploited me for years and I constantly was made to fear that he would deny my work if I ever upset him, destroying my chances to be hired as a writer on my own.

It's also perhaps worth noting that Eric had not paid me most of the up-front money we had agreed upon for my writing on both "Marita" and "Top Gun", telling me at the beginning of 2018 that he had "gone overbudget on rebuilding his house" and asking me to accept incremental payments from him. He took nearly 3½ more years to fully pay off the remaining amount, during which time I found myself trying to dance a line between recovering money he owed me and was delinquent in paying, while also trying to stay in his good graces, believing that this was the only way I'd not only see those funds, but that he'd honor our verbal contract and notify Paramount and the WGA of my co-writing role on "Top Gun: Maverick", a role that is easily proven by a review of the pages I wrote and communications exchanged with Eric on that project.

GRAY12037