# EXHIBIT 40

## Re: Follow up to our chat

From: shaun gray (shaungray944@yahoo.com)
To: matt@saverco.com; kchristovich@wga.org
Date: Thursday, February 9, 2023 at 05:33 PM PST

Hi Kathy,

Thanks for sending these along, please find attached my statement responding to these documents.

The emails and texts I have cited are all saved in this folder on my google drive:
https://drive.google.com/drive/folders/1Gv_oDO5P21aIfFF1G7NHTEodQG0WwdT-?usp=share_link

also included is a copy of "Shaun_Gray_resume.doc" which is the attachment to the cited 10/24/2018 email (but I will also forward you this email so that you can verify the attachment's originality, because when I download it yesterday, it updated the file's "modified date" to the time of downloading).

Please let me know if anything is unclear or if you have any questions at all, I am happy to answer them!

Regarding Paramount, they told us 2 weeks ago that they would conduct an internal investigation, but we have not heard any updates since then.

Thanks again,

-Shaun

> On Wednesday, February 8, 2023 at 12:41:26 PM PST, Kathy Christovich <kchristovich@wga.org> wrote:
>
> Hi Shaun and Matt:
>
> I'm following up as part of our investigation concerning your complaints relating to your work with Eric Singer on "Top Gun: Maverick" and other projects.
>
> Singer provided us with the attached October 6, 2015 agreement. Is it authentic? If so, what is your position as to whether it remains in effect or, if not, when it was terminated? Do you have any other documents that may relate to the agreement?
>
> Also attached please find a November 18, 2019 text exchange Singer provided us. Is it authentic?
>
> Finally, have you heard anything further from Paramount in connection with their investigation?
>
> Best regards,

Kathy

---

**From:** Kathy Christovich
**Sent:** Wednesday, February 1, 2023 9:18 AM
**To:** 'shaun gray' <shaungray944@yahoo.com>; Matt Saver <matt@saverco.com>
**Subject:** RE: Follow up to our chat

Hi Shaun:

Thanks for checking in and I'm sorry for my delay in getting back to you. We're still discussing internally, but I'll circle back with an update soon.

Best regards,

Kathy

**Kathy Christovich | Assistant General Counsel**

Writers Guild of America West | 7000 W. 3rd St., Los Angeles, CA 90048

(323) 782-4521 | kchristovich@wga.org

wfh: (213) 305-0169

---

**From:** shaun gray <shaungray944@yahoo.com>
**Sent:** Tuesday, January 31, 2023 9:33 AM
**To:** Matt Saver <matt@saverco.com>; Kathy Christovich <kchristovich@wga.org>
**Subject:** Re: Follow up to our chat

Hi Kathy, I hope your weekend went well. I just wanted to circle back and see if there were any updates on your end regarding my situation?

Thanks!

-Shaun

On Wednesday, January 25, 2023 at 09:38:36 AM PST, Kathy Christovich <kchristovich@wga.org> wrote:

Thank you, Matt, I think this is just fine. Talk to you both soon.

**From:** "Matt Saver" <matt@saverco.com>
**Subject:** Follow up to our chat
**Date:** 25 January 2023 09:30
**To:** "shaun gray" <shaungray944@yahoo.com>, "Kathy Christovich" <kchristovich@wga.org>

Here is an audio dial-in for today's call at 2 PM.

Kathy, let me know if you would prefer a video call.

Dial in: 267-930-4000

Participant code 458-475-139#

Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Phone: 310-888-1801

*This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.*

**From:** shaun gray <shaungray944@yahoo.com>
**Sent:** Tuesday, January 24, 2023 1:09 PM
**To:** Kathy Christovich <kchristovich@wga.org>; Matt Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

2 pm. works with me too. Thanks!

On Tuesday, January 24, 2023 at 12:48:28 PM PST, Matt Saver <matt@saverco.com> wrote:

GRAY12008

No problem on my end!

Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Phone: 310-888-1801

This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.

---

**From:** Kathy Christovich <kchristovich@wga.org>
**Sent:** Tuesday, January 24, 2023 11:54 AM
**To:** Matt Saver <matt@saverco.com>; Shaun Gray <shaungray944@yahoo.com>
**Subject:** RE: Follow up to our chat

Thanks, Matt!

Unfortunately, I was just pulled into another meeting that conflicts with our 11 a.m. tomorrow. My apologies! (This has been happening quite a bit given we're gearing up for negotiations soon.)

Could we move our call to 2 p.m. tomorrow? Please let me know if that works for you two.

I think dial-in is fine for this first call.

Thank you,

Kathy

---

**From:** Matt Saver <matt@saverco.com>
**Sent:** Tuesday, January 24, 2023 9:38 AM
**To:** Kathy Christovich <kchristovich@wga.org>; Shaun Gray <shaungray944@yahoo.com>
**Subject:** RE: Follow up to our chat

Shaun, Kathy, do you see a need to screen share anything? If so, Google Meet or Zoom, which I can send.

If not, I can send out an old-fashioned dial-in.

Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Phone: 310-888-1801

*This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.*

---

**From:** Kathy Christovich <kchristovich@wga.org>
**Sent:** Tuesday, January 24, 2023 9:34 AM
**To:** Shaun Gray <shaungray944@yahoo.com>
**Cc:** Matt Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

> Great, looking forward to talking with you and Matt tomorrow 1/25 at 11 am. What number is best for each of you?
>
> **From:** "Shaun Gray" <shaungray944@yahoo.com>
> **Subject:** Follow up to our chat
> **Date:** 24 January 2023 09:21
> **To:** "Kathy Christovich" <kchristovich@wga.org>
> **Cc:** "Matthew Saver" <matt@saverco.com>
>
> Hi Kathy!
>
> Yeah, let's do tomorrow (1/25) at 11am if that works? Sooner we start, the better, I think.
>
> Thanks!
>
> -Shaun
>
> On Jan 24, 2023 9:10 AM, Kathy Christovich <kchristovich@wga.org> wrote:
>
>> Hi Shaun and Matthew:

Thanks for forwarding the attachment and for connecting with me. Could we set a call to discuss? I'm in meetings most of today, but as of now I'm free tomorrow 11-3:30. I also have availability Thursday afternoon or Friday.

Please let me know what would work for you.

Thank you,

Kathy

**Kathy Christovich | Assistant General Counsel**

**Writers Guild of America West | 7000 W. 3rd St., Los Angeles, CA  90048**

**(323) 782-4521 | kchristovich@wga.org**

wfh: (213) 305-0169

---

**From:** shaun gray <shaungray944@yahoo.com>
**Sent:** Monday, January 23, 2023 9:43 PM
**To:** Kathy Christovich <kchristovich@wga.org>; Matthew Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

Hi Kathy, thank you so much for jumping into this. I'm looping my attorney Matthew Saver into this email as well, so you two can talk.

Attached is a general document that will get you an overall view of the situation and, beyond that, I have an overwhelming amount evidence in the form of pages, emails and texts for each project. so let me know where I can clarify, fill in or provide more details.

thanks!

-Shaun Gray

On Monday, January 23, 2023 at 06:20:44 PM PST, Liz Alper <elizabeth.alper@    PII    wrote:

Hi Kathy and Shaun,

Shaun, Kathy is one of the Guild's assistant general counsellors and is exactly the kind of person you want to speak with when you're in the sort of awful situation you've found yourself in. Good luck, I'll let you guys take it from here.

best,

Liz

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

 Shaun Gray response to documents provided by Eric Singer.doc
47.5 kB