# EXHIBIT 42

**From:** Ehren Kruger <virtualkruger@ PII
**Sent:** Monday, February 24, 2020 10:32 AM
**To:** Jessica Tammariello
**Subject:** Re: "Top Gun: Maverick" - New Update

Hi Jessica,

Thanks for checking in...

I will only need to submit the last draft I contributed to the project — dated September 15, 2018 (120 pages). I believe it is #50 on the most recent materials list you sent.

I'll send you my statement in the next couple days. My understanding is your deadline for it is now Friday Feb 28.

Best regards,
Ehren

> On Feb 24, 2020, at 9:39 AM, Jessica Tammariello <jtammariello@wga.org> wrote:
>
> Hi Ehren,
>
> I hope you had a nice weekend. Please let me know which of your materials you intend to submit to the Arbitration Committee. I have attached the updated complete list of material for your ease of reference.
>
> Please let me know if you have any questions.
>
> Best Regards,
>
> *Jessica Tammariello*
> *Arbitration Coordinator*
> *Writers Guild of America West*
> *7000 W. Third Street*
> *Los Angeles, CA 90048*
> *ph: 323/782-4812  fax: 323/782-4805*
>
> **From:** Jessica Tammariello
> **Sent:** Thursday, February 20, 2020 2:36 PM
> **Subject:** RE: "Top Gun: Maverick" - New Update
>
> Dear Writers:
>
> I have been informed by Paramount that the revised final shooting script dated February 8, 2020 is now verified. the Company has also confirmed that the following pages were revised when comparing the November 15, 2019 script to the revised script: **28-31, 46-48, 50-56, 58-65, 89-92, 148, 152-155, 160-161.**

1

We plan to submit this matter to the Arbitration Committee on the afternoon of **Friday, February 28, 2020**. Accordingly, if you intend to submit a statement, please plan to send it to me by noon next Friday. Statements received after the deadline but before the Committee reaches its decision will be submitted to the Committee under separate cover.

Also, if you have multiple items on the list of materials (attached), please let me know which of those items you'd like considered by the Arbitration Committee. Reminder: you do not need to submit every draft you wrote to the arbiters for consideration and I recommend that you limit your submissions to drafts containing original material that remains in the final shooting script so that the arbiters aren't put to the task of reading duplicative material. Please also let me know if you have any deletions to the Arbiters List.

Please don't hesitate to contact me should you have any questions or concerns.

Best Regards,

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

---

**From:** Jessica Tammariello
**Sent:** Friday, February 14, 2020 11:53 AM
**Subject:** RE: "Top Gun: Maverick" - Update

Correction: Statements will likely be due the week of February 24th -February 28th.

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

---

**From:** Jessica Tammariello
**Sent:** Friday, February 14, 2020 11:44 AM
**Subject:** RE: "Top Gun: Maverick" - Update

Dear Writers:

An issue has been raised as to the reasoning for the Company's position that the February 9, 2020 revised final shooting script is not verified. I am seeking further clarification from Paramount and I hope to provide you with an update soon. In the meanwhile, I will adjust the deadline for statements to accommodate for the fact that you all just received this script two days ago. Statements will likely be due sometime during the week of July 24-July 28 but I will send you an update with a specific date once I've heard back from the Company.

Please let me know if you have any questions. Thank you for your patience.

Best Regards,

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

WGAW 1393

**From:** Jessica Tammariello
**Sent:** Thursday, February 13, 2020 4:27 PM
**Subject:** RE: "Top Gun: Maverick" - Update

Dear Writers,

This email is to provide you with updated information regarding the verification of material and next steps in connection with the writing credits arbitration on ***Top Gun: Maverick.***

Please be advised that the Company has not verified the additional materials but does not object to their inclusion in the arbitration. An updated and complete list of materials is attached for your reference. If you object to the inclusion of any of the materials, please contact me as soon as possible, but by 5:00 on Tuesday, February 18, 2020 at the latest.

If there are no objections to the literary materials, I intend to submit this matter to the Arbitration Committee on Friday, February 21, 2020. Accordingly, please submit your arbitration statement to me by noon on Friday, February 21, 2020. Statements received after the deadline will be forwarded to the Arbitration Committee under separate cover at any time up until the Arbitration Committee reaches its decision.

Additionally, if you have not already done so, please let me know which of the materials attributed to you on the attached list you would like the Arbitration Committee to consider and whether you have any deletions to the List of Screen Arbiters.

Please do not hesitate to contact me should you have any questions or concerns.

Best Regards,

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

---

**From:** Jessica Tammariello
**Sent:** Wednesday, February 12, 2020 4:19 PM
**Subject:** RE: "Top Gun: Maverick" - additional material sent to Company for verification

Dear Writers:

The following additional draft was submitted to the Guild and has been forwarded to the Company for verification:

- Revised Final Shooting Script by Christopher McQuarrie, dated February 8, 2020, 171 pp.

I am attaching the material for your review. I will contact you further once the Company has made its determination as to whether it will verify the additional material. Please do not hesitate to contact me should you have any questions or concerns.

Best Regards,

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

WGAW 1394

**From:** Jessica Tammariello
**Sent:** Wednesday, February 12, 2020 12:27 PM
**Subject:** "Top Gun: Maverick" - additional material sent to Company for verification

Dear Writers:

Please be advised that the following additional material was submitted to the Guild and has been forwarded to the Company for verification:

1. Partial Screenplay by Peter Craig, dated May 4, 2012, 85 pp.
2. Screenplay by Peter Craig, dated May 12, 2012,
3. Screenplay by Peter Craig, dated June 15, 2012,
4. Screenplay by Peter Craig, dated June 28, 2012,
5. Screenplay by Peter Craig, dated July 24, 2012,
6. Outline by Justin Marks, dated February 26, 2015, 16 pp.
7. Notes by Justin Marks, dated March 12, 2016, 4 pp.
8. Pages by Eric Warren Singer, dated September 26, 2017, 19 pp.

I am attaching the material for your review. I will contact you further once the Company has made its determination as to whether it will verify the additional material. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

*Jessica Tammariello*
*Arbitration Coordinator*
*Writers Guild of America West*
*7000 W. Third Street*
*Los Angeles, CA  90048*
*ph: 323/782-4812  fax: 323/782-4805*

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

&lt;Top Gun Maverick revised list of materials 2.20.20.pdf&gt;