# EXHIBIT 44

Re: Follow up to our chat

From: shaun gray (shaungray944@yahoo.com)
To: matt@saverco.com; kchristovich@wga.org
Date: Wednesday, January 25, 2023 at 03:08 PM PST

Hi Kathy, it was great to talk to you and thank you again for digging into this! I appreciate all the support you and the Guild are offering.

One thought I just had: while I was dubious of Eric's intent to still honor our deal once he warned me to not get involved in arbitration, he was still swearing to me that it was his intent to inform the Studio of my writing contributions and also uphold our 60/40 split of residuals. It was not until the movie was released this past year without any credit attributed to me, and his subsequent silence, avoidance of contact and no offer of payment on residuals that I had actual confirmation of his breach of our agreement. Could this possibly shift the statute of limitations to either June 2022 or the first date of residual payments from the Studio to Eric?

thanks!

-Shaun


On Wednesday, January 25, 2023 at 09:38:36 AM PST, Kathy Christovich <kchristovich@wga.org> wrote:

Thank you, Matt, I think this is just fine. Talk to you both soon.

From: "Matt Saver" <matt@saverco.com>
Subject: Follow up to our chat
Date: 25 January 2023 09:30
To: "shaun gray" <shaungray944@yahoo.com>, "Kathy Christovich" <kchristovich@wga.org>


Here is an audio dial-in for today's call at 2 PM.

Kathy, let me know if you would prefer a video call.

Dial in: 267-930-4000

Participant code 458-475-139#


Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330

GRAY12001

Beverly Hills, CA 90212
Phone: 310-888-1801

*This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.*

**From:** shaun gray <shaungray944@yahoo.com>
**Sent:** Tuesday, January 24, 2023 1:09 PM
**To:** Kathy Christovich <kchristovich@wga.org>; Matt Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

2 pm. works with me too. Thanks!

On Tuesday, January 24, 2023 at 12:48:28 PM PST, Matt Saver <matt@saverco.com> wrote:

No problem on my end!

Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Phone: 310-888-1801

*This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.*

**From:** Kathy Christovich <kchristovich@wga.org>
**Sent:** Tuesday, January 24, 2023 11:54 AM
**To:** Matt Saver <matt@saverco.com>; Shaun Gray <shaungray944@yahoo.com>
**Subject:** RE: Follow up to our chat

Thanks, Matt!

Unfortunately, I was just pulled into another meeting that conflicts with our 11 a.m. tomorrow. My apologies! (This has been happening quite a bit given we're gearing up for negotiations soon.)

Could we move our call to 2 p.m. tomorrow? Please let me know if that works for you two.

I think dial-in is fine for this first call.

Thank you,

Kathy

---

**From:** Matt Saver <matt@saverco.com>
**Sent:** Tuesday, January 24, 2023 9:38 AM
**To:** Kathy Christovich <kchristovich@wga.org>; Shaun Gray <shaungray944@yahoo.com>
**Subject:** RE: Follow up to our chat

Shaun, Kathy, do you see a need to screen share anything? If so, Google Meet or Zoom, which I can send.

If not, I can send out an old-fashioned dial-in.

Best regards.

Matt

Matthew Saver
269 S. Beverly Drive, Suite 330
Beverly Hills, CA 90212
Phone: 310-888-1801

*This communication is confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone and delete and destroy all copies.*

---

**From:** Kathy Christovich <kchristovich@wga.org>
**Sent:** Tuesday, January 24, 2023 9:34 AM
**To:** Shaun Gray <shaungray944@yahoo.com>
**Cc:** Matt Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

Great, looking forward to talking with you and Matt tomorrow 1/25 at 11 am. What number is best for each of you?

**From:** "Shaun Gray" <shaungray944@yahoo.com>
**Subject:** Follow up to our chat
**Date:** 24 January 2023 09:21
**To:** "Kathy Christovich" <kchristovich@wga.org>
**Cc:** "Matthew Saver" <matt@saverco.com>

Hi Kathy!

Yeah, let's do tomorrow (1/25) at 11am if that works? Sooner we start, the better, I think.

Thanks!

GRAY12003

-Shaun

On Jan 24, 2023 9:10 AM, Kathy Christovich <kchristovich@wga.org> wrote:

Hi Shaun and Matthew:

Thanks for forwarding the attachment and for connecting with me. Could we set a call to discuss? I'm in meetings most of today, but as of now I'm free tomorrow 11-3:30. I also have availability Thursday afternoon or Friday.

Please let me know what would work for you.

Thank you,

Kathy

**Kathy Christovich | Assistant General Counsel**

**Writers Guild of America West | 7000 W. 3rd St., Los Angeles, CA 90048**

**(323) 782-4521 | kchristovich@wga.org**

**wfh: (213) 305-0169**

**From:** shaun gray <shaungray944@yahoo.com>
**Sent:** Monday, January 23, 2023 9:43 PM
**To:** Kathy Christovich <kchristovich@wga.org>; Matthew Saver <matt@saverco.com>
**Subject:** Re: Follow up to our chat

Hi Kathy, thank you so much for jumping into this. I'm looping my attorney Matthew Saver into this email as well, so you two can talk.

Attached is a general document that will get you an overall view of the situation and, beyond that, I have an overwhelming amount evidence in the form of pages, emails and texts for each project. so let me know where I can clarify, fill in or provide more details.

thanks!

-Shaun Gray

On Monday, January 23, 2023 at 06:20:44 PM PST, Liz Alper <elizabeth.alper@   PII    wrote:

Hi Kathy and Shaun,

Shaun, Kathy is one of the Guild's assistant general counsellors and is exactly the kind of person you want to speak with when you're in the sort of awful situation you've found yourself in. Good luck, I'll let you guys take it from here.

best,

Liz

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. This e-mail message and/or any attachments thereto may be confidential, legally privileged, and/or exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, disclosure, dissemination, forwarding or copying of this e-mail message and/or attachments or taking of any action in reliance on the contents therein is strictly prohibited. Please notify the Writers Guild of America, West, immediately by reply e-mail or telephone, and delete the original message and all attachments from your system. Thank you

GRAY12005