# EXHIBIT 45

Eric Singer<br>
c/o Stankevich Gochman, LLP<br>
9777 Wilshire Blvd., Suite 550<br>
Beverly Hills, CA 90212

_10/6_, 2015

Shaun Gray
_3949 Las Flores Cyn_
_Malibu, CA 90265_

Dear Shaun:

    In consideration of your employment (which may be a third party) as a an assistant for Eric Singer ("Singer") and Bullsh!t Artists, Inc. ("Bullsh!t Artists"), you agree to abide by all of the terms and conditions of this Confidentiality Agreement ("Agreement").

    You acknowledge that during the term of your employment you will learn, obtain, acquire and become aware of information, and may in the future acquire information, relating to or concerning: Eric Singer/Bullsh!t Artists, their family, friends, entities and associates; (b) other employees of Eric Singer/Bullsh!t Artists; (c) the location and address of Singer's residences; (d) financial, business and contractual matters of, or pertaining to, Eric Singer/Bullsh!t Artists or any of the foregoing; and (e) motion picture, television and other creative projects that Eric Singer/Bullsh!t Artists are involved in or propose to be involved in. You further acknowledge and agree that all of the above information ("Confidential Information") that you acquire during the term of your employment is private and confidential and that it is exclusively owned and controlled by Eric Singer/Bullsh!t Artists.

    You expressly agree that you shall not, directly or indirectly, verbally or otherwise, either during or after the term of your employment by Eric Singer/Bullsh!t Artists, publish, disseminate, disclose, or cause to be published, disseminated or disclosed, (herein "Disclosure") any Confidential Information to any person, firm or entity whatsoever, including, but not limited to, newspapers, periodicals, magazines, television programs, or any other media enterprise (herein "Third Parties"). You expressly agree that you shall not utilize said Confidential Information in any manner that is or might be adverse to Eric Singer/Bullsh!t Artists.

    You acknowledge that any Disclosure to any Third Party of any Confidential Information shall constitute a breach of the terms of your employment and shall constitute a breach of trust and confidence, a breach of fiduciary duty, invasion of privacy, and a misappropriation of Eric Singer/Bullsh!t Artists' exclusive property rights and may constitute fraud and deceit.

    A breach of this Agreement, including by your Disclosure of any Confidential Information to any Third Party, shall cause you to be liable to Eric Singer/Bullsh!t Artists for any and all damages and injuries incurred by Eric Singer/Bullsh!t Artists as a result thereof, and shall obligate you to account to Eric Singer/Bullsh!t Artists and turn over to Eric Singer/Bullsh!t Artists any and <u>all</u> monies, profits, or other consideration or benefits which you derive from any Disclosure or exploitation of any of the Confidential Information obtained by you during the term of your employment, without prejudice to any other rights or remedies, legal or equitable, that Eric Singer/Bullsh!t Artists may have as a result of a violation of the terms hereof.

You acknowledge and agree that any Disclosure by you to Third Parties of any Confidential Information will cause irreparable harm to Eric Singer/Bullsh!t Artists, which damages and injuries will not be measurable or susceptible to calculation. You further acknowledge and agree that any breach or threatened breach of this Agreement due to the unauthorized Disclosure or threatened Disclosure by you to Third Parties of any Confidential Information shall entitle Eric Singer/Bullsh!t Artists to obtain an ex parte restraining order, preliminary injunction and permanent injunction (herein "Injunctive Relief") preventing the Disclosure, or any further Disclosure, of Confidential Information protected by the terms hereof. In the event a dispute arises concerning any of the provisions of this Agreement, it shall be submitted to and decided by the Los Angeles Superior Court ("Court"). Since a public hearing to enforce any of the provisions contained in this Agreement might cause Disclosure of Confidential Information contrary to the intent of the parties, the parties hereby stipulate that, in the event there is litigation concerning any of the provisions in the Agreement, the Court file shall be sealed and the Court may issue a protecting order prohibiting the Disclosure of any of the Confidential Information, and limiting the Disclosure of any other information obtained through discovery proceedings. In the event of any breach, or threatened breach, by you of any of the terms of this Agreement, the prevailing party is entitled to recover his or her reasonable attorneys' fees and costs incurred in connection with any action or proceeding arising out of, or relating to, any such breach or threatened breach. This Agreement, and any dispute or controversy relating to the existence, validity, meaning, interpretation, or alleged breach of this Agreement, shall in all respects be interpreted, enforced and governed by the laws of the State of California.

If any term or provision of this Agreement is inconsistent with any law, statute or regulation, or is invalid or unenforceable for any reason, such term or provision shall be deemed curtailed and limited only to the extent necessary to achieve consistency, validity, or enforceability, as the case may be, and the balance of this Agreement shall remain in full force and effect.

You acknowledge and agree that you will not acquire any rights of any kind or nature in or to any materials of any kind or nature that you assist Singer/Bullsh!t Artists with, including without limitation all concepts, ideas, treatments, screenplays or other materials or creative projects of any kind or nature ("Materials"), whether verbal or written. You further acknowledge and agree that Singer/Bullsh!t Artists shall be to sole and exclusive owner of any and all such Materials. You agree that in no event shall you be entitled to injunction, rescission or other equitable relief, your sole remedy in the event of any dispute being an action at law to cover such damages as may have been actually suffered by you as a result thereof.

The parties hereto acknowledge and agree that your employment is an at-will employment relationship, and that either you or we may terminate said employment without cause, at any time, and that any such termination will not constitute a breach of any express or implied contract or covenant, will not be deemed to be tortious, wrongful, or give rise to any claim or liability whatsoever.

[INTENTIONALLY LEFT BLANK]

You acknowledge that you have entered into this Agreement freely and voluntarily, and you acknowledge that you either consulted with independent counsel before entering into this Agreement, or had the opportunity to do so, but elected not to.

Very truly yours,

_____
Eric Singer

Bullsh!t Artists, Inc.

By: _____
Eric Singer

ACCEPTED AND AGREED:

_____
Shaun Gray