# EXHIBIT 53

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

23823 MALIBU ROAD, SUITE 50-363
MALIBU, CALIFORNIA 90265

Tel: (310) 246-3333 / Fax: (310) 246-3101
mtoberoff@toberoffandassociates.com

April 9, 2024

Via Email

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office

**RE:** **U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)**

Dear Mr. Lopez:

I am writing to respond to your recent inquiries.

The uploaded literary material submitted for registration (the "Work") was published when the film *Top Gun: Maverick* (the "Film") was published, as the Film incorporates all of the scenes submitted for registration. The uploaded deposit copy was authored solely by Shaun Gray ("Gray") and it was not created by Gray as a "work made for hire" for any person or entity. Gray had no writing contract with Paramount Pictures Corp., which produced and distributed the Film, nor with any other entity regarding this material.

The material submitted for registration is not the final screenplay of the Film but rather distinct scenes written solely by Gray that were ultimately used in the Film. Gray's material secured a statutory copyright upon fixation. 17 U.S.C. § 102(a).

Whereas Gray solely authored the material in the deposit copy, other writers revised and wrote additional scenes which were ultimately combined with Gray's material resulting in the final screenplay for the Film. Whether these authors had the requisite "intention that their contributions be merged into inseparable or interdependent parts of a unitary whole" as set forth in your inquiry is likely in dispute.
As stated in the application, the Work sought to be registered will be the subject of litigation. The proper forum for resolving any factual and legal disputes, including whether Gray is the co-author of a joint work, is in federal court. *See* U.S. Copyright Office, *Compendium of U.S. Copyright Office Pracs.* § 605.1, "General Policies" (3d ed. 2021) ("[T]he Office's staff will not offer or undertake to resolve disputes concerning conflicting claims to copyright. If there is a dispute between two or more parties involving a claim to copyright, it is the responsibility of each party to pursue their claims in an appropriate forum.").

/ / /
/ / /

**TOBEROFF & ASSOCIATES, P.C.**

April 9, 2024
David S. Lopez
Page: 2

Thank you for your kind attention to this matter.

Sincerely,

Marc Toberoff

GRAY10503