# EXHIBIT 55



**Marc Toberoff <mtoberoff@toberoffandassociates.com>**

---

## U.S. Copyright Office Application - 1-13556515531

---

**Marc Toberoff** <mtoberoff@toberoffandassociates.com>                                    Tue, May 14, 2024 at 4:03 PM
To: Copyright Office <cop-ad@loc.gov>
Cc: Tommy Ferdon <tferdon@toberoffandassociates.com>, Spencer Gibbs <sgibbs@toberoffandassociates.com>

Dear Mr. Lopez:

**[THREAD ID:1-6ANF28G]**

I am writing to follow up on our correspondence sent to you on **April 28, 2024** regarding the registration of our client Shaun Gray's Work on an expedited basis.

We originally applied on **April 2, 2024** for registration with the Copyright Office on an expedited basis under its procedures and paid the $865 fee to expedite because this matter is extremely time-sensitive.

As stated in my April 28, 2024 correspondence, if the Copyright Office believes that registration of our client's Work should contain an *adverse claim* designation, we accept that and request that the Office proceed with the registration in that manner as quickly as possible.

Kindly provide us with the registration number at your earliest opportunity.

Thank you for your kind attention to this matter.

Sincerely,

Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333
Cell: 310.736.5666
toberoffandassociates.com
_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.

GRAY10509