# EXHIBIT 56

**TOBEROFF & ASSOCIATES, PC**

Marc Toberoff <mtoberoff@toberoffandassociates.com>

---

## U.S. Copyright Office Application - 1-13556515531

**Copyright Office** <cop-ad@loc.gov>  
To: mtoberoff@toberoffandassociates.com  
Thu, May 23, 2024 at 4:37 AM

Dear Mr. Toberoff,

Thank you for your previous response and for your patience.

If your position is that that the use of the material in the film was infringing and does not constitute publication according to the statute, please confirm this. In this case, we can use this application to register as an unpublished work one of the scenes from the material you have submitted. We are unable to register all of the scenes together as they constitute multiple works rather than one work. As you indicated, the material consists of distinct scenes rather than a complete screenplay, and we note that the material appears to contain various fragments and different versions of some scenes.

For example, we can register the scene found on pp. 1-9 of the pdf submitted. To proceed in this way, please 1) confirm in your reply the title of this work to be listed in the registration, and 2) upload a separate copy of this work only, following the instructions below. To register the remaining works, you may submit separate Standard applications for each work or a "Group of Unpublished Works" application (GRUW), if the requirements are met. A GRUW application may include up to 10 unpublished works. To learn more about the requirements for this option, see Circular 24 (https://www.copyright.gov/circs/circ24.pdf.)

Please note that the Copyright Office has made a registration of the entire motion picture for "Top Gun: Maverick" under registration number PA0002351572 effective 5/31/2022 naming Paramount Pictures Corporation as author/claimant. The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

If the facts are otherwise, please let us know.

UPLOAD INSTRUCTIONS

1) Log into your eCO account at https://eco.copyright.gov/eService_enu/.
2) On the Home page, click on "Open Cases" under "Check Registration Case Status."
3) In the list of open cases, click on case number 1-13556515531.
4) Click the green "Select files to upload" button which will open a dialogue box allowing you to browse and select files from your computer.
5) Highlight the file(s) you want and click "Open" in the dialogue box.
6) On the main screen, confirm the file(s) you want are displayed. (To remove a file, click the orange "Remove" button.)
7) Click the blue "Start upload" button. When the upload is successful, "Successfully uploaded" will display next to the filename(s).
8) When you are satisfied the correct files are uploaded, click on the green "Click here to complete your submission" button on the right.

You will receive an automated e-mail confirming your upload. (Please allow up to one hour.) Please be sure to check your spam folder for the upload confirmation email. If you do not receive the confirmation email, then your upload did not complete successfully.

NOTE: If you need to reset your password, or if you experience problems with your upload, please call our technical help desk at (202)707-3002 or by email at CSDTech@loc.gov. You will receive an e-mail confirming your upload within the hour.

Sincerely,

David S. Lopez  
Copyright Examiner  
Registration Policy & Practice

GRAY10510

United States Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ANF28G]


-----Original Message-----

From:  mtoberoff@toberoffandassociates.com
Sent:  5/14/2024 07:03:15 PM
To:  Copyright Office <cop-ad@loc.gov>
Cc:  Tommy Ferdon <tferdon@toberoffandassociates.com>; Spencer Gibbs <sgibbs@toberoffandassociates.com>
Subject:  U.S. Copyright Office Application - 1-13556515531

CAUTION: This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Mr. Lopez:

[THREAD ID:1-6ANF28G]

I am writing to follow up on our correspondence sent to you on April 28, 2024 regarding the registration of our client Shaun Gray's Work on an expedited basis.

We originally applied on April 2, 2024 for registration with the Copyright Office on an expedited basis under its procedures and paid the $865 fee to expedite because this matter is extremely time-sensitive.

As stated in my April 28, 2024 correspondence, if the Copyright Office believes that registration of our client's Work should contain an adverse claim designation, we accept that and request that the Office proceed with the registration in that manner as quickly as possible.

Kindly provide us with the registration number at your earliest opportunity.

Thank you for your kind attention to this matter.

Sincerely,

Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333

Cell: 310.736.5666
toberoffandassociates.com


_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have
 received this transmission in error, please notify the sender immediately by reply email and then delete this message.

GRAY10511