# EXHIBIT 57

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

23823 MALIBU ROAD, SUITE 50-363
MALIBU, CALIFORNIA 90265

Tel: (310) 246-3333 / Fax: (310) 246-3101
mtoberoff@toberoffandassociates.com

June 4, 2024

<u>Via Email</u>

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office

**RE:** **U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)**

Dear Mr. Lopez:

In response to your correspondence dated May 23, 2024, I would first like take a moment to thank you for your kind and valuable guidance in sorting this matter out. We can confirm that the unauthorized use of Gray's written material in the film "Top Gun: Maverick" did not constitute publication. We would therefore like to register Mr. Gray's scenes as a Group of Unpublished Works ("GRUW") as you have suggested. It appears necessary for us to submit two GRUW applications given the number of scenes. With this is mind, we have two questions:

(1) For convenience, is it possible to deem our pending application to be a GRUW application, upload a group of 10 scenes/files for that application, and then submit a second GRUW application for the few remaining files over the 10-work limit?

(2) Would the $800 special handling fee that we paid apply to these two related GRUW applications or are we required to pay this fee twice?

Thank you again for your kind attention to this matter.

Sincerely,

Marc Toberoff

GRAY10513