# EXHIBIT 58

# TOBEROFF & ASSOCIATES, P.C.

A PROFESSIONAL CORPORATION

23823 MALIBU ROAD, SUITE 50-363
MALIBU, CALIFORNIA 90265

Tel: (310) 246-3333 / Fax: (310) 246-3101
*mtoberoff@toberoffandassociates.com*

June 21, 2024

<u>Via Email</u>

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office

**RE:**     <u>U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)</u>

Dear Mr. Lopez:

In response to your correspondence dated June 17, 2024, we are proceeding with "Option 1" and will register one scene under the current pending Standard application and submit two additional GRUW applications with the remaining scenes. For your reference, these additional GRUW applications have case numbers 1-13956270241 and 1-13956308882, respectively.

We have uploaded the scene to be registered under the Standard application pursuant to your directions emailed on May 23, 2024. Please change the title of the work included in the Standard application to be "Scene 1 for screenplay about military pilots by Shaun Gray (2017)".

We once again would like to thank you for all of your diligent work and helpful guidance throughout this application process. Please let us know if we can provide anything else.

Sincerely,

Marc Toberoff

GRAY10517