# EXHIBIT 59



Marc Toberoff <mtoberoff@toberoffandassociates.com>

## U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)

**Copyright Office** <cop-ad@loc.gov>   Thu, Jul 11, 2024 at 6:53 AM
To: mtoberoff@toberoffandassociates.com

Dear Marc Toberoff:

We received your applications to register copyright claims for scenes from a screenplay about military pilots, which you assert were used in the film "Top Gun: Maverick." We previously made a registration for this motion picture in the name of Paramount Pictures Corporation under the registration number PA0002351572, effective 05/31/2022. It appears that your claims are partly adverse to the film registration on record.

The Copyright Office is an office of record and it generally does not have the authority to adjudicate adverse or conflicting claims submitted for registration. Each claim is examined to determine whether it complies with statutory and regulatory requirements; if it does, it is registered. Where conflicting claims are received, the Office may put both claims on record if each is acceptable on its own merits. It is the responsibility of the parties involved in a dispute to pursue their rights in their works.

For more information about adverse claims, please see the Compendium of U.S. Copyright Office Practices, Chapter 1800, Section 1808. https://www.copyright.gov/comp3/

Because the requirements for registration have been met, we are completing registration for these scenes as requested under registration numbers PAu004227902, PAu004228532 and PAu004228526. We are also writing to notify Paramount Pictures Corporation that partly adverse claims are being registered.

This letter is for your information only; no reply is necessary

Sincerely,

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6G3378B]

GRAY10523