UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>       Plaintiff,<br><br>  vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>       Defendants.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation,<br><br>       Counterclaim-Plaintiff,<br><br>  vs.<br><br>SHAUN GRAY, an individual,<br><br>       Counterclaim-Defendant. | Civil Action No. 1:25-cv-3484-JSR |

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' COUNTERCLAIMS**

TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Plaintiff Shaun Gray*

November 7, 2025

I, Marc Toberoff, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the State of New York and a principal of the law firm Toberoff & Associates, P.C., counsel of record for Plaintiff Shaun Gray ("Plaintiff" or "Gray"). I submit this Declaration in Support of Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims. Except where otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, could and would so testify.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Consolidated Responses and Objections to Plaintiff Shaun Gray's Requests for Admission.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Peter Craig's "Top Gun 2" Writing Services Agreement, dated as of December 19, 2011, and produced by PPC with Bates Nos. PPC-GRAY-0000012, 0000024, 0000025, 0000042, 0000044.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Justin Marks' "Top Gun 2" Writing Services Agreement, dated as of September 12, 2014, and produced by Defendant Paramount Pictures Corporation ("PPC") with Bates Nos. PPC-GRAY-0000095, 0000108, 0000109, 0000126, 0000128.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from Eric Warren Singer's ("Singer") "Top Gun 2" Writing Services Agreement, dated as of June 6, 2017, and produced by PPC with Bates Nos. PPC-GRAY-0000174, 0000175, 0000178, 0000187, 0000188, 0000205, 0000207.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Joseph Kosinski's ("Kosinski") "Top Gun: Maverick" Directing Services Agreement, dated as of June 12, 2017, and produced by PPC with Bates Nos. PPC-GRAY-0000419, 0000422, 0000438, 0000449.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Ehren Kruger's "Top Gun 2" Writing Services Agreement, dated as of December 4, 2017, and produced by PPC with Bates Nos. PPC-GRAY-0000260, 0000274, 0000275, 0000291, 0000293.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from Christopher McQuarrie's "Top Gun: Maverick" Writing Services Agreement, dated as of September 11, 2018 and produced by PPC with Bates Nos. PPC-GRAY-0000363, 0000369, 0000370, 0000387 0000389.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from PPC's August 26, 2025 deposition of Gray.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from PPC's October 10, 2025 deposition of Matt Saver.

11. Attached hereto as composite Exhibit 10 is a true and correct copy of an August 17, 2017 email from Gray to Singer and Singer's assistant, Christian Donovan ("Donovan"), attaching "Gray Scene 1" (testplane_seq.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the Movie Magic Screenwriter ("MMSW") file, produced by Gray with Bates Nos. GRAY4773 and GRAY4775-4777.

12. Attached hereto as composite Exhibit 11 is a true and correct copy of an August 21, 2017 email from Gray to Singer and Donovan, attaching an MMSW file containing "Gray Scene 2" (OLDS – 8.17b.MMSW; "Gray Scene 2" is comprised of pages 4-12), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4778 and GRAY4780-4792.

13. Attached hereto as composite Exhibit 12 is a true and correct copy of an August 29, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 3"

(NOYFB_f35seq_8_29_17.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4795 and GRAY4797-4806.

14. Attached hereto as composite Exhibit 13 is a true and correct copy of a September 9, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 4" (bfm_09_09_17.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4807 and GRAY4809-4816.

15. Attached hereto as composite Exhibit 14 is a true and correct copy of a September 9, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 5" (debrief_09_09_17.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4817 and GRAY4819-4821.

16. Attached hereto as composite Exhibit 15 is a true and correct copy of a September 14, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 6" (bfm_new_alt.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4822 and GRAY4824-4834.

17. Attached hereto as composite Exhibit 16 is a true and correct copy of a September 13, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 7" (brief_samalley_01.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4835 and GRAY4837-4839.

18. Attached hereto as composite Exhibit 17 is a true and correct copy of a September 23, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 8" (sam_alley_04.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4840 and GRAY4842-4850.

