# EXHIBIT 6

## MEMORANDUM OF AGREEMENT
(Writing Services – Loanout)

A. <u>DATE</u>.      As of December 4, 2017.

B. <u>PRODUCER</u>.  PARAMOUNT PICTURES CORPORATION ("Company").

C. <u>LENDER</u>.    THE FIREWORK SHOP, INC. ("Lender"), a California corporation (Federal ID No. 94-3298615), furnishing the writing services of Writer.

D. <u>WRITER</u>.    EHREN KRUGER ("Writer"), a citizen of the United States of America, with a principal place of residence in San Francisco, California.

E. <u>PICTURE</u>.   "TOP GUN 2" ("Picture").

The work to be done by Writer under this Agreement is based upon the theatrical motion picture entitled "TOP GUN" owned by Company (the "Original Picture") and screenplay material based thereon written by Peter Craig, Justin Marks and Eric Warren Singer, which shall be deemed to be assigned material ("Assigned Material"). The parties acknowledge that: (i) prior writers (other than Peter Craig, Justin Marks and Eric Warren Singer) have written screenplay material in connection with a prior, different sequel project based upon the Original Picture, and (ii) neither Lender nor Writer have been provided a copy of the writing done by such prior writers.

1. <u>CONDITIONS PRECEDENT</u>. Company shall have no obligation under this Agreement unless and until all of the following events occur:

   1.1   Company's receipt of a copy of this Agreement, signed by Lender and Writer, and all exhibits thereto, including, without limitation, the Certificate of Authorship attached to this Agreement, in form and substance satisfactory to Company.

   1.2   Company's receipt of a completed Form W-9 confirming both Writer's social security number and Lender's Federal ID number and any other documentation required for Company to pay Lender.

   1.3   Company's receipt of all chain-of-title documentation for the Picture and has approved such chain-of-title documentation in its sole discretion

write a polish ("Polish"), exercisable within four (4) weeks following delivery of the prior writing step. If Company exercises the option for Writer's



2.4 <u>Bonus and Contingent Compensation / Box Office Bonus(es)</u>. If the Picture is produced as a feature-length, English-language, theatrical motion picture, and Writer receives "screenplay by" or "written by" credit as determined by the Writers Guild of America ("WGA") under the Writer's Guild of America - Alliance of Motion Picture and Television Producers Theatrical and Television Basic Agreement ("WGA Agreement"), but not Article 7 of Theatrical Schedule A thereto ("Final Credit Determination"), Lender shall be entitled to:

2.4.1 <u>Bonus Compensation</u>.



Said bonus shall be payable promptly following Company's receipt of Final Credit Determination. Lender shall not be entitled to any bonus payment if Writer does not receive any "screenplay by" or "written by" credit. Any Bonus Compensation to which Lender may be entitled shall not be credited against residuals which may become due, or vice versa.

2.4.2 <u>Contingent Compensation</u>.



3

CONFIDENTIAL                                                                                                   PPC-GRAY-0000262

Envelope ID: 513018AA-F822-46CF-872A-49A5971F83CA

IN WITNESS WHEREOF, the parties hereto have signed and delivered this Agreement as of the date first above written.

PARAMOUNT PICTURES CORPORATION

By: _____
Title: Michael Grizzi
Executive Vice President
Motion Picture Legal

ACCEPTED AND AGREED TO, including, without limitation, Exhibit "ARB":

THE FIREWORK SHOP, INC.,
a California corporation

By: _____

Title: _____

By countersigning this Agreement, Writer confirms all grants made by Lender and agrees to perform the services herein provided for in accordance with the terms hereof, and Writer will look solely to Lender for any and all compensation under this Agreement.

_____
EHREN KRUGER

1

CONFIDENTIAL                                                                                              PPC-GRAY-0000274

## CERTIFICATE OF AUTHORSHIP

### "TOP GUN 2"

I hereby certify that I am writing (or collaborating in the writing of) the Work (as defined below) as an employee of THE FIREWORK SHOP, INC., a California corporation ("Lender"), pursuant to a valid employment agreement ("Employment Agreement") with Lender and an agreement between Lender and PARAMOUNT PICTURES CORPORATION ("Company"), dated as of December 4, 2017 ("Agreement"), pursuant to which Lender has loaned my services to Company in connection with the proposed feature-length theatrical motion picture now entitled "TOP GUN 2" ("Picture"), in performance of my duties under the Agreement and in the regular course of my employment; that any and all literary or other materials, works, writings and ideas written, submitted, furnished and/or contributed by me pursuant to the Employment Agreement with Lender in connection with the Picture and/or the Agreement and all other results and proceeds of my services under the Agreement, together with all other materials of every kind whatsoever created by me at any time relating to the Picture (collectively, "Work") were created by me as a "work made for hire" and thereafter assigned to Company with Company as the sole author of the Work and the owner of all rights of every kind or nature in and to the Work (including, but not limited to, all copyrights and all extensions and renewals of copyrights, and the right to make such changes in the Work and such uses thereof as Company may determine as such author and owner), throughout the universe (including France) in perpetuity.

IN WITNESS WHEREOF, I have hereto set my hand this 4th day of December, 2017.

