# EXHIBIT 7

**"TOP GUN: MAVERICK"**
**WRITING SERVICES AGREEMENT**
(Loanout)

A.  DATE.         As of September 11, 2018.

B.  PRODUCER.     PARAMOUNT PICTURES CORPORATION ("Company").

C.  LENDER.       SLUGWORTH, INC. ("Lender"), a California corporation, furnishing the writing services of CHRISTOPHER MCQUARRIE ("Writer").

D.  WRITER.       Writer, a citizen of United States, with a principal place of residence in Clearwater, Florida.

E.  PICTURE.      "TOP GUN: MAVERICK" ("Picture").

The work to be done by Writer under this Agreement is based upon the 1986 motion picture "TOP GUN" and screenplay material written by Peter Craig, Eric Warren Singer, and Ehren Kruger based thereon, all of which shall be deemed to be assigned material ("Assigned Material").

1. CONDITIONS PRECEDENT. Company shall have no obligation under this Agreement unless and until Company has obtained the following ("Conditions Precedent"):

   1.1 A copy of this Agreement, signed by Lender and Writer, and all exhibits thereto, including, without limitation, the Certificate of Authorship attached to this Agreement, in form and substance satisfactory to Company.

   1.2 A completed Form W-9 confirming both Writer's social security number and Lender's Federal ID number for Lender and any other documentation legally required for Company to pay Lender. Company acknowledges that this condition has been satisfied.

   1.3 All chain-of-title documentation for the Picture and has approved such chain-of-title documentation in its sole discretion. Company acknowledges that this condition has been satisfied.

2. SERVICES AND COMPENSATION. Lender shall furnish the services of Writer who shall render for Company all services customarily rendered by writers in the motion picture industry and as reasonably required by Company for the Picture (it

1

McQuarrie_Writing Services_Top_Gun2_ClnX_PK.docx

Writer's knowledge after the exercise of reasonable prudence and due diligence, the material written under this Agreement in accordance with the guidelines provided in Exhibit "AG" Annotation Guide attached hereto and incorporated herein by this reference and shall provide such annotations concurrently with Writer's delivery of material to Company. Writer shall also accurately provide, to the best of Writer's knowledge after the exercise of reasonable prudence and due diligence, such other information as may be reasonably required by Company for the purpose of permitting Company to evaluate the utilization of the materials supplied by Writer.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

PARAMOUNT PICTURES CORPORATION

By: _____

Title: _____Michael Grizzi_____
Executive Vice President
Motion Picture Legal

ACCEPTED AND AGREED TO, including, without limitation, Exhibit "ARB":

**SLUGWORTH, INC.,**
a California corporation

By: _____

Title: _____

By countersigning this Agreement, Writer confirms all grants made by Lender and agrees to perform the services herein provided for in accordance with the terms hereof, and unless substituted for Lender as a direct party hereto, Writer will look solely to Lender for any and all compensation under this Agreement.

_____
**CHRISTOPHER MCQUARRIE**

7

McQuarrie_Writing Services_Top_Gun2_CinX_PK.docx

CONFIDENTIAL
PPC-GRAY-0000369

## CERTIFICATE OF AUTHORSHIP

### "TOP GUN: MAVERICK"

I hereby certify that I am writing (or collaborating in the writing of) the Work (as defined below) as an employee of SLUGWORTH, INC., a California corporation ("Lender"), pursuant to a valid employment agreement ("Employment Agreement") with Lender and PARAMOUNT PICTURES CORPORATION ("Company"), dated as of September 11, 2018 ("Agreement"), pursuant to which Lender has loaned my services to Company in connection with the proposed feature-length theatrical motion picture now entitled "TOP GUN: MAVERICK" ("Picture"), in performance of my duties under the Agreement and in the regular course of my employment; that any and all literary or other materials, works, writings and ideas written, submitted, furnished and/or contributed by me pursuant to the Employment Agreement with Lender in connection with the Picture and/or the Agreement and all other results and proceeds of my services under the Agreement, together with all other materials of every kind whatsoever created by me at any time relating to the Picture (collectively, "Work") were created by me as a "work made for hire" and thereafter assigned to Company with Company as the sole author of the Work and the owner of all rights of every kind or nature in and to the Work (including, but not limited to, all copyrights and all extensions and renewals of copyrights, and the right to make such changes in the Work and such uses thereof as Company may determine as such author and owner), throughout the universe (including France) in perpetuity.

IN WITNESS WHEREOF, I have hereto set my hand this 11th day of September, 2018.

_____
CHRISTOPER MCQUARRIE

The undersigned confirms that it has assigned and by these presents does hereby assign to PARAMOUNT PICTURES CORPORATION all rights without reservation in and to all work made for hire heretofore and hereafter written by CHRISTOPHER MCQUARRIE pursuant to the aforesaid Employment Agreement as the employee for hire of the undersigned.

SLUGWORTH, INC.

