# EXHIBIT 57

Eric Singer  Confidential
September 08, 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

SHAUN GRAY,

    Plaintiff,

Vs.                              CASE NO. 125-CV-03484-JSR

PARAMOUNT GLOBAL, et al.,

    Defendant.

C O N F I D E N T I A L

    The deposition of ERIC WARREN SINGER, taken on behalf of the Plaintiff, taken pursuant to agreement of counsel, taken for all purposes authorized by the Federal Rules of Civil Procedure; the reading and signing of the deposition being reserved; taken before Leita J. Seaborn, Certified Court Reporter, commencing at 9:02 a.m., on this the 8th day of September 2025, at Alston & Byrd, One Atlantic Center, 1201 West Peachtree Street, NE, #4900, Atlanta, Georgia.

Eric Singer  Confidential
September 08, 2025

```
 1                   APPEARANCES OF COUNSEL:

 2

 3   For the Plaintiff:

 4        Marc Toberoff, Esquire
          Toberoff & Associates, P.C,
 5        23823 Malibu Road, Suite 50-363
          Malibu, California   90265
 6        310.246.3333


 7


 8   For the Defendant, Paramount Global and Eric Warren Singer:

 9        Molly Lens, Esquire
          Matthew Kaiser, Esquire
10        O'Melveny & Myers, LLP
          1999 Avenue of the Stars
11        Floor 8
          Los Angeles, California   90067
12        310.246.8593
          mlens@omm.com
13

14   For the Defendant, Eric Warren Singer:

15        Michael Jay Plonsker, Esquire
          Plonsker Law, P.C.
16        100 Wilshire Blvd, Suitre 700
          Santa Monica, California   90401-3602
17        310.861.2050

18

19

20

21

22

23

24

25
```

```
 1                       C O N T E N T S

 2                     EXAMINATION INDEX

 3

 4    ERIC WARREN SINGER
      BY MR. TOBEROFF                                          5
 5

 6

 7                       EXHIBIT INDEX

 8

 9                                                          MAR
      Exhibit No.
10      EX 26      Subpoena for Production of Documents      16

11      EX 27      Log                                       23

12      EX 28      Shaun Gray's Employment Contract          90

13      EX 29      Writing Agreement with Paramount         159

14      EX 30      Additional Terms and Conditions Contract 201

15      EX 31      Checks                                   218

16      EX 32      Thursday, August 17, 2017 Email          224

17      EX 33      August 21, 2017 Email                    237

18      EX 34      August 29, 2017 Email                    252

19      EX 35      Text from Mr. Singer to Mr. Gray         259

20      EX 36      June 5, 2017 Email                       261

21      EX 37      August 14th, August 21st, August 25th Email264

22      EX 38      October 16, 2017 Email                   270

23      EX 39      October 17, 2017 Email                   278

24      EX 40      November 13, 2017 Email                  282

25      EX 41      July 19th through July 20th Email        284
```

