# EXHIBIT 58

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
SHAUN GRAY, an individual,          )
                                    )
            Plaintiff,              )
                                    )
      vs.                           )Civil Action No.
                                    )1:25-cv-3484-JSR
PARAMOUNT GLOBAL, a Delaware        )
corporation; PARAMOUNT PICTURES     )CONFIDENTIAL
CORPORATION, a Delaware             )
Corporation; PARAMOUNT STREAMING    )
SERVICES INC., a Delaware           )
Corporation; and DOES 1-10,         )
                                    )
            Defendants.             )
_____)
```

DEPOSITION OF PERSON MOST KNOWLEDGEABLE FOR
PARAMOUNT PICTURES, MICHAEL GRIZZI

Los Angeles, California

September 4, 2025

Reported by:
DENISE HERFT
CSR No. 12983
Assignment No. 6956943
Pages 1 - 131

```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3

 4

 5   SHAUN GRAY, an individual,        )
                                       )
 6              Plaintiff,             )
                                       )
 7        vs.                          )Civil Action No.
                                       )1:25-cv-3484-JSR
 8   PARAMOUNT GLOBAL, a Delaware      )
     corporation; PARAMOUNT PICTURES   )CONFIDENTIAL
 9   CORPORATION, a Delaware           )
     Corporation; PARAMOUNT STREAMING  )
10   SERVICES INC., a Delaware         )
     Corporation; and DOES 1-10,       )
11                                     )
                Defendants.            )
12   _____)

13

14

15

16        DEPOSITION OF PERSON MOST KNOWLEDGEABLE

17   FOR PARAMOUNT PICTURES, MICHAEL GRIZZI, taken on

18   behalf of the Plaintiff at 1999 Avenue of the

19   Stars, 8th Floor, Los Angeles, California,

20   commencing at 9:16 a.m. on September 4, 2025,

21   reported by DENISE HERFT, CSR No. 12983, pursuant

22   to Notice.

23

24

25
```

```
 1   APPEARANCES OF COUNSEL:

 2

        For the Plaintiff:
 3
        TOBEROFF & ASSOCIATES
 4      BY:  MARC TOBEROFF, ESQ.
        23823 Malibu Road
 5      Suite 50-363
        Malibu, California  90265
 6      (310) 246-3333
        Mtoberoff@toberoffandassociates.com
 7


 8
        For the Defendants:
 9
        O'MELVENY & MYERS LLP
10      BY:  MOLLY M. LENS, ESQ.
             NIKKI GUIVATCHIAN, ESQ.
11      1999 Avenue of the Stars
        8th Floor
12      Los Angeles, California 90067
        Mlens@omm.com
13


14
        Also Present:
15      Jonathan Strauss - In-house Counsel Paramount

16

17

18

19

20

21

22

23

24

25
```

1                    I N D E X

2   EXAMINATION BY:                                 PAGE

3   Mr. Toberoff    --------------------------  6

4

5

6                    E X H I B I T S

7   PLAINTIFF'S    DESCRIPTION                        PAGE

8   Exhibit 23     Notice of Taking Deposition       15

9   Exhibit 24     PPC's Responses and Objections    91
                   To Notice of Deposition
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Michael Grizzi Confidential
September 04, 2025

QUESTIONS INSTRUCTED NOT TO ANSWER

| PAGE | LINE |
|------|------|
| 33 | 5 |
| 35 | 2 |
| 35 | 18 |
| 39 | 9 |
| 71 | 17 |
| 72 | 5 |
| 72 | 23 |

Michael Grizzi - Confidential
September 04, 2025

1        (Plaintiff's Exhibit 24 was marked for
2   identification by the Certified Shorthand
3   Reporter; a copy of which is attached hereto.)
4   BY MR. TOBEROFF:
5       Q   I touched upon this previously, but other
6   than having its screenwriters engaged by Paramount
7   signing contracts with representations that the
8   material they write is wholly original with the
9   screenwriter, does Paramount have any standard
10  practices to identify any non-Paramount-hired
11  contributors to screenplay material it uses in its
12  films?
13          MS. LENS:  Objection to form and to
14  scope.
15          You can answer.
16          THE WITNESS:  Our baseline is that all
17  material delivered to us is original to the writer
18  in accordance with their obligations
19  contractually.  We don't do an investigation in
20  any particular instance until something comes to
21  our attention generally, if at all, by the name of
22  an unauthorized writer's name appearing on written
23  material that's been delivered to the studio.
24  BY MR. TOBEROFF:
25      Q   I'd like you to walk me through

\*\*\*\*\*

I do solemnly swear under penalty of perjury that the foregoing is my examination under oath; are the questions asked of me and my answers thereto; that I have read same and have made the necessary corrections, additions, or changes to my answers that I deem necessary.

In witness thereof, I hereby subscribe my name this _____ day of _____, 20___.

```
                              _____
                              MICHAEL GRIZZI
```

```
 1   EXAMINATION ERRATA SHEET

 2   Page No._____ Line No. _____

 3   Change:_____

 4   Reason for change:_____

 5   Page No._____ Line No. _____

 6   Change:_____

 7   Reason for change: _____

 8   Page No._____ Line No. _____

 9   Change:_____

10   Reason for change:_____

11   Page No._____ Line No. _____

12   Change:_____

13   Reason for change:_____

14   Page No._____ Line No. _____

15   Change:_____

16   Reason for change:_____

17   Page No._____ Line No. _____

18   Change:_____

19   Reason for change:_____

20   Page No._____ Line No. _____

21   Change:_____

22   Reason for change:_____

23

24   _____
     MICHAEL GRIZZI                    DATED
25
```

Michael Grizzi Confidential
September 04, 2025

```
 1                CERTIFICATE OF COURT REPORTER
 2                        FEDERAL JURAT
 3
 4            I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7            That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that
11   a verbatim record of the proceedings was made by
12   me using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof.
15            That before completion of the deposition,
16   a review of the transcript was requested.
17            I further certify that I am neither
18   financially interested in the action nor a
19   relative or employee of any attorney of any of the
20   parties.
21            IN WITNESS WHEREOF, I have this date
22   subscribed my name          Denise Herft
23
24                   Dated:  September 4, 2025
25                      Certificate Number 12983
```