# EXHIBIT 59

Jonathan Stephen Gonda  Confidential
September 04, 2025

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SHAUN GRAY, an individual,           )
                                     )
            Plaintiff,               )
                                     )
       vs.                           ) Civil Action No.
                                     ) 1:25-cv-3484-JSR
PARAMOUNT GLOBAL, a Delaware         )
corporation; PARAMOUNT PICTURES      ) CONFIDENTIAL
CORPORATION, a Delaware              )
Corporation; PARAMOUNT STREAMING     )
SERVICES INC., a Delaware            )
Corporation; and DOES 1-10,          )
                                     )
            Defendants.              )
_____)

DEPOSITION OF PERSON MOST KNOWLEDGEABLE FOR
PARAMOUNT PICTURES
JONATHAN STEPHEN GONDA

Los Angeles, California

September 4, 2025

Reported by:
DENISE HERFT
CSR No. 12983
Assignment No. 6956943
Pages 1 - 104

Jonathan Stephen Gonda   Confidential
September 04, 2025

```
1    UNITED STATES DISTRICT COURT

2    SOUTHERN DISTRICT OF NEW YORK

3

4

5    SHAUN GRAY, an individual,       )
                                      )
6              Plaintiff,             )
                                      )
7         vs.                         )Civil Action No.
                                      )1:25-cv-3484-JSR
8    PARAMOUNT GLOBAL, a Delaware     )
     corporation; PARAMOUNT PICTURES  )CONFIDENTIAL
9    CORPORATION, a Delaware          )
     Corporation; PARAMOUNT STREAMING )
10   SERVICES INC., a Delaware        )
     Corporation; and DOES 1-10,      )
11                                    )
               Defendants.            )
12   _____)

13

14

15

16        DEPOSITION OF PERSON MOST KNOWLEDGEABLE

17   FOR PARAMOUNT PICTURES, JONATHAN STEPHEN GONDA,

18   taken on behalf of the Plaintiff at 1999 Avenue of

19   the Stars, 8th Floor, Los Angeles, California,

20   commencing at 2:43 p.m. on September 4, 2025,

21   reported by DENISE HERFT, CSR No. 12983, pursuant

22   to Notice.

23

24

25
```

Jonathan Stephen Gonda   Confidential
September 04, 2025

```
 1    APPEARANCES OF COUNSEL:

 2

         For the Plaintiff:
 3
         TOBEROFF & ASSOCIATES
 4       BY:  MARC TOBEROFF, ESQ.
         23823 Malibu Road
 5       Suite 50-36
         Malibu, California  90265
 6       (310) 246-3333
         Mtoberoff@toberoffandassociates.com
 7


 8
         For the Defendants:
 9
         O'MELVENY & MYERS LLP
10       BY:  MOLLY M. LENS, ESQ.
         1999 Avenue of the Stars
11       8th Floor
         Los Angeles, California 90067
12       (310) 246-8593
         Mlens@omm.com
13


14
         Also Present:
15       Jonathan Strauss -  SVP Legal - Paramount

16

17

18

19

20

21

22

23

24

25
```

```
1                    I  N  D  E  X

2    EXAMINATION BY:                              PAGE

3    Mr. Toberoff     --------------------------  6

4

5

6                    E X H I B I T S

7    PLAINTIFF'S    DESCRIPTION                    PAGE

8    Exhibit 25     Memorandum of Agreement        45

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Jonathan Stephen Gonda   Confidential
September 04, 2025

QUESTIONS INSTRUCTED NOT TO ANSWER

(None)

```
 1              MR. TOBEROFF:  We can take a break.
 2              (Recess taken from 4:49 until 5:08.)
 3              MR. TOBEROFF:  Back on the record.
 4    BY MR. TOBEROFF:
 5         Q    Did you ever speak to Joe Kosinski
 6    regarding this dispute?
 7         A    No.
 8         Q    Did you ever speak to Eric Singer
 9    regarding this dispute?
10         A    No.
11         Q    Are you aware of any conversations -- are
12    you aware of anyone at Paramount speaking to
13    Joe Kosinski about this dispute?
14              MS. LENS:  It's beyond the scope.
15              You can answer to the extent that --
16              THE WITNESS:  Anyone at Paramount?
17    BY MR. TOBEROFF:
18         Q    Yeah.
19         A    No.
20         Q    Are you aware of anyone at Paramount
21    interviewing Eric Singer about this dispute?
22         A    No.
23         Q    Are you aware of any investigation
24    conducted by Paramount as to the merits of
25    Shaun Gray's claim that he wrote major scenes of
```

Jonathan Stephen Gonda    Confidential
September 04, 2025

```
 1
 2
 3                          *****
 4
 5         I do solemnly swear under penalty of
 6   perjury that the foregoing is my examination under
 7   oath; are the questions asked of me and my answers
 8   thereto; that I have read same and have made the
 9   necessary corrections, additions, or changes to my
10   answers that I deem necessary.
11
12         In witness thereof, I hereby subscribe my
13   name this _____ day of _____,
14   20___.
15
16
17                                  _____
                                    JONATHAN GONDA
18
19
20
21
22
23
24
25
```

Jonathan Stephen Gonda   Confidential
September 04, 2025

```
 1  EXAMINATION ERRATA SHEET

 2  Page No._____  Line No. _____

 3  Change:_____

 4  Reason for change:_____

 5  Page No._____  Line No. _____

 6  Change:_____

 7  Reason for change: _____

 8  Page No._____  Line No. _____

 9  Change:_____

10  Reason for change:_____

11  Page No._____  Line No. _____

12  Change:_____

13  Reason for change:_____

14  Page No._____  Line No. _____

15  Change:_____

16  Reason for change:_____

17  Page No._____  Line No. _____

18  Change:_____

19  Reason for change:_____

20  Page No._____  Line No. _____

21  Change:_____

22  Reason for change:_____

23

24  _____
    JONATHAN GONDA                     DATED
25
```

Jonathan Stephen Gonda   Confidential
September 04, 2025

```
 1                  CERTIFICATE OF COURT REPORTER
 2                         FEDERAL JURAT
 3
 4           I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California do hereby
 6   certify:
 7           That the foregoing proceedings were taken
 8   before me at the time and place herein set forth;
 9   that any witnesses in the foregoing proceedings,
10   prior to testifying, were placed under oath; that
11   a verbatim record of the proceedings was made by
12   me using machine shorthand which was thereafter
13   transcribed under my direction; further, that the
14   foregoing is an accurate transcription thereof.
15           That before completion of the deposition,
16   a review of the transcript was requested.
17           I further certify that I am neither
18   financially interested in the action nor a
19   relative or employee of any attorney of any of the
20   parties.
21           IN WITNESS WHEREOF, I have this date
22   subscribed my name           Denise Herft
23
24                Dated:  September 4, 2025
25                    Certificate Number 12983
```