```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SHAUN GRAY, <br><br> Plaintiff, <br><br> -v- <br><br> PARAMOUNT GLOBAL, ET AL., <br><br> Defendants. | 25-cv-3484 (JSR) <br><br> <u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

After the parties jointly called the Court on October 27, 2025, the Court directed the parties to submit letter-briefs on their pending discovery dispute, and the letters have now been received and filed. <u>See</u> ECF Nos. 74, 93. This Order resolves the dispute.

Plaintiff Gray long ago sought production from defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc. (collectively, "Paramount") of a very wide range of documents created over a very long period of time. <u>See</u> ECF No. 74 at 1. Paramount responded that it would not produce documents created after January 23, 2023, basically because at that point Paramount's attorneys got involved in anticipation of litigation and everything thereafter was likely covered by attorney-client privilege or work-product doctrine, so that the burden of collecting, reviewing, and producing the requested

1

documents would exceed any potential benefit in doing so. See ECF No. 93 at 1. Against this background, Paramount further asserts that Gray's instant application, coming after the close of discovery and long after it lodged its objections, is plainly untimely and prejudicial.

While the Court believes Paramount's objections are well taken, the Court, in an excess of caution, hereby directs Paramount to produce by November 21, 2025, any and all communications between Paramount and third-party Eric Singer created at any time between January 23, 2023 and April 27, 2025 (when the instant lawsuit was commenced).

SO ORDERED.

New York, NY
November 13, 2025

_____
JED S. RAKOFF, U.S.D.J.