UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　　　Defendants.<br><br>PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>　　　　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>SHAUN GRAY, an individual,<br><br>　　　　　　　Counterclaim-Defendant, | Civil Action No. 1:25-cv-3484-JSR<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE AUDIO RECORDING EXHIBITS |

　　　　Having considered Plaintiff Shaun Gray's request for leave to file as exhibits, in connection with Plaintiff's summary judgment motion, three audio recordings produced by Eric Warren Singer herein (SINGER-GRAY-0050429, 0050430 and 0050436) (the "Audio Recordings") of meetings (50429 and 50436) between Plaintiff, Mr. Singer and Paramount's U.S. Navy consultants and of a meeting (50430) between Plaintiff, the director Joseph Kosinski, Mr. Singer and Paramount's Navy consultants, regarding *Top Gun: Maverick* (the "Request"), the Request is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of this Court shall accept a USB drive containing the Audio Recordings, and the Clerk is directed to receive and note the USB drive of the Audio Recordings exhibits on the above docket upon receipt.

**SO ORDERED.**

Dated: _____11/13_____, 2025

_____
Hon. Jed S. Rakoff
United States District Judge