UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>    Defendants. | Civil Action No. 1:25-cv-3484 |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>    Counterclaim-Plaintiff,<br><br>vs.<br><br>SHAUN GRAY, an individual,<br><br>    Counterclaim-Defendant, | |

**DECLARATION OF MOLLY M. LENS IN SUPPORT
OF PARAMOUNT PICTURES CORPORATION'S OPPOSITION TO
SHAUN GRAY'S MOTION FOR SUMMARY JUDGMENT**

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at O'Melveny & Myers LLP, counsel for Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services Inc. (collectively, "Defendants" or "Paramount") in this action, and a member of the Bar of this Court. I submit this declaration in support of Paramount Pictures Corporation's ("PPC") Opposition to Shaun Gray's Motion for Summary Judgment based on my personal knowledge of the facts set forth below and review of the documents referenced herein. If called and sworn as a witness, I could and would testify competently thereto.

### The "Gray Scenes" Copyright Registrations

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the deposit copy that Gray caused to be submitted to the United States Copyright Office identified as "Scene 1 for screenplay about military pilots by Shaun Gray (2017)," produced by PPC in this litigation with the Bates range PPC-GRAY-0086162–164.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the deposit copy that Gray caused to be submitted to United States Copyright Office identified as "Scene 2 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," produced by PPC in this litigation with the Bates range PPC-GRAY-0086165–209.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the deposit copy that Gray caused to be submitted to the United States Copyright Office identified as "Scene 9 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," produced by PPC in this litigation with the Bates range PPC-GRAY-0086210–272.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of Gray's April 2, 2024 copyright application for "Scenes for screenplay about military pilots by Shaun Gray (2017),"

produced by Gray in this litigation with the Bates range GRAY10524–526.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Gray's April 2, 2024 copyright application for "Scene 1 for screenplay about military pilots by Shaun Gray (2017)," i.e., "Gray Scene" 1, produced by Gray in this litigation with the Bates range GRAY10520–522.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the copyright registration for "Scene 1 for screenplay about military pilots by Shaun Gray (2017)," i.e., "Gray Scene" 1, produced by Gray in this litigation with the Bates range GRAY10533–534.

8. Attached hereto as **Exhibit 7** is a true and correct copy of Gray's June 21, 2024 copyright application for "Scene 2 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," i.e., "Gray Scenes" 2 to 8, produced by Gray in this litigation with the Bates range GRAY10527–529.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the copyright registration for "Scene 2 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," i.e., "Gray Scenes" 2 to 8, produced by Gray in this litigation with the Bates range GRAY10535–536.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Gray's June 21, 2024 copyright application for "Scene 9 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," i.e., "Gray Scenes" 9 through 15, produced by Gray in this litigation with the Bates range GRAY10530–532.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the copyright registration for "Scene 9 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works," i.e., "Gray Scenes" 9 through 15, produced by Gray in this litigation with the Bates range GRAY10537–538.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an April 8, 2024 Email from David Lopez at the United States Copyright Office to Marc Toberoff, Gray's attorney, produced by Gray in this litigation with the Bates number GRAY10500.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an April 9, 2024 letter from Toberoff to Lopez, produced by Gray in this litigation with the Bates range GRAY10502–503.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an April 19, 2024 Email from Lopez to Toberoff, produced by Gray in this litigation with the Bates range GRAY10504–505.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a May 23, 2024 Email from Lopez to Toberoff, produced by Gray in this litigation with the Bates range GRAY10510–511.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a June 17, 2024 Email from Lopez to Toberoff, produced by Gray in this litigation with the Bates range GRAY10514–515.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a June 21, 2024 letter from Toberoff to Lopez, produced by Gray in this litigation with the Bates number GRAY10517.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a June 21, 2024 Email from the United States Copyright Office to Toberoff, produced by Gray in this litigation with the Bates number GRAY10518.

## Communications

19. Attached hereto as **Exhibit 18** is a true and correct copy of a June 4, 2017 text exchange between Eric Singer and Gray, produced by Gray in this litigation with the Bates number

GRAY0489.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the Writers Guild of America West's ("WGA") February 6, 2020 letter to those participating in the WGA credit arbitration relating to the writing credits for *Top Gun: Maverick*, produced by non-party WGA in this litigation with the Bates range WGAW 1826–827.

21. Attached hereto as **Exhibit 20** is a true and correct copy of Gray's February 9, 2023 written submission to the WGA in response to documents that Singer submitted to the WGA, produced by Gray in this litigation pursuant to the Court's September 2, 2025 Order (Dkt. 54) with the Bates range GRAY12034–037.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a February 21, 2023 letter from WGA employee Kathy Christovich to Gray, copying Gray's attorney, Matthew Saver, produced by Gray in this litigation pursuant to the Court's September 2, 2025 Order (Dkt. 54) with the Bates range GRAY12038–039.

## Search of PPC's Records

23. Without waiving any applicable privileges, including the attorney-client privilege and work-product doctrine, I further declare as follows: at my direction, in response to Gray's assertions, PPC conducted various searches of its records, both electronic and hard copy, to ascertain whether Gray's claim to be a writer for *Top Gun: Maverick* was known to PPC prior to January 23, 2023. These searches of PPC's records identified only one document mentioning Gray in connection with *Top Gun: Maverick* prior to PPC's receipt of the January 23, 2023 statement from Gray: an August 22, 2017 Email exchange with Christian Donovan, a writing assistant to Singer, regarding a meeting that Singer was slated to attend later that day at PPC. In the email, Donovan requested "drive-on" privileges for "[Singer's] assistant, Shaun Gray." Donovan

followed up later that day to advise that Donovan "will now be driving, so please amend our list to Eric Singer and Christian Donovan." Attached hereto as **Exhibit 22** is a true and correct copy of the aforementioned email exchange, produced by PPC in this litigation with the Bates range PPC-GRAY-0085603–613. This Exhibit has been minimally redacted to partially remove third-party email address information, in an effort to protect third-party privacy interests.

## Litigation Materials

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the transcript of Joseph Kosinski's August 13, 2025 deposition in this litigation.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the transcript of Gray's August 26, 2025 deposition in this litigation.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the transcript of Gray's September 22, 2025 deposition in this litigation.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the transcript of Singer's September 8, 2025 deposition in this litigation.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the transcript of Singer's October 28, 2025 deposition in this litigation.

29. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the transcript of Jonathan Stephen Gonda's September 4, 2025 deposition in this litigation.

30. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the transcript of Michael Grizzi's September 4, 2025 deposition in this litigation.

31. Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the transcript of Christian Donovan's August 15, 2025 deposition in this litigation.

32. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from the

transcript of Matthew Saver's October 10, 2025 deposition in this litigation.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of DC Comics' third-party complaint in *Wozniak v. Warner Bros. Entertainment Inc.*, S.D.N.Y. Case No. 1:22-cv-08969-PAE.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2025.

By: /s/ Molly M. Lens

Molly M. Lens