# EXHIBIT 1

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SCENE 1 FOR SCREENPLAY ABOUT MILITARY PILOTS BY SHAUN GRAY (2017)** deposited in the Copyright Office with a claim of copyright registered under number **PAu 4-227-902.**

**THIS IS TO CERTIFY ALSO**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on June 12, 2025.

By: Jorge Rivera
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

```
WE HEAR THE SOUND OF BREATHING AGAIN ---

POV - MAVERICK - INT. VAN - 90 MINUTES LATER -

Looking out through the fishbowl helmet of his pressure suit ---
sitting on a couch in the back of a large van. The suit is
hooked up to an orange hand-held portable air-supply/cooling
system feeding a steady HISS of air. TWO PSD CREWMEN sit
opposite us, holding gear.

The van comes to a stop and the doors open. We/Mav step out
into a large hangar, MAINTENANCE CREW moving about around
the plane:

MOONRAKER: like nothing we've ever seen before: matte-black,
a low-flat nose-cone expanding towards the rear to form a
curving, organic-shaped upper hull with blade-like delta
wings swept out on either side. A gaping-wide SCRAMJET air-
intake stretches across its underbelly like the grin of shark.

We/Mav approach Moonraker slowly - the closer we get the
more we see that despite its sleek shape, the skin is battle-
worn, blasted by the heat and fire of the atmosphere.

INT. HANGAR - CONTINUOUS

Mav walks around to the nose-cone of the jet, and stops,
puts a gloved hand gently against it's underbelly and just
stands there, frozen for one moment --- a knight and his
trusted warhorse --- communing with the machine on a deeper
level, - readying for one final ride.

All of the crewmen pause for a brief moment, watching
Maverick, everyone feeling the weight of this moment.

Then Mav removes his hand and everything snaps back into
action.

Mav steps to the cockpit ladder, disconnects from his portable
air-supply, then climbs up, TWO PSD crewmen ready at the top
to help him in.

INT. MOONRAKER COCKPIT - MOMENTS LATER

Mav sits in the pilot's chair and puts his arms out to the
side as the TWO PSD crewmen drop halfway in, hanging upside-
down and begin attaching cables and hoses from the jet to
the pressure suit. Like a reverse birthing where they're
reattaching the umbilical cordS.

          PSD CREWMAN 1                    PSD CREWMAN 2
     Comm-Cord Connected.             Comm-Cord Connected.

          PSD CREWMAN 1                    PSD CREWMAN 2
    Ventilation Connected.            Ventilation Connected.
```

PPC-GRAY-0086163

2.

INT. MOONRAKER COCKPIT - MINUTES LATER

The PSD techs finish and withdraw from the cockpit. The Communications radio crackles to life.

>                    CREW CHIEF
>           Ground to Cockpit, how do you read?

>                    MAVERICK
>           Loud and Clear.

>                    CREW CHIEF
>           Everything's good down here. Ready
>           to start engines when you are.

Maverick turns to the console, covered with dozens of gauges and switches. Starts flipping them one at a time.

>                    MAVERICK
>           Number 1 and Number 2 Oxygen on and
>           Checked.

Pure oxygen suddenly hisses into his suit, pressurizing it. Maverick pulls down the BAILER BAR on his helmet, locking it to the metal ring at the suit's neck, sealing it.

ANGLE ON MAV - MINUTES LATER

Most of the switches and indicator lights are now flipped on the the control console.

>                    CREW CHIEF
>           Intake and exhaust clear, drain valve
>           draining, fire guard posted, chocks
>           installed.

>                    MAVERICK
>           I'll take rotation on the left engine.

INT. HANGAR.