# EXHIBIT 2



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SCENE 2 FOR SCREENPLAY ABOUT MILITARY PILOTS BY SHAUN GRAY (2017) AND 6 OTHER UNPUBLISHED WORKS** deposited in the Copyright Office with a claim of copyright registered under number **PAu 4-228-526.**

**THIS IS TO CERTIFY ALSO**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on June 12, 2025.

By:     Jorge Rivera
        Supervisory Copyright Specialist
        Records Research and Certification Division
        Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

PPC-GRAY-0086165

INT.  READY ROOM - LATER

Bradshaw stands at the podium - using a telestrator to walk
through the telemetry of his engagement with Cream and
Tinman/Nosebleed and then Maverick's Wildcard.

Cream, Tinman and Nosebleed sit adjacent to him. The other 8
trainees and Mav sit in the remaining seats facing them.

There's an undercurrent of tension in the room --- Spanky
embarrassed Maverick and everyone knows it.

                    SPANKY
          I sighted Captain Mitchell closing
          and pressed for the Kill on Blue-6,
          knowing that a continued engagement
          would cost too much airspeed for
          either of us to defend the Wildcard.

                    TINMAN
          I concur.

                    NOSEBLEED
              (chagrined nod to Bradshaw)
          Red-4 displayed superior awareness
          of the environment and used it to
          his advantage for a kill.

                    SPANKY
          I then merged with Captain Mitchell.
          Maneuvered to Become offensive. Took
          a valid, fox-2. Pressed into gun
          solution for multiple valid gun kills.
          The fighter noted poor out of plane
          guns-defense out of the bandit.
          Captain Mitchell anything to add?

                    MAVERICK
          Negative. I concur with your
          assessment. Good shots, good kills.

                    MERLIN
          I have a question.

Everyone spins in surprise. Merlin stands at the back door
into the room.

                    SPANKY
          Sir! Attention on deck!

Mav and all the Pilots move to snap to attention.

                    MERLIN
          At ease. Keep your seats.

2.

> SPANKY
> Yes sir. You had a question?

> MERLIN
> You took a valid Fox-2, but it seems
> to me you violated training rules
> and pressed inside 1000' for a gun
> kill. And why did you not acknowledge
> that fact in your assessment?

> SPANKY
> (hesitates)
> Sir, you're right. I missed that. I
> wanted to continue to practice, and
> Missiles can be defeated, sir.

Merlin glances skeptically towards Mav.

> MERLIN
> Captain?

> MAVERICK
> Sir, it was maybe a little close,
> but I concur with his decision to
> continue beyond the Fox-2. The
> parameters that we're training for
> push all of the norms. He had his
> fangs out and moved in for the kill.

Merlin reluctantly nods, but he's not wholly buying it.

INT. READY ROOM - DAY

The 10 remaining aviators sit in their seats, Maverick at the podium. Behind him are slide projections of maps of desert canyons and rough hills.

                    MAVERICK
          For the last 25 years we've been
          doing business at medium to high
          altitude, at night, delivering laser-
          guided and GPS missions. However,
          due to technical and practical issues,
          those options are not on the table
          here.

Mav plays footage from a simulator showing a low flight path over that terrain.

                    MAVERICK (CONT'D)
          You will be conducting a low level
          Ingress at 100' feet and below, over
          vertical terrain and in a hostile
          territory with a robust Air-to-air
          threat and a formidable Integrated
          Air Defense system consisting of
          stationary sites, mobile tactical
          SAMs and MANPADs.

The aviators all exchange looks of extreme surprise.

                    MAVERICK (CONT'D)
          The final route cannot be
          predetermined, so we will train on
          three distinct routes.

Mav clicks a slide and the terrain maps are overlaid with 3 routes.

                    MAVERICK (CONT'D)
          Once airborne you'll get a route
          call and time to target. You will
          need to finish in the minimum amount
          of time and use terrain masking to
          avoid radar detection. Any Smoky SAM
          hits will be noted, but continue
          through the course. The mistakes you
          make here are so you don't make them
          later.

Overkill raises a hand. Mav nods at her.

                    OVERKILL
          Sir, respectfully, a ceiling of one
          Cherub breaks all training and safety
                    (MORE)

2.

              OVERKILL (CONT'D)
        regulations. Those rules were written
        because pilots died.

Mav nods slowly, empathetically.

              MAVERICK
        All of that is true. If anyone is
        unwilling to take that risk, there
        are no repercussions for quitting
        and no one will think less of you.

No one budges from their chair.

              MAVERICK (CONT'D)
        OK. Sims are available for each
        possible route, learn them. We start
        tomorrow. Good luck.

Mav exits the room, the pilots all share bug-eyed looks.

              CLEFT
        Jeezus H., this is nuts.

              MASSHOLE
        What the hell is this mission?

              CREAM
        I don't know, but a 100 foot ceiling ---
        sounds damn fun.

Spanky says nothing, but we can see the wheels churning in
his head as he looks at the maps of winding canyons the wall ---

                         MATCH CUT TO:

EXT. OVERHEAD A WINDING DESERT CANYON - DAY

PPC-GRAY-0086169

EXT. CARRIER - LATE AFTERNOON                                    *

WIDE on the sea --- behind an AIRCRAFT CARRIER pitching like
a motherfucker in 20-30 swells. It's winter; cold and icy.
The rear of the carrier reads: THEODORE ROOSEVELT.

EXT. DECK - USS THEODORE ROOSEVELT - CONTINUOUS

TWO F-35s, cutting-edge, stealth strike-fighters, sit in
staggered formation on the deck/catapult launchers. Both
Jets have a stealth-material covered CAMERA POD mounted tight
under the fuselage.

DECK CREW stagger against the rolling of the ship as they
perform the complex ballet of launch preparation.

ANGLE CLOSE BEHIND ONE OF THE COCKPITS - watching as the
view ahead pitches from sky to sea and back.

Scrawled under the canopy window is LT. S. GRAY "TOEJAM".
Toejam glances over at the other F-35.

                    TOEJAM
          Hammer 1-2, Hammer 1-1, you up?

The voice of the other pilot, LT. BRADLEY BRADSHAW "SPANKY",
crackles over the radio.

                    LT. BRADSHAW/SPANKY (over radio)
          Hammer 1-1, yeah.

                    TOEJAM
          Damn, Spanky, are they really gonna
          shoot us in this?

                    LT. BRADSHAW/SPANKY (over radio)
          I'm not sweating the launch, I'm
          sweating the landing. 30 foot pitch,
          at night, bad weather in a $200
          million dollar piece of hardware ---
          Pucker-factor's off the chart.

                    TOEJAM
          Thanks for the pep-talk, bro.

INT. TFCC - USS THEODORE ROOSEVELT - MOMENTS LATER

CLOSE ON coffee in a cup, sloshing to match the pitch of the
ship. REAR ADMIRAL SINGER taps an impatient tattoo on the
cup's rim as he watches his STAFF, 8-10 men and women, hard
at work in front of War-Games style LCD screens. Everyone's
wearing a USS THEODORE ROOSEVELT ballcap.

On the screens: maps, weather reports and video feeds of the
2 F-35s waiting on the deck.

2.

There's a BEEP as a message comes thru on a MIRC-CHAT
computer. A STAFFER glances at it.

                    STAFFER
          Admiral. Just got the DIP clearance
          from EU-comm.

Admiral Singer stops his tapping, picks up a phone.

                    REAR ADMIRAL
          Shoot 'em.

## INT. BRADSHAW'S COCKPIT - DECK - CONTINUOUS

Engines of the two F-35s spool up into a KEENING HOWL,
Bradshaw's cockpit vibrating with restrained fury of 30,000
lbs of thrust ---

With a ROAR we're hurtled forward, 0 to 165 mph in 2.3 seconds ---
The 2 F-35s ripping off the edge of carrier in a simultaneous
launch ---

                    LT. BRADSHAW/SPANKY (into radio)
          102 airborne.

                    TOEJAM (over radio)
          103 airborne.

                    LT. BRADSHAW/SPANKY (into radio)
          Hammer, proceeding two-niner-four at
          flight level two-two-zero for Tanker
          rendezvous.

