# EXHIBIT 3



LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the work entitled **SCENE 9 FOR SCREENPLAY ABOUT MILITARY PILOTS BY SHAUN GRAY (2017) AND 6 OTHER UNPUBLISHED WORKS** deposited in the Copyright Office with a claim of copyright registered under number **PAu 4-228-532.**

**THIS IS TO CERTIFY ALSO**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on June 12, 2025.

By: Jorge Rivera
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

PPC-GRAY-0086210

<u>EXT.  SKY OVER DESERT - MORNING</u>

HIGH OVER the STRIKE PACKAGE: Four f=18s flying in FINGER-
TIP FORMATION. Masshole is in front, Boogie is 15 yards off
his left wing, and 20-30 yards off of Masshole's right wing,
are Skidmark/Fanboy and Overkill/Toejam.

The group is Holding in a left-hand turn, awaiting orders.

                    MAVERICK (over radio)
          Dagger-1, this is Cobra. Route Gold.
          TOT Four dash Zero.

<u>INT. TACTICAL AUDITORIUM - CONTINUOUS</u>

Maverick stands in front of the screens lit up with all the
data and coverage of the mission run.

Looking over his shoulder, Admiral Simpson and his Aide sit,
stone-faced and arms crossed, in the upper seats of the
auditorium, scrutinizing every move.

                    MASSHOLE (over radio)
          Dagger-1 copy. Route Gold. TOT 4-0.

Maverick sits down in his chair and leans forward, hands
interlocked almost in prayer --- like a coach, ready to watch
his team play the most important game of their life...

<u>EXT. SKY OVER DESERT - MOMENTS LATER</u>

Masshole and Boogie break off --- Masshole extending his
lead ---

A moment later, the Foxtrots, Skidmark and Overkill follow ---
dropping behind the leaders into a 3/4 of a mile combat
spread.

                    MASSHOLE
          Dagger-1, Dagger Set. Fight's On.

Masshole dives, shredding into the canyon-run at high speed.

<u>INT. F-18E, MASSHOLE - MOMENTS LATER</u>

Levels out inside the canyon, 90 feet off the ground, steaming
through at a brain-curdling 480knots ---

SUDDENLY there's a loud WHUMP! which shakes the jet. Engine
ALARMS Blare to life ---

                    BOOGIE (over radio)
               (screaming)
          Nose up! Nose up!

2.

Simultaneous to Boogie's shout, Masshole's jet is wracked by
impacts as he SLAMS INTO A FLOCK OF TURKEY VULTURES ---
fouling both engines --- the front of his canopy IMPLODES as
a VULTURE'S CORPSE SMASHES THROUGH AND VAPORIZES IN A SPRAY
OF BLOOD AND BONE all over Masshole --- all over the cockpit ---
coating his visor, blinding him --- WIND SCREAMING IN the
blasted canopy ---

                    MASSHOLE
          SHIT!

Masshole recoils, shouting in surprise --- every alarm in
his cockpit screaming ---

                    BOOGIE (over radio)
          Get your nose up! Nose up!

Masshole yanks his jet's nose up --- then EJECTS ---

INT. F-18E, BOOGIE - CONTINUOUS

THROUGH THE CANOPY AHEAD: we see Masshole eject into the
Sky. And his smoking jet veers sharply out of control and
COLLIDES with the canyon wall in a DEVASTATING BURST OF FIRE!

                    BOOGIE
          Masshole just ejected! Hit a flock
          of birds! Dagger-1 down!

PPC-GRAY-0086212

<u>INT. READY ROOM - DAY</u>

CLOSE ON a video monitor showing a simulation of an F-18
performing a pop-up attack - the imagery shows the plane both
from an external side-shot and from the POV of the pilot
looking through the HUD.

                  MAVERICK
          The target is screened by GPS blockers
          making our JDAM smart bombs as good
          as dumb and it's buried too deeply to
          be destroyed by Tomahawks. So we'll
          be using the FLIR laser-targeting
          system to guide GBU-24 bunker busters.

WIDE ON: Maverick wielding two demonstration sticks (2-foot
long sticks with a model F-18 at the tip) at the front of the
class. The video monitor behind him along with a projection
screen showing a diagram of the practice mission's flight
plan.

                MAVERICK (CONT'D)
            (demonstrating with the sticks)
          At Initial Point, Foxtrots will elevate
          into a 2g left-hand turn and laze the
          target while the Echoes perform a pop-
          up maneuver in welded wing formation ---
          climbing to 8,000 feet, then roll
          over to dive and use the plane's
          inertia to increase the penetrating
          power of your bunker busters.

                  OVERKILL
          How long do we have to maintain a
          laser-lock on the target?

                  MAVERICK
          45 seconds.

                 MOOCH
          (whistles)
          That's a long time to be graping it,
          sir.

                  MAVERICK
          That's right, it's also a lot of time
          to make a mistake. You're going to
          have to maintain defense while keeping
          the FLIR targeted and Coordination of
          this attack is key. If Foxtrots mask
          the laser with their plane or otherwise
          lose acquisition, the bombs will miss.
          If Echoes release outside the laser-
          basket, the bombs will miss ---
                 (MORE)

2.

> MAVERICK (CONT'D)
> (turns to the Echo pilots)
> And an impact at the target will
> distort and diffuse laser guidance,
> preventing a second strike. That means
> Echoes have to drop your bombs
> simultaneously.

> FANBOY
> How big is the target, sir?

> MAVERICK
> You need to maintain accuracy within
> four feet.

*Someone responds incredulously*

> MAVERICK (CONT'D)
> We'll start in two-plane teams and
> work our way up to the full welded-
> wing attack run. Success is only
> possible if we stick to the parameters
> and work together.

## EXT. LOW OVER BOMBING RANGE - MORNING

Two F-18s, BOOGIE and SKIDMARK/FANBOY, blast low over ground
pockmarked by scrub brush, heading towards a "complex" of
Rusted Shipping Containers arranged to simulate buildings ---

> BOOGIE (over radio)
> IP Inbound ---

## INT.  F-18E COCKPIT - MOMENTS LATER

> BOOGIE
> Apache Attack.

Suddenly Boogie pulls into a sharp vertical climb --- almost
straight up into the sky --- Grunting against the G-forces ---
vapors pouring off his wings and cockpit ---

## INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS

Skidmark has their F-18F climbing and banking, wings tilted
25 degrees to the ground ---

> FANBOY
> Don't mask. Watch the mask --- you're
> 5 degrees from the envelope ---

> SKIDMARK
> Active SAM at grid 4, hurry up Fan ---

3.

Skidmark adjusts their angle as Fanboy manipulates the
targeting controls for the FLIR.

                         FANBOY (into radio)
               Target acquired --- Laser on.

**INT. F-18E, BOOGIE - CONTINUOUS**

                         BOOGIE
               Apache In.

Boogie violently jerks into an inverted roll over and we're
now diving STRAIGHT AT THE GROUND --- a seemingly suicidal
angle of attack ---

In his HUD we see the Pipper/cross-hairs jittering closer to
the rapidly growing TARGET: a GREEN OIL-DRUM sitting in exact
the middle of 3 RUSTY CARGO SHIPPING CONTAINERS arranged in a
U-shape.

                         BOOGIE (over radio) (CONT'D)
               3 ---

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

POV Fanboy --- the targeting reticule of the FLIR shimmering
on and off the target Oil-Drum.

                         BOOGIE (over radio)
               --- 2 ---

                         FANBOY
               Easy, easy, come back to the right ---

Though they're holding a steady course, Skidmark and Fanboy
are both sweating profusely -- operating on a knife's edge --

                         BOOGIE (over radio)
               --- 1 ---

**INT. F-18E, BOOGIE - CONTINUOUS**

Boogie thumbs his weapon release toggle ---

                         BOOGIE (over radio)
               --- Pickle.

**EXT. F-18E, BOOGIE - CONTINUOUS**

Boogie's jet drops a LASER-GUIDED TRAINING ROUND, a 6-foot
long blue cylinder with fins at one end.

As the bomb arcs downward, Boogie pulls his jet into a
screaming climb to gain altitude away from the target ---
Vapors exploding off of his wings ---

PPC-GRAY-0086215

4.

                    BOOGIE (over radio)
          Apache 1 away.

**EXT. TARGET STRUCTURE - MOMENTS LATER**

The training bomb SMASHES into one of the shipping containers
with a TITANIC CONCUSSIVE IMPACT sending up a puff of white
smoke and leaving a charred, watermelon-sized hole --- the
Green Oil drum is totally untouched.

**INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS**

                    FANBOY
          Negative impact.

                    SKIDMARK
          Apache 2 away.
              (flips to inter-cockpit radio)
          Was that on us?

Suddenly their RWR alarm BLARES TO LIFE ---

                    FANBOY
          Lock! Off-target, 1-2-0-7, 7 miles
          high, declare. Shit!

**EXT. SKY - MOMENTS LATER**

Maverick in an F-18E darts through the sky towards the jets
of Boogie and Skidmark/Fanboy --- both of whom are dumping
flares and pulling hard ---

                    BOOGIE
          Flow to merge. Let's take him nose
          on, turn 180 and blow through ---

**EXT. SKY - MOMENTS LATER**

Maverick and Boogie's F-18s rip past each other heading in
opposite directions --- a second later Skidmark blasts past
Maverick as well ---

Mav jerks into a hard banking turn --- straining against the
G's --- Vapors pouring off the wings --- but by the time Mav
he gets his nose back around, Boogie and Skidmark are dwindling
specks on the horizon ---

**EXT. F-18E - LATER/MID-MORNING**

*From this point on the shots of this sequence become
progressively shorter and faster, building up to a frenetic
intensity of action, radio calls and pilots reaction ---*

ANGLE ON Masshole in an F-18E at the top of his pop-up climb ---
rolling inverted and screaming nose-down towards the deck -

5.

                              MASSHOLE
                    3,2,1, Pickle!

The Training bomb drops from Masshole's plane and he peels
upwards into a steep climb --- but the bomb drops lifeless ---
un-guided --- pancakes into the ground, not even close to the
target.

INT. F-18F COCKPIT, CLEFT/MOOCH - MOMENTS LATER

Cleft at the stick, Mooch behind him.

                              MOOCH
                    What the hell? That thing pancaked.

                              CLEFT
                    You were captured right?

Their RWR missile-lock suddenly shrills.

                              MOOCH
                    Damn it. Inbound bogey ---

INT. F-18E COCKPIT, MAVERICK - MOMENTS LATER

Maverick rips his jet through a tight loop --- another F-18
in his Pipper/cross-hairs.

                              MAVERICK
                    Fox-2. Kill on F-18 in right hander.

INT. F-18F, OVERKILL/TOEJAM - LATER/MID-DAY

Banking hard around the target.

                              TOEJAM
                    Watch it! You're masking!

EXT. F-18E - MOMENTS LATER

A Training Bomb slams down near the target --- close but not
a hit ---

                              TOEJAM
                    Negative impact.

EXT. F-18E, OOPS - LATER/AFTERNOON

Oops diving at the target.

                              BOOGIE
                    Pickle.

PPC-GRAY-0086217

6.

EXT. OVER BOMBING RANGE - MOMENTS LATER

Two F-18s, Oops and Cleft/Mooch scream away from the target ---
Maverick in Red-1 hot in pursuit.

                         MOOCH
              Negative impact.

                         BOOGIE (over radio)
              Break right! Break right!

                         MAVERICK
              Fox-2. Kill on F-18 low.

