# EXHIBIT 4

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-13556515531

## Mail Certificate

Toberoff & Associates, P.C.
Marc Toberoff
23823 Malibu Road
Suite 50-363
Malibu, CA 90265 United States

**Priority:** Special Handling     **Application Date:** April 02, 2024

**Note to C.O.:** This registration application indicates that the work was published on May 27, 2022, the publication date of the film "Top Gun: Maverick." To the extent "Top Gun: Maverick" uses material which is the subject of this registration, such material was published when that film was published. Because these scenes have been compiled from several document files each with their own pagination, the document files have been combined and page numbers have been removed from the deposit copy to avoid confusion. In all other respects, the deposit copy is identical to the claimant's original work.

## Correspondent

**Organization Name:** Toberoff & Associates, P.C.
**Name:** Marc Toberoff
**Email:** mtoberoff@toberoffandassociates.com
**Telephone:** (310)246-3333
**Alt. Telephone:** (310)736-5666
**Address:** 23823 Malibu Road
Suite 50-363
Malibu, CA 90265 United States

GRAY10524

Registration Number

**\*-APPLICATION-\***

# Title

| | |
|---|---|
| Title of Work: | Scenes for screenplay about military pilots by Shaun Gray (2017) |

# Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | May 27, 2022 |
| Nation of 1st Publication: | United States |

# Author

- | | |
  |---|---|
  | Author: | Shaun Gray |
  | Author Created: | text |
  | Work made for hire: | No |
  | Citizen of: | United States |
  | Domiciled in: | United States |
  | Year Born: | 1979 |

# Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Shaun Gray<br>c/o Marc Toberoff Esq., 23823 Malibu Road, Suite 50-363, Malibu, CA, 90265, United States |

# Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Without waiving the copyright claimant's position that the work which is the subject of this registration does not use any protectable expression from the film "Top Gun" (1986), in an abundance of caution the copyright claimant identifies "Top Gun" and excludes any protectable expression that the claimant's work may have implicated from said work. |
| Previous registration and year: | PA0000293347, 1986 |
| New material included in claim: | text |

# Rights and Permissions

**Organization Name:** Toberoff & Associates, P.C.
**Address:** 23823 Malibu Road
Suite 50-363
Malibu, CA 90265 United States

## Certification

**Name:** Marc Toberoff
**Date**: April 02, 2024

GRAY10526