# EXHIBIT 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PAu 4-227-902**

**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
June 27, 2024

## Title

**Title of Work:** Scene 1 for screenplay about military pilots by Shaun Gray (2017)

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** Shaun Gray
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1979

## Copyright Claimant

**Copyright Claimant:** Shaun Gray
c/o Marc Toberoff Esq., 23823 Malibu Road, Suite 50-363, Malibu, CA, 90265, United States

## Limitation of copyright claim

**Material excluded from this claim:** Without waiving the copyright claimant's position that the work which is the subject of this registration does not use any protectable expression from the film "Top Gun" (1986), in an abundance of caution the copyright claimant identifies "Top Gun" and excludes any protectable expression that the claimant's work may have implicated from said work.
**Previous registration and year:** PA0000293347, 1986

**New material included in claim:** text

## Rights and Permissions

Page 1 of 2

GRAY10533

| | |
|---|---|
| **Organization Name:** | Toberoff & Associates, P.C. |
| **Address:** | 23823 Malibu Road<br>Suite 50-363<br>Malibu, CA 90265 United States |

## Certification

| | |
|---|---|
| **Name:** | Marc Toberoff |
| **Date:** | April 02, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |

GRAY10534