# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, a tests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**PAu 4-228-526**
**Effective Date of Registration:**
June 21, 2024
**Registration Decision Date:**
July 03, 2024

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Scene 2 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works |
| **Content Title:** | Scene 2 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 3 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 4 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 5 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 6 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 7 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 8 for screenplay about military pilots by Shaun Gray (2017) |

### Completion/Publication

**Year of Completion:** 2017

### Author

- **Author:** Shaun Gray
- **Author Created:** Dramatic Works
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1979

### Copyright Claimant

**Copyright Claimant:** Shaun Gray
c/o Marc Toberoff Esq., 23823 Malibu Road, Suite 50-363, Malibu, CA, 90265, United States

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Without waiving the copyright claimant's position that the work which is the subject of this registration does not use any protectable expression from the film "Top Gun" (1986), in an abundance of caution the copyright claimant identifies the 1986 film "Top Gun" and excludes any protectable expression that the claimant's work may have implicated from said previous work. |
| **Previous registration and year:** | PA0000293347, 1986 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Toberoff & Associates, P.C. |
| **Name:** | Marc Toberoff |
| **Email:** | mtoberoff@toberoffandassociates.com |
| **Telephone:** | (310)246-3333 |
| **Alt. Phone:** | (310)736-5666 |
| **Address:** | 23823 Malibu Road<br>Suite 50-363<br>Malibu, CA 90265 United States |

## Certification

| | |
|---|---|
| **Name:** | Marc Toberoff, Esq. |
| **Date:** | June 21, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |

GRAY10536