# EXHIBIT 9

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-13956308882

## Mail Certificate

Toberoff & Associates, P.C.
Marc Toberoff
23823 Malibu Road
Suite 50-363
Malibu, CA 90265 United States

**Priority:** Routine   **Application Date:** June 21, 2024

**Note to C.O.:** [THREAD ID:1-6ANF28G] Please bring this application to the attention of David S. Lopez who is very familiar with this matter through prior correspondence and case number 1-13556515531.

## Correspondent

**Organization Name:** Toberoff & Associates, P.C.
**Name:** Marc Toberoff
**Email:** mtoberoff@toberoffandassociates.com
**Telephone:** (310)246-3333
**Alt. Telephone:** (310)736-5666
**Address:** 23823 Malibu Road
Suite 50-363
Malibu, CA 90265 United States

GRAY10530

Registration Number

**\*-APPLICATION-\***

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Scene 9 for screenplay about military pilots by Shaun Gray (2017) and 6 Other Unpublished Works |
| **Content Title:** | Scene 9 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 10 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 11 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 12 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 13 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 14 for screenplay about military pilots by Shaun Gray (2017) |
| | Scene 15 for screenplay about military pilots by Shaun Gray (2017) |

### Completion/Publication

**Year of Completion:** 2017

### Author

- **Author:** Shaun Gray
- **Author Created:** Dramatic Works
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1979

### Copyright Claimant

**Copyright Claimant:** Shaun Gray
c/o Marc Toberoff Esq., 23823 Malibu Road, Suite 50-363, Malibu, CA, 90265, United States

### Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Without waiving the copyright claimant's position that the work which is the subject of this registration does not use any protectable expression from the film "Top Gun" (1986), in an abundance of caution the copyright claimant identifies the 1986 film "Top Gun" and excludes any protectable expression that the claimant's work may have implicated from said previous work. |
| **Previous registration and year:** | PA0000293347, 1986 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Toberoff & Associates, P.C. |
| **Name:** | Marc Toberoff |
| **Email:** | mtoberoff@toberoffandassociates.com |
| **Telephone:** | (310)246-3333 |
| **Alt. Phone:** | (310)736-5666 |
| **Address:** | 23823 Malibu Road<br>Suite 50-363<br>Malibu, CA 90265 United States |

## Certification

| | |
|---|---|
| **Name:** | Marc Toberoff, Esq. |
| **Date:** | June 21, 2024 |

---

| | |
|---|---|
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization. |