# EXHIBIT 11



**Marc Toberoff <mtoberoff@toberoffandassociates.com>**

---

## U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)

---

Copyright Office <cop-ad@loc.gov>                                        Mon, Apr 8, 2024 at 6:20 AM
To: mtoberoff@toberoffandassociates.com

Dear Marc Toberoff:

Please respond to the questions below within 45 days and include the [THREAD ID], using the brackets, as part of your response. The [THREAD ID] is located below the Examiner's signature block. The [THREAD ID] must be in the body of your response, NOT the subject line. If you put the [THREAD ID] in the subject line, we will not get your message.

We are writing to ask for clarification about this claim and the material you submitted for registration.  Your Note to the Copyright Office in your application states, "This registration application indicates that the work was published on May 27, 2022, the publication date of the film "Top Gun: Maverick." To the extent "Top Gun: Maverick" uses material which is the subject of this registration, such material was published when that film was published."

Based on this Note, it is unclear whether or not all the material submitted for registration was published in the film "Top Gun: Maverick." In your reply, please confirm if all the material submitted for registration was published in the film. If not all of it was published, please provide details about what was published and what was not published.

In addition, in your Note, you describe the uploaded material as scenes compiled from several documents. We need additional information as to how this material was created. Was this material jointly authored, or does it contain contributions by any other person? (A "joint work" is a work created by two or more authors with the intention that their contributions be merged into inseparable or interdependent parts of a unitary whole.) Or, was this material created as a "work made for hire" as is often the case with screenplays for major films? Please provide more detail about the origins of the compiled material and who created it.

IMPORTANT NOTE: The THREAD ID appearing at the end of this message MUST be included within the body of your response in order for your message to be properly routed. When replying to this message, make sure to copy the whole THREAD ID, including brackets, and paste it into the body of your response, preferably after the greeting. DO NOT include the THREAD ID in the subject line of your reply. If you put the THREAD ID in the subject line, we will not get your message.

Failure to comply exactly with our instructions will result in your email not being connected to your application, and your case will be closed without further correspondence from us.

Sincerely,

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ANF28G]

GRAY10500