# EXHIBIT 13



Spencer Gibbs <sgibbs@toberoffandassociates.com>

## U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)

**Copyright Office** <cop-ad@loc.gov>  
To: sgibbs@toberoffandassociates.com

Fri, Apr 19, 2024 at 8:15 AM

Dear Mr. Toberoff,

In your response, you confirmed that the material submitted for registration was published in the motion picture. You stated that Mr. Gray was the sole author of the material submitted and that "other writers revised and wrote additional scenes which were ultimately combined with Gray's material resulting in the final screenplay for the Film."

It appears that the scenes you submitted do not constitute a complete screenplay in themselves since they begin "90 minutes later" and are not continuous. Rather, they are scenes that were combined with other material resulting in a complete screenplay.

When we asked whether the material submitted was created as part of a joint work, you stated that "

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[t]he proper forum for resolving any factual and legal disputes, including whether Gray is the co-author of a joint work, is in federal court." You implied that this determination shouldn't be made at this point.

It is essential, however, for the copyright registration applicant to specify the facts of authorship, including whether or not a work is a joint work. This is because the law calls for the name(s) of the author(s) and claimant(s) in the application, and the application may be completed differently and the deposit requirement may be different depending on the answer to these questions.

As a reminder, a "joint work" is a work created by two or more authors with the intention that their contributions be merged into inseparable or interdependent parts of a unitary whole.

Please clarify whether you consider that the final published screenplay is a joint work. Or possibly you consider that the published motion picture is a joint work.

We will then advise you further about registration.

Sincerely,

David S. Lopez  
Copyright Examiner  
Registration Policy & Practice  
United States Copyright Office


[THREAD ID:1-6ANF28G]

GRAY10504

-----Original Message-----

From: sgibbs@toberoffandassociates.com
Sent: 4/9/2024 03:06:11 PM
To: cop-ad@loc.gov
Cc: Marc Toberoff <mtoberoff@toberoffandassociates.com>; Tommy Ferdon <tferdon@toberoffandassociates.com>
Subject: U.S. Copyright Office Application - 1-13556515531 Scenes for screenplay about military pilots by Shaun Gray (2017)

CAUTION: This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Mr. Lopez:

With respect to [THREAD ID:1-6ANF28G] attached please find our response to your correspondence dated April 8, 2024.

Sincerely,
Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333

Cell: 310.736.5666
toberoffandassociates.com

p.p. Spencer R. Gibbs
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
310.246.3333

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have
 received this transmission in error, please notify the sender immediately by reply email and then delete this message.

GRAY10505