# EXHIBIT 15



**Marc Toberoff <mtoberoff@toberoffandassociates.com>**

## U.S. Copyright Office Application - 1-13556515531

**Copyright Office** <cop-ad@loc.gov>  Mon, Jun 17, 2024 at 6:27 AM
To: mtoberoff@toberoffandassociates.com

Mr. Toberoff,

Thank you for response. There are two options in terms of how we can proceed:

1. We can proceed with registration of the scene of your choice with this Standard application. To register the rest of the scenes, you would need to submit two new GRUW applications and regular fees ($85 each). You may pay for two requests for Special Handling if you wish, however be aware that the Office is fairly caught up in our processing of new claims. If you submit the new claims under standard processing, it is likely we will still do our initial examination within a week or two.

If you choose this option, please upload a copy of the single scene that you choose to register in a separate file, following the instructions provided in our previous email, and reply here to tell us the title of that work to be listed in the registration. Please note that the original EDR will be maintained for the scene that you choose to register now, but the EDR for the remaining scenes will be based on receipt of the new GRUW applications, fees, and deposit copies of the scenes.

OR

2. You may withdraw this Standard application and submit two new GRUW applications and regular fees ($85 each), including requests for Special Handling if you wish. Although we are unable to transfer or refund the special handling fee already paid, please see the note above regarding processing times. Under this option, also note that the Effective Date of Registration (EDR) of all material will be based on receipt of the new GRUW applications, fees, and deposit copies of the scenes.

Please let us know how you would like to proceed.

Sincerely,

David S. Lopez
Copyright Examiner
Registration Policy & Practice
United States Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6ANF28G]


-----Original Message-----

From:  mtoberoff@toberoffandassociates.com
Sent:  6/4/2024 07:29:25 PM
To:  Copyright Office <cop-ad@loc.gov>
Cc:  Tommy Ferdon <tferdon@toberoffandassociates.com>; Spencer Gibbs <sgibbs@toberoffandassociates.com>
Subject:  U.S. Copyright Office Application - 1-13556515531

CAUTION: This email message has been received from an external source. Please use caution when opening attachments, or clicking on links.

Dear Mr. Lopez:

GRAY10514

With respect to [THREAD ID:1-6ANF28G] please see the attached letter.

Thank you.

Marc Toberoff
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: 310.246.3333

Cell: 310.736.5666

_____

This message and any attached documents may contain information from Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or otherwise use this information. If you have
 received this transmission in error, please notify the sender immediately by reply email and then delete this message.

GRAY10515