# EXHIBIT 18

← **Eric Singer**

Sunday, Jun 4, 2017 • 8:00 PM

**E:** U home?

Tomorrow night. But I can chat if you need to. What's up?

**E:** U home?

**E:** Got offer on tg -- gonna take it -- wanna bring u on -- u down for cause ?

Hell yes

**E:** Good! This is Gina be fun!!! Call u tomorrow

Sounds good! Congrats!

**E:** We gotta finish marita asap

No prob. I'v̶ ̶t my meeting w Ari on Tues at 3 ̶ ̶erwise gtg to crunch

GRAY0489

Text message