# EXHIBIT 19



Jessica Tammariello
Arbitration Coordinator
Credits
PH: 323.782.4812
FAX: 323.782.4805
jtammariello@wga.org

February 6, 2020

Estate of Jim Cash
Jack Epps, Jr.
Peter Craig
Justin Marks
Eric Warren Singer
Ehren Kruger
Christopher McQuarrie

**RE:**    *Top Gun: Maverick*

Dear Writers:

The Writers Guild will shortly be conducting an arbitration to determine the writing credits on the theatrical motion picture *Top Gun: Maverick.* This is an automatic arbitration because more than two writers are proposed for Written by credit.

I am attaching a copy of the Screen Credits Manual ("Manual") for your use in preparing for the credit arbitration. ***I urge you to take the time to review the Manual carefully so that you understand your rights and obligations in the arbitration process and understand the criteria for the credit you are seeking.*** I am also attaching the **list of materials** submitted by the Company to the Guild for the arbitration. **Please review this list to ensure the accuracy and completeness of the material**. Please note that the authorship of each piece of literary material is attributed to the writer responsible for the revisions in that particular draft.

Because time is of the essence in this matter, if you have any additional literary or source material you believe should be considered in the arbitration, you must submit this material to the Guild for verification by no later than **Tuesday, February 11, 2020**. Please be advised that if the Guild does not receive any additional material from you by that date, the Guild will proceed with the arbitration on the basis of the material submitted. This deadline for additional material cannot be extended. At that time, you MUST also raise any issues you may have regarding the accuracy or completeness of the material, as they MUST be resolved before the material is submitted to the Arbitration Committee.

You are urged to submit a **statement** to the Arbitration Committee discussing your writing contribution as it remains in the final script and setting forth what you feel the credits should be. In accordance with the provisions in the Manual, all arbitrations are conducted on an anonymous basis. Thus, the Arbitration Committee will not be provided with the names of the participating writers. The arbitration will be "coded" as indicated below to reflect the order in which you wrote. Please note that the letter designations are based on the sequencing as provided on the attached list of material submitted by the Company and are subject to verification.

| | |
|---|---|
| Jim Cash & Jack Epps, Jr. | **Writer A** |
| Peter Craig | **Writer B** |
| Justin Marks | **Writer C** |

7000 WEST THIRD STREET, LOS ANGELES, CA 90048    PH 323.951.4000    FAX 323.782.4800    www.wga.org

AFFILIATED WITH    WRITERS GUILD OF AMERICA, EAST, INC    WRITERS GUILD OF CANADA    THE AUSTRALIAN WRITERS GUILD    NEW ZEALAND WRITERS GUILD (INC)
SOCIETE DES AUTEURS DE RADIO, TELEVISION ET CINEMA    THE WRITERS GUILD OF GREAT BRITAIN    THE IRISH PLAYWRIGHTS AND SCREENWRITERS GUILD    WGAW 1826

| | |
|---|---|
| Eric Warren Singer | **Writer D** |
| Ehren Kruger | **Writer E** |
| Christopher McQuarrie | **Writer F** |

In writing your statement, you are required to refer to yourself and the other writers by the appropriate letter designations. **Please review the Manual, especially Section III, "Guild Policy on Credits," which will assist you in preparing your statement.**

Please contact me upon receipt of this correspondence so that we can discuss the timeline for this arbitration. The Manual requires that your statement be delivered to the Guild within 72 hours after you have received notice from the Guild that all of the literary and source material for the arbitration has been submitted. _**You are welcome to begin writing your statement at any time. Moreover, in preparing your statement, you have the right to inspect or review any of the material submitted to the Guild in connection with this arbitration. If you wish to examine the material, please contact the undersigned and the Guild will promptly provide you with copies of any or all of the literary and source material requested.**_

A writer's failure to submit a statement in a timely fashion shall not preclude the Guild from proceeding to conduct this arbitration with the statements then available to the Guild. If a writer submits a statement after the materials have been submitted to the Arbitration Committee, the Guild will forward the statement to the Arbitration Committee only if we receive such statement prior to a decision by the Arbitration Committee. **Your statement can be submitted via email.**

Please bear in mind that the determination of writing credits is ultimately based on the Arbitration Committee's **analysis and conclusions concerning the literary material and each writer's contributions to the final shooting script**, rather than the participants' personal statements. Thus, it is recommended that you limit the length of your statement so that it is as clear and concise as possible.

Lastly, I am attaching the **List of Screen Arbiters**. You may delete the names of a reasonable number of arbiters whom you do not wish to read this arbitration. Please be reminded that the Guild will not inform the arbiters of the writers' identities. Please notify the Guild of your deletions when you submit your statement to the Arbitration Committee. As has always been Guild policy and practice, the names of the arbiters selected are confidential.

If you have any questions concerning the credits determination process, please refer to the Manual and the Credits Survival Guide. The Survival Guide offers practical tips to help you protect your interests in an arbitration. You may access the Survival Guide and the Manual on the Guild's website at www.wga.org.

In addition, the Guild believes that it is in the best interest of all writers that certain facts relating to any particular credit determination should remain confidential. Therefore, it is suggested that you refrain from commenting in the press or media about the issues and positions of the participants relating to the credit arbitration proceedings.

Please contact me upon receipt of this packet at 323/782-4812 or jtammariello@wga.org. I look forward to hearing from you and thank you in advance for your cooperation.

Sincerely,

_Jessica Tammariello_

Jessica Tammariello
Arbitration Coordinator

WGAW 1827