UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SHAUN GRAY,

            Plaintiff,

    -v-

PARAMOUNT GLOBAL, ET AL.,

            Defendants.
```

25-cv-3484 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

After the parties jointly called the Court on December 4, 2025, the Court directed defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services, Inc. (collectively, "Paramount") to submit, for in camera review, the documents they listed on their privilege log relating to the Court's November 13, 2025 Order, see ECF No. 94.

Upon full review of Paramount's submissions, the Court concludes that the documents at issue are privileged, that Paramount's redactions and withholdings were appropriate, and that its privilege log is adequate. Accordingly, plaintiff Shaun Gray's request for an order compelling production of the documents notwithstanding Paramount's privilege assertions is hereby denied.

SO ORDERED.

New York, NY
December 8, 2025

JED S. RAKOFF, U.S.D.J.