UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHAUN GRAY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-3484-JSR<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD** |

　　　　Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Jaymie Parkkinen, hereby move this Court for leave to withdraw as counsel for Plaintiff Shaun Gray in the above-captioned action.

　　　　Withdrawal is necessary because of my departure from Toberoff & Associates, PC. In connection with the withdrawal, the clerk is requested to remove my name from the CM/ECF service list for this matter.

　　　　The law firm of Toberoff & Associates, PC will continue to serve as counsel for Plaintiff in the above-captioned matter. My withdrawal will not occasion a request for an extension of any deadlines in the case. I am not asserting a retaining or charging lien in connection with my departure. Pursuant to Local Rule 1.4, a copy of this motion will be served upon all parties.


Dated: January 5, 2026　　　　　　　　　　　*/s/ Jaymie Parkkinen*
　　　　　　　　　　　　　　　　　　　　　　Jaymie Parkkinen