**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>        Defendants. | Civil Action No. 1:25-cv-3484-JSR<br><br>**DECLARATION OF JAYMIE PARKKINEN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Jaymie Parkkinen, pursuant to 28 U.S.C. § 1746, state the following:

1.    Pursuant to Local Civil Rule 1.4, I submit this Declaration in support of my Motion For Leave to Withdraw as Counsel of Record in the above-captioned action.

2.    I was an attorney at Toberoff & Associates, PC and was admitted pro hac vice in this matter.

3.    Toberoff & Associates, PC will continue to represent Plaintiff Shaun Gray in this matter.

4.    I am not asserting a retaining or charging lien in this matter.

5.    I respectfully request that the Court enter an order granting leave for me to withdraw as counsel of record.

I declare, under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2026.

                                                                       */s/ Jaymie Parkkinen*
                                                                       Jaymie Parkkinen