UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN GRAY, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>PARAMOUNT GLOBAL, a Delaware corporation; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; PARAMOUNT STREAMING SERVICES INC., a Delaware corporation; and DOES 1-10,<br><br>        Defendants. | Civil Action No. 1:25-cv-3484-JSR<br><br>**[PROPOSED] JUDGMENT ON PLAINTIFF'S COMPLAINT** |
| PARAMOUNT PICTURES CORPORATION, a Delaware corporation;<br><br>        Counterclaim-Plaintiff,<br><br>vs.<br><br>SHAUN GRAY, an individual,<br><br>        Counterclaim-Defendant, | |

1

## [PROPOSED] JUDGMENT

Judgment is hereby entered against Plaintiff Shaun Gray and in favor of Defendants Paramount Global, Paramount Pictures Corporation, and Paramount Streaming Services on the claims in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 54(b).

**SO ORDERED.**

Dated: _____2/9/_____, 2026

_____
Hon. Jed S. Rakoff
United States District Judge