19. Attached hereto as composite Exhibit 18 is a true and correct copy of a September 27, 2017 email from Gray to Navy consultant J.J. "Yank" Cummings ("Cummings") and Singer, attaching "Gray Scene 9" (pop_up_seq_01.pdf), along with a true and correct PDF copy of the attachment produced by Gray with Bates Nos. GRAY4851 and GRAY4853-4859.

20. Attached hereto as composite Exhibit 19 is a true and correct copy of an October 7, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 10" (NOYFB - 10.7 - Checkride01.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4860 and GRAY4862-4864.

21. Attached hereto as composite Exhibit 20 is a true and correct copy of an October 9, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 11" (3rd_act_01.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4865 and GRAY4867-4884.

22. Attached hereto as composite Exhibit 21 is a true and correct copy of an October 12, 2017 email from Gray to Singer and Donovan, attaching an MMSW file containing "Gray Scene 12" and "Gray Scene 13" (NOYFB – 10.12d.MMSW; "Gray Scene 12" is comprised of pages 115-126 and "Gray Scene 13" is comprised of pages 132-145), along with a true and

correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY4885 and GRAY4887-4532.

23. Attached hereto as composite Exhibit 22 is a true and correct copy of an October 14, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 14" (10_14_17_new_DCA_landing.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY5033 and GRAY5035-5041.

24. Attached hereto as composite Exhibit 23 is a true and correct copy of an October 30, 2017 email from Gray to Singer and Donovan, attaching "Gray Scene 15" (New_HeroDCA_intercept.MMSW), along with a true and correct PDF version of the attachment, and a screenshot of the properties of the MMSW file, produced by Gray with Bates Nos. GRAY5042 and GRAY5044-5048.

25. Attached hereto as composite Exhibit 24 is a true and correct copy of a June 26, 2017 email from Gray to Singer and Donovan, regarding Top Gun: Maverick (henceforth, "TGM"), attaching a Word document authored by Gray (thoughts on Joe mtg notes.doc), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0117-0121.

26. Attached hereto as composite Exhibit 25 is a true and correct copy of a June 27, 2017 email from Gray to Singer and Donovan, regarding TGM, attaching a Word document authored by Gray (Olds Idea.doc), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0122-0127.

27. Attached hereto as composite Exhibit 26 is a true and correct copy of a July 6, 2017 email from Kosinski's assistant Emily Cheung to Gray and Donovan, attaching a PDF

document comprised of Peter Craig's June 15, 2012 TGM draft (TG2-June2012_PeterCraig.pdf), along with a true and correct copy of the attachment, produced by Gray with Bates Nos. GRAY12077-12197.

28.    Attached hereto as composite Exhibit 27 is a true and correct copy of a July 16, 2017 email from Gray to Singer and Donovan, regarding TGM, attaching an MMSW document last edited by Gray (OLDS_Detailed Outline_2017_07_16.MMSW), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0412-0432.

29.    Attached hereto as composite Exhibit 28 is a true and correct copy of a September 27, 2017 email from Cummings (using his wife's email) to Gray and Singer, regarding TGM, attaching a PDF document comprised of Cummings notes on a section of a TGM script (lasing_yank chop.pdf), along with a true and correct PDF copy of the attachment, produced by Gray with Bates Nos. GRAY0473-0481.

30.    Attached hereto as composite Exhibit 29 is a true and correct copy of an October 2, 2017 email from Gray to Singer, regarding TGM, attaching a Word document authored by Gray (mav_penny notes.doc), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0153-0154.

31.    Attached hereto as composite Exhibit 30 is a true and correct copy of an October 13, 2017 email from Gray to Singer and Kosinski, regarding TGM, attaching an MMSW document authored by Gray (popup_longer_sequence.MMSW), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0149-0152.