_____
EHREN KRUGER

The undersigned confirms that it has assigned and by these presents does hereby assign to PARAMOUNT PICTURES CORPORATION all rights without reservation in and to all work made for hire heretofore and hereafter written by EHREN KRUGER pursuant to the aforesaid Employment Agreement as the employee for hire of the undersigned.

THE FIREWORK SHOP, INC.

By: _____
Its Authorized Signatory

1

KRUGER - EXECUTION COPY - Writer - Main Agreement - TOP GUN 2 (2011) - Dec 4, 2017 [ MPL-012161 v 3.0 ].docx

CONFIDENTIAL
PPC-GRAY-0000275

## SCHEDULE "I"

## ADDITIONAL TERMS AND CONDITIONS (LOANOUT)

Attached to the Memorandum of Agreement dated as of December 4, 2017 (the "Agreement"), between PARAMOUNT PICTURES CORPORATION ("Company") and THE FIREWORK SHOP, INC. ("Lender") for the writing services of EHREN KRUGER ("Writer") relating to the motion picture project currently entitled "TOP GUN 2" (the "Picture").

A.  <u>Work</u>.  The material to be delivered to Company under the Agreement shall be suitable for reproduction as a motion picture of feature length, the photographing of which sound, including spoken words, dialogue, songs and music, may be synchronously recorded by any electrical, digital or mechanical means that may be employed therefor.  Writer's services shall be rendered for and as directed by Company at its studios in Hollywood, California, and at such other places and on such locations as Company may from time to time designate.

B.  <u>Employment</u>.  Lender hereby accepts said employment and agrees that Writer shall be exclusive to the extent provided in the Agreement; and that Writer will devote Writer's best time, attention, talents and abilities to the service of Company pursuant to the Agreement; and Writer will comply with all written and/or oral instructions given to Writer by Company.  Lender warrants Lender is free to enter into the Agreement and not subject to any conflicting obligations or any disability which will or might prevent or interfere with the execution and performance of the Agreement by Lender and Writer.

C.  <u>Delivery</u>.  The material, as delivered to Company, shall be full and complete in substance and in form and shall conform to the requirements of the Agreement. Lender shall cause Writer to execute and deliver to Company a certificate in the form attached to the Agreement prior to commencement of services under the Agreement and, if requested by Company, with respect to each delivery of material thereafter.  No submission or purported delivery to Company of any material shall be deemed an actual delivery under the Agreement unless and until said material shall fully comply with the foregoing provisions.  Should Writer fail for any reason whatsoever to complete and deliver any material within the time and in the manner herein specified, Company may, at its election, either: (i) terminate and cancel in its entirety, Lender's engagement to furnish Writer's services under the Agreement, in which event Company shall be released and discharged of and from all further obligations to Lender and Writer under the Agreement or otherwise, including but not limited to the obligation to make any further payments to Lender, and Lender shall thereupon be obligated to repay and shall repay to Company the

1

F. <u>Transportation and Expenses</u>. If not specifically provided for in the Agreement, whenever Writer is required by Company to travel to an overnight location away from any place where Writer maintains a residence to perform services under the Agreement, Company agrees to provide Writer with reasonable transportation and to furnish and pay for the reasonable lodging and reasonable living expenses of Writer. Any specified living allowance or reimbursement paid under the Agreement may be withheld upon and reported by Company to the IRS if it is required by law.

G. <u>Ownership; Representations and Warranties; Further Documents</u>.

(i) Lender and Writer agree and warrant that all results and proceeds of every kind of the services heretofore and hereafter rendered by Writer in connection with the Picture, including without limitation any and all literary and other materials and all ideas, themes, stories, plots, characterizations, dialogue, lyrics, music, illustrations, titles and other material, whether in writing or not in writing, at any time heretofore or hereafter written, conceived, submitted, and/or contributed by Writer and/or Lender pursuant to Writer's employment agreement with Lender in connection with the Picture and/or pursuant to the Agreement, or otherwise if relating to the Picture, (collectively "Material"), either alone or in collaboration with others, shall be encompassed within the provisions of the Agreement and are and shall be a "work made for hire" within the meaning of the copyright laws of the United States or any similar or analogous law or statute of any other jurisdiction. If, or to the extent for any reason in any country, any or all such Material is not recognized to be a "work made for hire," then Lender and Writer hereby irrevocably and absolutely assign to Company all of Lender's and Writer's respective rights in the Material, whether copyrights or otherwise and whether now or hereafter known, and including all renewals and extensions of such rights as may now or hereafter exist, and accordingly for this purpose Company shall be deemed the author of the Material and the sole and exclusive owner of the Material and all rights therein for all purposes, in all media and by all means now or hereafter known or devised, throughout the universe in perpetuity. Company, as author, shall own the copyright in the Material forever with the right to make such changes therein and such uses thereof, including, but not limited to derivative works, as Company may determine as author, and Writer hereby waives the "moral rights" of authors as said term is commonly understood throughout the world. For the avoidance of doubt, it is the intention of the parties that any and all illustrations, lyrics and/or music as may be submitted by Writer for and/or in conjunction with the Picture shall be deemed submitted separately from the screenplay even if physical delivery is made via insertion in the screenplay.

3

KRUGER - EXECUTION COPY - Writer - Main Agreement - TOP GUN 2 (2011) - Dec 4, 2017 [ MPL-012161 v 3.0 ].docx

CONFIDENTIAL

PPC-GRAY-0000293