By: _____
Its Authorized Signatory

1
McQuarrie_Writing Services_Top_Gun2_ClnX_PK.docx

CONFIDENTIAL

## SCHEDULE "I"

## ADDITIONAL TERMS AND CONDITIONS (LOANOUT)

Attached to the Memorandum of Agreement dated as of September 11, 2018 (the "Agreement"), between PARAMOUNT PICTURES CORPORATION ("Company"), SLUGWORTH, INC. ("Lender ") for the writing services of CHRISTOPHER MCQUARIE ("Writer"), relating to the motion picture project currently entitled "TOP GUN: MAVERICK" (the "Picture").

A.  <u>Work</u>.  The material to be delivered to Company under the Agreement shall be suitable for reproduction as a motion picture of feature length, the photographing of which sound, including spoken words, dialogue, songs and music, may be synchronously recorded by any electrical, digital or mechanical means that may be employed therefor.  Writer's services shall be rendered for and as directed by Company at its studios in Hollywood, California, and at such other places and on such locations as Company may from time to time designate.

B.  <u>Employment</u>.  Lender hereby accepts said employment and agrees that Writer shall be exclusive to the extent provided in the Agreement; and that Writer will devote Writer's best time, attention, talents and abilities to the service of Company pursuant to the Agreement; and Writer will comply with all written and/or oral instructions given to Writer by Company.  Lender warrants Lender is free to enter into the Agreement and not subject to any conflicting obligations or any disability which will or might prevent or interfere with the execution and performance of the Agreement by Lender and Writer.

C.  <u>Delivery</u>.  The material, as delivered to Company, shall be full and complete in substance and in form and shall conform to the requirements of the Agreement. Lender shall cause Writer to execute and deliver to Company a certificate in the form attached to the Agreement prior to commencement of services under the Agreement and, if requested by Company, with respect to each delivery of material thereafter. No submission or purported delivery to Company of any material shall be deemed an actual delivery under the Agreement unless and until said material shall fully comply with the foregoing provisions.  Should Writer fail for any reason whatsoever to complete and deliver any material within the time and in the manner herein specified, Company may, at its election, either:  (i)  terminate and cancel in its entirety, Lender's engagement to furnish Writer's services under the Agreement, in which event Company shall be released and discharged of and from all further obligations to Lender and Writer under the Agreement or otherwise, including but not limited to the obligation to make any further payments to Lender, and Lender shall thereupon be obligated to repay and shall repay to Company the gross amount of all sums that have previously been paid to Lender under the provisions of the Agreement; or (ii)

transportation and to furnish and pay for the reasonable lodging and reasonable living expenses of Writer. Any specified living allowance or reimbursement paid under the Agreement may be withheld upon and reported by Company to the IRS if it is required by law.

G.  Ownership; Representations and Warranties; Further Documents.

(i)  Lender and Writer agree and warrant that all results and proceeds of every kind of the services heretofore and hereafter rendered by Writer in connection with the Picture, including without limitation any and all literary and other materials and all ideas, themes, stories, plots, characterizations, dialogue, lyrics, music, illustrations, titles and other material, whether in writing or not in writing, at any time heretofore or hereafter written, conceived, submitted, and/or contributed by Writer and/or Lender pursuant to Writer's employment agreement with Lender in connection with the Picture and/or pursuant to the Agreement, or otherwise if relating to the Picture, (collectively "Material"), either alone or in collaboration with others, shall be encompassed within the provisions of the Agreement and are and shall be a "work made for hire" within the meaning of the copyright laws of the United States or any similar or analogous law or statute of any other jurisdiction. If, or to the extent for any reason in any country, any or all such Material is not recognized to be a "work made for hire," then Lender and Writer hereby irrevocably and absolutely assign to Company all of Lender's and Writer's respective rights in the Material, whether copyrights or otherwise and whether now or hereafter known, and including all renewals and extensions of such rights as may now or hereafter exist, and accordingly for this purpose Company shall be deemed the author of the Material and the sole and exclusive owner of the Material and all rights therein for all purposes, in all media and by all means now or hereafter known or devised, throughout the universe in perpetuity. Company, as author, shall own the copyright in the Material forever with the right to make such changes therein and such uses thereof, including, but not limited to derivative works, as Company may determine as author, and Writer hereby waives the "moral rights" of authors as said term is commonly understood throughout the world. For the avoidance of doubt, it is the intention of the parties that any and all illustrations, lyrics and/or music as may be submitted by Writer for and/or in conjunction with the Picture shall be deemed submitted separately from the screenplay even if physical delivery is made via insertion in the screenplay.

(ii)  The Material shall be solely written by Writer and shall be wholly original with Writer and shall not infringe upon the copyright or violate the right of privacy of or constitute a libel or slander against or violate any common law rights or any other rights of any person or entity. The same agreements and warranties are made by Lender and Writer with reference to any and all

3

McQuarrie_Writing Services_Top_Gun2_ClnX_PK.docx