Eric Singer  Confidential
September 08, 2025

```
 1                     EXHIBITS (cont'd.)

 2
     EX 42     11-9-18 Communication Singer/Nicole      287
 3             Clemmons

 4   EX 43     American Hustler Interview               289

 5   EX 44     June 26th Email                          296

 6

 7   MARKED QUESTION:  Page 120, Line 22

 8   MARKED PORTION OF TRANSCRIPT:  Page 151, Line 19
                                    Page 278, Line 3
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Eric Singer   Confidential
September 08, 2025

1  A. Yes.

2  Q. Is that counsel from O'Melveny and Myers?

3  A. Yes, I understood that I'm being represented
4  by Molly and Matt.

5  Q. Molly Lens and Matt Sabor?

6     MS. LENS:  Matt Kaiser.

7  Q. Matt Kaiser.  Excuse me.

8     And do you have a written representation agreement
9  with O'Melveny?

10    MS. LENS:  You can answer that yes or no.

11 A. Yes.

12 Q. Are you compensating O'Melveny for their
13 representation of you?

14    MS. LENS:  You can answer that yes or no.

15 A. No.

16 Q. Are you -- strike that.

17    MR. TOBEROFF:  I'd like to mark this as
18    Exhibit 26.

19    (Exhibit No. 26 was marked for identification
20    by the court reporter.)

21 A. Am I supposed to do something with that?

22 Q. Yeah.  Yes, I want to hand you exhibits.

23 A. Okay.

24 Q. I like your magnifying glass.

25 A. Yeah.  Well, my eyes are...

1    Q.  And would you send emails both from your
2    desktop computer and from your phone?
3    A.  Yes.
4    Q.  When you were working on Top Gun: Maverick,
5    did you also use texts, communicate by texts?
6    A.  Yes.
7    Q.  And the period you worked on Top Gun: Maverick
8    was approximately June to November 2017?
9    A.  I'd have to check those dates myself.
10   Q.  Does that sound about right?
11   A.  I know that I finished in October/November,
12   but like I don't know -- the conversations about Top
13   Gun between Joe and I started earlier than June.
14   Q.  Approximately when?
15   A.  The initial conversation started when we were
16   filming Only the Brave.
17   Q.  When was that?
18   A.  And that was that previous summer.
19   Q.  So that was the summer of 2016?
20   A.  I mean, I'd have to look at the dates to give
21   you sort of the correct.  But I'm sure you have those
22   dates so you would -- you know, as does Molly, so you
23   guys could probably help me out with that.
24   Q.  I may have asked this.  Forgive me if I'm
25   repeating myself.  But in connection with your work on

1      Q.  -- compress it, please.
2          MS. LENS:  No.  You can answer the questions
3      as you see fit and should.
4          MR. TOBEROFF:  I didn't have a question
5      pending.
6          MS. LENS:  Well, you told him to -- you gave
7      him permission to explain.
8          MR. TOBEROFF:  Yes, but --
9          MS. LENS:  Hold on.  Please don't interrupt
10     me, Mr. Toberoff.
11         Mr. Singer, finish your response.
12     A.  I'm just trying to explain something.
13     Q.  (By Mr. Toberoff) I get it.  I understand.
14     A.  So he -- I would watch him basically beat out
15  entire scenes to his assistants.  He would then input
16  the scenes into a computer.  And it was amazing.  It
17  was like -- it was like method writing.
18      And so from the earliest days of my career in
19  order to sort of compensate for my disability, even
20  when I couldn't afford an assistant, I had an assistant
21  help me to do just that.  And I developed what I called
22  the Milch method where at a certain point in the day I
23  stop looking at screens, I get up, and I will literally
24  beat out entire scenes with dialogue and whatever where
25  my assistants will input those scenes into the

1  computer.

2       Q.  So is this lengthy explanation intended to

3  explain why you have no evidence of your creation of

4  the scenes that Shaun Gray says he created?

5            MS. LENS:  That -- hold on.  That's

6       argumentative.

7       Q.  Am I correct?

8            MS. LENS:  That's argumentative, and that

9       misstates the record.

10      A.  This is my way of saying that I believe that

11 what Mr. Gray has done is weaponize a disability that

12 I've had since I've been in the second grade and is

13 using the process that I developed to cope with a

14 disability that is well established as a way to claim

15 my work product as his own, and I find it repugnant and

16 I find it shameful.

17      Q.  So if I understand you correctly, am I correct

18 that this long explanation about your condition and the

19 way you work and the prior writer whose method you

20 followed is your explanation for why you've produced no

21 evidence of your actual creation of the scene Shaun

22 Gray says he -- says he wrote?

23           MS. LENS:  Objection --

24      Q.  Is that correct or --

25           MS. LENS:  Hold on.  Objection.  It's