## EXT./INT. E-2C AWAC/HAWKEYE - LATER

A Hawkeye reconnaissance plane rumbles above the clouds. 2
turbo-prop engines rumbling, giant circular radar dome mounted
above its wings.

Inside: 2 PILOTS up front. 2 TECHS and the AIR CONTROL OFFICER
sit sideways, staring at the digital screens, using laser
pens to mark and track and manage air traffic over the region.

                    AIR CONTROL OFFICER (into radio)
          King, Hammer 1-1, stand by to copy,
          changes to sitrep alpha.

                    LT. BRADSHAW/SPANKY (over radio)
          Hammer 1-1, Ready to Copy.

The "yellow brick road" of the F35s flight path is marked
out and the ACO is marking out additional ICONS along the
path. EACH is designated SAM "Surface-to-air-Missiles".

3.

>               AIR CONTROL OFFICER (into radio)
>       King. Convoy tracking. Rolex 10
>       minutes. Multiple SAM sites active
>       along your route. A single group of
>       Vultures on your nose, 40 miles hot.
>       It's all in your link.

## INT. BRADSHAW'S COCKPIT - MOMENTS LATER

POV BRADSHAW: the inside of his HUD (Heads Up Display) helmet
flickers to life with the same data we just. saw in the
Hawkeye. Route markers, diagnostics and three dimensional
icons of the enemy planes, terrain and SAM sites are
transposed over a real-time, 360-degree feed from cameras on
the outside of his plane, literally allowing him to look
through the plane and see the world below.

>               LT. BRADSHAW/SPANKY (into radio)
>       Hammer 1-1. Rolex 10. Understand we
>       have clearance to hold over friendly
>       airspace.

>               AIR CONTROL OFFICER (over radio)
>       King. Copy. You are cleared.

Bradshaw turns his attention to the two "vulture" icons,
pulling the data into focus: they're archaic F-14s.

>               LT. BRADSHAW/SPANKY (into radio)
>       Booger-eaters were right, I can't
>       believe Kozolov's airforce is really
>       flying those things.

## INT. TOEJAM'S COCKPIT - CONTINUOUS

Toejam eyes the F-14 data and grins.

>               TOEJAM (into radio)
>       Man, I'd give my left nut to fly one
>       of those things. It's a damn hot
>       rod. An AC Shelby Cobra.

>               BRADSHAW (over radio)                    *
>       Thing's a piece of shit. Hydraulic
>       lines snapped any time you pulled
>       hard, engine stall-outs at random.
>       Always broken. They're in museums on
>       a stick for a reason.

>               TOEJAM (into radio)                      *
>       Whatever man, nothing's faster.

4.

INT. BRADSHAW'S COCKPIT - CONTINUOUS

                    LT. BRADSHAW/SPANKY (into radio)
               (unconvinced)
          Yeah, well, they'll never see us,
          just keep an eye peeled for their Su
          pals.

                    TOEJAM (over radio)
          Copy that.

                    AIR CONTROL OFFICER (over radio)
          King, Hammer 1-1. Push.

                    LT. BRADSHAW/SPANKY (into radio)
          Hammer 1-1. Pushing.

EXT./INT. F-35S - VARIOUS

Bradshaw and Toejam throttle hard into enemy territory ---

High altitude over thick clouds --- brief gaps in the cloud-
cover reveal heavily mountainous, gnarly topography.

They follow the path indicated in their HUDS, threading around
the SAM-location icons which visibly track past via the "see-
thru" effect of the Helmet's HUD.

INT./EXT. F-35S - ENEMY TERRITORY - TWILIGHT

The F-35s duck just below the clouds for the first time ----    *

In the HUD a target reticule lights up, approaching directly
ahead ---

Bradshaw flips a switch on his stick.

EXT. BRADSHAW'S F-35 - CONTINUOUS

CLOSE ON Bradshaw's Camera Pod, through a glass cover, we
see a series of lens shift focus and start clicking away.

EXT. SECRET ENEMY FACILITY - CONTINUOUS

HIGH OVER an unknown industrial facility set at the base of
a granite mountain. Small moving lights indicate a Convoy of
Trucks rolling in.

INT. BRADSHAW'S COCKPIT - MOMENTS LATER                         *

A Green light appears on Bradshaw's HUD.

                    LT. BRADSHAW/SPANKY (into radio)
          Hammer 1-1, Kodak complete.

5.

          TOEJAM (over radio)
Hammer 1-2, Kodak complete.

          AIR CONTROL OFFICER (over radio)
King. Copies. Kodak Complete.

          BRADSHAW (into radio)
Hammer. Egress flow point.

The F-35s pull up into the clouds and turn to head back home.   *

          BRADSHAW (into radio) (CONT'D)
Hammer 1-2, what's your fuel state?

          TOEJAM (over radio)
9-5. Hurting but ok.

          LT. BRADSHAW/SPANKY (into radio)
Me too. Let's make a run for the
border.

## EXT. F-35S - MINUTES LATER

The clouds below them are dissipating. More of the mountainous
terrain visible.

## INT. BRADSHAW'S F-35 - MOMENTS LATER

The HUD display shows an approaching MARKER-LINE for the
border into friendly territory. Bradshaw's F-35 is a mile
ahead of Toejam's F-35. SUDDENLY:

          TOEJAM (over radio)
     (surprised concern)
Hammer 1-2, Spiked! Zero-nine-zero.

Toejam's F-35 suddenly veers off course.

          AIR CONTROL OFFICER (over radio)
King Hammer 1-2, Spike range Five.
Threat group hostile!

Bradshaw immediately pulls his jet into a sharp turn to match
Toejam, heading back into enemy territory --- His headset
starts ringing with the "WATERFALL" TONE of enemy radar
detections.

          TOEJAM (over radio)
     (extreme panic)
Smoke in the air! Smoke in the air!

## EXT. BRADSHAW'S F-35 - CONTINUOUS

Bradshaw gets visual on Toejam: his F-35 is turning and
spewing ANTI-MISSILE FLARES to try to defend against missiles

PPC-GRAY-0086174

6.

launched by FOUR SU-30S ROCKETING OUT FROM HIDING AMONG THE
MOUNTAIN PEAKS!

                    BRADSHAW (over radio)
          1-2. Break left! Tally four! One's
          on your six!

Before Toejam can respond, a missile smashes into his F-35       *
and his jet EXPLODES!

                    BRADSHAW (CONT'D)
          Holy Shit!

Bradshaw fires off two missiles as he continues pulling -
trying to reorient towards friendly territory ---

                    LT. BRADSHAW/SPANKY (into radio)
          Fox-3! Fox 3! Engaged with Four Su-
          30s. 1-2 is down!

EXT. SU-30S - CONTINUOUS

One of the enemy Su-30s explodes, but another of the Su's
spits off from the pack, heading directly at Bradshaw ---

INT. BRADSHAW'S COCKPIT - CONTINUOUS

The high pitched warble of a missile lock tone suddenly spikes
loud in his ears --- the approaching SU LAUNCHES A MISSILE!
His HUD instantly flashes a line identifying the incoming
threat ---

EXT. BRADSHAW'S F-35 - CONTINUOUS

Bradshaw fires a missile of his own then jerks his plane
into a new arc and starts dumping CHAFF and FLARES --- pulling
serious G's --- grunting from the pressure ---

The enemy missile spins off away from him, detonating on a
flare --- but his missile misses as well ---

Bradshaw veers off and disengages, diving to gain speed and
heading away from the enemy at full after-burners, heading
into the radar-blocking shelter of the mountains.

INT. BRADSHAW'S COCKPIT - CONTINUOUS

He's too busy flying and scanning for enemy planes to
recognize a looming SAM-location beacon on his HUD.

                    LT. BRADSHAW/SPANKY (into radio)
          King, Hammer 1-1. Flowing zero-nine-
          zero. Picture?

7.

                  AIR CONTROL OFFICER (over radio)
       Hammer 1-1 King. Threat group flow
       cold. Singer-6 active! Your right!
       Two-O'clock! Flow South!

SUDDENLY a different missile-lock tone CHIRPS over his
headset.

                  LT. BRADSHAW/SPANKY (into radio)
       Hammer 1-1, notched!