EXT. F-18E - LATER/DAY

A training bomb drops away from the jet which screams back
skyward ---

                         MASSHOLE (over radio)
              Apache 1 away.

INT. F-18E COCKPIT, MAVERICK - MOMENTS LATER

                         MAVERICK
              Fox-2. Kill on left turning F-18.

INT. F-18F COCKPIT, SKIDMARK/FANBOY - LATER

                         FANBOY
              You're masking! Come back!

                         SKIDMARK
              SAM launch, defending! Shit!

EXT. TARGET STRUCTURE - LATER

F-18E screams overhead as a training bomb slams into one of
the Shipping containers --- another miss.

                         TOEJAM (over radio)
              Negative impact.

EXT. F-18E, BOOGIE - LATER

                         BOOGIE
              Pickle.

INT. F-18F, CLEFT/MOOCH - MOMENTS LATER

Pulling hard away from the target --- both visibly frustrated.

                         MOOCH
              Negative impact.

7.

**EXT. F-18E, MAVERICK - LATER/LATE-DAY**

Closing on two F-18s.

                    MAVERICK
          Fox-2. Kill High F-18 --- Fox-2. Kill
          low F-18.

**EXT. TARGET STRUCTURE - LATER**

Another training bomb falls short.

                    TOEJAM (over radio)
               (angry/frustrated)
          Negative impact.

**EXT. F-18E, OOPS - LATER**

A training bomb drops from the underside of the jet.

**INT. F-18E, OOPS - LATER**

Oops pulling hard to climb away from the target ---

                    FANBOY (over radio)
          Negative impact.

                    OOPS
          Shit!

Oops shakes his head in frustration.

**INT. F-18E COCKPIT, MAVERICK - LATER/LATE-DAY**

Pulling hard after a fleeing F-18.

                    MAVERICK
          Fox-2. Kill ---

**INT. F-18E COCKPIT, MASSHOLE - LATER**

Diving down on the target, finger on the trigger.

                    MASSHOLE
          Pickle.

**EXT. F-18E, MASSHOLE - CONTINUOUS**

Moving with the training bomb as it arrows towards the target ---
the ground comes rushing up and we see that it's another near
miss just before we

SLAM CUT TO ---

INT. TFCC

The room is on alert.

                    COMMS-CREW #2
          Sir, we have two groups hot to the
          boarder -- Leader is a Single, trail
          is Heavy --

Admirals Simpson and Horan exchange a concerned look.

                    ADMIRAL SIMPSON
          Push the DCA's out to engage --

EXT. SKY - OVER THE OCEAN - MOMENTS LATER

High over the ocean, TWO DCA F-18s fly in combat formation --

                    AIR CONTROL OFFICER (over radio)
          Shield 1, single group, Rock, 180-
          55. Angels 10, track south. Hostile,
          recommend commit.

                    DCA PILOT #1 (over radio)
          Shield 1-1, commit. Contact, single
          group --

The DCAs pull into an aggressive turn -- heading inland --

EXT. SKY, HOSTILE TERRITORY - MOMENTS LATER

FOUR SU-30S in Kozolov's Green/Brown camouflage paint-scheme
scream across the sky, heading out towards the ocean --
chasing after Maverick and Boogie's limping Tomcat --

INT. F-14 - MOMENTS LATER

Mav is fighting to squeeze every bit of airspeed out of the
Tomcat without losing their last engine -- Numerous warning
alarms flashing on his console --

Boogie's head is on a swivel to the rear, watching their ass
for enemy fighters --

                    BOOGIE
               (deep concern)
          We're in a bind, Mav. Everyone's
          gotta be vectoring on us -- we're
          gonna get run down by Kozolov's dudes
          or get it in the face from ours --

                    MAVERICK
          How far to the border?

Boogie glances at their hand-held GPS.

2.

                          BOOGIE
                   (not close enough)
              20 miles --

INT. TFCC - USS STENNIS - CONTINUOUS

ON THE SCREENS: The two friendly DCA's are closing on the
nose of the lead "Hostile" (Maverick). The Four Su-30s closing
on Mav's tail --

                          DCA PILOT #1 (over radio)
                   Shield 1-1, targeting single group.
                   Master-arm on --

                          MAVERICK (over radio)
                   99 Shogun, Bittersweet! Bittersweet!
                   This is Dagger 1-1 and Dagger 1-2 on
                   Guard. We have repossessed a Tomcat.
                   North of border tracking south. Angels
                   10. We are single engine.

                          DCA PILOT #1 (over radio)
                       (shocked)
                   Lead group, Friendly! Friendly! Switch
                   to target trail group --

The room is stunned -- what is an intercept has now become a
rescue and everyone is kicking into high-gear --

                          SIMPSON
                   Get them clear!

INT. F-14, COCKPIT - MOMENTS LATER

Mav and Boogie watch as the two DCA F-18s rocket past them,
heading to engage the chasing Su-30s --

                          MAVERICK
                   Here comes the Cavalry --

EXT. SKY - MOMENTS LATER

The Four Su-30s break off and RUN -- heading back into
Kozolov's territory --

                          DCA PILOT #1 (over radio)
                   Shield 1-1. Hostiles breaking off.

INT. F-14F, COCKPIT - MOMENTS LATER

                          AIR BOSS (over radio)
                   Tomcat 1, Tower. Welcome back.

                          MAVERICK
                   Copy. Good to hear you.

INT. TFCC - USS STENNIS - CONTINUOUS

Everyone lets out a sigh of relief. Admiral Horan looks over
at Simpson in surprise -- Simpson just shakes his head,
fighting a disbelieving smile --

                    AIR BOSS (into radio)
          Tomcat 1. Say your fuel state.

INT. F-14 - CONTINUOUS

Mav glances at his console covered in flashing red lights.

                    MAVERICK (into radio)
          Tower, Tomcat-1. Getting low, 2-point-
          4 -- I have an unsafe gear indication.
          I'll need to do a flyby to verify my
          hook position, and my landing gear
          status --

                    AIR BOSS (over radio)
          Copy. Proceed inbound. You're cleared
          for a low approach to verify hook
          position.

EXT. VULTURES ROW - USS STENNIS - MINUTES LATER

All the Officers and Higher Ups hurry out to the crow's nest,
joined by Overkill, Toejam, Skidmark and Fanboy -- everyone
has binoculars -- peering at the sky as Mav's F-14 approaches --

EXT. F-14 - OVERHEAD USS STENNIS - MOMENTS LATER

Mav has the F-14's landing gear down, flaps extended to full --
as he guides the crippled F-14 slowly past the tower --

EXT. VULTURES ROW - USS STENNIS - CONTINUOUS

Overkill lowers her binoculars and flashes a look at her
Teammates -- they all have the same expression: Not Good.

INT. F-14 - MOMENTS LATER

                    AIR BOSS (over radio)
          Tomcat-1, Tower. Your gear is down
          and locked, but you have two blown
          tires. Your hook is not down. Standby,
          we're looking at options.

                    BOOGIE
               (exhales)
          Shit.

4.

                              SHIP CAPTAIN (over radio)
                    Tomcat-1, this is Old Salt. Here are
                    your options: you can eject alongside,
                    or you can take the barricade.


                              BOOGIE
                    I say we dump. What do you think?


                              MAVERICK
                    You really want to trust whoever
                    packed these chutes?


                              BOOGIE
                    We get one shot with the barricade --
                    we get it right or we're done.


                              MAVERICK
                    Tower, we'll take the barricade.

**EXT. DECK - USS STENNIS - MINUTES LATER**

Organized chaos as Hundreds of Sailors in various colored
coats work to remove the Trap-Wires -- raise Barricade
Stanchions ---

They lift up a massive 15-foot high Nylon Barricade, stretching
like a Ping-Pong Net across the width of the landing deck --

**EXT. F-14, SKY NEAR USS STENNIS - MINUTES LATER**

                              AIR BOSS (over radio)
                    Tomcat-1 barricade set. BRC 2-7-0.
                    Charlie.

Mav pulls the F-14 low, making a final approach on the deck --

**INT. F-14, COCKPIT - CONTINUOUS**

                              BOOGIE
                    Mav, you all right? Doing good?


                              MAVERICK
                    Yeah.


                              BOOGIE
                    You got this.

Mav nods -- stricken with a sudden rush of feelings.

                              MAVERICK
                    Boogie...

Mav trails off.

5.

                         BOOGIE
              I know. You too.

Mav reaches his hand back behind his head. Boogie grabs it
and they lock hands firmly --

                         MAVERICK
              Let's do this.
                   (snaps on his mask)
              Tomcat-1, 3 miles.

EXT. VULTURES ROW - USS STENNIS - MOMENTS LATER

All the Officers and Higher Ups stand in the crow's nest,
watching the F-14's slow wobbling approach --

INT. DECK - USS STENNIS - VARIOUS - CONTINUOUS

Everyone in the ship watching on video monitors --

Skidmark, Fanboy, Overkill and Toejam, watch from the deck,
alongside the Emergency Response Crews, just below the main
tower --

                         AIR TRAFFIC CONTROLLER (over loudspeaker)
              Tomcat-1 3/4 of a mile - on glide-
              path, on course, call the ball.

                         BOOGIE (over radio)
              1-0-1 Tomcat. Ball, single engine.

EXT./INT. F-14 - MOMENTS LATER

Maverick is dialed in -- the deck of the Stennis approaching
rapidly --

POV NOSE OF THE JET: The deck slips beneath the front of the
jet -- mere feet below

                         AIR TRAFFIC CONTROLLER (over radio)
              Cut! Cut! Cut!

The engine cuts out and everything goes SILENT --

Suddenly the landing gear smashes down -- sparks trailing as
the tire rims scrape across the steel flight deck --

THE F-14 SLAMS INTO THE NYLON NET -- RIPPING IT FORWARDS AS
IT DRAGS THE F-14 TO A BRUTALLY SUDDEN STOP --

Silence descends for a long beat, then a loud CHEER breaks
out and the deck crews rush the jet --

6.

EXT. F-14, DECK, USS STENNIS - MOMENTS LATER

Mav and Boogie climb out of the jet, helped out by the deck
crews --

Mav and Boogie embrace and then they're rushed by Overkill,
Toejam, Skidmark and Fanboy who envelope them in joyous bear-
hugs --

                    FANBOY
          (going crazy with excitement)
          You guys out Bob-Hoovered Bob Hoover!
          It's Legend!

INT. TFCC - STENNIS - CONTINUOUS

The room is on alert.

                    COMMS-CREW #2
          Sir, we have two groups hot to the
          boarder -- leader is a single, trail
          is heavy --

Admirals Simpson and Horan exchange a concerned look.

                    ADMIRAL SIMPSON
          Push Defensive Counter Aircraft to
          engage --

EXT. SKY - OVER THE OCEAN - MOMENTS LATER

High over the ocean, Fruitloops/Toejam's and Skidmark/Fanboy's  *
F-18s fly in combat formation --

                    AIR CONTROL OFFICER (OVER RADIO)
          Shield 1, single group, Rock, 180-55.
          Angels 10, track south. Hostile,
          recommend commit.