32.    Attached hereto as Exhibit 31 is a true and correct copy of an October 14, 2017 email from Gray to Singer and Donovan, regarding TGM produced by Gray with Bates No. GRAY0109.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an October 16, 2017 email from Singer to Gray, regarding TGM, produced by Gray with Bates Nos. GRAY0110-0111.

34.     Attached hereto as composite Exhibit 33 is a true and correct copy of an October 16, 2017 email from Gray to Singer, attaching an MMSW document comprised of Kosinski's "pass" of a TGM script for Gray's review and creative input (NOYFB – 10.16_JK.MMSW), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0164-0287.

35.     Attached hereto as Exhibit 34 is a true and correct copy of an October 17, 2017 email from Gray to Singer, regarding TGM, produced by Gray with Bates No. GRAY0112.

36.     Attached hereto as composite Exhibit 35 is a true and correct copy of an October 27, 2017 email from Gray to Singer, regarding TGM, attaching an MMSW document authored by Gray (tomahawk strike.MMSW), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0162-0163.

37.     Attached hereto as Exhibit 36 is a true and correct copy of an October 30, 2017 email from Gray to Singer and Donovan, regarding TGM, produced by Gray with Bates No. GRAY0113.

38.     Attached hereto as Exhibit 37 is a true and correct copy of a November 3, 2017 email from Singer to Gray, forwarding a November 2, 2017 email from Kosinski to Singer, regarding TGM, produced by Gray with Bates Nos. GRAY0114-0115.

39.     Attached hereto as Exhibit 38 is a true and correct copy of a November 3, 2017 email from Gray to Singer, regarding TGM, produced by Gray with Bates No. GRAY0411.

40.     Attached hereto as Exhibit 39 is a true and correct copy of a November 9, 2017

email from Singer to Gray, forwarding a November 7, 2017 email from Kosinski to Singer, regarding TGM, produced by Gray with Bates No. GRAY0116.

41.     Attached hereto as composite Exhibit 40 is a true and correct copy of a November 12, 2017 email from Cummings (using his wife's email) to Kosinski, Singer and Gray, regarding TGM, attaching a Word document comprised of Cummings notes on the TGM script (Veterans Day TGM recommendations.docx), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY0465-0472.

42.     Attached hereto as Exhibit 41 is a true and correct copy of a June 4, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No. GRAY0489.

43.     Attached hereto as Exhibit 42 is a true and correct copy of a June 26, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No. GRAY10662.

44.     Attached hereto as Exhibit 43 is a true and correct copy of a June 29, 2017 text message from Gray to Singer, regarding TGM, produced by Gray with Bates No. GRAY12066.

45.     Attached hereto as Exhibit 44 is a true and correct copy of a July 6, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No. GRAY10663.

46.     Attached hereto as Exhibit 45 is a true and correct copy of an August 14 to August 25, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No. GRAY0490.

47.     Attached hereto as Exhibit 46 is a true and correct copy of a September 4, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No.

GRAY10664.

48. Attached hereto as Exhibit 47 is a true and correct copy of a September 6 to September 7, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates No. GRAY10665.

49. Attached hereto as Exhibit 48 is a true and correct copy of an October 16, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates Nos. GRAY10666-10667.

50. Attached hereto as Exhibit 49 is a true and correct copy of an October 16, 2017 text exchange between Gray and Singer, regarding TGM, produced by Gray with Bates Nos. GRAY12075 and 12067.

51. Attached hereto as Exhibit 50 is a true and correct copy of a November 2, 2017 text message from Gray to Singer, regarding TGM, produced by Gray with Bates No. GRAY10668.

52. Attached hereto as Exhibit 51 is a true and correct copy of a July 19 to July 20, 2019 email exchange between Gray and Kosinski, regarding TGM, produced by Gray with Bates No. GRAY0445-0446.

53. Attached hereto as Exhibit 52 is a true and correct copy of an April 1, 2022 to May 12, 2022 email exchange between Gray, Kosinski and Kosinski's assistant, Emily Cheung ("Cheung"), regarding TGM, produced by Gray with Bates No. GRAY0442.