```
 1   maybe Marita at some point.
 2        Q.  Wasn't it Only the Brave?
 3            MS. LENS:  Objection, misstates the record.
 4        A.  Well, it might've been Only the Brave.  I'm
 5   trying to like -- yeah, it might've been Only the
 6   Brave.  But he -- Only the Brave started well before --
 7   the process with Only the Brave started well, well,
 8   well before Shaun came into that.
 9        Q.  Were you hired to write Only the Brave?
10        A.  I was hired to write Only the Brave.
11        Q.  Was that a rewrite?
12        A.  It was a rewrite.
13        Q.  And that was for a relatively short period, a
14   couple months, between late March and May 2016?  Does
15   that sound correct?
16        A.  I'd have to take a look at the dates.  But it
17   was -- the dates -- I'd have to take a look at the
18   dates.  I -- you know, I don't remember the exact
19   dates.
20        Q.  Who was your assistant at the time that you
21   were working on Only the Brave?
22            MS. LENS:  Objection to form.
23        A.  Well, Shaun was my assistant, and maybe Ted
24   Kupper was my assistant during that time.
25        Q.  So when you had another assistant -- you
```

Eric Singer  Confidential
September 08, 2025

1                          DISCLOSURE

2    STATE OF GEORGIA           Deposition of ERIC W. SINGER

3    COUNTY OF GWINNETT         Date:  9-8-25

4       Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the
5    Judicial Council of Georgia, I make the following
     disclosure:
6
        I am a Georgia Certified Court Reporter. I
7    am here as a representative of American Court
     Reporting Company, Inc.
8
         I am not disqualified for a relationship of
9    Interest under provisions of O.C.G.A. 9-11-28(c).
     American Court Reporting Company, Inc., was
10   contacted by the offices of U.S. Legal Support, to
     provide court reporting services for this deposition.
11
         American Court Reporting Company, Inc., will not
12   be taking this deposition under any contract that is
     prohibited by O.C.G.A. 15-14-37(a) and (b).
13
         American Court Reporting Company, Inc., has no
14   exclusive contract to provide reporting services with
     any party to the case, any counsel in the case, or any
15   reporter or reporting agency from whom referral might
     have been made to cover this deposition.
16

17       American Court Reporting Company, Inc., will charge
     its usual and customary rates to all parties in the case,
18   and a financial discount will not be given to any party
     to this litigation.
19

20       This the 18th day of September, 2025.

21

22

23                           _____
24                           LEITA J. SEABORN, CCR B-1420

25

Eric Singer   Confidential
September 08, 2025

```
 1                  C E R T I F I C A T E

 2

 3   (STATE OF GEORGIA)

 4   (COUNTY OF GWINNETT)

 5       I hereby certify that the foregoing transcript

 6   was taken down, as stated in the caption, and the

 7   proceedings were reduced to typewriting under my

 8   direction and control.

 9       I further certify that the transcript is a true

10   and correct record of the evidence given at the said

11   proceedings.

12       I further certify that I am neither a relative

13   or employee or attorney or counsel to any of the

14   parties, nor financially or otherwise interested in

15   this matter.

16       This the 18th day of September 2022.

17

18

19

20

21

22

23
                         _____
24
                         LEITA J. SEABORN, CCR B-1420
25
```

```
 1                E R R A T A   S H E E T

 2    IN RE:  SHAUN GRAY VS. PARAMOUNT GLOBAL, et al.
      CASE NO.: 125-CV-03484-JSR
 3    DEPOSITION TAKEN ON:  9-8-25
      DEPOSITION OF:  ERIC WARREN SINGER
 4
           I have read the transcript of my deposition and find
 5
      that no changes are necessary _____.
 6
           Having read the transcript of my deposition, I wish
 7
      to make the following changes:  (Please state reason.)
 8
      PAGE    LINE       REASON FOR CHANGE
 9
      _____   _____      _____
10
      _____   _____      _____
11
      _____   _____      _____
12
      _____   _____      _____
13
      _____   _____      _____
14
      _____   _____      _____
15
      _____   _____      _____
16
      _____   _____      _____
17
      _____   _____      _____
18
      _____   _____      _____
19
      _____   _____      _____
20
      _____   _____      _____
21
      _____   _____      _____
22
      _____   _____      _____
23
      _____   _____      _____
24
                                    _____
25                                  ERIC WARREN SINGER
```