                  AIR CONTROL OFFICER (over radio)
       King's got Sa-2 launch. 2 launched.

## EXT. MOUNTAINOUS TERRAIN - CONTINUOUS

PLUMES OF SMOKE as a Surface-to-Air-Missile streaks up at
him from the ground.

                  LT. BRADSHAW/SPANKY (into radio)
       Hammer 1-1, defending SA-2!

## EXT./INT. BRADSHAW'S F-35 - CONTINUOUS

Bradshaw jerks into evasive "bathtub" maneuvers, swinging
from side to side, dumping chaff.

The missile curls wide --- a miss.

                  LT. BRADSHAW/SPANKY (into radio)
       Hammer 1, naked. Egressing
       four-two-twenty at point seven ---

Another missile-lock CHIRP. Another SAM missile streaks into
the sky ahead of him,

                  AIR CONTROL OFFICER (over radio)
           (concerned)
       SAM launched!

                  LT. BRADSHAW/SPANKY (into radio)
       Hammer 1-1, defending nose!

Bradshaw throws the jet into a tight arc, more chaff and
flares --- He grunts against the sudden increase in G-forces ---
the Missile spirals away --- a miss.

## EXT. BRADSHAW'S F-35 - CONTINUOUS

                  AIR CONTROL OFFICER (over radio)
       Hammer 1-1, status?

                  LT. BRADSHAW/SPANKY
       Naked. Egressing!

8.

CHIRP! Another Missile-lock. White exhaust smoke spirals
upwards from an approaching SAM missile ---

                         AIR CONTROL OFFICER (over radio)
              Another SAM launching! Another SAM
              launching! Same location.

                         LT. BRADSHAW/SPANKY
                    (panic edging in)
              SAM! SAM! Southwest.

INT. BRADSHAW'S COCKPIT - CONTINUOUS

Bradshaw bucks the jet into a violent pull, hauling ass,
smashing himself with G-forces. Dropping Chaff. He starts
forced, heavy breathing to keep from blacking out ---

                         AIR CONTROL OFFICER (over radio)
                    (worried shout)
              Hammer 1-1, go southeast now!

                         LT. BRADSHAW/SPANKY
                    (gasping)
              Hammer 1, Defending!

CHIRP!

                         LT. BRADSHAW/SPANKY (CONT'D)
              Oh shit!

Bradshaw jerks his jet into a twisting spiral, Grunts/YELLS
in fear and pain as the G's slam him into his seat. Dumping
chaff.

                         LT. BRADSHAW/SPANKY (CONT'D)
                    (borderline frantic)
              Hammer 1, defending six!

The missile explodes on chaff a few hundred feet behind the
F-35.

                         AIR CONTROL OFFICER (over radio)
                    (frantic concern)
              Hammer 1, you still there?

CHIRP!

                         AIR CONTROL OFFICER (over radio) (CONT'D)
                    (shouting)
              SAM launched! SAM launched!

                         LT. BRADSHAW/SPANKY
                    (panicked gasp)
              Defending! Fuck!

9.

Bradshaw dives and turns, mountain peaks flashing past his
canopy - The SAM Missile streaks by a split second later ---

CHIRP!

> LT. BRADSHAW/SPANKY (CONT'D)
> (fearful shout)
> Fuck! Another one. Defending!

Another roll and turn maneuver - straining to breath against
the G's - fighting off a blackout --- The SAM spirals away ---

Bradshaw levels out --- desperately scanning the terrain for
threats --- the Radar Warning system is silent --- all we
hear is Bradshaw's intensely stressed breathing.

> AIR CONTROL OFFICER (over radio)
> Hammer 1-1, King. Show you over
> friendly territory. Are you ok?

Bradshaw can't respond --- too busy trying to bring his racing
heart and breathing under control.

> AIR CONTROL OFFICER (CONT'D)
> Hammer 1-1, King. What's your status?
> You all right?
> (getting no response)
> Hammer 1-1 King. Hey man, are you
> all right?

Bradshaw finally calms enough to talk. Pure relief washes
over him.

> LT. BRADSHAW/SPANKY (into radio)
> King, Hammer 1-1. I'm ok. I'm RTB,
> RUH to relay Kodak.

> AIR CONTROL OFFICER (over radio)
> King. Hammer, can you confirm no
> chute on 1-2?

> LT. BRADSHAW/SPANKY (into radio)
> (pained beat)
> Affirm. Negative chute.

Bradshaw's eyes say it all: anger and pain. Choking back
tears.

<u>EXT. HIGH ABOVE PACIFIC OCEAN - DAY</u>

BLUE-TEAM, two single-seat F-18Es (Echoes), blasts across
the sky in tight formation. Ahead of them, closing from the
opposite direction for a nose-on pass is RED-1, a two-seat F-
18F (Foxtrot) piloted by OVERKILL with TOEJAM in the back
seat.

<u>INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS</u>

Masshole at the stick.

                    MASSHOLE
          Blue-1, ready.

<u>INT. BLUE-2, CREAM, COCKPIT - CONTINUOUS</u>

The pilot is Cream.

                    CREAM
          Blue-2, ready.

<u>INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS</u>

                    OVERKILL
          Red-1, ready.

<u>EXT. SKY - VARIOUS ANGLES - CONTINUOUS</u>

Overkill's plane and the Blue-team BLAST PAST EACH OTHER ---

                    TOEJAM (over radio)
               (passing Blue 2)
          Fight's on!

Blue-team RIPS into a hard left 180' turn ---

                    MASSHOLE (over radio)
          Blue-1, Dash-2 tracking two-five.
          Bandit's coming to pass on the nose.

Overkill JINKS INTO AN INVERTED DIVE --- dashing out of
Cream's gunsights, dumping Training Flare countermeasures.

                    CREAM (over radio)
          Negative padlock. Shit.

Overkill rips past Blue-team and all three planes bank into
sharp turns --- Overkill is coming around on a single circle
back into the path of the Masshole and Cream.

                    MASSHOLE (over radio)
          Bandit at two-low. Break south then
          re-engage! She's trying to make it a
          knife fight

2.

                          CREAM (over radio)
                    Blue-2. Breaking south.

Cream rolls out, away from Overkill's attack angle.

EXT. SKY - MOMENTS LATER

Overkill and Masshole weave in and out, both pilots slowing
their jet down to try and get the other to jump in front and
give a clear shot - neither able to.

INT. RED-1, OVERKILL/TOEJAM, COCKPIT - MOMENTS LATER

                              TOEJAM
                    Bandit 2 coming around at five-five
                    high, Shoot and scoot or he's gonna
                    be in our chili real fast.

Overkill grits her teeth - the beep of the radar warning
pulses in her ear.

EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Overkill jinks hard to evade Cream attacking on her tail.

                          CREAM (over radio)
                    Pursuing Bandit flowing west 4-4.

Masshole knifes up into a climb to loop after Overkill.

INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Suddenly his radar warning tone pulses loudly.

                          MASSHOLE (into radio)
                            (surprised)
                    Blue-1. Contact! No joy.

                          CREAM (over radio)
                    Contact forty-four left for 6 closing!

Suddenly Masshole's RWR pulses loudly: Missile lock.

                              MASSHOLE
                    What the hell?!

                          MAVERICK (over radio)
                    Wildcard-1. Fox 3 on High F-18
                    climbing west.

EXT. SKY - CONTINUOUS

Mav's F-18E blazes towards the two remaining fighters.

3.

INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS

                    TOEJAM
          Contact. Left wing, 1-6 now, he's
          about 6 miles checking left.

                    OVERKILL
          He's not claiming our kill.

EXT. SKY - CONTINUOUS

Suddenly finding himself playing defense, Cream pulls hard
to get away from Mav --- but Overkill pounces on him.

                    OVERKILL (over radio)
          Red-1, Fox-2, F-18 in right hand at
          15,000. Engaging Wildcard.

EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Overkill banks hard as Mav dives in behind her.

INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav pulls his G-suit and GRUNTS from the force of a hard G
turn --- pulls his Jet's nose towards Overkill.

INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS

                    MAVERICK (over radio)
          Wildcard. Fox-2 on Red-1.

Overkill shakes head in frustration, But respects the flying.