INT. F-18F, FRUITLOOPS/TOEJAM - CONTINUOUS                       *

                    FRUITLOOPS (INTO RADIO)                      *
          Shield 1-1, commit. Contact, single
          group --

                    TOEJAM                                       *
          Payback time.                                          *

Fruitloops pulls their F-18 into an aggressive turn -- heading   *
inland -- Skidmark follows.                                      *

EXT. SKY - HOSTILE TERRITORY - MOMENTS LATER

FOUR SU-57S in Kozolov's Green/Brown camouflage paint-scheme     *
scream across the sky, heading out towards the ocean -- chasing
after Maverick and Boogie's limping Tomcat --

INT. F-14 TOMCAT - MOMENTS LATER

Mav is fighting to squeeze every bit of airspeed out of the
Tomcat without losing their last engine -- Numerous warning
alarms flashing on his console --

Boogie's head is on a swivel to the rear, watching their ass
for enemy fighters --

                    BOOGIE
               (deep concern)
          We're in a bind, Mav. We're gonna get
          run down by Kozolov's SUs or get it
          in the face from our guys --

                    MAVERICK
          How far to the border?

Boogie glances at their hand-held GPS.

                    BOOGIE
               (not close enough)
          20 miles --

<u>INT. TFCC - USS STENNIS - CONTINUOUS</u>

ON THE SCREENS: Fruitloops and Skidmark's F-18s are closing      *
on the nose of the lead "Hostile" (Maverick). The Four Su-57s    *
closing on Mav's tail --

<u>INT. F-18F - FRUITLOOPS/TOEJAM - MOMENTS LATER</u>                 *

Fruitloops doesn't have a visual on the closing planes, but      *
her sensors have them locked in -- She reaches for a switch      *
on her console --                                                *

                    FRUITLOOPS (INTO RADIO)                       *
          Shield 1-1, targeting single group.
          Master-arm on --

                    MAVERICK (OVER RADIO)
          99 Shogun, Bittersweet! Bittersweet!
          This is Dagger 1-1 and Dagger 1-2 on
          Guard. We have repossessed an enemy
          Tomcat. North of border tracking south.
          Angels 10. We are single engine.

                    TOEJAM                                        *
          Holy shit!                                              *

                    FRUITLOOPS(OVER RADIO)                        *
               (shocked)
          Lead group, Friendly! Friendly! Switch
          to target trail group --

                    SKIDMARK (OVER RADIO)                         *
          Shield 2, Copy. Fox 3, two ship.                        *

Two missiles streak from underneath Skidmark's wings --          *
blasting forward at the distant Hostile Su-57s.                  *

3.*

<u>INT. F-14 TOMCAT - MOMENTS LATER</u>                                    *

                         MAVERICK
              Here comes the Cavalry --

Fruitloops & Skidmarks F-18s rocket past them -- supersonic --    *
heading to engage the chasing Su-57s --                           *

<u>EXT. SKY - MOMENTS LATER</u>

The Four Su-57s break off and RUN, dumping flares and chaff --    *
heading back into Kozolov's territory --

                         FRUITLOOPS (OVER RADIO)                  *
              Shield 1-1. Hostiles breaking off.

<u>INT. TFCC - USS STENNIS - CONTINUOUS</u>                               *

Everyone in the room is incredulous at the radio calls coming    *
through --

                         AIR CONTROL OFFICER (over radio)         *
              Trail group no longer a factor. Shield             *
              flight join up and escort Tomcat 1.                 *

                         FRUITLOOPS (OVER RADIO)                  *
              Shield. Copy.                                        *

Admiral Horan looks over at Simpson in surprise --- Simpson       *
just shakes his head, fighting a disbelieving smile ---

<u>INT. F-14 TOMCAT - MOMENTS LATER</u>

Mav and Boogie look out as Fruitloops and Skidmark's F-18s        *
pull alongside in formation.

                         FRUITLOOPS (OVER RADIO)                  *
              Hell of a entrance, Dagger.                          *

                         MAVERICK (INTO RADIO)                    *
              Hey guys, good to see you.                          *

                         FANBOY (OVER RADIO)                      *
              (going crazy with excitement)                       *
              You guys out Bob-Hoovered Bob Hoover!               *

                         BOOGIE (INTO RADIO)                      *
              Did it just for you, Fanboy --                      *

                         FRUITLOOPS (OVER RADIO)                  *
              Tomcat 1. Say your fuel state.                      *

Mav glances at his console covered in flashing red lights.        *

4.*

                    MAVERICK (INTO RADIO)                    *
          Getting low, 2-point-4 -- I have an               *
          unsafe gear indication. I'm going to              *
          dirty up. Give me a look over.                    *

## EXT. F-14 TOMCAT - CONTINUOUS                            *

Mav "dirties up" the aircraft, gear down, flaps to full -- the *
two F-18s dip low alongside to examine his craft.          *

                    FRUITLOOPS (OVER RADIO)                 *
          Tomcat, I got some bad news for you.              *
          Your gear is down and locked, but you             *
          have two blown tires. Your hook is
          not down.                                         *

## INT. F-14 TOMCAT - CONTINUOUS                            *

                    BOOGIE                                  *
               (exhales)                                    *
          Shit.                                             *

                    AIR BOSS(OVER RADIO)                    *
          Tomcat 1, Tower. Standby, we're looking           *
          at options.

                    SHIP CAPTAIN (OVER RADIO)               *
               (after a beat)                               *
          Tomcat-1, this is Old Salt. You can
          eject alongside, or you can take the
          barricade.

Mav and Boogie are silent for a beat, digesting this news.  *

                    BOOGIE
          I say we dump. What do you think?

                    MAVERICK
          You really want to trust whoever packed
          these chutes?

                    BOOGIE
          We get one shot with the barricade --
          get it right or we're done.

                    MAVERICK (INTO RADIO)
          Tower, we'll take the barricade.

<u>EXT. U.S.S. STENNIS AIRCRAFT CARRIER - NIGHT</u>

The Black night is cut only by the exterior lights of the
Stennis and its reflection off of the rough choppy sea. Heavy
Clouds blocking out the moon and stars overhead.

<u>INT. U.S.S. STENNIS BRIEFING ROOM - CONTINUOUS</u>

The room is packed with PILOTS and FLIGHT-CREW (**how many?**)
for every aircraft involved in the mission: Hawkeyes, F-18s,
Growlers and F35s. Everyone is crammed onto benches, folding
chairs, or forced to stand, clinging to the camo-netting
hung from the walls (many of them are Argonauts, Boogie's
home Squadron). Each has a mission packet in hand and they're
all focused on Maverick and Simpson standing before a
projection screen at the front of the room. Boogie and the
other members of Maverick's strike team sit in front.

On the screen is a geographic map showing the mountainous
terrain and borders of a neutral country and the hostile
country. Flight paths of Individual elements of strike
package.

                    BRIEF STARTS:
               Serious tone. Everyone knows stakes.
               Motivational line.

                    SIMPSON
               Everyone knows the objective, knows
               the seriousness of this threat.

Maverick is strike leader.

                    MAVERICK
               We've got a heavy storm system moving
               in region. It'll provide cloud cover
               for ingress, but visibility is going
               to be shit and it's going to make
               for hairy landings on return.
                    (clicks power-point
                     slide)
               They've been moving their SAM sites
               since our last incursion, so we've
               optimized our routes to adjust. F35s
               will act as signals vacuum and call
               the final route of approach.
                    (clicks slide)
               Expected air-to-air threat is Su-30s
               along with older 2nd and 3rd gen
               fighters.

Mav nods towards Boogie who stands and looks out at the room,
particularly the F-35 pilots.

2.

                         BOOGIE
              These dudes took out Squeaker up
              high. They're extremely proficient
              at using Vizcaps, so be aware.

A moment of pregnant silence from many of the pilots - this
was Squeaker's Squad and they all want payback.

                         MAVERICK
              Timed with our final approach, the
              Carrier Group will make a Tomahawk
              strike on the closest hostile airfield
              to try and neutralize that threat
              before they can get airborne.
                   (clicks slide)
              Once our bombs hit the deck, the
              Growlers will go "music on" and make
              sure there are no electrons to see
              our fighters on egress.
                   (clicks slide)
              F35s will have our backs with the
              DCA F-18s ready to jump if any hostile
              aircraft jump the border in pursuit.
                   (looks at the room)
              Watch your asses and lets get this
              right, the last thing we want is a
              bunch of ground humpers going in
              because we couldn't get the job done.
              **Good luck. Godspeed? What kind of
              closing line?**

EXT. DECK - PRE-DAWN

A flight-line of planes lit by stark red deck-lights ---
DECK CREWS fighting against the rolling motion of the deck
as they load fuel and ordinance onto planes --- remove wheel-
blocks ---

Pallets of Ordinance being lifted out of the bowels of the
ship by elevator ---

A Hawkeye Flight crew prepping for takeoff --- Prop engine
WHIRRING up to a ROAR ---

An F-18 Growler's twin engines erupt into life ---

The Hawkeye taxies onto the launch catapult --- Wing-tips
unfolding underneath its massive radar dome ---

The blast-shielding flaps rise up from the deck behind the
catapult ---

The Growler's wings unfolding as it taxies ---

3.

The launch catapult hurls the Hawkeye airborne leaving a
trail of smoke down the deck ---

An F-18 Growler spits flames and rips into the sky ---

An F-35c rockets into the sky ---

INT. CARRIER READY ROOM - CONTINUOUS
------------------------------------

Mav and team move into their pre-flight prep room - grabbing
their flight rigs and suiting up --- suddenly cheesey Music
blares out over the overhead speakers - something old

>                    BOOGIE
>           What the hell is this?

>                    TOEJAM
>           Just some pre-game warmup --- for
>           the old man.

*They're like what the fuck? It's 70s music, joke for mav
then put on real music. Goose did it (no, that's too playful
for their issues. Want to still feel tension between them).*

INT. TFCC - LATER
-----------------

Simpson and Rear Admiral Horan stand watch over the ship's
Crew working their computer stations. The air is charged
with tension --- building up like the storm clouds outside.

>                    STAFFER #1
>           All support assets airborne.

>                    STAFFER #2
>           Strikers on deck and waiting for the
>           green.

Horan looks at Simpson -- he gives the nod.

EXT. DECK - MOMENTS LATER
-------------------------

Full afterburners roaring, Maverick and Boogie's Superhornets
blitz across the deck and into the sky in a cloud of smoke ---

EXT. SKY, DAWN - LATER
----------------------

The strike team flies above the clouds. Maverick, Boogie in
the lead followed by Skidmark/Fanboy and Overkill/Toejam in
an offset-wedge formation.

>                    MAVERICK
>           Broadsword. Texaco complete. Fenced.
>           Strike check.

PPC-GRAY-0086232

4.

**EXT. HAWKEYE - CONTINUOUS**

The Air Control Officer sits at his data station in belly of Hawkeye watching streams of data roll in.

                    AIR CONTROL OFFICER
          Comanche 1-1, set.

**EXT. SKY, F35CS - CONTINUOUS**

Two F35s fly high above the clouds. Pilots cocooned in an electronic view of the battlefield pumping through their HUDs.

                    F35 LEAD
          Lightning, Set. Recommend route Bravo.

**EXT. SKY, F-18 GROWLER - CONTINUOUS**

A specialized F-18 converted to blocking radar signals with the large pods mounted on its wings in lieu of missiles.

                    GROWLER LEAD
          Tron, set.

**INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

                    DCA FIGHTER LEAD (over radio)
          Shogun. Set.

Mav checks his peripherals - flashes a thumbs up to his three wingmates: Boogie, Overkill/Toejam and Skidmark/Fanboy.

                    MAVERICK
          Apache set. Pushing Bravo.

**EXT. SUPERHORNETS - CONTINUOUS**

The 4 F-18s dive down into the dense clouds ---

The world vanishes into fog --- visibility zero ---

They rip out of the clouds into gray dawnlight --- charging headlong towards the rapidly approaching ground ---

They pull hard, vapors cascading off of their wings as they level out around 100 feet above the ground and blast forwards into dense mountainous terrain ---

**EXT. SUPERHORNETS - MOMENTS LATER**

WIDE ON a rugged mountain range --- The F-18s of Maverick and his squad are tiny darts slipping through the cold-steel granite slopes dotted by dark pine trees ---

PPC-GRAY-0086233

5.

INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

> TOEJAM
> *Gives route update to overkill calling*
> *navigation markers ---*

*Do the E's get route update calls from the F WSOs too? Or*
*are E pilots on their own with that?*

> TOEJAM (CONT'D)
> *Checks the skies overhead --- no*
> *sign of enemy aircraft ---*

EXT. ROCKEY VALLEY - LATER

ANGLE ON Maverick shredding low through a jagged valley ---
a second later Boogie rips through, then Overkill, then
Skidmark ---

POV Jets --- hauling ass over the broken landscape --- trees
flashing beneath seemingly a hair's breadth away ---

INT. /EXT. F-18E, MAVERICK

Maverick checks his HUD --- sees an approaching ridge and a
SAM site marker not too far from it --- suddenly the SAM
marker winks out or a radar tower that wasn't marked pops up
(a mobile deployment). **Need technical info from Yank**

> MAVERICK
> *New radar threat at X location -*
> *Yellow brick road/Blue line*
> *compromised ---*

INT. COCKPIT, SKIDMARK/FANBOY - CONTINUOUS

> FANBOY
> *We can re-route at 2-6 duck the saddle*
> *there ---*

> MAVERICK (over radio)
> *Sees that's an option but warns about*
> *a nearby radar site ---*

INT. COCKPIT, MAVERICK - CONTINUOUS

> MAVERICK (over radio)
> *makes the call but wants to get lower,*
> *faster.*

INT. COCKPIT, OVERKILL/TOEJAM - CONTINUOUS

> TOEJAM
> *I thought we already were low.*

EXT. SADDLE RIDGE - MOMENTS LATER

Maverick goes screaming up a slope towards a saddle dipping
between two peaks --- only as he closes on it do we see POWER-
LINES STRETCHING OVER THE GAP between TRANSMISSION TOWERS on
the adjacent peaks ---

                         MAVERICK
                Watch the overhead --- *haircut?*

Mav rips through UNDERNEATH THE POWER LINES --- exhaust wash
literally throwing up a cloud of dirt from the ground ---

Pulls hard down the opposite slope --- undercarriage nearly
kissing the tree-tops ---

Boogie pulls into the same maneuver ---

EXT. SAM LAUNCH SITE, MILE AWAY - CONTINUOUS

WE HEAR the distant, muffled RUMBLE of the F-18's engines,
but the SAM launcher sits dormant --- no alarms sound as the
F-18s slip undetected behind the distant ridge ---

INT. F-18F, SKIDMARK/FANBOY - MOMENTS LATER

Skids goes over the Saddle Ridge --- Fanboy is busy routing
and watching for enemy fighters --- As the power lines flash
overhead, Fanboy recoils in surprise

                         FANBOY
                What the hell was that?

                         SKIDMARK
                    (laughs)
                Power lines, dude.

Fanboy's eyes bug a little and he exhales nervously ---

                         FANBOY
                Jesus.
                    (shakes it off, back to business)
                Calls out next nav marker. Checks
                the skies.

EXT. FOREST, MOUNTAINSIDE - LATER

A solitary WATCH-POST sheltered amongst the pine trees. A
HOSTILE SOLDIER sits alone, making an early morning pot of
coffee on an electric camp-stove. He's Caucasian, in a Grey-
green uniform and warm-weather gear --- an AK-47 leans against
the wall next to him ---

There's a DISTANT RUMBLE of jet engines suddenly exploding
into a THUNDEROUS ROAR as Maverick's lead F-18E tears overhead ---

PPC-GRAY-0086235

7.

The Soldier falls off of his chair as the sonic shockwave
hits him --- rattling the Watch-post --- spilling coffee ---

Another F-18 rockets past ---

Disoriented, he flails for his gun and ---

Another F-18 blasts past --- then another ---

Silence returns again --- the Soldier scrambles to his feet ---
scans the sky for the jets, but they've already torn past
and disappeared into the mountains ---

He pulls a cell-phone from his pocket and frantically begins
to dial --- he looks at the phone in surprise: No signal ---

He dashes off into the woods and we hear the sound of a JEEP
engine sputtering to life...

EXT. SKY - MOMENTS LATER

Maverick comes blazing around a peak and drops into a jagged-
maw of a valley --- Boogie is right behind him, closing to
draw even, wing-to-wing ---

EXT./INT. F-18E MAVERICK - MOMENTS LATER

                         MAVERICK
          15 miles to target. Apache attack.

INT. COCKPIT, F-18E, BOOGIE - CONTINUOUS

                         BOOGIE (into radio)
          Switching weapons over to air-to-
          ground.

INT. COCKPIT, F-18F, OVERKILL/TOEJAM - MOMENTS LATER

Toejam works feverishly down a checklist on one of his knee-
boards --- flips a final switch.

                         TOEJAM (into radio)
          Checklist complete.

INT. COCKPIT, F-18E, MAVERICK - CONTINUOUS

A jagged boulder perched atop a hill is illuminated in the
HUD - marking 10 miles out.

                         MAVERICK (into radio)
          10 miles. IP inbound.

PPC-GRAY-0086236

8.

INT. TFCC - CONTINUOUS

Everyone leans forward unconsciously, on edge, all eyes on
the data screens where symbols for the Strike Team's 4 jets
have moved out of offset wedge formation and are now in side-
by-side pairs --- closing in on the target Facility ---

                        SIMPSON
            This is it.

EXT. F-18'S - MOMENTS LATER

Side by side, Maverick and Boogie's F-18Es juke over a final
hill ---

The Nuclear Facility is in front of them: a dirt road leading
to half dozen small cement buildings scattered over a flat
depression between the hills ---

*Is there a convoy still?*

ANGLE ON the Overkill and Skidmark's F-18FS trailing behind ---
they suddenly pull 45 degrees into a climb and a slow left
arc around the site.

*Would F-18s fire missiles at SAM launchers/radar around the
installation as they make final approach just before they
pop-up into bombing manuever? Or do the Growlers go music on
as they reach target - the need for stealth gone? What about
anti-aircraft guns, not just SAMs defending site?*

*What's missing here is the strike on the airbase - the value
in cutting away via the Hostile Soldier is seeing them kick
into action and then get wiped out just as Strike team reaches
the target. Timing of strike? Do tomahawks hit before Mav's
team or after?*

EXT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

The FLIR Targetting Pod rotates and angles it's laser lens
towards the target building ---

INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

Toajam's attention is riveted on the FLIR targeting display ---
guiding it with subtle taps on the control-stick.

                        TOEJAM (into radio)
            Captured.

Through their canopy, WE SEE MAVERICK AND BOOGIE's JETS
SUDDENLY PULL SKYWARD ---

9.

EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS

Afterburners spitting fire, vapors blasting off the wings ---
they scream nose-up in an intense vertical climb ---
Synchronized, 50' off each other's wing ---

*What's going on with enemy radar? If it's been damaged by an*
*opening salvo, that's one thing, if not, where is it?*

                    BOOGIE
               (watching altitude)
          7 angels, approaching 8 ---

                    MAVERICK
          Roll in --- Now.

They roll in, putting nose on the target, level the wings
and drop at 45' dive.

The ground comes rushing up at them ---

INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

*If one of the foxtrots is going to break off to avoid a SAM,*
*it should be Skidmark/Fanboy who do so.*

Banking on the target ---

                    TOEJAM
          Watch it --- little left --- watch
          it ---

RWR missile warning system blares

                    OVERKILL
          We gotta move ---

                    TOEJAM
          Hold it --- hold it!

Overkill dumps chaff and prays --- **What move Overkill make**
**to defend while not breaking the FLIR targeting?**

SAM slams into Chaff and explodes harmlessly.

INT. /EXT. F-18E, BOOGIE - CONTINUOUS

Boogie has his nose on the target --- diving headlong at the
ground --- Altimeter numbers flashing down, 5,000, 4,000...

                    MAVERICK (over radio)
          3 ---

*If SAM threat is going to happen on Foxtrot, beat goes in*
*here.*

PPC-GRAY-0086238

10.

*Or SAM threats could be on Foxtrot AND Echo bombers... sounds*
*of RWR warnings blaring as they're counting down to pickle ---*
*bombs and then dump chaff to escape incoming SAMs.*

> MAVERICK (over radio) (CONT'D)
> 2 ---

## INT. /EXT. F-18E, MAVERICK - CONTINUOUS

Mav is fighting the negative-G's, eyes and face taking on a
reddish hue as his blood is forced upwards ---

> MAVERICK
> 1 ---

The altimeter clicks below 1,700 feet.

> MAVERICK (CONT'D)
> Pickle.

## EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS

Four heavy GRU bunker busters drop from the belly/wings of
both F-18s --- Fins adjusting as they lock onto the laser-
guidance signal ---

Boogie and Maverick wrench their jets into violent, body-
smashing climbs --- Vapors exploding off of the wings ---
Dumping chaff and Flares --- Negative G's suddenly flipping
to positive ---

Maverick exhales from the force slamming him ---

> MAVERICK
> Apache 1 away.

> BOOGIE
> (struggling as well)
> 2 away.

## EXT. SKY OVER NUCLEAR FACILITY - CONTINUOUS

ANGLE ON the bombs whistling down ---

ANGLE ON a SAM missile twisting into the sky towards:

## INT. F-18F COCKPIT, SKIDMARK/FANBOY - CONTINUOUS

> SKIDMARK
> *Notched! Gotta break off!*

> FANBOY
> *Almost! Hold it! Hold it! Go!*

11.

Skidmark throws them into a violent barrel roll as the bombs slam into the **TARGET** ---

<u>EXT. NUCLEAR FACILITY - CONTINUOUS</u>

The bombs punch deep through the concrete, vanishing in an impact cloud of dirt --- a split-second goes by then --- WHOOOMP! The ground heaves and quivers as an underground blastwave explodes out --- buildings above ground crack and topple amid a swelling cloud of dirt --- Flames erupt from air and exhaust ports hidden amongst the terrain ---

> OVERKILL
> Shack good impact.

<u>EXT. F-18E'S, MAVERICK AND BOOGIE - MOMENTS LATER</u>

They rip away from the billowing clouds of dust ---

> MAVERICK
> Flow egress. Miller time.

<u>EXT. /INT. F-18E SKIDMARK/FANBOY - CONTINUOUS</u>

Screaming away from the facility alongside Overkill/Toejam

> SKIDMARK
> Confirm --- switching to air-to-air.

<u>INT. COCKPIT, F-18E, MAVERICK - MOMENTS LATER</u>

Maverick levels his wings and exhales in relief - glances out his canopy --- sees Boogie pulling alongside in formation.

*Radio call: They've already had a few hostile craft airborne and now responding to strike --- tomahawks inbound to prevent more getting up. When do Growlers go "music on"?*

Suddenly Mav catches site of a plume of smoke on the mountainside behind Boogie - A STINGER, shoulder-fired MISSILE flashes out straight for Boogie's jet.

> MAVERICK
> Break Left Now!

Boogie immediately jerks his jet into a defensive roll ---

<u>INT. /EXT. F-18E, BOOGIE - CONTINUOUS</u>

Warning light he's out of chaff.

> BOOGIE
> *No chaff call.*

12.