54. Attached hereto as Exhibit 53 is a true and correct copy of a May 30, 2022 email exchange between Gray and Kosinski, regarding TGM, produced by Gray with Bates No. GRAY10542.

55. Attached hereto as Exhibit 54 is a true and correct copy of a June 24, 2022 *Gentleman's Quarterly* article titled "How The US Military Gave Notes on *Top Gun: Maverick*," produced by Gray with Bates Nos. GRAY10867-GRAY10868.

56. Attached hereto as Exhibit 55 is a true and correct copy of a July 2, 2022 *Lewiston Sun Journal* article titled "Navy Pilot and Bates Graduate Helps Take Film Franchise to New Heights," produced by Gray with Bates No. GRAY10866.

57. Attached hereto as Exhibit 56 is a true and correct copy of excerpts from Gray's August 13, 2025 deposition of Kosinski.

58. Attached hereto as Exhibit 57 is a true and correct copy of excerpts from Gray's September 8, 2025 depositions of Singer.

59. Attached hereto as Exhibit 58 is a true and correct copy of excerpts from Gray's September 4, 2025, 30(b)(6) deposition of Michael Grizzi.

60. Attached hereto as Exhibit 59 is a true and correct copy of excerpts from Gray's September 4, 2025, 30(b)(6) deposition of Jonathan Stephen Gonda.

61. Attached hereto as Exhibit 60 is a true and correct copy of a June 5, 2017 email from Singer to Gray, regarding TGM, produced by Singer with Bates No. SINGER-GRAY-0050292.

62. Attached hereto as Exhibit 61 is a true and correct copy of a July 11, 2017 email from Donovan to Singer, regarding TGM, produced by Singer with Bates No. SINGER-GRAY-0010697.

63. Attached hereto as Exhibit 62 is a true and correct copy of an October 23, 2017 email from Kosinski to Singer, forwarding an October 23, 2017 email from TGM producer Chad

11

Oman to Kosinski, regarding TGM, produced by Singer with Bates Nos. SINGER-GRAY-0011966-0011969.

64. Attached hereto as Exhibit 63 is a true and correct copy of an audio recording of an August 24, 2017 meeting between Singer, Gray and Paramount's U.S. Navy Consultants, Bates No. SINGER-GRAY-0050429, subject to the Court granting leave to file a USB drive containing this audio recording.

65. Attached hereto as Exhibit 64 is a true and correct copy of an audio recording of a June 30, 3017 meeting between Singer, Gray and Kosinski, Bates No. SINGER-GRAY-0050430, subject to the Court granting leave to file a USB drive containing this audio recording.

66. Attached hereto as Exhibit 65 is a true and correct copy of an audio recording of a September 23, 2017 meeting between Singer, Gray and Paramount's U.S. Navy Consultants, Bates No. SINGER-GRAY-0050436, subject to the Court granting leave to file a USB drive containing this audio recording.

67. Attached as composite Exhibit 66 is a true and correct copy of a January 24, 2023 email from Gray's counsel Matt Saver to PPC lawyer Courtney Armstrong, copying Gray, attaching a Word document comprised of Gray's January 23, 2023 Statement (Top Gun Maverick – Denial of Proper Credit.doc), along with a true and correct PDF version of the attachment, produced by Gray with Bates Nos. GRAY10648-10657.

68. Attached hereto as Exhibit 67 is a true and correct copy of the Court reporter's rough draft of the transcript of Eric Warren Singer's continued deposition on October 28, 2025, a copy of which was simultaneously sent to opposing counsel. The corresponding final deposition transcript will be filed promptly with the Court when it is completed and received.

I declare, under penalty of perjury that the foregoing is true and correct. Executed on November 7, 2025.

          */s/   Marc Toberoff*
             Marc Toberoff

TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
mtoberoff@toberoffandassociates.com
*Attorneys for Plaintiff Shaun Gray*