                    OVERKILL
                (sourly to Toejam)
          He caught us with our fangs in the
          floorboard.
                (into radio)
          Bravo Zulu, Wildcard.

EXT. SKY - DAY

3 more F-18s rip past each other in a dogfight ---

INT. BLUE 4, F-18F, CLEFT/MOOCH - MOMENTS LATER

Mooch scanning the sky for Maverick.

                    MOOCH
          Bandit flowing east. No other
          contacts.

4.

                          CLEFT
           Keep an eye out for Wildcard.
               (into radio)
           Blue-4. Pursuing Bandit at two-five,
           10 angels.

**EXT. SKY - CONTINUOUS**

Cleft pulls hard on the fleeing bandit: Skidmark and Fanboy
in Red-3.

Red-3 jinks out of his path, but Blue-5, piloted by Ooops,
is waiting for him.

                      OOPS (over radio)
           Blue-5. Fox-2 on Red-3.

**EXT. A DIFFERENT PATCH OF SKY - LATER**

A F-18E, BLUE-6, Cream, screams through a tight turn.

                      CREAM (over radio)
             (angry)
           Blue-6, No Joy! No Joy! Where is he?

                    NOSEBLEED (over radio)
           Break left Six! Bandit at 7 high!

Blue-6 breaks hard into a turn - but there's an F-18E
screaming down towards him - it's Spanky in Red-4 ---

**INT. RED-4, SPANKY, COCKPIT - CONTINUOUS**

Spanky grits his teeth against the G-forces of his maneuver.

The target lock tone bleeps in his ears and he pulls the
trigger on his stick.

                    SPANKY
           Fox-2. Lead F-18 flowing west.

Bradshaw's missile warning system bleeps as BLUE-7, Tinman
and Nosebleed, tries to bracket him ---

**EXT. RED-4, BRADSHAW - CONTINUOUS**

Bradshaw dumps flares and slams his jet down and away.

**EXT./INT. BLUE-7, TINMAN/NOSEBLEED - MOMENTS LATER**

Blue-7 dives after Spanky --- a roller coaster ride of
inverted twists and turns ---

PPC-GRAY-0086182

5.

INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER

Spanky is in a vicious turning battle with Blue-7 but then he sees CONTRAILS in the distance: another F-18 closing on them, it's Maverick.

Spanky scowls behind his oxygen mask --- then glances at his airspeed: it's Dropping from his turning chase with Blue-7.

He glances again at Mav - getting dangerously closer --- if Spanky doesn't move, he's dead meat. Spanky flips a switch on his radio.

                    SPANKY (over radio)
               (faking panic)
          Wildcard! 8 high!

INT. BLUE-7, TINMAN/NOSEBLEED - CONTINUOUS

                    TINMAN
          What?

Tinman and Nosebleed suddenly glance up in concern - register Mav's approaching Jet and for a split second, their attention is distracted from Spanky.

Their Radar Warning tone suddenly bleeps to life with a missile lock.

                    SPANKY (over radio)
          Fox-2 on F-18. Engaging Wildcard.

                    TINMAN AND NOSEBLEED
          Stinson!

Tinman slams his hand against the canopy. Knows they just got taken.

EXT. SKY - CONTINUOUS

Suddenly it's just Mav and Spanky with Mav's coming hard down on Spanky's tail.

Spanky dumps flares and dives, regaining speed he lost in killing Blue-6. Mav gives chase.

Spanky jinking hard --- Mav staying on his ass ---

Both pilots pushing their limits --- Pulling G-suits, grunting against the punishing inertial forces ---

6.

<u>INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER</u>

Spanky is running hard - his RWR warning tone flickering on
and off as Mav tries to get a lock and Spanky feverishly
defends ---

Spanky glances up towards the sun --- a desperate idea
forming...

Spanky jinks and goes vertical ---

<u>INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS</u>

Mav pulls to follow Spanky but suddenly finds himself staring
into the sun --- loses sight of Spanky's jet.

<u>INT./EXT. RED-4, SPANKY - MOMENTS LATER</u>

Spanky is nose-vertical - watching his airspeed drop rapidly ---

                    SPANKY
               (to himself)
          Come on baby, don't stall.

Suddenly he slams his rudder and flicks the throttle --- a
risky Rudder Reversal, spinning his jet in a rapid 180',
flipping the position of his nose and tail in a tight space ---
and now he's facing almost right back down at Mav ---

<u>INT. WILDCARD-1 COCKPIT - CONTINUOUS</u>

Mav sees Bradshaw flip out of the sun and spin --- coming
back down on him.

Mav jinks brutally into a dive of his own --- grunting with
the sucker-punch of G-forces to avoid a target-lock, but now
Mav has become the rabbit and Spanky is diving on his 6. His
Radar warning system starts blurping loudly.

<u>INT. RED-4, SPANKY, COCKPIT - MOMENTS LATER</u>

Spanky has Mav in a missile lock.

                    SPANKY
          Fox-2. Kill Continue ---

Instead of break off, he flips a switch on his stick and
hammers his throttle, closing on Mav.

                    BRADSHAW
          Continue. Red-4. Trigger down.

Spanky finally breaks off and away from Mav.

7.

                    MAVERICK
          Sierra Hotel, Red-4. See you on the
          deck.

     Spanky doesn't respond.

PPC-GRAY-0086185

Boogie says nothing, but we can see the wheels churning in
his head as he looks at the maps of winding canyons the wall ---
CAMERA PUSHES PAST HIM AND CLOSE ON MAP and WE HEAR THE SLOWLY
RISING HOWL OF F-18 ENGINES ---

                    MAVERICK (over radio) (V.O.)
            Shark 1-2, proceed to gold route.
            Time on Target 15 minutes.

                    BOOGIE (over radio) (V.O.)
            Shark 1-2. Pushing Gold.

EXT. DESERT MOUNTAINS/CANYON - SAM ALLEY - DAY

POV FROM THE NOSE OF AN F-18E: ripping a brutal slalom through
canyons and valleys at nauseating speeds --- Rock outcroppings
and boulders shriek past a few dozen feet below --- wingtips
right at the canyon rim or below the peaks of the mountains ---

INT. F-18 - CANYON RUN - MOMENTS LATER

Boogie's head jostling as he makes, sharp, quick maneuvers,
zig-zagging to avoid the terrain flashing past ---

                    BOOGIE
            Shark 1-2, Checkpoint 2 inbound ---

EXT./INT. F-18E - CANYON RUN - MOMENTS LATER

Boogie blasts up a sloping ridge ---

As he reaches the top he banks the jet sharply up on it's
side, 135 degrees, slightly beyond perpendicular to the crest
of the ridge ---

Sunlight flashing off his wings before he slices down the
slope on the other side and rolls level --- JUST IN TIME TO
SEE ANOTHER RIDGE RAPIDLY APPROACHING ---

Boogie is poorly set for it --- acting on instinct, he rolls
upward to avoid it ---

Suddenly his RWR alarm sounds and a SMOKEY SAM (a spiraling
flare that simulates a real SAM launch) fires into the sky
from a launcher hidden among the terrain.

                    MAVERICK (over radio)
            Boogie, you're Dead. Continue.

INT. READY ROOM - CONTINUOUS

Mav and the other pilots watch multiple video feeds/data feeds
on Boogie's Jet as he finishes out the run. Mav on headset,
able to talk to pilot --- he pushes the microphone away from
his mouth and glances to the other pilots.

2.

> MAVERICK
> Going perpendicular over a ridge will
> minimize radar acquisition and keep
> your speed, but it'll leave you belly
> up to the terrain with little time to
> reestablish your scan and react. And
> your wing-flash raises the risk of
> visual acquisition --- It's better to
> find a saddle and stay below the peaks
> or go parallel. You can always make
> up the speed ---

## EXT. F-18F - PILOT/WSO - LATER

FLASHING through a canyon route - **WSO calling out checkpoints
and Rock features.**

Watching altitude closely - white knuckle flying. Sweat pouring
down both of their faces.