ANGLE ON Maverick as he breaks right, firing his afterburners
to distract the missile with his own heat signature --- then
rolls, dumping flares and chaff to try and defend --- but
there's no room to escape ---

THE MISSILE STREAKS PAST THE FLARES AND SLAMS INTO MAV'S
ENGINE --- EXPLOSION SHREDDING THE REAR OF THE JET ---

INT./EXT. F-18E, MAVERICK - CONTINUOUS

Warning systems screaming --- Maverick rips the ejection
lever --- no hesitation this time --- The cockpit canopy
blasts away and he's launched into the sky with horrendous
force ---

INT. /EXT. F-18E, BOOGIE - MOMENTS LATER

Boogie glances to the side --- sees Maverick's chute deployed
and he's floating to the ground.

                    GOOSE JR.
          Rightguard Rightguard, Hammer 1-1
          Time 2-zero.

INT. TFCC - MOMENTS LATER

                    AIR CONTROL OFFICER
          *Acknowledge - warn about inbound*
          *jets. Stick to egress - will launch*
          *rescue effort.*

EXT./INT. F-18E, BOOGIE - CONTINUOUS

Boogie pulls around sees Overkill and Skidmark rocketing
away --- sees the four inbound jets split, half chasing
Overkill/Skidmarks, two coming for him ---

                    BOOGIE

Are we really going to have him fight off two jets, then
shoot a helicopter down? All while hanging over Mav?

Or does he start to leave, kills a plane then sees helo coming
for Mav and cancels his egress plan, turns back in?

- dealing with air-attackers

2v1

Goose defeats, but uses up most of his gas, no way to get
out. Calls out update, sees HIND going on Mav's position.

They're firing near Mav.

PPC-GRAY-0086241

13.

Goose guns the HIND. Low on fuel. Slows down and does
controlled ejection close to Mav.

Mav sees Goose eject. Sees relatively where chute coming
down - heads in that direction.

1-2 mile separation - takes 10 minutes to link up.

INT. TFCC

EXT. MOUNTAIN

Mav and Goose link up. Mav mad that Goose didn't leave. Said
low gas, still should have left, gotten close to border.
Better than both of them here. I wanted to get you out of
trouble, not in more trouble. Can't you just say thank you?

Go Stinson yourself.

                         MAVERICK
                  Where's your radio?

                         GOOSE JR.
              Radio doesn't work. Jamming us.

Neither secret squirrel radio is working - possibly jammed
by the enemy systems that block the satellite targeting.

Try different batteries - nothing works.

Know that rescue won't know where to pick them up. Goose
wants to follow procedure to an exfil point.

Suddenly tomahawk strike on nearby airbase.

Exfil point is on other side of the base - gnarly hike

Big element of troops out looking for them.

They're on hills able to look down on base. Night vision
monocle.

Fires everywhere - chaos on the base, shit still blowing up.
Destroyed planes on the runway.

Between a break in the smoke, he sees an F-14 that survived
the bombing under a revetment bomb-shelter. Huffer cart.

Mav: I got an idea. We're never going to make it to the exfil
in the daytime.

Goose: what?

Mav: we'll bob hoover it.

14.

Goose: what?

Mav you know the story.

Goose: that was a messerschmidt - what is this, Iron Eagle?

Mav is moving, Goose has no choice. Stinson.

### EXT. BASE - LATER

Tuck under piece of fence in the chaos - torn fence, etc. black smoke everywhere. Secondary explosions of munitions.

Move thru smoke to revetment.

### EXT. INT. REVETMENT

Goose you're out of your mind.

Mav inward grin. Go find some gear. I'll get the start cart and huffer going.

Gear in storage room alongside revetment. Harnesses, helmets and o2 masks.

Mav turns the on power cart, electric cord plugged in under nose, turn huffer-cart on, plugged on the port side,

Gear on.

Mav: when I tell you, pull the power cord and pull the huffer and the fuck in - pull the ladder up as you climb up.

Goose: whoa, whoa, why do you get to go in the cockpit, I smoked your ass.

Mav - do you even know how to start a tomcat, let alone fly it? Do what I tell you. We're not going to run the ramps, we're just going to do a stow-and-go.

                    GOOSE JR.
          What?

Mav nevermind. Gets into cockpit. Hits switches. Starts right motor -

Motions for Goose to pull the cord/huffer. Goose does it.

Climbs up on left side, pulls up ladder.

### INT. TFCC

Seeing remaing team returning to carrier - the response - trying to find out if Mav/Goose alive/dead, can they extract?

15.

What's the response - the hornet nest of enemy planes in the air - the friendly state's response - also going airborne - border is heavily patrolled, everyone on edge. Troops moving.

DCA in air protecting the ship. Pilots we don't know.

EXT. REVETMENT

Close canopy. Taxi out - runway cratered, uses a taxiway to a utility road - barely 3000' of asphalt road. Going to be tight. Width over 70' Smoke wafting over it . Can't see very well.

Goose freaking out.

MAVERICK
Trust your pilot, tiger.

Blow tires on takeoff - can't land on long runway - eject over friendly territory or land on carrier

EXT. F14

Enemy planes (2) come alongside - assuming this is friendly. Mav goose, be cool - don't know what they're saying on radio.

Mav can't break formation or they'll get attacked by superior planes. Bolt and they schwack us.

Goose so we do what?

Mav, just be cool.

Jet comes close to get a visual - Goose makes radio out/can't hear ears down. Jet back off.

Mav turns behind, shoots one down - merges with second - hairy exchange, plane is way outclassed. Manages to win, escapes to safe territory.

INT. TFCC

Radio operator saying we've got hostile f-14 emerging.

RADIO OPERATOR
Unknown aircraft at position, lat long, altitude 25000, airspeed, heading lat, long, you are approaching a United States warship. You need to change your heading immediately or you will be fired upon.

Mav turns on guard channel and announces they're coming out.

16.

                            MAVERICK
                This is Maverick and Goose. We jacked
                this f-14, for the love of god. Don't
                shoot us down. Low Fuel. Request
                escort to join up. Reminder, don't
                shoot.

TFCC goes nuts.

                        AIR CONTROL OFFICER
                Copy that. Factory 1-1, 1-2, Intercept
                and escort inbound Tomcat.

Superhornets pull alongside.

                            MAVERICK
                Hey fellas, good to see you. I'm
                going to dirty up. Give me a look
                over.

Mav dirties up the aircraft, gear down, flaps to full,

                        FACTORY 1-1
                Aircraft is pretty banged up. Tires
                appear to be blown and hook isn't
                down.

Mav tries cycling - no go.

                            MAVERICK
                I'm a 15 miles. No hook.

Air Boss calls: two options, both suck your call. Eject
alongside or we can take the barricade. You're in the
aircraft. Tell us what to do and we'll make it happen.

Mav - what do you think?

Goose: when's the last time you landed on the deck?

Mav - 20 years

Goose: I say we do the chutes.

Mav: you want to trust these seats, who packed the chutes?

Goose: good point. Hey, so was that deck wooden?

Mav - look left, is that a whale?

Goose what? (Looks left)

Mav jerks plane right, thwacks Goose's helmet on canopy.

17.

No NAV - eject w/ seats that don't know if they'll work or try barricade on the ship.

Drop hook - hook doesn't work. Warning light

Rush to get the barricade up in record time. Low fuel.

Barricade landing.

                          CAPTAIN
                    Rig the barricade

Pull the net out of space below flight deck. Pass it through a whole in the deck. Rig it to stanchions rising from the deck - Net made from nylon webbing.

Takes about 100 people to set it up.

Barricade brief, LSO gives it:

Keep it on center line. Shut off motors.

PPC-GRAY-0086246

115.

**EXT. DECK - USS STENNIS - CONTINUOUS**

The Catapult officer points to all the FINAL CHECKER CREW
crouched around the aircraft --- each holds a thumb's up ---

The Catapult officer crouches down, touches the deck and points
forward ---

ANGLE WIDE Maverick and Boogie's Superhornets blitz across the
deck in a cloud of steam, 0-170mph, igniting their afterburners
as they rip into the sky ---

**EXT. SKY, PRE-DAWN - LITTLE LATER**

The strike package flies above the clouds. Maverick, Boogie in
the lead followed by Skidmark/Fanboy and Overkill/Toejam in a
loose finger-tip formation.

> MAVERICK (over radio)
> Broadsword. Dagger, Texaco complete.
> Fenced. Shogun, stand-by check-in.

**EXT./INT. HAWKEYE - CONTINUOUS**

The Air Control Officer sits at his data station in belly of
Hawkeye watching streams of data roll in.

> AIR CONTROL OFFICER (over radio)
> Comanche 1-1, set.

**EXT./INT. SKY, GROWLERS - CONTINUOUS**

> GROWLER LEAD (over radio)
> Tron, set.

**EXT./INT. SKY, F35CS - CONTINUOUS**

Two F35s fly high above the clouds. Pilots cocooned in an
electronic view of the battlefield pumping through their HUDs.

> F35 LEAD (over radio)
> Lightning, Set. Recommend route Bravo.

**INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

Mav glances at his wingmen - gets a thumbs-up from: Boogie,
Overkill/Toejam and Skidmark/Fanboy.

> MAVERICK (into radio)
> Dagger set. Proceeding to Bravo.

116.

**EXT. STRIKE GROUP/FOUR F-18'S - BEAT LATER**

With Maverick in the lead, the Strike Package dives down into
the dense clouds and are enveloped by dark grey nothingness,
visibility zero ---

They emerge below the cloud-cover and shoots towards the
coastline ahead in the pre-dawn light -- they level off, a
hundred feet above the stormy seas ---

**INT./EXT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

> MAVERICK
> Feet dry, pushing. Take spread.

Maverick slaps the canopy on both sides of his head ---

His wing-mates drop back into spread formation as they reach
land and cut into dense mountainous terrain ---

**EXT./ INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

POV from cockpit - the insanity of the training canyon run is
nothing compared to this --- low ceiling of clouds, rocks
looming in the dim dawn light --- every move coming split
seconds away from disaster and a fiery death upon the cold-
steel granite crags and peaks, capped by snow and dotted by
dark pine trees ---

**EXT. STRIKE GROUP/FOUR F-18'S - BEAT LATER**

OVERHEAD a rugged mountain range --- Maverick's F-18s are tiny
darts snaking through sinuous canyons of icy stone ---

**INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS**

> TOEJAM
> Dagger 3, showing us on time ---
> Picture clean.

**EXT. ROCKEY VALLEY - LATER**

ANGLE ON Maverick shredding low through a jagged valley ---
Boogie ripping alongside, then Overkill, then Skidmark ---

**EXT. STRIKE GROUP/FOUR F-18'S - VARIOUS ANGLES**

The canyon compresses --- jets forced to close the gap between
them --- hauling ass over the broken landscape --- trees
flashing beneath seemingly a hair's breadth away ---

**INT. /EXT. F-18E, MAVERICK - MOMENTS LATER**

                    F35 LEAD (over radio)
          Dagger, Lighting. Active SA-6 just
          popped up on your route. 2 kliks south
          of turn point 3. Recommend lean west.

Mav glances quickly at his map --- sees the marker for a SAM
site illuminate --- shakes his head ---

                    MAVERICK
          Copy. Dagger lean west to avoid turn
          point 3 ---

**INT. F-18E, BOOGIE - MOMENTS LATER**

                    MAVERICK (over radio)
          Dagger take trail and follow me ---

Mav's plane veers off in the new direction --- towards a jagged
rise of mountain with a thin gash between two peaks --- barely
wide enough for their jets --- Maverick's jet rolls up on it's
wing and shoots the gap on a knife-edge ---

And as Boogie closes on we see POWER-LINES STRETCHING OVER THE
GAP between TRANSMISSION TOWERS on the adjacent peaks ---

                    BOOGIE
          Holy shit!