> WSO
> We're behind TOT, gotta burn on the
> next ridge ---
>     (checks map)
> We can cut a corner at xyz. Calls out
> course correction-height- speed

They blast through a saddle between two peaks - unaware that
their new position puts them in direct Line of Sight of a
mobile SAM launcher --- SHWOOM! a Smokey SAM twirls upwards.

> WSO (CONT'D)
>     (realizing error)
> Shit! We're schwacked.

> MAVERICK (over radio)
> Pilot, notched. Kill. Continue.

## EXT. /INT. F-18 - CANYON RUN - LATER

MASSHOLE - hauling ass down a craggy desert valley ---

SCREAMING over a ridge, but he's moving too fast, and
overshoots the blind side - A SMOKEY SAM launches him up.

> MASSHOLE
> Shark, notched. Defending.

Masshole rolls out in a defensive maneuver and dumps chaff,
but the roll takes him higher --- and suddenly multiple SMOKEY
SAMs rocket up from other launchers.

> MAVERICK
> Notched 3, Masshole. Kill. Continue.

3.

                    SKIDMARK (V.O.)
          Sir, how are we supposed to defend a
          notch at this speed and height?

INT. READY ROOM - CONTINUOUS

                    MAVERICK
              (addressing the pilots)
          Your instincts and training says to
          turn and put the threat on your 3 or
          9 and do a hard out of plane pull
          perpendicular to the intercept axis
          of the threat --- if you can see it
          you can beat it - but if you roll out
          and climb above the terrain, it's
          gonna be open season on your ass/a
          shooting gallery.

                    SKIDMARK
          We can't defend without climbing, at
          this altitude and speed, if we drop
          our nose even 5 degrees, we've got 2
          seconds before we hit the ground ---

                    MAVERICK
          Even if you climb, odds are you're
          not going to have time to turn off a
          SAM anyway. Your best move is to
          Porpoise. Fast-Lift straight back,
          dump chaff and then push back down --

                    CREAM
          And leave a SAM on our 6?

                    MAVERICK
          Trust your speed and the terrain to
          cut off line of sight and keep you
          safe.

A few pilots shake their heads with uncertainty...no one is
sold on Mav's doctrine.

                    OOPS (over radio)
          Shark 1-5, set.

                    MAVERICK
              (turning back to the monitors)
          Shark 1-5, proceed Green route. T-O-T
          thirteen.

                    OOPS (over radio)
          1-5, Affirm. Pushing Green.

4.

EXT./INT. F-18E, OOPS - VARIOUS ANGLES - MINUTES LATER

Oops is shredding, low and fast --- machine-like precision as
he tears over the terrain and dives into a jagged canyon ---

INT. READY ROOM - MINUTES LATER

Masshole enters room to find everyone in the room watching,
riveted, excited.

                    MASSHOLE
          What's going on?

                    BOOGIE
          Oops is moving shit hot. Not a single
          notch ---

                    CREAM
          So what? I made checkpoint 4 too.

                    CLEFT
          Yeah Cream, you made it, then got
          schwacked a second later ---

EXT. /INT. F-18E, OOPS - VARIOUS ANGLES - MOMENTS LATER

Oops banks parallel alongside a ridge-line, then rolls hard
over it - pulling his nose in the opposite direction and down
the slope ---

INT. READY ROOM - CONTINUOUS

The pilots murmur appreciation at the move.

                    MOOCH
          That was slick as hell ---

                    CREAM
          He just got past Overkill ---

                    OVERKILL
          Good! About time one of you Echoes
          managed to fly with me and Jam.

                    TOEJAM
          Approaching the IP. He's actually
          going to do it ---

                    FANBOY
          He's still gotta watch the clock ---

Everyone exchanges a look of mixed emotions - their competitive
nature's burned that someone is showing them up, they all
want to be having this run --- but simultaneously rooting for
someone to do it ---

PPC-GRAY-0086189

5.

On the video screens, Oops pulls another slick move

                    OVERKILL
              (quiet hope)
         He's gonna do it --

An INDICATOR CAUTION LIGHT suddenly lights up on the screen
displaying the jet's data.

                    TOEJAM
         What's that caution?

In the Cockpit monitor, Oops glances down in his cockpit -
seeing it too.

                    OOPS
         I've got a yellow master light ---

                    PILOT
         MIDS OV HEAT - it's nothing, ignore
         it.

INT. F-18E, OOPS - MOMENTS LATER

Oops glances down again --- flips a switch trying to disable
caution - and for that second, his scan drops out - through
the canopy we see a mountain ridge suddenly looming directly
ahead ---

Oops looks back up --- HOLY FUCK! He's about to hit a mountain ---
He pulls hard and banks --- a PAINFUL GRUNT as the brutal G-
forces slam him ---

EXT. F-18E, OOPS - MOUNTAINSIDE - CONTINUOUS

Oops' jet screeches up --- skin of his teeth --- belly of the
jet only a few feet away from being ripped open by the rocks ---
then his jet pulls clear --- up and over the mountain ---
pops the deck ---

SMOKEY SAMs lauch immediately --- Oops doesn't even flinch -
running on adrenaline and training, he rolls in defense and
dives back down towards the terrain --- finishes the run.

                    MAVERICK (over radio)
         Oops. Notched. Kill. Good recovery
         and continue. Bravo Zulu.

INT. F-18E, OOPS - MOMENTS LATER

Oops lifts his jet into higher altitudes, then pulls his mask
off --- his hands are shaking --- he's covered in sweat ---
adrenaline crashing hard with the realization of how close he
came to death.

INT. READY ROOM - MOMENTS LATER

The pilots are all shaken and discouraged ---

                    CLEFT
          Jesus that was close ---

                    CREAM
          Damn. Is anyone going to do this?

                    MAVERICK
          Every one of you can do this.

Everyone is quiet for a beat.

                    BOOGIE
          Sir, no one has survived a single
          route, let alone in the time you're
          asking for... It feels like you've
          given us an impossible task.

                    MAVERICK
          I haven't.

                    GOOSE JR.
          Well, sir, if it can be done, we'd
          sure like to see how.

Mav stares at Boogie: He's really going to challenge Mav again?
Didn't they just have a talk about this...

Mav finally nods and looks at the flight schedule.

                    MAVERICK
          Masshole, you were next slot. I'm
          taking your jet.

Mav turns and starts to walk out ---

                    BOOGIE
          Sir, do we get to call the route?

Mav stops shakes his head and glances back at Boogie, a look
of cold challenge: "so you want to do it this way, huh?"

                    MAVERICK
          Bring it.

Mav exits. The pilots all turn to Boogie, stunned.

                    CREAM
          Holy shit, dude, that was gnarly.

                    OVERKILL
          What's with you? Calling out an 06?

7.

                    BOOGIE
          It's the truth.

INT./EXT. F-18 & COCKPIT - MAV'S RUN - LATER

A series of cuts throughout Mav's intense 15 minute run ---
every step of the way the toll of the punishment grows more
visible: sweat pouring down his face, grunts and gasps for
air, etc.:

Mav's F-18 heads towards a stretch of canyon ---

                    MAVERICK (over radio)
          Shark 1-1, pushing Gold.

Afterburners ROAR as Mav dives into the course ---

Blitzing through the canyon --- narrowly evading terrain ---

                    MAVERICK (CONT'D)
          Checkpoint 2.

INT. READY ROOM - CONTINUOUS

The faces of the pilots - eyes riveted to the monitors.

INT./EXT. F-18 & COCKPIT - MAV'S RUN - LATER

Mav rips up a slope --- goes parallel to the ridge, and rolls
over it --- harder and faster than Oops did it --- G-suit
inflated, Mav is breathing against the G's, GRUNTING, punishing
himself ---

He clears the ridge and flicks on afterburners --- an
unstoppable bullet-train smoking down the opposite slope ---
barely off the deck ---

                    MAVERICK
          Checkpoint 3.

Brutally throwing himself and his jets between jagged peaks ---

                    MAVERICK (CONT'D)
          IP Inbound.

Smashed by G's, pulling through another gnarly stretch of
canyon ---

                    MAVERICK (CONT'D)
          On target.

Mav rips up out of the canyon into blue skies.

8.

<u>INT. DEBRIEF AUDITORIUM - MOMENTS LATER</u>

The pilots watch the screens in dumbfounded silence.