Mav rips through UNDERNEATH THE POWER LINES --- exhaust wash
literally throwing up a cloud of dirt from the ground ---

Boogie pulls into the same maneuver --- Rolls level and pulls
hard down the opposite slope --- undercarriage nearly kissing
the tree-tops ---

**EXT. SAM LAUNCH SITE, MILE AWAY - CONTINUOUS**

WE HEAR the distant, muffled RUMBLE of the F-18's engines, but
the SAM launcher sits dormant --- no alarms sound as the F-18s
slip undetected behind the distant ridge ---

**INT. F-18F, SKIDMARK/FANBOY - MOMENTS LATER**

Skids goes through the saddle --- Fanboy is head-down,
monitoring his displays --- as the power lines flash overhead,
Fanboy recoils in surprise ----

                    FANBOY
          What the hell was that?

                    SKIDMARK
          Power lines.

Fanboy's eyes bug a little  ---

                    FANBOY
          Jesus ---

**INT. TFCC - USS STENNIS - MOMENTS LATER**

Everyone's watching the monitor screens closely.

                    COMMS-CREW #1
          Strikers at turn-point 3 now.

                    SIMPSON
          How long to the Tomahawks impact?

                    COMMS-CREW #2
          Two minutes ---

                    REAR ADMIRAL HORAN
          Status of enemy radio chatter? Are
          they still undetected?

**EXT. FOREST, MOUNTAINSIDE - LATER**

A solitary WATCH-POST sheltered amongst the pine trees. A
HOSTILE SOLDIER sits alone, making an early morning pot of
coffee on an electric camp-stove. He's Caucasian, in a Grey-
green uniform and warm-weather gear --- an AK-47 leans against
the wall next to him --- He's got a radio on playing Classic
American Hip-Hop ---

There's a DISTANT RUMBLE of F-18 engines lost amidst the music ---

The Soldier goes to take his first sip of coffee just as
Maverick and Boggie's F-18Es tear overhead --- exploding past
in a THUNDEROUS ROAR and shockwave that shakes the Watch-post
and causes the Soldier to spill his coffee on himself ---

He recoils from the hot coffee and scrambles to his feet ---
darts outside and onto a rock --- scanning the sky --- catches
a glimpse of Maverick vanishing behind a peak ---

He pulls a cell-phone from his pocket and begins to dial ---

SUDDENLY the two F-18Fs explode past in another TITANIC BLAST
OF SOUND --- the soldier flinches, accidentally dropping his
phone, which skitters off the rocks and into a crevasse down-
hill from him ---

The Soldier frantically beings climbing after his phone ---

PPC-GRAY-0086250

119.

**INT./EXT. F-18E, MAVERICK - MOMENTS LATER**

Maverick and Boogie scorch over a peak side-by-side with their
jets inverted to prevent over-flying and then pull into the
jagged-maw of a valley --- rolling back over to level out ---

>                    MAVERICK
>          Comanche, Dagger. 15 miles to target.
>          Picture.

>                         AIR CONTROL OFFICER (over radio)
>          Picture clean.

>                    MAVERICK
>          Dagger attack.

**INT. COCKPIT, F-18E, BOOGIE - CONTINUOUS**

As Boogie flips switches on his console into air-to-ground, we
HEAR the pace of his breathing picking up ---

**INT. COCKPIT, F-18F, OVERKILL/TOEJAM - MOMENTS LATER**

Toejam works feverishly down a checklist on one of his knee-
boards --- flips a final switch.

>                    TOEJAM (to Overkill)
>          Air-to-ground check complete. Laser
>          code verified 1688. Master-arm to go.

>                    OVERKILL
>          Fangs out, let's do this!

**INT. COCKPIT, F-18E, MAVERICK - CONTINUOUS**

POV Maverick --- approaching a small bridge illuminated in his
visor's HUD as the 10 mile checkpoint.

>                    MAVERICK (into radio)
>          Dagger, 10 miles. IP inbound. Dagger
>          2, snuggle up.

Boogie pulls his jet closer to Mav's wingtip ---

**INT. TFCC - USS STENIS - CONTINUOUS**

Everyone on edge, all eyes on the data screens where symbols
for the Strike Group have moved into side-by-side pairs ---
closing in on the highlighted target Facility ---

>                    ADMIRAL SIMPSON
>          This is it.

## EXT. HOSTILE AIR-FIELD - CONTINUOUS

Enemy Jets are taxiing on the flight line --- The Base's AIR-
SIRENS WAILING --- crews scrambling to prepare for takeoff ---
suddenly a stream of Tomahawk missiles rip over the horizon
and slam down --- decimating the runways and nearby structures
in fire and fury ---

## EXT. F-18E'S - MOMENTS LATER

Side by side, Maverick and Boogie's F-18Es juke over a final
hill and into a valley ---

## EXT. NUCLEAR FACILITY - CONTINUOUS

The TARGET site sits quiet; a dirt road snaking over a flat
depression between the hills --- the sound of the approaching
F-18s slowly rising ---

## INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS

POV Maverick's VISOR HUD --- the target is clearly marked out
in the valley floor ahead and to the right ---

## EXT. F-18F'S - CONTINUOUS

ANGLE ON the Overkill and Skidmark's F-18F's trailing behind ---
they suddenly pull 45 degrees into a climb --- rising above
the terrain and into a slow left-hand turn.

                        OVERKILL (over radio)
            Dagger 3 and 4, climbing.

## EXT. F-18F, SKIDMARK/FANBOY - CONTINUOUS

The FLIR Targetting Pod rotates and angles it's laser lens
towards the target building ---

## INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS

Toajam's attention is riveted on the FLIR targeting display ---
guiding it with subtle taps on the control-stick.

                        TOEJAM (over radio)
            Dagger-3. Captured.

                        FANBOY
            Dagger-4. Captured.

Through their canopy, WE SEE MAVERICK AND BOOGIE's JETS SUDDENLY
SHOOT SKYWARD, starting the Pop-Up Maneuver ---

121.

## EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS

Synchronized, 20' off each other's wing --- they scream nose-up in an ball-crushing vertical climb --- Afterburners spitting fire, vapors blasting off the wings ---

## EXT./ INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS

                    FANBOY
                (frustrated shout)
            Dagger 4 Deadeye ---

                    SKIDMARK
            Reset the FLIR!

                    FANBOY
            Working it!

## INT. / INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS

                    MAVERICK
            Rolling in ---

They roll in, putting nose on the target, level the wings and drop at 45' dive, hurdling towards the ground ---

## INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

Banking on the target ---

                    TOEJAM
            Hold steady, we're locked in ---

RWR launch warning trills to life ---

                    OVERKILL
            Notched! Defending west!

Overkill glances to the side ---

POV Overkill: Sees a missile trail from a Surface-to-air missile smoking towards them ---

                    TOEJAM
            Hold it! You're gonna mask!

                    OVERKILL
            Defending!

Overkill slams into a nose-low evasive maneuver, dumping flares and chaff ---

The SAM rips past --- a near miss ---

                         TOEJAM
          **Loss of lock. Fanboy isn't locked.**
          **Need to reestablish** now!

**INT. /EXT. F-18E, BOOGIE - CONTINUOUS**

Boogie has his nose on the target --- diving headlong at the
ground --- Altimeter numbers flashing down, 8,000, 7,000...

                    MAVERICK (over radio)
          3 --- 2 ---

**INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

Fanboy's FLIR system lights up green ---

                         FANBOY (into radio)
               Captured! Captured!

**INT. /EXT. F-18E, MAVERICK - CONTINUOUS**

Mav is fighting the negative-G's, eyes and face taking on a
reddish hue as his blood is forced upwards ---

                         MAVERICK
          1 ---

The altimeter clicks below 4,000 feet.

                    MAVERICK (CONT'D)
          Pickle.

**EXT. /INT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

FOUR SUPER BUNKER BUSTERS drop from the belly/wings of both F-
18s -- Fins adjusting as they lock onto the laser-guidance
signal --

Dumping chaff and flares, Boogie and Maverick wrench their
jets into violent, body-smashing climbs -- negative G's suddenly
slamming into positive -- vapors exploding off of the wings ---

Maverick exhales in pain from the crushing gravity ---

                         MAVERICK
               Dagger 1, 2 away.

                         BOOGIE
                    (struggling as well)
               Dagger 2, 2 away.

**EXT. SKY OVER NUCLEAR FACILITY - CONTINUOUS**

ANGLE ON the bombs whistling down ---

123.

**EXT. NUCLEAR FACILITY - CONTINUOUS**

The BUNKER BUSTERS pummel into the concrete intake, sending a
massive cloud of dirt and debris skyward -- they penetrate
deep but there's no immediate detonation --

**EXT./ INT. F-18F, SKIDMARK/FANBOY - CONTINUOUS**

Skidmark and Fanboy looking down at target as A CATACLYSMIC
SUBTERRANEAN EXPLOSION heaves millions tons of earth upwards --
a seismic shockwave sends the ground rippling outwards -- FIRE
AND FLAMES SHOOTING UP THROUGH THE EARTH AS ALL THE GROUND
ABOVE THE BURIED FACILITY IMPLODES on itself.

                    FANBOY
          God damn!

                    SKIDMARK (into radio)
          Shack good impact.

Skidmark peels away from explosion, throttles his after-burners
and tears ass outta there!!!! Overkill and Toejam just ahead
of them -- leading the getaway.

**EXT. F-18E'S, MAVERICK AND BOOGIE - CONTINUOUS**

They rip away from the mushrooming cloud of dust ---

                    MAVERICK (over radio)
          Dagger flow egress. Comanche, Picture?

Maverick levels his wings and exhales in relief - glances out
his canopy --- sees Boogie pulling alongside in formation.

Suddenly Mav catches site of a plume of smoke on the
mountainside to Boogie's left - A STINGER, shoulder-fired
MISSILE flashes out, heading straight at Boogie's jet.

                    MAVERICK (CONT'D)
          Boogie break right!

Boogie immediately jerks his jet into a defensive roll ---

**EXT./INT. F-18E, COCKPIT, MAVERICK - CONTINUOUS**

ANGLE ON Maverick as he breaks across Boogie's tail, firing
his afterburners to attract the missile with his own heat
signature --- then rolls, dumping flares and chaff to try and
defend --- but there's no room to escape ---

THE MISSILE STREAKS PAST THE FLARES AND SLAMS INTO MAV'S ENGINE ---
THE FIREBALL SHREDDING THE REAR OF THE JET ---

## INT./EXT. F-18E, MAVERICK - CONTINUOUS

Warning systems screaming --- Maverick tries to wrestle with
his jet ---

> SYSTEM ALARM
> Engine Fire right. Engine Fire Right.
> Engine Fire Left ---

He grabs the ejection lever and pulls --- no hesitation this
time --- The cockpit canopy blasts away and he's launched into
the sky with horrendous force ---

## INT. /EXT. F-18E, BOOGIE - MOMENTS LATER

Boogie glances to the side --- sees Maverick's chute deployed
and he's floating to the ground.

> BOOGIE
> (concerned)
> Rightguard! Rightguard ---

## INT. TFCC - CONTINUOUS

> BOOGIE (over radio)
> Five southwest of airfield. Hammer 1-
> 1, Time 2-zero.

> AIR CONTROL OFFICER (over radio)
> Comanche copies Rightguard. Recommend
> flow to Egress Control Point.