                    MAVERICK
          Shark 1-1. What's my time?

Boogie reluctantly puts on the headset.

                    BOOGIE
          Shark 1-1. Affirm. Yes sir, no missile
          intercepts. Didn't break altitude.
          Under the time marker.

                    MAVERICK
          Copy that. See you back at the Ranch.

Boogie takes off headset, everyone looking at him, shaking
their heads: asshole, thanks a lot, made us look stupid.

PPC-GRAY-0086193

Overkill mirrors their maneuver with a matching nose-low
left hand turn --- placing her and the trailing Blue-2/Cream
nose-to-nose for a second merge while Blue-1/Masshole tries
to turn and get on her tail. This is a "2-circle fight", a
high-speed, brutally painful, high-G battle in which two
aircraft are chasing each other's tails through the sky ---

### INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Masshole GRUNTS against the G's crushing him --- forcing
himself to breathe --- pulling the nose of his jet hard to
try and get behind Overkill ---

### INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS

Toejam has his eyes glued on Masshole who's trying to come
around behind them --- Overkill is fixed on Blue-2/Cream
still ahead of her and closing fast ---

> TOEJAM
> Hole's gaining on us ---

> OVERKILL (INTO RADIO)
> Left-to-left.

> CREAM (over radio)
> Left-to-left.

### EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Another knife-edge pass as Red-1/Overkill blasts past Blue-
2/Cream ---

### INT. RED-1, OVERKILL/TOEJAM, COCKPIT - MOMENTS LATER

> TOEJAM
> (a little concerned)
> Hole's nose coming on! Pull into
> him!

> OVERKILL
> I got him.

### INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Masshole is seconds away from a missile lock on Overkill ---

> MASSHOLE
> Blue-1 engaged, offensive.

### EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS

Overkill suddenly JINKS INTO AN INSANE INVERTED DIVE ---
dumping flares to defeat his impending IR missile shot.

3.

INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS

Red-1/Overkill's flares foul his target as she dives away.

                    MASSHOLE
          Shit!

Masshole jinks hard, trying to keep on her ---

INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS

                    TOEJAM
          He's got a bag of knots, go one-circle
          with him.

                    OVERKILL
          Got it.

Overkill and Toejam GRUNT from a sledgehammer of G's as she
reverses the direction of their turn --- pulling into Masshole --

EXT. SKY - VARIOUS ANGLES - MOMENTS LATER

Red-1/Overkill is tangled with Blue-1/Masshole in a "one-
circle flat-scissors" --- a crisscrossing fight, weaving
back and forth --- Both pilots slowing their jet down to try
and get the other to jump in front and give a clear shot -
neither able to.

                    MASSHOLE (over radio)
          Cream, she wants a knife fight --
          You need to extend, get distance and
          pitch back in for a shot.

INT./EXT. BLUE-2, CREAM, COCKPIT - CONTINUOUS

                    CREAM (INTO RADIO)
          Wilco. I'm off free. Shot in 15
          seconds.

Cream lights his afterburners and angles his nose low ---
separating from the pack and building speed ---

INT. RED-1, OVERKILL/TOEJAM, COCKPIT - BEAT LATER

Overkill weaves left as Blue-1/Masshole goes right --- both
she and Toejam Grunting and breathing against the G's.

                    OVERKILL
          Where's Cream? I lost him.

                    TOEJAM
          Tally One, left ten o'clock, 3 miles,
          5 low. Coming around. He's arcing!

4.

                    OVERKILL
                (locating Cream)
            Tally one.
                (grins behind her mask)
            Let's put him out of his misery.

**INT. BLUE-2, CREAM, COCKPIT - CONTINUOUS**

Cream is climbing through a left-hand turn --- afterburners
at full grunt ---

                    CREAM (INTO RADIO)
                (grunting from the G's)
            Turning in.

                    MASSHOLE (over radio)
                (concerned)
            Blue-2, you're arcing!

Cream suddenly glances up with concern --- realizes the fight
has moved and he's overshot ---

                    CREAM (INTO RADIO)
            Blind, no joy. Coming around!

Suddenly his RWR warning tone sounds ---

                    OVERKILL (over radio)
            Fox-2. Kill the F-18 in full
            afterburner, left-hand turn, nose
            high.

Cream flinches, realizing he's gooned it up.

                    CREAM
                (pissed at himself)
            Copy kill, exiting.

**INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS**

Overkill throws their jet into another hard banking pass
with Masshole ---

                    TOEJAM
            What a grape! Let's the finish this
            chowderhead off. Get to the alpha
            and work on his six ---

**EXT. AIR - CONTINUOUS**

Red-1/Overkill and Blue-1/Masshole weave again, passing low-
to-high ---

PPC-GRAY-0086196

5.

<u>INT. BLUE-1, MASSHOLE, COCKPIT - CONTINUOUS</u>

Masshole grunts and breathes against the G-forces. Suddenly his radar warning tone pulses loudly. He behind his jet in surprise ---

> MASSHOLE (into radio)
> (surprised)
> What the shit?!

<u>EXT. SKY - CONTINUOUS</u>

Swooping on Blue-1/Masshole's rear is another F-18E...

<u>EXT./INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS</u>

Maverick is at the stick, Blue-1/Masshole in his gunsights -- the missile lock confirmation tone pulsing in his ear. His eyes are smiling...it's good to be back in the saddle again.

> MAVERICK (into radio)
> Fox-2. Kill low F-18.

<u>INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS</u>

> OVERKILL
> (shocked and confused)
> Holy shit. Is that Mav? Where is he? What the...

> TOEJAM
> (rapid fire)
> Ditch left NOW!

Overkill and Toejam both Grunt as Overkill throws the jet into a punishing evasive maneuver.

> TOEJAM (CONT'D)
> He's at our left 7, half a mile, one low!

> OVERKILL
> (glancing skyward)
> Dammit. Tally one. I got 'em now.

<u>EXT. RED-1, OVERKILL/TOEJAM - CONTINUOUS</u>

Overkill banks hard, pumping out flares as Mav dives in behind her.

<u>INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS</u>

Mav's G-suit inflates and he GRUNTS HARSHLY following Overkill through a hard diving turn --- trying to pull his Jet's nose around faster --- vapor clouds ripping over his wings ---

PPC-GRAY-0086197

6.

<u>INT. RED-1, OVERKILL/TOEJAM, COCKPIT - CONTINUOUS</u>

>                    MAVERICK (over radio)
>          Fox-2 on low-nose Hornet, 8 angels.
>          Knock it off, Knock it off.

>                    OVERKILL (INTO RADIO)
>          Copy kill. Knock it off, knock it
>          off.

Overkill flips off her mask in disgust.

>                    OVERKILL (CONT'D)
>          Stinson! We had this thing suitcased!

>                    TOEJAM
>          Where the hell did he come from?

>                    OVERKILL
>          The goddamned wild card ---

                                        JUMP CUT TO:

<u>EXT. CLOUDY SKY - VARIOUS - DAY</u>

3 NEW F-18s rip past each other in a NEW DOGFIGHT ---

Blue-1, an F-18F is Mooch and Cleft. Blue-2, an F-18E, is
Oops. Red-1, an F-18F is Skidmark and Fanboy.

<u>INT. BLUE 1, F-18F, CLEFT/MOOCH - MOMENTS LATER</u>

>                    CLEFT (INTO RADIO)
>          Blue's, break left 90, tally one,
>          left 11 o'clock, 2 miles level.

>                    OOPS (over radio)
>          Tally one, visual. Keep your heads
>          on a swivel for Wildcard.

>                    CLEFT (INTO RADIO)
>          Affirm.
>               (to Mooch)
>          Mooch, I'm gonna extend for knots,
>          keep an eye out for Mav. Don't let
>          us get schwacked!

Mooch frantically scanning behind their plane ---

>                    MOOCH
>          We're good, we're good.

<u>EXT. SKY - CONTINUOUS</u>

Cleft pulls hard on Skidmark and Fanboy in Red-1.

7.

Red-1/Skidmark jinks right into a hard dive, but Blue-2/Oops, is waiting for him.

>                    OOPS (over radio)
>           Fox-2. Kill On F-18 in right-hand
>           dive.