## EXT./INT. F-18E, BOOGIE - CONTINUOUS

Boogie makes a circling pass around Maverick's parachute ---

> BOOGIE
> Ok, I'm flowing ---

## EXT. GROUND, MAVERICK - MOMENTS LATER

Maverick lands hard on the icy ground --- stunned by the impact
he lays there for a moment --- then exhales a painful breath,
which frost in the cold air --- forces himself up and starts
slipping out of his gear, pulling on warm-weather gloves and
a hood and burying his his chute ---

## EXT./INT. F-18E, BOOGIE - CONTINUOUS

Boogie fires his afterburners, heading after the Foxtrots,
leaving Maverick behind ---

His radar suddenly pings and a diamond icon suddenly appears
on his HUD --- he recoils in surprise: a Mi-24 HIND ATTACK
HELICOPTER heading towards Maverick's last position ---

                    BOOGIE
                (concerned)
        Dagger 2. Tally single gunship, inbound
        to Mav's position.

                    AIR CONTROL OFFICER (over radio)
                (calm)
        Copy. Recommend you flow to ECP.

                    BOOGIE
                (frustrated)
        Dagger 2, that should be me on deck,
        not him ---

                    AIR CONTROL OFFICER (over radio)
                (calm)
        Copy. Recommend flow to ECP.

Boogie chokes back an angry response --- instead he throws his
jet into a turn ---

## INT. F-18F, OVERKILL/TOEJAM - CONTINUOUS

                    TOEJAM
        Let's go back.

                    OVERKILL
                (miserable)
        Negative, dude. We're all at tactical
        bingo. We don't have the gas ---

## EXT. ROCKY HILLSIDE, MAVERICK - MOMENTS LATER

Maverick hears the low churning THUMP of the approaching HIND
echoing through the rocky landscape ---

Recognizing the danger, he dashes off, scrambling over the
rocks towards:

## EXT. ROCKFALL - CONTINUOUS

Massive, 20' diameter BOULDERS lie wedged at the base of an
escarpment ---

The THWACK of the HIND's rotors growing louder ---

Mav slips into a crack between the boulders, digging his way
into shelter just as the HIND crests the nearest hill and
curls around menacingly ---

## INT. HIND HELICOPTER - MOMENTS LATER

A GUNNERY OFFICER in Grey-green uniform peers through a
targetting SCOPE at the landscape.

126.

POV SCOPE - the image is Infra-red --- a dull black/blue wash of stone as he pans the image --- stopping on a fractured hot-spot glowing amidst the cool rocks: Maverick.

### EXT. INSIDE THE ROCKFALL, MAVERICK - CONTINUOUS

Maverick is wedged in tight, shivering against the freezing cold stones and air ---

Suddenly the HIND UNLEASHES A BONE JARRING TORRENT OF .50cal CANNON-FIRE on the ROCKS ---

### EXT. HIND HELICOPTER - CONTINUOUS

A flood of brutal lead erupts from the .50cal cannon mounted under the cockpit ---

### EXT. INSIDE THE ROCKFALL, MAVERICK - CONTINUOUS

Maverick hunkers down, hands pressed to his ears as a HELLSTORM OF LEAD IS UNLEASHED ON HIS POSITION --- .50 cal rounds slowly chewing through the boulder protecting him --- splinters of jagged rock flying like hot-shrapnel ---

He's not going to last long...

SUDDENLY there's a new roar added to the cacophony: an F-18      *
approaching on full afterburners ---

### EXT. / INT. F-18E, COCKPIT, BOOGIE - MOMENTS LATER

Boogie slashes down on the HIND --- fires an AIM-9 missile --- it streaks towards the Helicopter but veers widly at the last minute --- slamming into the terrain below ---

### INT. HIND HELICOPTER - CONTINUOUS

The door gunner in the Hind looks out and sees Boogie's F-18 bearing down on them --- He shouts and tries to swing his door-gun at Boogie just as Boogie opens fire with the F-18s Vulcan Gatling Gun.

A fusillade of Cannon fire rips into the Hind ---

### EXT. HIND HELICOPTER - MOMENTS LATER

The Hind spins and rises towards Boogie, but it's too late --- Boogie's fire shreds through it's armor and Rotor blades --- there's massive explosion as fuel and munitions start to ignite.

### INT. BOOGIE'S COCKPIT - CONTINUOUS

Boogie pulls up trying to avoid the flaming HIND rising into his flight path --- BOOM!

> MAVERICK
> I didn't realize you were qual'ed on
> the F-14.
>> (Boogie's silent, Mav grins)
> That's right. Shut your suck and do
> what I say.

Mav climbs the ladder and straps into the driver's seat.

### INT. F-14, COCKPIT - CONTINUOUS

Mav re-orients himself to the cockpit - it's been a while.

> MAVERICK
>> (holds out 1 finger)
> Hit 1!

Power suddenly surges into the cockpit, displays light up ---
Mav checks the fuel: full bag of gas.

> MAVERICK (CONT'D)
>> (holds out 2 fingers)
> Two!

The Start-Cart suddenly roars to deafening life as air is forced
into the right engine. The right engine whirs up --- Mav brings
the throttle up the idle --- igniting the engine with a
THUNDEROUS BLAST ---

### EXT. F-14, TWO-WALLED AIRCRAFT BUNKER - CONTINUOUS

Smoke is blasted away from the rear of the jet as the right
engine spits exhaust ---

### INT. F-14, COCKPIT - CONTINUOUS

Mav looks ahead --- through the smoke he sees Hostile Soldiers
moving across the blasted runway - coming to investigate the
noise of the jet's ignition.

Mav waves to Boogie frantically --- makes a signal to disconnect
followed by a chopping motion and points towards the soldiers.

### EXT. F-14, TWO-WALLED AIRCRAFT BUNKER - CONTINUOUS

Boogie glances out and sees the soldiers --- he kicks into
high gear, darts towards the Jet --- rips out the two cords
from the Start-cart --- then scrambles towards the left rear
flight-control wing.

ANGLE ON REAR OF JET --- Boogie struggles to pulls himself up
onto the wing --- 5' feet off the ground --- it's LOUD AS HELL
only 8 feet away from the ignited Right Engine ---

133.

As he hauls himself up, his E-Sat Radio slips out of his vest
slides off the plane --- shattering on the tarmac ---

                         BOOGIE
          Shit!

Boogie can do nothing, he dashes up the length of the plane
and then swings around the canopy, dropping into the rear seat.

INT. F-14, COCKPIT - CONTINUOUS

Boogie frantically straps in and connects to the Jet as Mav
fires Left engine and lowers the canopy.

                         BOOGIE
          I'm up!

EXT. F-14 - CONTINUOUS

Spitting fire out the back, the F-14 starts trundling out onto
the taxi-way ---

Mav waves to the confused soldiers and gives them a thumbs up ---

                         BOOGIE
          What are you doing?

                         MAVERICK
          Act like you belong. You think they
          have any idea two Americans are jacking
          a plane?

Boogie waves ---

The soldiers wave back unsurely ---

INT. F-14, COCKPIT - CONTINUOUS

                         BOOGIE
          All right dude, both runways are
          cratered --- how are you going to get
          us in the air?

                         MAVERICK
          I saw a service road along the runway ---

                         BOOGIE
          Is it wide enough?

                         MAVERICK
          We'll find out ---

134.

### EXT./INT. F-14, TAXI-WAY

Mav guides the F-14 through taxiway --- staying away from any areas of rubble that could damage the motors ---

> MAVERICK
> Send a message and tell them we're
> Bob Hoovering it ---

> BOOGIE
> (defeated)
> I can't, I, ugh, I lost the radio!

> MAVERICK
> You what?!

> BOOGIE
> I'll just get up on GUARD and contact
> the E-2 ---

> MAVERICK
> Negative --- we do that and we're a
> big old bullseye for every enemy
> fighter within 200 miles. We have to
> get in friendly airspace first ---

### EXT./INT. F-14, SERVICE ROAD - CONTINUOUS

Barely 3000' of asphalt road before it reaches a cluster of SUPPORT SHACKS --- Smoke wafting over it. Can't see very well.

> BOOGIE
> This is going to be tight.

> MAVERICK
> Don't sweat it.

Mav puts his flaps down full and lights the blowers --- the F-14 surges down the road, rapidly picking up speed ---

Mav working the rudders, trying to keep the jet straight on the uneven surface ---

Shacks bearing down on them ---

> BOOGIE
> Holy --- shiiiit ---

Mav squeezes every ounce of lift from the plane and rips them out of gravity's grasp --- raising the landing gear just inches away from the Support shacks ---

### INT. F-14, TEARING INTO THE SKY - CONTINUOUS

Boogie and Mav shout in triumph as the jet rips into the sky ---

                    BOOGIE
          That was shit hot! I can't believe we
          pulled it off!

                    MAVERICK
          Don't ring your own bell just yet. We
          only have two AIM-9s and 500 rounds
          for the Vulcan. Bust out your GPS and
          get me a fast steer to the nearest
          friendly divert ---

Boogie pulls out his hand-held GPS ---

**INT. TFCC - USS STENNIS - LATER**

Admiral Horan, Admiral Simpson, the Airwing Commander, SHIP
CAPTAIN and his chief of staff stand in front of all the watch-
screens.

                    REAR ADMIRAL HORAN
          Sir, based on their last GPS, we expect
          them to reach the extraction point in
          two hours. However Kozolov's forces
          are now on high alert and they've
          launched the majority of their airborne
          assets ---

                    ADMIRAL SIMPSON
          How many are we looking at?

                    REAR ADMIRAL HORAN
          About 50 fighters.

There's a beat of grim silence throughout the room: this is
going to be a mess.

                    ADMIRAL SIMPSON
          All right --- start planning --- I
          need to make a few phonecalls ---

**EXT./INT. F-14, OVER HOSTILE TERRITORY - LATER**

Boogie's looking around the back seat in frustration. There's
a big circular display in front of him, but it's dark.

                    BOOGIE
          I don't even know what I'm looking at
          back here --- where's the "on" switch?

                    MAVERICK
          Between your legs, You see the switch
          in the lower right corner.

                    BOOGIE
          Yes.

                    MAVERICK
          Select transmit ---

                    BOOGIE
          Selected.
               (frustrated)
          I've still got nothing.

                    MAVERICK
               (getting frustrated)
          All right, find the AUG-9 power circuit
          breaker --- left back-bulkhead - right
          of beam to your chest.

Boogie twists, trying to see behind him ---

                    BOOGIE
          All the labels are worn off, how the
          hell do I find it? This jet sucks!

                    MAVERICK
               (panicked)
          Boogie! Boogie! Left 9 Low! What is
          that?

Boogie looks left --- Mav suddenly yanks the Jet into a sharp
right-hand turn --- Boogie's head bangs off the canopy ---
HARD.

                    BOOGIE
          Aghhh!

ANGLE ON MAV: We can see Mav is smiling behind his mask.

                    MAVERICK
          Damn, that sounded like it hurt! Did
          it hurt?

                    BOOGIE
          Screw you.

                    MAVERICK
          If you can't get it together and your
          quit whining, the least you can do is
          keep your head on a swivel.

                    BOOGIE
          Dude, all these switches, how did my
          dad do it all and still keep his head
          in the game?

                    MAVERICK
               (bittersweet)
          I have no idea.
                    (MORE)

137.

>                    MAVERICK (CONT'D)
>               Goose worked his juju and always came
>               through in the clutch. He was an
>               artist.

There's a moment --- neither one talking.

>                    BOOGIE
>               Tally 2, left 7 o'clock. 3 miles,
>               level. Looks like they're joining on
>               us.