                                        JUMP CUT TO:

## EXT. A DIFFERENT PATCH OF SKY - LATER

A F-18E, BLUE-1/Cream, screams through a tight bank.

>                    CREAM (over radio)
>             (angry)
>           Blue-2, where is he?

>                    NOSEBLEED (over radio)
>           Ditch left! Bandit at 7 high!

Blue-1/Cream dives hard and pumps out flares, but there's an F-18E screaming down towards him - it's SPANKY in Red-1 ---

## INT. RED-1, SPANKY, COCKPIT - CONTINUOUS

Spanky exhales a grunt against the G-forces of his maneuver.

The target lock tone bleeps in his ears and he pulls the trigger on his stick.

>                    SPANKY
>           Fox-2. Low F-18 in left-hander.

Spanky's missile warning system suddenly bleeps as BLUE-2 with TINMAN and NOSEBLEED, tries to bracket him ---

## EXT. RED-1, BRADSHAW - CONTINUOUS

Spanky dumps flares and slams his jet down and away ---

## EXT./INT. BLUE-2, TINMAN/NOSEBLEED - MOMENTS LATER

Blue-2/Tinman dives after Spanky ---

## INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER

Spanky is in a vicious turning battle with Blue-2, but then he sees CONTRAILS in the distance: another F-18 closing on them, it's Maverick.

Spanky scowls behind his oxygen mask --- then glances at his airspeed: it's Dropping from his turning chase with Blue-2.

If Spanky doesn't move, he's dead meat. Spanky flips a switch on his radio.

8.

                    SPANKY (over radio)
                  (faking panic)
              Wildcard! 2 miles 7 high!

## INT. BLUE-7, TINMAN/NOSEBLEED - CONTINUOUS

                    TINMAN
              Shit, we're gonna get schwacked!
              Where is he?

Nosebleed frantically scans the sky behind them --- registers
Mav's approaching Jet.

                    NOSEBLEED
              Left one at 6'o clock closing.

Tinman Cranks into a hard left bank --- and for a split
second, their attention is distracted from Spanky.

Their RWR tone suddenly bleeps to life with a missile lock.

                    NOSEBLEED (CONT'D)
              Stinson!

                    SPANKY (over radio)
              Fox-2. Kill On F-18 left turn.
              Engaging Wildcard.

                    TINMAN (INTO RADIO)
              Copy Kill. Exiting.

Nosebleed slams his hand against the canopy. Knows they just
got suckered.

## EXT. VARIOUS ANGLES, SKY - CONTINUOUS

Suddenly it's just Mav and Spanky and Mav's coming hard down
on Spanky's tail.

Spanky dumps flares and dives, regaining speed he lost in
killing Blue-2. Mav gives chase.

Spanky jinking hard --- Mav staying on his ass ---

Both pilots pushing their limits --- G-suits inflated,
grunting against the punishing inertial forces ---

## INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER

Spanky is sweating --- running hard --- his RWR warning tone
flickering on and off as Mav tries to get a lock and Spanky
feverishly defends ---

Spanky glances up at the sun -- a desperate idea forming...

9.

Spanky suddenly goes 90-degrees nose-up -- Vapes are pouring
off the wings as the high G maneuver squeezes every last bit
of humidity out of the SOCAL air. This nose-high maneuver
places the bright sun directly behind his aircraft ---

### INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav suddenly finds himself staring into the sun --- loses
sight of Spanky's jet.

### INT./EXT. RED-1, SPANKY - MOMENTS LATER

Spanky is nose-vertical - watching his airspeed drop rapidly ---

> SPANKY
> (to himself)
> Come on baby, don't stall.

Suddenly he slams his rudder and flicks the throttle --- a
risky "Pirouette" Rudder Reversal, spinning his jet in a
rapid 180', flipping the position of his nose and tail in a
tight space --- and now HE'S FACING ALMOST RIGHT BACK DOWN
AT MAV ---

### INT. WILDCARD-1 COCKPIT - CONTINUOUS

Mav sees Bradshaw flip out of the sun and spin --- coming
back down on him.

Mav jinks brutally into a dive of his own --- grunting with
the sucker-punch of G-forces to avoid a target-lock, but now
Mav has become the rabbit and Spanky is diving on his 6. His
Radar warning system starts blurping loudly.

### INT. RED-1, SPANKY, COCKPIT - MOMENTS LATER

Spanky has Mav in a missile lock.

> SPANKY (INTO RADIO)
> Fox-2. Kill low Hornet. Continue.

### INT./EXT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav's eyes narrow --- this is unexpected.

> MAVERICK (INTO RADIO)
> Continue.

Mav ejects flares, reverses into right hand turn ---

### INT./EXT. RED-1, SPANKY - MOMENTS LATER

Spanky is on Mav's plane like a pitbull, not letting go ---
he hammers his throttle, drawing close on Mav.

Flips a switch on his stick, going to guns. He's got
Wildcard/Mav in his HUD boresight.

                         SPANKY (INTO RADIO)
                Trigger down. Pipper's on, Tracking.
                Tracking, Tracking, Tracking ---
                    (a beat)
                Knock it off, knock it off.

## INT. WILDCARD-1, MAVERICK, COCKPIT - CONTINUOUS

Mav glances towards Spanky's jet, we can tell that he's
frowning behind his mask.

                         MAVERICK (INTO RADIO)
                Knock it off, knock it off. Nice
                work. Fence out. I got lead on the
                left.

PPC-GRAY-0086202

6.

> MAVERICK
> Number 1 and Number 2 Oxygen on and
> Checked.

Pure oxygen suddenly hisses into his suit, pressurizing it.
Maverick pulls down the BAILER BAR on his helmet, locking it
to the metal ring at the suit's neck, sealing it.

> LARDO (over radio)
> Number 1 and Number 2 Oxygen On and
> Checked.

> MAVERICK
> (another switch)
> DKK primed.

> LARDO (over radio)
> DKK primed - copy.

Mav flips another switch, beginning what is clearly a long,
careful process...

**EXT. MOONRAKER - HOUR LATER**

Both the front and rear doors of the Hangar are now open,
later afternoon sun spilling in.

> LARDO (over radio)
> Intake and exhaust clear, drain valve
> draining, fire guard posted, chocks
> installed... Everything's good down
> here; ready to start engines when
> you are.

> MAVERICK
> I'll take rotation on main engines.

> LARDO (over radio)
> Go for rotation.

A Flight Crewman flips a switch on a massive PNEUMATIC START-
CART 50 yards from the jet and attached by umbilical to the
underside of the Moonraker. There's a sudden WHOOSH of
pressurized air, followed by a slowly BUILDING, CHURNING
WHINE as the engine TURBINES start to spool up.

With a FIERY CRUMP, the Engines IGNITE with a ROAR as the
exhaust cones spit plumes of blue-fire, quickly going white.

**INT. MOONRAKER COCKPIT - CONTINUOUS**

The Engine-sound is a percussive blast, so deep it's almost
below hearing, a primal heartbeat. Most of the switches and
indicator lights are now flipped on the the control console.

7.

Mav flips a switch - his helmet suddenly flickers to life
with Heads-Up Display data scrolling across it.

                    MAVERICK
          TM and TSPI. On.

                    LARDO (over radio)
          TM and TSPI Telemetry good. All lights
          are green.

Mav keys the radio with a thumb switch.

                    MAVERICK
          Tower, Raker One clearance on request.

                    TOWER (over radio)
          Raker One, Cleared cactus departure,
          climb to flight level 2-2-zero. Remain
          within restricted Area 48-oh-8 until
          above one-five thousand, depart
          heading 3-zero-zero.

                    MAVERICK
          Copy that. Clear to Taxi.

Mav slowly eases the throttle forward, the engine roar
increases and Moonraker starts rolling out of the hangar.

EXT. HANGAR - MOMENTS LATER

Moonraker emerges onto the taxi-way.

                    TOWER (over radio)
          Raker-1 Altimeter, 2-niner-7, winds
          3-five-zero at 7, cleared for takeoff
          runway 3-two, switch departure.