Mav looks left ---

POV MAV: two Su-30s in loose formation sliding up to pull
alongside his left wing ---

The Su's pull up within 30' - close enough to exchange
handsignals ---

>                    BOOGIE (CONT'D)
>               What's the move? What are we going to
>               do?

>                    MAVERICK
>               They think we have no radio. Stay
>               chili and act like you belong. As
>               long as they think we're friendly,
>               we're cool.

Mav signals to the closest Su-30 - tapping the side of his
head twice and giving a thumbs down: No radio.

>                    MAVERICK (CONT'D)
>                 (to himself)
>               I have no radio.

The Su-30 pilot nods and waves his right hand up and down ---

>                    MAVERICK (CONT'D)
>               What? I have no idea. I've never seen
>               that hand signal.

>                    BOOGIE
>               Great.

Mav repeats his signal back to the pilot: no radio again.

>                    MAVERICK
>               No radio.

The Su-30 pilot makes another wave: right hand over his head.

138.

>                    MAVERICK (CONT'D)
>          All right, we have a communication
>          breakdown.

The Su-30 pilot pulls his mask up --- clearly talking into it.

>                    MAVERICK (CONT'D)
>          He's talking to somebody.

>                    BOOGIE
>          Do they know we jacked this thing?

>                    MAVERICK
>          If they knew, we'd be a smoking hole
>          already.

The second Su-30 starts to slowly drop back.

>                    BOOGIE
>          I think they figured it out. Dash 2
>          is falling aft! Getting into a weapons
>          envelope! They're gonna engage!

The Lead Su-30 starts to drift away from the F-14.

>                    BOOGIE (CONT'D)
>          1 is separating! Do something or we're
>          dead!

**EXT. F-14 - CONTINUOUS**

Mav Suddenly pulls into a hard Right on the Lead Su-30 --- the
Lead Su mirrors the move --- pulling Left towards Mav --- Tracer
fire ripping out from the guns of the Lead Su --- too early to
hit Mav's F-14 ---

Mav pulls tighter, inside the turn of the Lead Su-30 --- tracers
marking the path as he rakes the length of the Su-30's fuselage
with the F-14s Gatling cannon ---

Smoke and small flames erupt from both of the Lead Su's engines
as the plane starts descending for the deck --- out of control ---

>                    BOOGIE
>          Break Left! Break Left! Smoke in the
>          air!

Mav breaks Left, dumping flares --- the missile drifts away to
the rear --- defeated by a flare as Mav continues pulling into
a knife-edge Merge left-to-left with the remaining Dash 2 Su-
30.

Both jets blast through the merge and go nose low and pull 45'
left turns and circling about in opposite directions ---

                        MAVERICK
                   (scanning the sky)
              I lost him! You tally?

                         BOOGIE
                   (looking over his shoulder)
              Affirm! Keep your pull coming ---
              roll a little left --- little left ---
              right! He's left 10 1 mile. You got
              him?

Mav glances up --- clocks the Su-30.

                        MAVERICK
                   Tally. Thanks Goose!

Mav pulls hard coming nose-on again with the Su-30 for another
merge ---

Both of them go pure vertical nose-down, scissoring ---

**INT. F-14, COCKPIT - CONTINUOUS**

Mav and Boogie are fighting against the high G-forces --- no G-
suits to aid them --- huffing breaths to fight off a black-out ---

**EXT. F-14 - CONTINUOUS**

Mav's pulling his jet a little harder, gaining elevation, while
Su drops lower --- Both jets reverse --- pulling back towards
another merge --- but this time, Mav is higher --- he's got an
advantage on the Su-30 below him ---

Just as Mav's pulling for the shot A SLEDGEHAMMER CONCUSSION
RINGS THROUGH THE F-14 --- a trilling warning blares out ---

Mav has no time to deal with it --- the Su-30s in his pipper
and he opens fire with the Gatling Cannon --- blasting the
engines with High Explosive Incendiary rounds ---

Fire rips out of the Su's engines and it spins off dumping
smoke --- pilot ejecting ---

**INT. F-14, COCKPIT - CONTINUOUS**

The alarm continues to shriek ---

                         BOOGIE
                   What is that?

                        MAVERICK
              Right engine's out. Gotta unload and
              clear the stall ---

140.

Mav dives --- trying to force the engine to restart with raw
air-pressure --- as the ground is starting to loom large ahead
of them ---

Mav flips the right throttle back to idle ---

> MAVERICK (CONT'D)
> Attempting to re-light ---

Nothing happens ---

> MAVERICK (CONT'D)
> We're single engine --- Forget the
> divert --- we're going nose on to the
> ship because we've got gas for nothing
> else ---

Mav levels off from their descent and throttles the left engine
back, climbing back up ---

> BOOGIE
> Mav, man, we're in a bind, everyone's
> gotta be vectoring on us --- either
> we're going to be run down by Kozolov's
> dudes or get it in the face from ours ---

## INT. TFCC

The room is on alert.

> COMMS-CREW #2
> Sir, we have two groups hot to the
> boarder --- Leader is single, trail
> is Heavy --- We're going to push the
> DCA's out to engage ---

> ADMIRAL SIMPSON
> Sounds good.

## INT. F-18F, OVERKILL/TOEJAM - MOMENTS LATER

> OVERKILL
> Shield 1-1, targetting lead group ---
> Master-arm on ---

Overkill moves her finger towards the arming trigger

> MAVERICK (over radio)
> 99 Shogun. This is Dagger 1-1 and
> Dagger 1-2 on Guard. We have re-
> acquired an F-14. We are 5 miles north
> of border. Angels 10. Track south. We
> are single engine.

141.

                    OVERKILL
               (shocked)
          Lead group. Friendly! Friendly! Target
          trail group!

                    SKIDMARK (over radio)
          Shield 2, Copy. Fox 3, two ships.

Two missiles streak from underneath Skidmark's wings ---
blasting forward at the distant Hostile Su-30s.

                    OVERKILL
          Shield 1, Fox 3.

Missiles streak out from Overkill's F-18 half a mile away
heading into the distance.

**INT. F-14, COCKPIT - MOMENTS LATER**

Maverick and Boogie can see four missiles arcing over their
nose towards the unseen fighters chasing them.

**INT. TFCC - USS STENNIS - CONTINUOUS**

Everyone in the room is incredulous at the radio calls coming
through ---

                    AIR CONTROL OFFICER (over radio)
          Trail group no longer a factor. Shield
          flight join up and escort Dagger.

                    OVERKILL (over radio)
          Shield. Copy.

Admiral Horan looks over at Simpson in surprise --- Simpson
just shakes his head, fighting a disbelieving smile ---

**INT. F-14F, COCKPIT - MOMENTS LATER**

Mav and Boogie look out as Overkill and Skidmark's F-18s pull
alongside in formation.

                    MAVERICK
          Hey fellas, good to see you.

                    SKIDMARK (over radio)
          Boss ride you guys jacked.

                    BOOGIE
          Hey Toejam, you ever gonna get that
          smile fixed.

                    TOEJAM (over radio)
          You can't even see my smile.

142.

                    BOOGIE
          Yes I can.

                    MAVERICK
          I'm going to dirty up. Gears coming.
          Give me a look over.

Mav "dirties up" the aircraft, gear down, flaps to full ---
the two F-18s dip low alongside to examine his craft.

                    OVERKILL (over radio)
          Tomcat, I got some bad news for you.
          You got two blown tires and not sure
          on your hook right now, recheck hook
          position.

Mav tries cycling the hook

                    MAVERICK
          Cycled. What luck?

                    OVERKILL (over radio)
          Still up.

                    AIR BOSS (over radio)
          Tomcat say your state.

                    MAVERICK
          2 point 4.

                    AIR BOSS (over radio)
          Stand by ---

                    SHIP CAPTAIN (over radio)
          Tomcat this is Old Salt. We don't
          have enough gas to get you to the
          beach. You've two options. Eject
          alongside and we'll pick you up, or
          we can catch you in the barricade ---
          it's your call. Standing by.

                    BOOGIE
          What do you think?

                    MAVERICK
          I mean, I'm a little sore from that
          first ejection today, I'm not up for
          another one. Besides, you really want
          to trust whoever packed these chutes?

                    BOOGIE
          We get one shot with the barricade,
          We get it right or we're done.

143.

                        MAVERICK
            Tower, we'll take barricade.

**EXT. U.S.S. STENNIS AIRCRAFT CARRIER - MINUTES LATER**

Overkill and Toejam's F-18 in comes to a trap-landing on the
deck --- deck crew hurrying to get them out and get the deck
clear.

                        AIR BOSS (over loudspeaker)
            Recovery complete. Rig the barricade
            for Tomcat!

**EXT. DECK - USS STENNIS - MINUTES LATER**

Organized chaos as Hundreds of Sailors in various colored coats
work to remove the Trap-Wires --- raise Barricade Stanchions ---

Rig a massive 15-foot high Nylon net, stretching like a ping-
pong net across the width of the landing deck ---

**EXT. F-14, SKY NEAR USS STENNIS - MINUTES LATER**

                        AIR BOSS (over radio)
            Tomcat-1 barricade set. BRC 2-7-0-
            Charlie.

Mav pulls the F-14 low, making a final approach on the deck ---

**INT. F-14, COCKPIT - CONTINUOUS**

                        BOOGIE
            Mav, you all right? Doing good?

                        MAVERICK
            Yeah.

                        BOOGIE
            You got this.

Mav nods --- stricken with a sudden rush of feelings.

                        MAVERICK
            Boogie...

Mav trails off.

                        BOOGIE
            I know. You too.

Mav reaches his hand back behind his head. Boogie grabs it and
they shake hands warmly ---

144.

                    MAVERICK
          Let's do this.
             (snaps on his mask)
          Tomcat-1, 3 miles.

**EXT. VULTURES ROW - MOMENTS LATER**

All the Officers and Execs stand in the crow's nest, watching
the F-14's slow wobbling approach ---

**INT. USS STENNIS - VARIOUS - CONTINUOUS**

Everyone on deck, everyone in the ship watching on video
monitors ---

                    AIR TRAFFIC CONTROLLER (over loudspeaker)
          Tomcat-1 3/4 of a mile - on glad-path,
          on course, call the ball.

                    BOOGIE (over radio)
          1-0-1 tomcat ball, single engine.

Skidmark, Fanby, Overkill and Toejam, all still wearing their
flight gear watch from the deck, just below the main tower.

                    AIR TRAFFIC CONTROLLER
          Keep it coming ---

**EXT./INT. F-14 - MOMENTS LATER**

Maverick is dialed in --- the deck of the Stennis approaching
rapidly ---

POV NOSE OF THE JET: The deck slips beneath the front of the
jet --- mere feet below

                    AIR TRAFFIC CONTROLLER (over radio)
          Cut! Cut! Cut!

The engine cuts out and everything does suddenly SILENT ---

Suddenly the landing gear hits down --- sparks trailling as
the tire rims scrap across the non-skid steel flight deck ---

THE F-14 SLAMS INTO THE NYLON NET --- RIPPING IT FORWARDS AS
IT DRAGS THE F-14 to a brutally sudden stop ---

Silence descends for a long beat, then a loud CHEER breaks out
and the deck crews rush the jet ---

**EXT. F-14, DECK, USS STENNIS - MOMENTS LATER**

Mav and Boogie climb out of the jet, surrounded by the deck
crews ---

145.

Mav and Boogie embrace and then they're rushed by Overkill,
Toejam, Skidmark and Fanboy ---

PPC-GRAY-0086272