INT. MISSION CONTROL - MOMENTS LATER

Lardo, Rear-Admiral Cain and the rest of the Mission control
crew sit with headsets, watching numerous screens displaying
a satellite feed, cameras on the runway and inside the
cockpit, plane telemetry, etc.

                    MAVERICK (over radio)
          2-niner-7, cleared 3-two, switchin'.

                    LARDO (into radio)
          Raker-1, RCC. Do you feel the need?

INT. MOONRAKER COCKPIT - CONTINUOUS

The runway tarmac stretches ahead of the jet like an
invitation. Maverick cracks a small grin.

> MAVERICK
> Affirm. Thanks for the good launch,
> Chief.

> LARDO (over radio)
> Smoke this one to the bone, son.

Mav pushes the throttle forward, the deep throb of the engines
swelling into a TITANIC ROAR.

Mav releases the breaks --- the jet ROCKETS FORWARD with
brutal neck snapping force, the length of runaway evaporates
in the blink of an eye --- the terminus screaming closer ---
at the last second Moonraker launches into the sky.

> MAVERICK
> RAKER-1, airborne. Proceeding to
> tanker rendezvous at two-two-zero.

~~EXT. MOONRAKER - LATER~~

~~Moonraker hangs above the clouds, linked by an umbilical~~
~~refueling boom to a KC135-Q AIR-FUELING TANKER PLANE, TEXACO~~
~~FIVE-SEVEN.~~

~~They would be using a tanker for test planes, right? Not~~
~~likely someone aboard hasn't seen this plane.~~

INT./EXT. MOONRAKER - LATER

Fire spits from the afterburners as Moonraker cuts up through
the clouds ---

> MAVERICK
> Raker. Card twenty one complete.
> Setting up for card twenty two. Range
> fifty-seven point-two.

INT. MISSION CONTROL - MOMENTS LATER

Telemetry data streams across the digital displays in front
of Lardo - one readout has a map, tracing Moonraker's path:
a long half-circle curving over most of California.

> LARDO (into radio)
> Raker-1, Range, copy fifty-seven
> point two. You are cleared above
> flight level six zero, accelerate
> to Mach 3.5 and proceed to waypoint
> one.

> MAVERICK (over radio)
> Raker. Wilco. MAX-AB.

9.

                    LARDO
          Roger. Check tapes on, report turning
          in.

                    MAVERICK
          Raker. Tapes on.

**INT. MOONRAKER COCKPIT - MOMENTS LATER**

Maverick pulls the jet through a long banking turn - far
below him is the distant glint of the sun reflecting off of
the Pacific Ocean. He straightens the jet out, now heading
back inland.

                    MAVERICK
          Raker-1, waypoint one, on conditions,
          ready to start card twenty-two.

                    LARDO (over radio)
          Raker-1, begin card twenty-two,
          transition to scram jet.

                    MAVERICK
          Raker.
               (flips a throttle actuator
                and engages a few switches)
          Good light off.

The main engines shut down, for a brief moment there's sudden,
eery silence of unpowered flight --- then a THUNDEROUS PEAL
as the SCRAMJET engine bursts into life and THRUST like
nothing else ---

**INT. EXT. MOONRAKER**

Moonraker blasts into upper atmosphere - rapidly thinning
air giving way the black void of space and twinkle of stars.

                    MAVERICK
          Pitch 5 degrees, good alpha, passing
          MACH 5.4, 120,000 feet.

                    LARDO
          On track. On profile.

**INT. MISSION CONTROL - MOMENTS LATER**

                    MAVERICK (over radio)
          Mach 6.0. 140K, good alpha.

                    MAVERICK (CONT'D)
          Combustion temperature is normal.
          Skin's starting to heat up.

> LARDO
> (consults the displays)
> Roger, you're still well within
> limits.

## EXT. MOONRAKER - MOMENTS LATER

Thin atmosphere screams past the leading edge of Moonraker's
prow, sheeting into flame from the concussive friction.

## INT. MOONRAKER COCKPIT - MOMENTS LATER

Mav is locked into a zone, gripping the stick tightly, barely
moving, yet fighting an epic battle against the very forces
of Nature, every muscle taut, every nerve firing ---
responding instantly and instinctively to every judder and
twitch of the airframe, man and machine utterly melded into
one mind and body.

Airspeed numbers climb upwards on his HUD.

> FLIGHT TECH ENGINEER (over radio)
> Mach 7.8, 7.9, 8.0!

> LARDO (over radio)
> That's it! Fastest man alive!

> MAVERICK
> (cracks a small grin)
> Thanks to you guys.

> LARDO (over radio)
> Ok, cut the scramjet. Passing 204,000
> feet.

Mav looks at the throttles, thinks about pulling them back ---

## INT. MISSION CONTROL - CONTINUOUS

Lardo glances away from the telemetry, exchanging a grin
with the rest of the Mission control team. This is an
accomplishment for all of them ---

> FLIGHT TECH ENGINEER
> Sir, he's passing Mach 8.2 and 230,000
> feet!

Lardo swivels instantly back to the screens, concerned.

> LARDO
> Raker-1, how do you read?

> MAVERICK
> Raker. Good alpha. I think she's got
> a little juice left...

Lardo hesitates, trusts Mav, but also knows the risks.

                    FLIGHT TECH ENGINEER
          Mach 8.5. Combustion temperature is
          climbing, he's close to an unstart.

                    LARDO
          Got it. Raker-1, I need you to
          shutdown now. Your combustion
          temperature is getting close to the
          limits and we don't want you to have
          to walk home from Wyoming.

                    ADMIRAL
          What's he doing?!

**INT. MOONRAKER COCKPIT - CONTINUOUS**

Ungodly acceleration, the world is nothing but a pin-point
directly ahead of Mav. Everything else is just blur. SCRAMJET
engine screaming like a thousand banshees.

                    FLIGHT TECH ENGINEER (over radio)
          Mach 8.9, Mach 9.0!

                    LARDO (over radio)
          Mav, you've proved your point, come
          on home, bro.

Mav starts to ease off the throttle...

Moonraker suddenly JOLTS VIOLENTLY as a burst of flame rips
out from the front, wrong-end of the engine. A dozen warning
lights flick on across the console and Mav's HUD.

                    MAVERICK
          I've got a scramjet unstart.
          Throttling back. Decelerating.

More warning lights go on, smoke starts to fill the cockpit,
Moonraker starts jerking wildly.

                    MAVERICK (CONT'D)
          Pitching down, RCS thrusters are
          barely countering it. Mach 7.8,
          330,000 feet.

**INT. MISSION CONTROL - CONTINUOUS**

Everyone is scrambling for data, breaking out accident
manuals. Lardo is gripping his console tightly, watching the
numbers. The Admiral is panicking.

PPC-GRAY-0086208

12.

>                         LARDO
>           Mav, can you hear me? Hang on brother,
>           you're almost in the envelope.
>
>                         ADMIRAL
>           Eject! Why doesn't he eject?!
>
>                         LARDO
>           He's too fast, sir. The ejection
>           envelope is Mach 5 and below, if he
>           punches out now he's dead. Let us
>           handle this.
>
>                         FLIGHT TECH ENGINEER
>           Mach 6.2, 300,000 feet.

## INT. MOONRAKER COCKPIT - CONTINUOUS

Moonraker is slipping out of Mav's grasp. She's wild, shaking
and swerving.

>                         MAVERICK
>           Pitch and roll rates increasing,
>           negative alpha. She's starting to
>           shake pretty bad. RCS not responding.
>
>                         FLIGHT TECH ENGINEER (over radio)
>           Mach 5.4…..Mach 4.9!
>
>                         LARDO
>           RAKER-ONE, EJECT, EJECT!

Mav grasps the D-RING TRIGGER for his EJECTOR SEAT ready to
pull it --- but he hesitates --- one hand on the rudder-stick,
one on the ejector trigger --- a conflict of emotions on his
face ---

>                         LARDO (CONT'D)
>           EJECT! MAV!

A single red warning light suddenly flicks on directly in
front of Mav's face --- he lets out a breath he didn't realize
he was holding --- SUDDENLY Moonraker RIPS APART IN A
CATACLYSM OF RENDING, SCREAMING METAL...EVERYTHING GOES BLACK.

PPC-GRAY-0086209